<table>
<tr><td><b>Fill in this information to identify your case:</b></td></tr>
</table>

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____    Chapter    <u>7</u>

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | Debtor's name | **EnerDel, Inc., a Delaware Corporation** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **EnerDel Energy Solutions** |
|---|---|---|

| 3. | Debtor's federal Employer Identification Number (EIN) | **20-1764104** |
|---|---|---|

4. **Debtor's address**

**Principal place of business**

**3619 W. 73rd Street**
**Anderson, IN 46011**
Number, Street, City, State & ZIP Code

**Madison**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    **https://enerdel.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **EnerDel, Inc., a Delaware Corporation**        Case number *(if known)* _____

Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3341__

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

---

Debtor **EnerDel, Inc., a Delaware Corporation**                    Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Ener1, Inc.** | Relationship | **Parent Company** |
|---|---|---|---|
| District | | When | Case number, if known |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☑ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other **Lithium batteries are hazardous and must be shipped appropriately.**

**Where is the property?**   **3619 W. 73rd Street**
**Anderson, IN, 46011-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☑ No

☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

▮ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **EnerDel, Inc., a Delaware Corporation**                                   Case number (*if known*) _____
         Name

☐ $100,000,001 - $500 million

---

**16.   Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **EnerDel, Inc., a Delaware Corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 13, 2023**
            MM / DD / YYYY

**X** **/s/ Steve Heir**                                    **Steve Heir**
   Signature of authorized representative of debtor       Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Jeffrey A. Hokanson**                    Date   **July 13, 2023**
   Signature of attorney for debtor                        MM / DD / YYYY

**Jeffrey A. Hokanson 14579-49**
Printed name

**Ice Miller LLP**
Firm name

**One American Square**
**Suite 2900**
**Indianapolis, IN 46282-0200**
Number, Street, City, State & ZIP Code

Contact phone   **(317) 236-2236**    Email address   **Jeff.Hokanson@icemiller.com**

**14579-49 IN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **EnerDel, Inc., a Delaware Corporation**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 13, 2023**        X  **/s/ Steve Heir**
                                        Signature of individual signing on behalf of debtor

                                        **Steve Heir**
                                        Printed name

                                        **Chief Executive Officer**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **EnerDel, Inc., a Delaware Corporation**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF INDIANA

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

**Part 1:**    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
        Copy line 88 from *Schedule A/B*........................................................................................    $           **0.00**

     1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*....................................................................................    $      **13,980,050.33**

     1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*......................................................................................    $      **13,980,050.33**

**Part 2:**    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      **31,302,022.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $           **0.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$      **16,253,558.09**

4.    **Total liabilities** .................................................................................................................
     Lines 2 + 3a + 3b                        $      **47,555,580.09**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **EnerDel, Inc., a Delaware Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$20.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Financial Bank** | | **0608** | **$3,861.00** |
| 3.2. | **First Financial Bank** | **MM for self-funded Visa** | **5134** | **$20,061.00** |
| 3.3. | **First Financial Bank** | **MM** | **6033** | **$166.00** |
| 3.4. | **First Merchants Bank** | | **9906** | **$12.00** |
| 3.5. | **First Merchants Bank** | | **9929** | **$215.00** |

4.    **Other cash equivalents** *(Identify all)*

Debtor   **EnerDel, Inc., a Delaware Corporation**                    Case number *(If known)* _____
          <sub>Name</sub>

5.    **Total of Part 1.**                                                                    | $24,335.00 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit
            **Security Deposit for Rent:  GFE MacArthur Investments, LLC**
            **757 N. Broadway, Suite 700**
      7.1.  **Milwaukee, WI 53202**                                                $15,047.30

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment
            **Prepaid deposits to vendors for parts and prepaid insurance.  (See attached**
      8.1.  **spreadsheet "8. Prepayments")**                                      $1,025,627.66

9.    **Total of Part 2.**                                                                    | $1,040,674.96 |

Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 82,618.21 | - | 0.00 | = .... | $82,618.21 |
| | <sub>face amount</sub> | | <sub>doubtful or uncollectible accounts</sub> | | |

| 11b. Over 90 days old: | 1,432,912.76 | - | 0.00 | =.... | $1,432,912.76 |
| | <sub>face amount</sub> | | <sub>doubtful or uncollectible accounts</sub> | | |

12.    **Total of Part 3.**                                                                   | $1,515,530.97 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

Debtor  **EnerDel, Inc., a Delaware Corporation**                    Case number *(If known)* _____
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Parts to manufacturer product.  (See attached Part 5 - Inventory).** | **1/23/2023** | **$7,379,126.60** | **Recent cost** | **$7,379,126.60** |
| 20. **Work in progress** **Assemblies for product. (See attached Part 5 - Inventory).** | **1/23/2023** | **$1,456,461.78** | **Recent cost** | **$1,456,461.78** |
| 21. **Finished goods, including goods held for resale** **Finished packs.  (See attached Part 5 - Inventory).** | **1/25/2023** | **$897,944.00** | **Recent cost** | **$897,944.00** |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**
       Add lines 19 through 22.  Copy the total to line 84.                          | **$9,733,532.38** |

24.    **Is any of the property listed in Part 5 perishable?**
       ☑ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☑ No
       ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

       ☑ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

       ☐ No.  Go to Part 8.
       ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Cubicles, desks, phones.  (See attached "Parts 7 and 8. Fixed Assets")** | **$263,933.39** | **Straightline** | **$263,933.39** |

Debtor   __**EnerDel, Inc., a Delaware Corporation**__   Case number *(If known)* _____
                    Name

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and
      communication systems equipment and software**
      **Computer equipment and software.**     $428,700.23   Straightline              $428,700.23

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                    $692,633.62
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **Think Car-first cars EnerDel built** | $0.00 | Straightline | $0.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**
      **Production equipment, tooling, other (See
      attached "Parts 7 and 8. Fixed Assets")**     $973,343.40   Straightline              $973,343.40

51.   **Total of Part 8.**                                                                    $973,343.40
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor    **EnerDel, Inc., a Delaware Corporation**                        Case number *(If known)* _____
_____
Name

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☐ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Various copy rights for product.** | **$0.00** | **Straightline** | **Unknown** |
| 61. | **Internet domain names and websites** **www.enerdel.com (has been turned off)** | **Unknown** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | **$0.00** |
|---|---|---|

Add lines 60 through 65. Copy the total to line 89.

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☐ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |

Debtor    **EnerDel, Inc., a Delaware Corporation**                    Case number *(If known)* _____
      Name

| | | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**There should be a NOL for 2022, but taxes have not been completed.** | |

Tax year **2022** _____          **Unknown**

---

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$0.00** |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **EnerDel, Inc., a Delaware Corporation**                    Case number *(If known)* _____
              Name

<div style="background:black;color:white;display:inline-block;">Part 12:</div>    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $24,335.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,040,674.96 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,515,530.97 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $9,733,532.38 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $692,633.62 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $973,343.40 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,980,050.33 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,980,050.33 |

EnerDel prepayments made to Vendors and Insurance

| Internal ID | Date | Document Number | Name | Total | Address |
|---|---|---|---|---|---|
| 3496 | 2/6/2018 37924 | | IEWC HOLDINGS CORP | 1,775.00 | IEWC HOLDINGS CORP5001 S. TOWNE DRIVENEW BERLIN WI 53151United States |
| 3492 | 4/11/2018 38225 | | SIMCO ELECTRONICS | 582.00 | SIMCO ELECTRONICSPO BOX 49132SAN JOSE CA 95161-9132United States |
| 3296 | 10/16/2019 46869 | | AMPHENOL TECH PRODUCTS INT'L CO | 590.00 | AMPHENOL TECH PRODUCTS INT'L CO' 2110 NOTRE DAME AVEWINNIPEG R3H 0K1 |
| 3433 | 10/16/2019 39963 | | HOOSIER GASKET CORPORATION | 446.46 | HOOSIER GASKET CORPORATION2600 ENTERPRISE PARK PLACEINDIANAPOLIS IN 46218United States |
| 3469 | 10/24/2019 39997 | | INTERTEK TESTING SERVICES NA INC | 1,800.00 | INTERTEK TESTING SERVICES NA INCPO BOX 405176ATLANTA GA 30384-5176United States |
| 3413 | 12/26/2019 40175 | | CENTURY FASTENERS CORP | 120.00 | CENTURY FASTENERS CORP30-20 Ireland StreetElmhurst NY 11373United States |
| 3368 | 4/28/2020 40553 | | KEYTRONIC EMS | 1,795.65 | KEYTRONIC EMS1501 S. FULTON DR.CORINTH MS 38834United States |
| 3422 | 5/21/2020 40686 | | PIONEER PLASTICS | 745.74 | PIONEER PLASTICS3860 Dodd Road EAGAN MN 55122United States |
| 3426 | 9/14/2020 40967 | | HOOSIER GASKET CORPORATION | 74.75 | HOOSIER GASKET CORPORATION2600 ENTERPRISE PARK PLACEINDIANAPOLIS IN 46218United States |
| 3389 | 9/14/2020 40972 | | REPRO PARTS | 503.75 | REPRO PARTS881 INDUSTRIAL DRIVEELMHURST IL 60126United States |
| 3292 | 11/4/2020 48975 | | AMPHENOL TECH PRODUCTS INT'L CO | 10,310.00 | AMPHENOL TECH PRODUCTS INT'L CO' 2110 NOTRE DAME AVEWINNIPEG R3H 0K2 |
| 3294 | 11/4/2020 48957 | | AMPHENOL TECH PRODUCTS INT'L CO | 13,846.00 | AMPHENOL TECH PRODUCTS INT'L CO' 2110 NOTRE DAME AVEWINNIPEG R3H 0K4 |
| 3306 | 11/10/2020 41197 | | CRESCENT ELECTRIC SUPPLY CO | 16,060.08 | CRESCENT ELECTRIC SUPPLY CORO BOX 500770I DUNLEITH DRIVEEAST DUBUQUE IL 61025-4420United States |
| 3283 | 11/10/2020 41192 | | GLOBAL PLASTICS INC | 49,024.50 | GLOBAL PLASTICS INC 6739 Guion Road Indianapolis IN 46268 United States |
| 3276 | 11/10/2020 41193 | | SPACEAGE TOOL AND MANUFACTURING INC | 3,583.80 | SPACEAGE TOOL AND MANUFACTURING INC601 NORTH PARK STREETSAINT ANSGAR IA 50472United States |
| 3226 | 11/20/2020 41264 | | AFC INDUSTRIES INC | 841.30 | AFC INDUSTRIES INC3795 PORT UNION ROADFAIRFIELD OH 45014United States |
| 3374 | 11/24/2020 41267 | | KEYTRONIC EMS | 3,844.40 | KEYTRONIC EMS1501 S. FULTON DR.CORINTH MS 38834United States |
| 3442 | 12/8/2020 41300 | | ESTES DESIGN AND MANUFACTURING INC | 10,302.78 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 3236 | 12/9/2020 41306 | | CENTURY FASTENERS CORP. | 87,600.00 | CENTURY FASTENERS CORP30-20 Ireland StreetElmhurst NY 11373United States |
| 11246 | 1/18/2021 41524 | | PGC  PRECISION GASKET COMPANY | 32.85 | PGC  PRECISION GASKET COMPANY5732 LINCOLN DREDINA MN 55436United States |
| 11247 | 1/18/2021 41525 | | PGC  PRECISION GASKET COMPANY | 824.16 | PGC  PRECISION GASKET COMPANY5732 LINCOLN DREDINA MN 55436United States |
| 16108 | 2/10/2021 41600 | | ESTES DESIGN AND MANUFACTURING INC | 862.01 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 16081 | 2/10/2021 41586 | | ESTES DESIGN AND MANUFACTURING INC | 4,376.20 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 16278 | 2/11/2021 41622 | | SPACEAGE TOOL AND MANUFACTURING INC | 9,123.84 | SPACEAGE TOOL AND MANUFACTURING INC601 NORTH PARK STREETSAINT ANSGAR IA 50472United States |
| 17809 | 2/26/2021 41659 | | ESTES DESIGN AND MANUFACTURING INC | 247.10 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 20264 | 3/17/2021 41696 | | ESTES DESIGN AND MANUFACTURING INC | 1,162.00 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 20580 | 3/19/2021 41701 | | REPRO PARTS | 1,021.25 | REPRO PARTS881 INDUSTRIAL DRIVEELMHURST IL 60126United States |
| 20940 | 3/26/2021 41708 | | ESTES DESIGN AND MANUFACTURING INC | 805.80 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 23214 | 4/23/2021 41784 | | AFC INDUSTRIES INC | 1,403.72 | AFC INDUSTRIES INC3795 PORT UNION ROADFAIRFIELD OH 45014United States |
| 23215 | 4/23/2021 41783 | | EMP TECHNICAL GROUP | 1,977.90 | EMP TECHNICAL GROUPP3450 TILLER COURTWESTFIELD IN 46074United States |
| 26738 | 5/28/2021 41850 | | SPACEAGE TOOL AND MANUFACTURING INC | 12,906.00 | SPACEAGE TOOL AND MANUFACTURING INC601 NORTH PARK STREETSAINT ANSGAR IA 50472United States |
| 30247 | 6/23/2021 PAID WIRE TRANSFER - REF# 202117400005 | | TradeKon, LLC | 973.27 | TradeKon, LLCTu. Bondarovskaya StreetBuild 18 lit. A.St. Petersburg  198510United States |
| 38881 | 8/11/2021 41973 | | SENSATA TECHNOLOGIES, INC | 1,200.00 | SENSATA TECHNOLOGIES INC P.O. Box 100139 Atlanta GA 30384-0139 United States |
| 45168 | 10/27/2021 42128 | | GLOBAL PLASTICS INC | 78.70 | GLOBAL PLASTICS INC 6739 Guion Road Indianapolis IN 46268 United States |
| 47159 | 11/30/2021 Wire Transfer #2021334000179 | | SHENZHEN ACE BATTERY CO., LTD | 805.00 | SHENZHEN ACE BATTERY CO., LTD26th Floor, BAK Bldg, Keyan Rd 9 NanshanShenzhen Guangdong Province 518000China |
| 48914 | 12/14/2021 42248 | | ESTES DESIGN AND MANUFACTURING INC | 549.30 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 49014 | 12/16/2021 PAID WIRE TRANS #2021350000162 | | AMPHENOL TECH PRODUCTS INT'L CO | 14,669.50 | AMPHENOL TECH PRODUCTS INT'L CO' 2110 NOTRE DAME AVEWINNIPEG R3H 0K5 |
| 49063 | 12/20/2021 42264 | | EBM-PAPST AUTOMOTIVE & DRIVE | 12,238.00 | EBM-PAPST AUTOMOTIVE & DRIVE, P.O. BOX 416381, BOSTON MA 02241-6383 |
| 49116 | 12/22/2021 42266 | | AOS THERMAL COMPOUND | 924.92 | AOS THERMAL COMPOUND22 Meridian RoadSuite 6Eatontown NJ 07724United States |
| 49160 | 12/22/2021 42274 | | ESTES DESIGN AND MANUFACTURING INC | 3,679.47 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 49156 | 12/22/2021 42271 | | REPRO PARTS | 280.14 | REPRO PARTS881 INDUSTRIAL DRIVEELMHURST IL 60126United States |
| 49227 | 12/28/2021 42292 | | INTERTEK TESTING SERVICES NA INC | 7,750.00 | INTERTEK TESTING SERVICES NA INCPO BOX 405176ATLANTA GA 30384-5176United States |
| 49226 | 12/28/2021 42291 | | INTERTEK TESTING SERVICES NA INC | 25,250.00 | INTERTEK TESTING SERVICES NA INCPO BOX 405176ATLANTA GA 30384-5176United States |
| 49425 | 1/3/2022 PAID WIRE TRANS #202200300165 | | AMPHENOL TECH PRODUCTS INT'L CO | 13,325.98 | AMPHENOL TECH PRODUCTS INT'L CO' 2110 NOTRE DAME AVEWINNIPEG R3H 0K3 |
| 49668 | 1/7/2022 PAID WIRE TRANSFER #2022007000055 | | ESTES DESIGN AND MANUFACTURING INC | 600.00 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 49699 | 1/7/2022 PAID WIRE TRANS #2022007000055 | | ESTES DESIGN AND MANUFACTURING INC | 2,198.31 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 50611 | 1/14/2022 42321 | | KEYTRONIC EMS | 1,082.16 | KEYTRONIC EMS1501 S. FULTON DR.CORINTH MS 38834United States |
| 50893 | 1/19/2022 PAID WIRE TRANSFER #2022019000088 | | GLOBAL PLASTICS INC | 12,284.30 | GLOBAL PLASTICS INC 6739 Guion Road Indianapolis IN 46268 United States |
| 50970 | 1/24/2022 PAID WIRE TRANSFER # 2022024000106 | | ESTES DESIGN AND MANUFACTURING INC | 1,031.10 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 51422 | 1/28/2022 PAID WIRE TRANSFER #2022028000165 | | KEYTRONIC EMS | 2,853.16 | KEYTRONIC EMS1501 S. FULTON DR.CORINTH MS 38834United States |
| 54461 | 2/24/2022 42383 | | PIONEER PLASTICS | 135.63 | PIONEER PLASTICS3860 Dodd Road EAGAN MN 55122United States |
| 55001 | 3/3/2022 PAID WIRE TRANSFER #2022062000129 | | HOOSIER GASKET CORPORATION | 735.42 | HOOSIER GASKET CORPORATION2600 ENTERPRISE PARK PLACEINDIANAPOLIS IN 46218United States |
| 66912 | 4/22/2022 PAID WIRE TRANSFER #2022112000046 | | ESTES DESIGN AND MANUFACTURING INC | 20.88 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 67514 | 5/5/2022 PAID WIRE TRANSFER #2022125000093 | | ESTES DESIGN AND MANUFACTURING INC | 1,212.84 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 67515 | 5/5/2022 PAID WIRE TRANS #2022125000093 | | ESTES DESIGN AND MANUFACTURING INC | 3,144.24 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 67456 | 5/5/2022 42458 | | PIONEER PLASTICS | 13,180.53 | PIONEER PLASTICS3860 Dodd Road EAGAN MN 55122United States |
| 67455 | 5/5/2022 42457 | | SPACEAGE TOOL AND MANUFACTURING INC | 8,848.88 | SPACEAGE TOOL AND MANUFACTURING INC601 NORTH PARK STREETSAINT ANSGAR IA 50472United States |
| 71684 | 5/19/2022 PAID WIRE TRANSFER 2022139000171 | | ESTES DESIGN AND MANUFACTURING INC | 554.41 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 71683 | 5/19/2022 PAID WIRE TRANSFER #2022139000171 | | ESTES DESIGN AND MANUFACTURING INC | 2,443.35 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 71659 | 5/20/2022 42505 | | EBM-PAPST AUTOMOTIVE & DRIVE | 11,140.00 | EBM-PAPST AUTOMOTIVE & DRIVE, P.O. BOX 416381, BOSTON MA 02241-6382 |
| 75470 | 6/3/2022 PAID WIRE TRANSFER #2022154000054 | | ESTES DESIGN AND MANUFACTURING INC | 844.37 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 76670 | 6/16/2022 42560 | | CENTURY FASTENERS CORP | 24.82 | CENTURY FASTENERS CORP30-20 Ireland StreetElmhurst NY 11373United States |
| 77996 | 6/17/2022 PAID WIRE TRANSFER #2022168000155 | | ESTES DESIGN AND MANUFACTURING INC | 17,695.36 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 82696 | 7/8/2022 42600 | | EBM-PAPST AUTOMOTIVE & DRIVE | 7,363.20 | EBM-PAPST AUTOMOTIVE & DRIVE, P.O. BOX 416381, BOSTON MA 02241-6381 |
| 85726 | 7/14/2022 PAID WIRE TRANSFER #2022195000084 | | SENSATA TECHNOLOGIES, INC | 3,180.00 | SENSATA TECHNOLOGIES INC P.O. Box 100139 Atlanta GA 30384-0139 United States |
| 86098 | 7/21/2022 PAID WIRE TRANSFER #2022202000120 | | ESTES DESIGN AND MANUFACTURING INC | 0.03 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 89004 | 8/12/2022 PAID WIRE TRANSFER #2022224000059 | | ESTES DESIGN AND MANUFACTURING INC | 5.28 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 89002 | 8/12/2022 PAID WIRE TRANSFER#2022224000059 | | ESTES DESIGN AND MANUFACTURING INC | 1,144.68 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 89000 | 8/12/2022 PAID WIRE TRANSFER #2022224000059 | | ESTES DESIGN AND MANUFACTURING INC | 1,803.20 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 89777 | 9/1/2022 42700 | | EBM-PAPST AUTOMOTIVE & DRIVE, P.O. BOX 416381, BOSTON MA 02241-6384 | 20,390.40 | EBM-PAPST AUTOMOTIVE & DRIVE, P.O. BOX 416381, BOSTON MA 02241-6384 |
| 92161 | 9/1/2022 - None - | | ESSENTRA COMPONENTS | 5,398.30 | ESSENTRA COMPONENTS, 2 WESTBROOK CORPORATE CENTER, WESTCHESTER, IL 60154 |
| 91621 | 9/15/2022 PAID WIRE TRANSFER NO. 2022258000095 | | ESTES DESIGN AND MANUFACTURING INC | 1,331.52 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 95554 | 10/14/2022 42758 | | SPACEAGE TOOL AND MANUFACTURING INC | 32,475.00 | SPACEAGE TOOL AND MANUFACTURING INC601 NORTH PARK STREETSAINT ANSGAR IA 50472United States |
| 95680 | 10/17/2022 PAID WIRE TRANSFER #2022290000041 | | REPRO PARTS | 133,355.27 | REPRO PARTS881 INDUSTRIAL DRIVEELMHURST IL 60126United States |
| 96321 | 10/27/2022 PAID WIRE TRANSFER NO. 2022300000062 | | ESTES DESIGN AND MANUFACTURING INC | 1,592.22 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 96320 | 10/27/2022 PAID WIRE TRANSFER #2022300000062 | | ESTES DESIGN AND MANUFACTURING INC | 47,177.56 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 96316 | 10/27/2022 PAID WIRE TRANSFER #2022300000063 | | FLEX-CABLE | 513.19 | FLEX-CABLE5822 HENKEL RD.HOWARD CITY MI 49329United States |
| 97053 | 11/9/2022 42794 | | CENTURY FASTENERS CORP | 1,276.96 | CENTURY FASTENERS CORP30-20 Ireland StreetElmhurst NY 11373United States |
| 97061 | 11/9/2022 42802 | | SPACEAGE TOOL AND MANUFACTURING INC | 36,418.40 | SPACEAGE TOOL AND MANUFACTURING INC601 NORTH PARK STREETSAINT ANSGAR IA 50472United States |
| 97573 | 11/9/2022 PAID WIRE TRANSFER #2022313000056 | | Tianjin RiseSun MGL New Energy Science & Tech Co., Ltd | 13,725.00 | Tianjin RiseSun MGL New Energy Science & Tech Co.No. 18 Juanuan RoadChangxing DistrictBeijing  100022China |
| 97903 | 11/17/2022 PAID WIRE TRANSFER #2022321000155 | | CRESCENT ELECTRIC SUPPLY CO | 4,270.16 | CRESCENT ELECTRIC SUPPLY CORO BOX 500770I DUNLEITH DRIVEEAST DUBUQUE IL 61025-4420United States |
| 100378 | 12/9/2022 PAID WIRE TRANSFER NO. 2022343000041 | | ESTES DESIGN AND MANUFACTURING INC | 76.75 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 100373 | 12/9/2022 PAID WIRE TRANSFER NO. 2022343000049 | | REPRO PARTS | 36,372.00 | REPRO PARTS881 INDUSTRIAL DRIVEELMHURST IL 60126United States |
| 102313 | 12/21/2022 PAID WIRE TRANSFER #2022355000151 | | KEYTRONIC EMS | 52,019.25 | KEYTRONIC EMS1501 S. FULTON DR.CORINTH MS 38834United States |
| 113047 | 1/31/2023 42863 | | SPACEAGE TOOL AND MANUFACTURING INC | 13,700.00 | SPACEAGE TOOL AND MANUFACTURING INC601 NORTH PARK STREETSAINT ANSGAR IA 50472United States |
| 117948 | 3/6/2023 Paid Wire Transfer #2023065000088 | | FLEX-CABLE | 314.08 | FLEX-CABLE5822 HENKEL RD.HOWARD CITY MI 49329United States |
| 118153 | 3/6/2023 Paid Wire Transfer #2023065000091 | | REPRO PARTS | 2,312.76 | REPRO PARTS881 INDUSTRIAL DRIVEELMHURST IL 60126United States |
| 119655 | 3/21/2023 Paid Wire Transfer #2023080000030 | | ESTES DESIGN AND MANUFACTURING INC | 16,397.66 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 120717 | 3/31/2023 Paid Wire Transfer #2023090000024 | | ESTES DESIGN AND MANUFACTURING INC | 18,531.66 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| 120720 | 3/31/2023 Paid Wire Transfer # 2023090000029 | | KEYTRONIC EMS | 4,604.00 | KEYTRONIC EMS1501 S. FULTON DR.CORINTH MS 38834United States |
| 125322 | 5/4/2023 Paid Wire Transfer #2023125000168 | | ESTES DESIGN AND MANUFACTURING INC | 18,715.25 | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD.INDIANAPOLIS IN 46229United States |
| | Paid Wire Transfer #2023125000168 | | RAPID GLOBAL BUSINESS SOLUTIONS, INC | 79,125.00 | RAPID GLOBAL BUSINESS SOLUTIONS, INC, 1200 Stephenson Hwy, Troy, MI 48083 |
| 125278 | 5/4/2023 42917 | | SPACEAGE TOOL AND MANUFACTURING INC | 1,696.80 | SPACEAGE TOOL AND MANUFACTURING INC601 NORTH PARK STREETSAINT ANSGAR IA 50472United States |
| | | | AFCO CREDIT CORPORATION: | | AFCO CREDIT CORPORATION: |
| | | | PO BOX 360572: | | PO BOX 360572: |
| | | | PITTSBURGH PA 15250 6572 : | | PITTSBURGH PA 15250 6572 : |
| | 4/12/23 and 7 Prepaid Insurance | | AFCO Insurance | 69,999.00 | United States |

1,025,627.66

| Row Labels | Sum of Amount Due |
|---|---|
| BROOKVILLE EQUIPMENT CORP | $ (0.02) |
| CITY & COUNTY OF HONOLULU | $ 297.09 |
| Emera Technologies | $ 17,737.50 |
| ENERTECH INTERNATIONAL INC | $ 66,331.00 |
| Florida Detroit Diesel | $ 1,425.87 |
| GENERAL DYNAMICS LAND SYSTEMS | $ 254.90 |
| INTERSTATE POWER SYSTEMS | $ 5,586.15 |
| KING COUNTY DOT TRANSIT VEHICLE MAINT | $ 15,197.74 |
| Komatsu Mining Corp. Group | $ 20,798.00 |
| PACCAR | $ 437.74 |
| WORKHORSE | $ 1,387,465.00 |
| **Grand Total** | **$ 1,515,530.97** |

part 11

<90
>90

**EnerDel, Inc.**
**Ener1, Inc. : EnerDel, Inc.**
**Custom A/R Aging Summary**
**As of June 27, 2023**
**Accounts receivable**

| Document [ | Document Number | Customer | Amount Due | Date Due | |
|---|---|---|---|---|---|
| 1/4/2021 | IVC14401 | KING COUNTY DOT TRANSIT VEHICLE MAINT | $231.99 | 10/26/2019 | BROOKVILLE EQUIPMENT CORP<br>(814) 849-2000 Ext. 0000<br>175 EVANS STREET<br>BROOKVILLE PA 15825<br>United States |
| | INV100103 | WORKHORSE | $151,875.00 | 4/26/2021 | CITY & COUNTY OF HONOLULU<br><br>City & County of Honolulu<br>Oahu Transit Services<br>811 Middle St.<br>Honolulu HI 96819<br>United States |
| | INV100106 | WORKHORSE | $151,875.00 | 4/28/2021 | EMERA TECHNOLOGIES<br><br>702 North Franklin St.<br>Suite# 100<br>Tampa FL 33602<br>United States |
| | INV100119 | WORKHORSE | $151,875.00 | 5/7/2021 | |
| | INV100576 | WORKHORSE | $2,154.00 | 7/27/2022 | Florida Detroit Diesel<br>6750 Presidents Drive<br>Orlando FL 32809<br>United States |
| | INV100591 | ENERTECH INTERNATIONAL INC | $66,331.00 | 9/15/2022 | GENERAL DYNAMICS LAND SYSTEMS<br>1161 BUCKEYE ROAD<br>LIMA OH 45804-1815<br>United States |
| | INV100714 | WORKHORSE | $265,625.00 | 11/15/2022 | GENERAL DYNAMICS LAND SYSTEMS<br>1161 BUCKEYE ROAD<br>LIMA OH 45804-1815<br>United States |
| | INV100722 | PACCAR | $437.74 | 11/18/2022 | GENERAL DYNAMICS LAND SYSTEMS<br>1161 BUCKEYE ROAD<br>LIMA OH 45804-1815<br>United States |
| | INV100724 | WORKHORSE | $265,625.00 | 11/28/2022 | INTERSTATE POWER SYSTEMS<br>21568 HIGHVIEW AVE<br>LAKEVILLE MN 55044<br>United States |
| | INV100754 | WORKHORSE | $398,437.50 | 12/13/2022 | INTERSTATE POWER SYSTEMS<br>21568 HIGHVIEW AVE<br>LAKEVILLE MN 55044<br>United States |
| | INV100821 | Emera Technologies | $17,737.50 | 3/7/2023 | KING COUNTY DOT TRANSIT VEHICLE MAINT<br>KC DOT TRANSIT VEHICLE MAINT<br>2160 N 163RD ST, NBM-TR-0100<br>SHORELINE WA 98133<br>United States<br>KING COUNTY DOT TRANSIT VEHICLE MAINT |
| | INV100861 | Komatsu Mining Corp. Group | $19,300.00 | 4/16/2023 | KC DOT TRANSIT VEHICLE MAINT<br>2160 N 163RD ST, NBM-TR-0100<br>SHORELINE WA 98133<br>United States |
| | INV100874 | GENERAL DYNAMICS LAND SYSTEMS | $122.53 | 5/10/2023 | Komatsu Mining Corp. Group<br>(814) 432-1703<br>120 Liberty Street<br>Franklin PA 16323<br>United States |
| | INV100873 | GENERAL DYNAMICS LAND SYSTEMS | $129.32 | 5/10/2023 | Komatsu Mining Corp. Group<br>(814) 432-1703<br>120 Liberty Street<br>Franklin PA 16323<br>United States |

| INV100877 | Florida Detroit Diesel | $1,425.87 5/12/2023 | Komatsu Mining Corp. Group<br>(814) 432-1703<br>120 Liberty Street<br>Franklin PA 16323<br>United States |
|---|---|---|---|
| INV100878 | CITY & COUNTY OF HONOLULU | $297.09 5/13/2023 | PACCAR<br>(425) 254-6191<br>485 Houser Way N,<br>Renton WA 98057<br>United States |
| INV100912 | GENERAL DYNAMICS LAND SYSTEMS | $3.05 6/15/2023 | WORKHORSE<br>(765) 977-6090<br>946 South State Route 32<br>Union City IN 47390<br>United States |
| INV100909 | KING COUNTY DOT TRANSIT VEHICLE MAINT | $14,965.75 6/15/2023 | WORKHORSE<br>(765) 977-6090<br>946 South State Route 32<br>Union City IN 47390<br>United States |
| INV100911 | INTERSTATE POWER SYSTEMS | $6,620.60 6/17/2023 | WORKHORSE<br>(765) 977-6090<br>946 South State Route 32<br>Union City IN 47390<br>United States |
| INV100927 | Komatsu Mining Corp. Group | $991.40 7/5/2023 | WORKHORSE<br>(765) 977-6090<br>946 South State Route 32<br>Union City IN 47390<br>United States |
| INV100926 | Komatsu Mining Corp. Group | $506.60 7/5/2023 | WORKHORSE<br>(765) 977-6090<br>946 South State Route 32<br>Union City IN 47390<br>United States |
| JE104565 | BROOKVILLE EQUIPMENT CORP | -$0.02 | WORKHORSE<br>(765) 977-6090<br>946 South State Route 32<br>Union City IN 47390<br>United States |
| CM100088 | INTERSTATE POWER SYSTEMS | -$1,034.45 | WORKHORSE<br>(765) 977-6090<br>946 South State Route 32<br>Union City IN 47390<br>United States |
| PYMT100039 | WORKHORSE | -$1.00 | WORKHORSE<br>(765) 977-6090<br>946 South State Route 32<br>Union City IN 47390<br>United States |
| PYMT100045 | WORKHORSE | -$0.50 | WORKHORSE<br>(765) 977-6090<br>946 South State Route 32<br>Union City IN 47390<br>United States |

**Total** **$1,515,530.97**

| <90 days | $82,618.21 |
|---|---|
| >90 days | $1,432,912.76 |

**EnerDel, Inc.**
**Ener1, Inc. : EnerDel, Inc.**
**Inventory Valuation Summary**
**As of July 11, 2023**

| Item | Description | Inv. Value | of Inv. Value | On Hand |
|------|-------------|-----------:|--------------:|--------:|
| **Assembly** | | | | |
| 10-11166 - OM Assembly | FRAME, RETAINING, 74MM PITCH | $100,575.77 | 1.03% | 64,061.00 |
| 10-11167 - OM Assembly | FRAME, RETAINING, 84MM PITCH | $94,099.52 | 0.97% | 59,936.00 |
| 10-11169 | HEATSINK ASSEMBLY | $320.45 | 0.00% | 65.00 |
| 10-12183 | HEATSINK ASSEMBLY | $9,086.00 | 0.09% | 2,200.00 |
| 10-12432 | MODULE, FINAL ASM, 12S2P, HC, BB-TB, 16AH, P | $0.00 | 0.00% | 0.00 |
| 10-12432 (NOT FOR RESALE-BOM use only) | MODULE, FINAL ASM, 12S2P, HC, BB-TB, 16AH, P | $998.67 | 0.01% | 1.00 |
| 10-12433 | SUB ASM, SUB-PACK W/MODULES | $0.00 | 0.00% | 0.00 |
| 10-14570 | SUB ASM, COVER, REMOTE LEC | $0.00 | 0.00% | 0.00 |
| 10-14571 | SUB ASM, SUB-PACK, LEC COVER | $23,899.65 | 0.25% | 10.00 |
| 10-14573 | SUB ASSEMBLY, CONTACTORS/MOUNT | $0.00 | 0.00% | 0.00 |
| 10-14700 | ELEMENT ASM, BT, 16Ah P | | 0.00% | |
| 10-14701 | SUB ASM, MODULE, HD TERMINALS | $0.00 | 0.00% | 0.00 |
| 10-14704 (NOT FOR RESALE-BOM use only) | MODULE FINAL ASM, 12S2P, HC, BB, 16Ah, P | $909,117.51 | 9.34% | 911.00 |
| 10-14704 (serialized) | MODULE FINAL ASM, 12S2P, HC, BB, 16Ah, P | $0.00 | 0.00% | 0.00 |
| 10-15014 | HOUSING ASSEMBLY, FAN/FILTER | $0.00 | 0.00% | 0.00 |
| 10-15064 | CONTROLS, SUB ASSEMBLY ELECTRONICS | $30,071.23 | 0.31% | 14.00 |
| 10-15083 | PANEL RH, CONNECTOR/FAN SUB ASSEMBLY | $16,666.80 | 0.17% | 68.00 |
| 10-15093 | SUB ASSEMBLY, PLATE, ELECTRIC COMPONENTS | $0.00 | 0.00% | 0.00 |
| 10-15176 | SUB ASM, MODULE, FLEX A | $0.00 | 0.00% | 0.00 |
| 10-15180 | PACK, FINAL ASSEMBLY | $489,725.14 | 5.03% | 19.00 |
| 10-15306 | CURRENT SENSOR ASSEMBLY | $0.00 | 0.00% | 0.00 |
| 10-15307 | FAN ASSEMBLY | | 0.00% | |
| 10-15400 | MODULE, 12S2P, HC, BT-TB, 25Ah E | $0.00 | 0.00% | 0.00 |
| 10-15400 (NOT FOR RESALE-BOM use only) | MODULE, 12S2P, HC, BT-TB, 25Ah E | $59,034.30 | 0.61% | 84.00 |
| 10-15420 | VANGUARD4 FINAL ASSEMBLY, PHEV, RH, 24 VOLT | $0.00 | 0.00% | 0.00 |
| 10-15429 (ASSEMBLY) | CONTACTOR GLE100, 24V, WITH CONNECTOR, ASM | $2,853.07 | 0.03% | 30.00 |
| 10-15431 | CONTACTOR PLATE ASSEMBLY, 24V, PHEV | $0.00 | 0.00% | 0.00 |
| 10-15432 | CONTACTOR PLATE ASSEMBLY, 24V, EV | $0.00 | 0.00% | 0.00 |
| 10-15433 | SUB ASSEMBLY, PLATE, ELECTRIC COMPONENTS, 12 V, EV | $0.00 | 0.00% | 0.00 |
| 10-15450 | FINAL ASM, PACK | $0.00 | 0.00% | 0.00 |
| 10-20063 | VANGUARD4 FINAL ASSEMBLY, 25 Ah ENERGY, LH, 24 VOLT | $0.00 | 0.00% | 0.00 |
| 10-20064 | VANGUARD4 FINAL ASSEMBLY, 25Ah ENERGY, RH, 24 VOLT | $0.00 | 0.00% | 0.00 |
| 10-20065 | FINAL ASSEMBLY, 25 Ah ENERGY, RH ONLY, 12 VOLT | $0.00 | 0.00% | 0.00 |
| 10-20066 | VANGUARD4 FINAL ASSEMBLY, 25 Ah ENERGY, LH, 12 VOLT | $0.00 | 0.00% | 0.00 |
| 10-20073 | FINAL ASM, PACK | $0.00 | 0.00% | 0.00 |
| 10-20073-RC | FINAL ASM, PACK | $0.00 | 0.00% | 0.00 |
| 10-20120 | PANEL LH, CONNECTOR/FAN SUB ASSEMBLY | $0.00 | 0.00% | 0.00 |
| 10-20126 | PANEL LH 24V, CONNECTOR/FAN SUB ASSEMBLY | $0.00 | 0.00% | 0.00 |
| 10-20173 | BRACKET SUB ASM, CURRENT SENSOR | | 0.00% | |
| 10-20186 | PANEL RH 24V, CONNECTOR/FAN SUB ASSEMBLY | $292.30 | 0.00% | 1.00 |
| 10-20197 | MODULE FINAL ASSEMBLY, EV | $0.00 | 0.00% | 0.00 |
| 10-20210 | FINAL ASM, PACK | $0.00 | 0.00% | 0.00 |
| 10-20269 | SUB ASSEMBLY, MODULE W/SIDE SHIELD | $0.00 | 0.00% | 0.00 |
| 10-20283 | FAN SUB ASSEMBLY, SEALED, CIRCULATION | $0.00 | 0.00% | 0.00 |
| 10-20290 | ASM, MANIFOLD BLOCK | $0.00 | 0.00% | 0.00 |
| 10-20291 | PACK, 700V/31kWh, 12S2P, 25Ah E, 12V BMS | $0.00 | 0.00% | 0.00 |
| 10-20353 (NOT FOR RESALE-BOM use only) | MODULE, FINAL ASSEMBLY, 12S2P, HC, BTO, 25Ah E | $28,090.14 | 0.29% | 40.00 |
| 10-20353 (serialized) | MODULE, FINAL ASSEMBLY, 12S2P, HC, BTO, 25Ah E | $0.00 | 0.00% | 0.00 |
| 10-20354 | SUB ASM, SUB-PACK W/MODULES | $0.00 | 0.00% | 0.00 |
| 10-20360 | MODULE FINAL ASSEMBLY 12S2P, HC, BTO, PHEV (BOX TOP ONLY) | $0.00 | 0.00% | 0.00 |
| 10-20451 | FINAL ASSEMBLY, 25Ah ENERGY, RH, 12 VOLT | $0.00 | 0.00% | 0.00 |
| 10-20494 | SUB ASM, CONN/FAN, RH, HALOGEN-FREE | | 0.00% | |
| 10-20597 | SUB ASSEMBLY, PLATE, ELECTRIC COMPONENTS | $40,490.91 | 0.42% | 73.00 |
| 10-20598 | CONTACTOR PLATE ASM, KILOVAC, PHEV, 24V | $9,569.36 | 0.10% | 24.00 |
| 10-20610 | PACK, FINAL ASM, 24.2 Kw W/24V POWER SUPPLY | $0.00 | 0.00% | 0.00 |
| 10-20617 | PLATE, MOUNTING ASM, FUSES AND LABELS | $14,300.64 | 0.15% | 33.00 |
| 10-20620 | PACK, FINAL ASM, 24.2 Kw | $0.00 | 0.00% | 0.00 |
| 10-20691 | MODULE FINAL ASM, 14S2P, HC, BT, 25Ah, 48 VOLT, E | $0.00 | 0.00% | 0.00 |
| 10-20699 | FINAL ASM, 25Ah ENERGY, RH, 24 VOLT WITH FIRE SUPPRESSION | $0.00 | 0.00% | 0.00 |
| 10-20715 | | $0.00 | 0.00% | 0.00 |
| 10-20716 | FRAME ASM, 6 MODULES | $0.00 | 0.00% | 0.00 |
| 10-20717 | FRAME ASM, 5 MODULES | $0.00 | 0.00% | 0.00 |
| 10-20720 | PLATE, MOUNTING, CONTROLS ASM | $17,282.14 | 0.18% | 34.00 |
| 10-20755 | PLATE, MOUNTING, FUSE ASM | $8,494.56 | 0.09% | 17.00 |
| 10-20763 | FAN, AXIAL, 40 X 40 X 10, 24V, DC, EBM-PAPST 414F W/ CONNECTOR | $1,598.63 | 0.02% | 7.00 |
| 10-20764 | FINAL ASSEMBLY, 25 Ah ENERGY, RH ONLY, 12 VOLT | $53,684.32 | 0.55% | 6.00 |
| 10-20768 | COVER ASM, FINAL, RH - ONLY | $0.00 | 0.00% | 0.00 |
| 10-20770 | PANEL RH, CONNECTOR/FAN SUB ASM | $0.00 | 0.00% | 0.00 |
| 10-20772 | ENCLOSURE ASM, FINAL BOTTOM, RH ONLY, 25Ah ENERGY | | 0.00% | |
| 10-20776 | COVER ASM, FINAL | $0.00 | 0.00% | 0.00 |
| 10-20778 | PANEL RH 24V, CONNECTOR/FAN DELETE | $4,921.44 | 0.05% | 24.00 |
| 10-20779 | FINAL ASM, 25Ah ENERGY, RH, 24 VOLT, FAN DELETE | $53,921.19 | 0.55% | 6.00 |
| 10-20780 | COVER ASM, MLEC / DC-DC, W/FAN | | 0.00% | |
| 10-20782 | CONNECTOR, HV, PANEL MOUNT, WITH CONNECTOR | $556.50 | 0.01% | 9.00 |
| 10-20831 | MODULE, FINAL ASM, 12S2P, HC, BT, 25Ah, E, M | $6,098.54 | 0.06% | 8.00 |
| 10-20840 | PACK FINAL ASM, 14S2P 48V, 25Ah E CCS | $0.00 | 0.00% | 0.00 |
| 10-20860 | COVER ASM, END | $0.00 | 0.00% | 0.00 |
| 10-20862 | COVER SUB ASM, ENCLOSURE | $0.00 | 0.00% | 0.00 |

| | | | | |
|---|---|---|---|---|
| 10-20867 | PACK FINAL ASM, 25Ah ENERGY, RH ONLY, 12 VOLT, E, M | $0.00 | 0.00% | 0.00 |
| 10-20874 | PACK, FINAL ASM, 355V/17.7kWH, 12S2P, 25Ah E M, RH, 12V BMS | $0.00 | 0.00% | 0.00 |
| 10-20876 | COVER SUB ASM, ENCLOSURE | $0.00 | 0.00% | 0.00 |
| 10-20877 | PACK, FINAL ASM, 355V/17.7kWH, 12S2P, 25Ah E 02, RH, 24V BMS | $0.00 | 0.00% | 0.00 |
| 10-20880 | PACK, FINAL ASM, 355V/17.7kWH, 12S2P, 25Ah E 02, RH ONLY, 12V BMS, SEALED | $9,428.40 | 0.10% | 1.00 |
| 10-20887 | FRAME ASM, 5 MODULES AND BARRIERS | $0.00 | 0.00% | 0.00 |
| 10-20889 | FRAME ASM, 6 MODULES | $0.00 | 0.00% | 0.00 |
| 10-20890 | ASM 244V/24.4KWH, 12S2P E, 24V BMS W POWER SUPPLY | $0.00 | 0.00% | 0.00 |
| 10-20895 | FINAL ASM, PACK | $19,172.42 | 0.20% | 1.00 |
| 10-20909 | FINAL ASSEMBLY, 25 Ah ENERGY, RH ONLY, 12 VOLT | $0.00 | 0.00% | 0.00 |
| 10-20914 | PANEL RH, CONNECTOR SUB ASM | | 0.00% | |
| 10-20926 | | | 0.00% | |
| 10-20938 | PACK, FINAL ASM, 355V/17.7kWH, 12S2P, 25Ah E 02, RH ONLY, 12V BMS | $272,062.66 | 2.80% | 28.00 |
| 10-20939 | PACK, FINAL ASM, 355V/17.7kWH, 12S2P, 25Ah E, RH ONLY, 12V BMS | $0.00 | 0.00% | 0.00 |
| 10-20940 | PLATE, NEGATIVE AND POSITIVE CONTACTOR ASM | $0.00 | 0.00% | 0.00 |
| 10-20945 | MOUNT, RLEC MOUNTING ASSEMBLY | | 0.00% | |
| 10-20958 (NOT FOR RESALE-BOM Use Only) | MODULE FINAL ASM, 12S2P, HC, BT-TB, 25Ah, E, 02 | $56,170.12 | 0.58% | 73.00 |
| 10-20967 | PLATE SUB ASSEMBLY, KILOVAC CONTACTOR | $0.00 | 0.00% | 0.00 |
| 10-20969 | PLATE, MSD SUB ASM | $0.00 | 0.00% | 0.00 |
| 10-20971 | PLATE ASM, ACCESS, HV & LV | $0.00 | 0.00% | 0.00 |
| 10-21029 | FRAME, RETAINING, 74MM PITCH | $10,795.68 | 0.11% | 6,426.00 |
| 10-21035 | NGP-N-800, LOW PROFILE PACK, 70.8KWh, 800V | | 0.00% | |
| 10-21064 | PLATE, MID PACK FUSE AND CURRENT SENSOR ASM | | 0.00% | |
| 10-21066 | MODULE, FINAL ASM, V-0, 6S4P, HC, BT, 25Ah, E | $0.00 | 0.00% | 0.00 |
| 10-21066 (NOT FOR RESALE-BOM use only) | MODULE, FINAL ASM, V-0, 6S4P, HC, BT, 25Ah, E | $7,266.43 | 0.07% | 8.00 |
| 10-21067 | SUB ASM, HEATSINK/FRAME, V0 PLASTIC | $580.32 | 0.01% | 186.00 |
| 10-21068 | ELEMENT ASM, BT, 16Ah P | | 0.00% | |
| 10-21069 | | | 0.00% | |
| 10-21078 | PACK, VDA LOW PROFILE PACK W/ MLEC | | 0.00% | |
| 10-21079 | SUB PACK, TOP PACK, 16 MODULES | $0.00 | 0.00% | 0.00 |
| 10-21091 | CONTACTOR RE10, 24V, WITH CONNECTOR, ASM | $0.00 | 0.00% | 0.00 |
| 10-21100 | FAN ASSEMBLY, 4 WIRE SEALED CONNECTOR | $0.00 | 0.00% | 0.00 |
| 10-21101 | FAN SUB ASM, 4 WIRE SEALED, CIRCULATION | $724.70 | 0.01% | 1.00 |
| 10-21122 | FAN ASSEMBLY, 5 FAN ASSEMBLY UNSEALED FANS, SEALED CONNECTOR | $2,456.27 | 0.03% | 5.00 |
| 10-21123 | PACK, 700V/31kWh, 12S2P, 25Ah 02, 12/24V BMS | $0.00 | 0.00% | 0.00 |
| 12-10001 | SLURRY, POSITIVE | $0.00 | 0.00% | 0.00 |
| 12-10003 | PREMIX, BINDER, NEGATIVE | $0.00 | 0.00% | 0.00 |
| 12-10004 | POSITIVE BINDER PREMIX | $0.00 | 0.00% | 0.00 |
| 12-10005 | | $0.00 | 0.00% | 0.00 |
| 12-10006 | SLURRY, POSITIVE | $0.00 | 0.00% | 0.00 |
| 15-11060 | OUTLINE, CELL, 16AH (670MM WIDE) | $0.00 | 0.00% | 0.00 |
| 15-20010 | FINAL ASM, PACK | $0.00 | 0.00% | 0.00 |
| 15-20011 | FINAL ASM, PACK | $0.00 | 0.00% | 0.00 |
| 15-20012 | FINAL ASM, PACK | $0.00 | 0.00% | 0.00 |
| 15-20013 | | $0.00 | 0.00% | 0.00 |
| 20-11308 | ELECTRODE, NEGATIVE | $0.00 | 0.00% | 0.00 |
| 20-11309 | FOIL, COATED COPPER, CALENDERED | $0.00 | 0.00% | 0.00 |
| 20-11310 | FOIL, COATED COPPER, SLIT | $0.00 | 0.00% | 0.00 |
| 20-11311 | FOIL, COATED COPPER, DOUBLE SIDE | $0.00 | 0.00% | 0.00 |
| 20-11312 | ELECTRODE, POSITIVE, SINGLE SIDE | $0.00 | 0.00% | 0.00 |
| 20-11313 | FOIL, COATED ALUMINUM, SINGLE SIDE, CALENDERED | $0.00 | 0.00% | 0.00 |
| 20-11314 | FOIL, COATED ALUMINUM, SINGLE SIDE, SLIT | $0.00 | 0.00% | 0.00 |
| 20-11315 | FOIL, COATED ALUMINUM, SINGLE SIDE | $0.00 | 0.00% | 0.00 |
| 20-11316 | ELECTRODE, POSITIVE, DOUBLE SIDE | $0.00 | 0.00% | 0.00 |
| 20-11317 | FOIL, COATED ALUMINUM, DOUBLE SIDE, CALENDERED | $0.00 | 0.00% | 0.00 |
| 20-11318 | FOIL, COATED ALUMINUM, DOUBLE SIDE, SLIT | $0.00 | 0.00% | 0.00 |
| 20-11319 | FOIL, COATED ALUMINUM DOUBLE SIDE | $0.00 | 0.00% | 0.00 |
| 20-12062 | FOIL, COATED COPPER, FIRST SIDE (670MM WIDE) | | 0.00% | |
| 20-12063 | FOIL, COATED ALUMINUM, FIRST SIDE (670MM WIDE) | | 0.00% | |
| **Total - Assembly** | | **$2,354,405.78** | **24.19%** | **134,410.00** |
| **Inventory Item** | | | | |
| 05-10124 | WIRE, HOOKUP, MTL-DTL-16878/1, 20 AWG, 7/28 STRANDING, WIHTE/GREEN | $0.00 | 0.00% | 0.00 |
| 05-10127 | Wire, Hook-Up UL1015 Style, 12 AWG, White/Blue | $0.00 | 0.00% | 0.00 |
| 05-10143 | TUBING, CORRUGATED SLIT LOOM, POLYETHYLENE, 0.375 IN BUNDLE DIA, BLACK | $93.87 | 0.00% | 223.50 |
| 05-10145 | TUBING, CORRUGATEDLIT LOOM,POLYETHYLENE 0.50 IN. BUNDLE DIA., BLACK | $0.00 | 0.00% | 0.00 |
| 05-10146 | TAPE, CLOTH, SCAPA 164, BLACK | $21.94 | 0.00% | 906.62 |
| 05-10147 | TAPE, EXTERIOR MOUNTING, 1" X 60" (5') | $16.17 | 0.00% | 16.50 |
| 05-10151 | TUBING, HEAT SHRINK, FLEXIBLE, 2:1, POLYEFIN, 1/2 IN. ID, BLACK | $42.40 | 0.00% | 80.00 |
| 05-10152 | TUBING, HEAT SHRINK, FLEXIBLE, 2:1, POLYEFIN, 1/2 IN. ID, BLACK | $0.00 | 0.00% | 0.00 |
| 05-10161 | TAPE, TRANSPARENT, SCOTCH 600, 3/4" X 72YD/6583.68CM | $702.77 | 0.01% | 660,971.80 |
| 05-10162 | COMPOUND, THERMAL, AOS 52038 | $1,761.46 | 0.02% | 58,715.39 |
| 05-10163 | TAPE, POLYESTER, 3M 8992, 2", WIDE GREEN | $159.11 | 0.00% | 15,911.00 |
| 05-10170 | TAPE, INDUSTRIAL STRAPPING (FILAMENT), 3M 898, 2" X 180' | $2,994.81 | 0.03% | 486,837.20 |
| 05-10174 | TUBING, HEAT SHRINK, FLEXIBLE, 2:1, POLYEFIN, 3/4 IN. ID, BLACK | $0.00 | 0.00% | 0.00 |
| 05-10175 | TUBING, HEAT SHRINK, FLEXIBLE, 2:1, POLYOLEFIN, 3/4 IN. ID, RED | $0.00 | 0.00% | 0.00 |
| 05-10178 | COOLANT HOSE, HIGH TEMPERATURE, VACUUM RATED 3/8" ID, 11/16" OD, 60 PSI, BLUE | $48.45 | 0.00% | 15.00 |
| 05-10188 | Wire, Hook-Up MTL-DTL-16878/15BGE0, 20 AWG, 19/32 Stranding, Black | $0.00 | 0.00% | 0.00 |
| 05-10234 | Wire, Hook-Up MTL-DTL-16878/15BJE5, 16 AWG, 19/29 Stranding, Green | $0.00 | 0.00% | 0.00 |
| 05-10280 | WIRE, ELECTRICAL, 1000 V, 125 C, MTL-DTL-16878/15B XLPE, 16 AWG, WHITE | $0.00 | 0.00% | 0.00 |
| 05-10320 | THREADLOCKER, LOCTITE, 222 | $128.75 | 0.00% | 5.00 |
| 05-10321 | THREADLOCKER, LOCTITE, 222 | $0.00 | 0.00% | 0.00 |
| 05-10322 | THREADLOCKER, LOCTITE 290 | $0.00 | 0.00% | 0.00 |
| 05-10327 | ADHESIVE SEALANT, SILICONE, ELECTRONIC GRADE, RTV 162 | $0.00 | 0.00% | 0.00 |
| 05-10377 | TAPE, CONDUCTIVE FOIL, PEEL-OFF CHO-MASK II, 1.5" X327' | $0.00 | 0.00% | 0.00 |
| 05-10387 | CABLE, HV POWERLINK, 1500 V, 120 MM2, AC-CP701200 | $0.00 | 0.00% | 0.00 |
| 05-10389 | TUBING, CORRUGATED SLIT LOOM, POLYETHYLENE, 0.625 IN. BUNDLE DIA., ORANGE | $0.00 | 0.00% | 0.00 |
| 05-10391 | TUBING, CORRUGATED SLIT LOOM, POLYETHYLENE, 0.75 IN. BUNDLE DIA., ORANGE | $0.00 | 0.00% | 0.00 |
| 05-10395 | TAPE, ELECTRICAL, POLYESTER, 3M 5, 1/2 IN WIDE, CLEAR | $0.40 | 0.00% | 4.00 |
| 05-10396 | LUBRICANT, DRY FILM, NON-STICK, TEFLON (MFG#. DN614101) | $0.00 | 0.00% | 0.00 |

| | | | | |
|---|---|---|---|---|
| 05-10397 | RUBBER EDGE TRIM, NEOPRENE, BLACK, 3/8 INCH | $99.73 | 0.00% | 51.52 |
| 05-10400 | TAPE, SUPER 33+, VINYL ELECTRICAL TAPE | $41.40 | 0.00% | 460.00 |
| 05-10409 | TAPE, TRANSPARENT, DOUBLE SIDED 3M 665, 1/2" WIDE | $0.00 | 0.00% | 0.00 |
| 05-10414 | EPOXY - SUPPLIER PN 0606188 MFG PN 8265-SF | $0.00 | 0.00% | 0.00 |
| 05-10421 | CABLE, 4 AWG, ORANGE, 600V, 90C | $0.00 | 0.00% | 0.00 |
| 05-10422 | CABLE, 2  AWG, ORANGE, 600V, 90C | $0.00 | 0.00% | 0.00 |
| 05-10426 | TUBING, HEAT SHRINK, FLEXIBLE, 2:1, POLYOLEFIN, 1 IN. ID, BLACK | $0.00 | 0.00% | 0.00 |
| 05-10427 | VERMICULITE, GRADE 2A MEDIUM | $372.24 | 0.00% | 3,102.00 |
| 05-10428 | BUBBLE WRAP, 3/16" X 12" | $0.00 | 0.00% | 0.00 |
| 05-10444 | CABLE, EXRAD-XLE6-2X | $0.00 | 0.00% | 0.00 |
| 05-10446 | CABLE, EXRAD-XLE6-1/0X | $0.00 | 0.00% | 0.00 |
| 05-20004 | LOCTITE 567 PST THREAD SEALANT | $403.48 | 0.00% | 262.00 |
| 05-20005 | COMPOUND, THERMAL, AOS 52054 | $0.00 | 0.00% | 0.00 |
| 05-20006 | TAPE, ELECTRICAL, VINYL, SCOTCH 35, 3/4 IN WIDE, ORANGE | $1.20 | 0.00% | 10.00 |
| 05-20012 | TAPE, INDUSTRIAL DOUBLE -SIDED FOAM TAPE, 1/4 X 36 YDS, SCOTCH 4016 | $547.46 | 0.01% | 1,442.10 |
| 05-20021 | WIRE, 20 AWG, SAE J1128, TYPE TXL, YELLOW | $0.00 | 0.00% | 0.00 |
| 05-20025 | WIRE, 18 AWG, SAE J1128, TYPE TXL, WHITE | $0.00 | 0.00% | 0.00 |
| 05-20050 | ANTI-SEIZE TECHNOLOGY RTV GASKET MAKER: AST-RTV, 10.3 OZ, CARTRIDGE, WHITE | $1,398.12 | 0.01% | 20.60 |
| 10-10147 | INSULATOR | $3,833.70 | 0.04% | 4,915.00 |
| 10-10271 | LABEL, RECYCLE / COUNTRY ORIGIN / ADDRESS(3.75 x 3.625) | $0.00 | 0.00% | 0.00 |
| 10-10273 | MATING ASM HV CABLE CONNECTOR | $1,090.32 | 0.01% | 14.00 |
| 10-10276 | CABLE, SUBPACK TO FUSE, OVERMOLDED | $763.25 | 0.01% | 71.00 |
| 10-10278 | CABLE, SUBPACK TO CONTACTOR, OVERMOLDED | $215.28 | 0.00% | 24.00 |
| 10-10280 | CABLE, POSITVE POWER | $171.50 | 0.00% | 14.00 |
| 10-10287 | MATING ASM LV CABLE CONNECTOR | $178.88 | 0.00% | 2.00 |
| 10-10378 | TIE ROD W/ SLEEVE | $69,179.30 | 0.71% | 29,438.00 |
| 10-10417 | COPPER TAB, JUMPER | $47,479.51 | 0.49% | 128,323.00 |
| 10-10436 | WRG-ASM-FALCON-MAIN | $2,232.00 | 0.02% | 4.00 |
| 10-10437 | HARNESS, 4 WIRE, 1000V | $13,339.17 | 0.14% | 2,631.00 |
| 10-10718 | HARNESS, FUSE DETECTION | $0.00 | 0.00% | 0.00 |
| 10-10719 | HARNESS, CONNECTOR/BOARD | $0.00 | 0.00% | 0.00 |
| 10-10726 | MLEC TO RLEC JUMPER WITH FUSE | $295.75 | 0.00% | 13.00 |
| 10-10865 | HARNESS, BOARD/BOARD COMMUNICATIONS | $0.00 | 0.00% | 0.00 |
| 10-10866 | CABLE, HV POSITIVE SWU/FUSE | $0.00 | 0.00% | 0.00 |
| 10-10867 | CABLE, HV POSITIVE MODULE | $0.00 | 0.00% | 0.00 |
| 10-10868 | WIRE, NEGATIVE SENSE | $0.00 | 0.00% | 0.00 |
| 10-10989 | LINER, INSULATOR (FORMEX), BMS, PLATE | $1,094.46 | 0.01% | 87.00 |
| 10-10997 | LINER, INSULATOR (FORMEX), BMS, PLATE | $470.00 | 0.00% | 100.00 |
| 10-11012 | COVER REMOTE LEC | $0.00 | 0.00% | 0.00 |
| 10-11052 | BAR, COMPRESSION, CELL TAB | $14,625.54 | 0.15% | 81,253.00 |
| 10-11065 | BAR, COMPRESSION, CELL, TAB | $14,405.04 | 0.15% | 75,816.00 |
| 10-11075 | AIR DUCT | $33,675.05 | 0.35% | 11,041.00 |
| 10-11081 | FOAM, ELEMENTAL | $17,540.26 | 0.18% | 103,178.00 |
| 10-11094 | PIGTAIL, EPO ASM | $0.00 | 0.00% | 0.00 |
| 10-11114 | TERMINAL TAB, ALUMINUM (POS) | $0.00 | 0.00% | 0.00 |
| 10-11115 | TERMINAL TAB, COPPER (NEG) | $0.00 | 0.00% | 0.00 |
| 10-11165 | HEATSINK, ALUMINUM | $1,380.67 | 0.01% | 1,367.00 |
| 10-11168 | RING, RETAINING | $66,415.39 | 0.68% | 127,968.00 |
| 10-11173 | SHIELD, SIDE | $7,858.80 | 0.08% | 17,464.00 |
| 10-11191 | SEAL, AMP CONNECTOR, LV CONNECTOR | $1,285.60 | 0.01% | 3,214.00 |
| 10-11195 | THREAD PLATE, LV CONNECTOR | $1,608.75 | 0.02% | 325.00 |
| 10-11211 | HARNESS, LEC JUMPER | $0.00 | 0.00% | 0.00 |
| 10-11232 | GASKET, HV CONNECTOR | $4,283.28 | 0.04% | 2,644.00 |
| 10-11360 | SUB ASM, FUSE BLOCK | $0.00 | 0.00% | 0.00 |
| 10-11487 | BRACKET, CURRENT SENSOR | $0.00 | 0.00% | 0.00 |
| 10-11584 | Main, 4 Harness | $448.05 | 0.00% | 15.00 |
| 10-11594 | CABLE, MODULE - CONTACTOR, POS | $0.00 | 0.00% | 0.00 |
| 10-11608 | BRACKET CURENT SENSOR STEEL | $0.00 | 0.00% | 0.00 |
| 10-11770 | TAB, JUMPER, 8 HOLE, 4 | $21.78 | 0.00% | 9.00 |
| 10-11771 | TAB, JUMPER, 74 MM SPACING, 4 HOLES | $2,100.92 | 0.02% | 991.00 |
| 10-11772 | TAB, JUMPER, 84 MM SPACING, 4 HOLES | $2,092.44 | 0.02% | 987.00 |
| 10-11778 | PLATE, END - POSITIVE | $0.00 | 0.00% | 0.00 |
| 10-11782 | BRACKET CURRENT SENSOR | $2,571.40 | 0.03% | 1,196.00 |
| 10-11795 | LABEL, BLANK, 4 X 6 | $1,800.76 | 0.02% | 6,926.00 |
| 10-11797 | LABEL, TAMPER TAPE, " ENERDEL" 4" X 1" | $1,643.13 | 0.02% | 83,535.00 |
| 10-11804 | CABLE NEGATIVE POWER | $68.96 | 0.00% | 8.00 |
| 10-11822 | SUB ASM, FUSE BLOCK | $87.69 | 0.00% | 1.00 |
| 10-11837 | FAN SPACER | $0.00 | 0.00% | 0.00 |
| 10-11838 | GASKET, CONNECTOR/FAN COVER | $350.55 | 0.00% | 95.00 |
| 10-11867 | BAR TERMINAL RIGHT | $0.00 | 0.00% | 0.00 |
| 10-11873 | COVER, FUSE | $0.00 | 0.00% | 0.00 |
| 10-12066 | LINER, INSULATOR, PLENUM, AIR | $915.39 | 0.01% | 21.00 |
| 10-12071 | BRACKET, HARNESS, HV CABLE | $15.60 | 0.00% | 3.00 |
| 10-12072 | BRACKET, HV CABLE | $0.00 | 0.00% | 0.00 |
| 10-12073 | CABLE, CONTACTOR TO CONNECTOR POSITIVE | $46.98 | 0.00% | 3.00 |
| 10-12075 | CABLE, SUBPACK JUMPER | $122.90 | 0.00% | 10.00 |
| 10-12076 | CABLE, CONTACTOR TO FUSE | $117.46 | 0.00% | 7.00 |
| 10-12077 | CABLE, SUBPACK TO FUSE | $483.42 | 0.00% | 14.00 |
| 10-12078 | CABLE, SUBPACK TO CONTACTOR | $325.92 | 0.00% | 14.00 |
| 10-12085 | PANEL, CONTACTOR | $0.00 | 0.00% | 0.00 |
| 10-12089 | GASKET, PLENUM TO SUBPACK | $396.00 | 0.00% | 44.00 |
| 10-12182 | HEATSINK | $2,714.58 | 0.03% | 2,742.00 |
| 10-12235 | GASKET, EXHAUST | $1,297.59 | 0.01% | 111.00 |
| 10-12253 | SEAL, AIR DUCT | $2,741.76 | 0.03% | 11,424.00 |
| 10-12280 | SUB ASM, TIE ROD SLEEVE | $993.25 | 0.01% | 145.00 |
| 10-12360 | VENT PLATE, PLASTIC | $1,561.50 | 0.02% | 694.00 |
| 10-12361 | JUMPER, 2P, AIR COOLED | $6,010.94 | 0.06% | 758.00 |
| 10-12362 | TIE ROD W/SLEEVE | $0.00 | 0.00% | 0.00 |
| 10-12388 | CASE, SUB PACK, ACTIVE COOL | $1,110.20 | 0.01% | 13.00 |

| | | | | |
|---|---|---|---|---|
| 10-12437 | COVER, HEATER ACCESS, WELDMENT | $0.00 | 0.00% | 0.00 |
| 10-12445 | GASKET FILTER ACCESS | $336.33 | 0.00% | 101.00 |
| 10-12446 | GASKET, COVER, SHORT | $0.00 | 0.00% | 0.00 |
| 10-12509 | HV CABLE ASM TUNNEL TO TANK | $0.00 | 0.00% | 0.00 |
| 10-12515 | CABLE 4AWG POSITIVE | $164.34 | 0.00% | 11.00 |
| 10-12516 | CABLE, 4 AWG NEGATIVE | $172.32 | 0.00% | 12.00 |
| 10-12521 | CLAMP, HV DISCONNECT | $0.00 | 0.00% | 0.00 |
| 10-12588 | CASE, SUB PACK | $0.00 | 0.00% | 0.00 |
| 10-12623 | FRAME, INTERMEDIATE - UPPER | $0.00 | 0.00% | 0.00 |
| 10-12627 | PAD, THERMAL INTERFACE, FUJIPOLY 'SARCON' GR-M (150G-M0 1.5MM THICK | $1,447.74 | 0.01% | 27.00 |
| 10-12932 | TERMINAL, TOP, NON AIR, NEG. | $0.00 | 0.00% | 0.00 |
| 10-12935 | TERMINAL, TOP, NON, AIR, POS. | $0.00 | 0.00% | 0.00 |
| 10-12956 | GASKET, COVER, FRONT | $0.00 | 0.00% | 0.00 |
| 10-12957 | GASKET, COVER , SIDE | $3,582.15 | 0.04% | 5,511.00 |
| 10-13395 | CONTACTOR ASM, 24VDC, 150AMP, GX11- 031 W/CONNECTOR | $0.00 | 0.00% | 0.00 |
| 10-13399 | CABLE, POWER, WITH CORRUGATED TUBING | $876.08 | 0.01% | 47.00 |
| 10-13553 | CABLE, YAZAKI - GIGAVAC | $8,454.40 | 0.09% | 320.00 |
| 10-13710 | COVER, MODULE AND RLEC MOUNTING | $24,389.64 | 0.25% | 6,159.00 |
| 10-13711 | COVER, REMOTE LEC | $25,317.25 | 0.26% | 5,957.00 |
| 10-13891 | SUB ASSEMBLY ,LAMINATED END PLATE, NEG,TOP TERMINAL | $0.00 | 0.00% | 0.00 |
| 10-13979 | SUB ASSEMBLY, LAMINATED END PLATE, POS,TOP TERMINAL | $0.00 | 0.00% | 0.00 |
| 10-14244 | TRAY, ENCLOSURE BOTTOM | $0.00 | 0.00% | 0.00 |
| 10-14246 | SPREADER, COLD PLATE | $0.00 | 0.00% | 0.00 |
| 10-14247 | PAD, THERMAL, INTERFACE, 1.5 THICK | $4,820.80 | 0.05% | 160.00 |
| 10-14254 | PLATE, COLD LIQUID | $156.00 | 0.00% | 2.00 |
| 10-14257 | BLOCK, MANIFOLD | $0.00 | 0.00% | 0.00 |
| 10-14267 | JUMPER, FLEXIBLE | $18,689.46 | 0.19% | 2,482.00 |
| 10-14308 | COOLANT HOSE, HIGH TEMPERATURE, VACUUM RATED | $0.00 | 0.00% | 0.00 |
| 10-14310 | COOLANT HOSE, HIGH TEMPERATURE, VACUUM RATED | $0.00 | 0.00% | 0.00 |
| 10-14311 | COOLANT HOSE, HIGH TEMPERATURE, VACUUM RATED | $0.00 | 0.00% | 0.00 |
| 10-14320 | GASKET, MANIFOLD | $0.00 | 0.00% | 0.00 |
| 10-14334 | COVER, FLEXIBLE JUMPER | $3,052.83 | 0.03% | 2,523.00 |
| 10-14340 | COVER, EXHAUST (LH) | $595.20 | 0.01% | 30.00 |
| 10-14341 | PORT, EXHAUST, AIR (LH) | $526.80 | 0.01% | 10.00 |
| 10-14342 | COVER, EXHAUST (RH) | $149.12 | 0.00% | 8.00 |
| 10-14343 | PORT, EXHAUST, AIR (RH) | $1,053.60 | 0.01% | 20.00 |
| 10-14407 | GASKET, COVER, DISCONNECT | $391.16 | 0.00% | 44.00 |
| 10-14409 | COVER, FLAT | $118.86 | 0.00% | 7.00 |
| 10-14430 | SUB ASM, END PLATE, EPOXY-IN TERMINAL, POSITIVE | $0.00 | 0.00% | 0.00 |
| 10-14431 | SUB ASM, END PLATE, EPOXY-IN TERMINAL, NEGATIVE | $0.00 | 0.00% | 0.00 |
| 10-14435 | GASKET, HV, MOUNTING PLATE | $248.05 | 0.00% | 451.00 |
| 10-14438 | GASKET, MASTER ACCESS PANEL | $139.40 | 0.00% | 34.00 |
| 10-14492 | PLATE, STUD, MOUNTING | $633.82 | 0.01% | 86.00 |
| 10-14497 | HARNESS, HVIL SWITCH | $3,974.40 | 0.04% | 90.00 |
| 10-14503 | CABLE, SUBPACK TO CONTACTOR | $0.00 | 0.00% | 0.00 |
| 10-14505 | COVER, JUMPER, CORNER, HOLED | $6,270.75 | 0.06% | 8,361.00 |
| 10-14506 | COVER, JUMPER, CORNER, HOLED | $0.00 | 0.00% | 0.00 |
| 10-14536 | ASM, HV CABLE, CONTACTOR TO FUSE | $0.00 | 0.00% | 0.00 |
| 10-14552 | SUB ASM, CURRENT SENSOR | $0.00 | 0.00% | 0.00 |
| 10-14561 | CAN, MODULE | $51,990.33 | 0.53% | 609.00 |
| 10-14564 | LID, MODULE | $26.01 | 0.00% | 17.00 |
| 10-14566 | BRACKET, SUPPORT, FAN MOUNTING | $330.50 | 0.00% | 5.00 |
| 10-14572 | PLATE, MOUNTING, CONTACTOR | $702.81 | 0.01% | 9.00 |
| 10-14574 | PLATE, MOUNTING, PCB | $3,069.62 | 0.03% | 62.00 |
| 10-14575 | SUB ASM, PC BOARDS/MOUNT | $0.00 | 0.00% | 0.00 |
| 10-14643 | WIRE HARNESS, LV MAIN | $3,377.43 | 0.03% | 9.00 |
| 10-14654 | GASKET, EXHAUST FILTER | $407.70 | 0.00% | 302.00 |
| 10-14664 | COVER, FAN | $495.12 | 0.01% | 24.00 |
| 10-14665 | COVER, FILTER, INTAKE | $668.80 | 0.01% | 32.00 |
| 10-14669 | CABLE, MODULE - CONTACTOR, POS | $8,784.44 | 0.09% | 274.00 |
| 10-14670 | CABLE, MODULE - CONTACTOR, NEG | $8,098.56 | 0.08% | 296.00 |
| 10-14671 | CABLE, MODULE - CONTACTOR, MIDPACK | $6,672.75 | 0.07% | 287.00 |
| 10-14672 | CABLE, MODULE - FUSE, MIDPACK | $6,563.55 | 0.07% | 285.00 |
| 10-14673 | CABLE, JUMPER, LONG | $15,452.92 | 0.16% | 458.00 |
| 10-14674 | JUMPER, FLEXIBLE MODULE-MODULE LONG | $0.00 | 0.00% | 0.00 |
| 10-14690 | HARNESS, RLEC-RLEC JUMPER, 4-WIRE | $931.21 | 0.01% | 53.00 |
| 10-14692 | HARNESS, SUBPACK-SUBPACK JUMPER, 4-WIRE | $445.50 | 0.00% | 18.00 |
| 10-14697 | AC ADAPTER | $3,338.80 | 0.03% | 68.00 |
| 10-14698 | ADAPTER, AC, UPPER | $789.99 | 0.01% | 17.00 |
| 10-14699 | WALL, AIR FILTER, INTAKE | $1,342.25 | 0.01% | 413.00 |
| 10-14705 | CABLE, HV POWERLINK, 1500V, 50 MM2 | $5,372.64 | 0.06% | 273.00 |
| 10-14707 | COVER, FLEXIBLE JUMPER, (SHORT) | $278.25 | 0.00% | 371.00 |
| 10-14708 | COVER, FLEXIBLE JUMPER, (LONG) | $498.75 | 0.01% | 475.00 |
| 10-14712 | HARNESS ASM, WIRING, MAIN, S118 CS | $0.00 | 0.00% | 0.00 |
| 10-14718 | HARNESS, 4 WIRE, 1000V | $63.90 | 0.00% | 6.00 |
| 10-14736 | POCKET, CONNECTOR | $218.88 | 0.00% | 9.00 |
| 10-14739 | GASKET, POCKET, CONNECTOR | $68.20 | 0.00% | 22.00 |
| 10-14742 | CABLE, CONTACTOR TO CONNECTOR, NEGATIVE | $176.32 | 0.00% | 8.00 |
| 10-14743 | CABLE, CONTACTOR TO CONNECTOR, POSITIVE | $291.94 | 0.00% | 11.00 |
| 10-14764 | LINER, INSULATOR (FORMEX), REINFORCEMENT, ENCLOSURE | $288.75 | 0.00% | 55.00 |
| 10-14790 | TIE ROD W/ SLEEVE | $0.00 | 0.00% | 0.00 |
| 10-14803 | CABLE, GROUND, PCB PANEL - ENCLOSURE | $201.16 | 0.00% | 107.00 |
| 10-14804 | GASKET, INTAKE FILTER, NONSTICK | $0.00 | 0.00% | 0.00 |
| 10-14813 | CABLE, CONN ASM, HV, AWG2 | $4,053.25 | 0.04% | 31.00 |
| 10-14818 | CABLE, GROUND, 1/0 AWG | $2,687.35 | 0.03% | 71.00 |
| 10-14827 | GASKET, FAN COVER | $7,039.61 | 0.07% | 241.00 |
| 10-14836 | HARNESS, HV SENSE | $185.79 | 0.00% | 11.00 |
| 10-14845 | SUB ASM, BASE, LOW PROFILE | $85,332.60 | 0.88% | 30.00 |
| 10-14859 | LINER, INSULATOR (FORMEX), BMS, PLATE | $588.00 | 0.01% | 105.00 |

| | | | | |
|---|---|---|---|---|
| 10-14865 | PLATE, MOUNTING, FAN | $36.74 | 0.00% | 11.00 |
| 10-14866 | PLATE, HEATER MOUNTING | $190.63 | 0.00% | 11.00 |
| 10-14870 | STABILIZER, GEN 2 | $560.48 | 0.01% | 31.00 |
| 10-14872 | GASKET, PLATE, MOUNTING, ELECTRONICS | $31.50 | 0.00% | 10.00 |
| 10-14875 | HOUSING, CONNECTOR, GEN 2 | $6,489.90 | 0.07% | 30.00 |
| 10-14877 | GASKET, CONNECTOR HOUSING, GEN 2 | $490.36 | 0.01% | 164.00 |
| 10-14878 | SUB ASM, MODULE, FLEX A | $0.00 | 0.00% | 0.00 |
| 10-14882 | COVER, ENCLOSURE, GEN 2 | $24,072.12 | 0.25% | 31.00 |
| 10-14883 | PANEL,INTAKE FLTR,ACCESS,GN2 | $550.87 | 0.01% | 31.00 |
| 10-14884 | GASKET, INTAKE FILTER ACCESS, NONSTICK | $1,004.85 | 0.01% | 231.00 |
| 10-14886 | PLATE, BACK, HEATER, MOUNTING | $303.60 | 0.00% | 8.00 |
| 10-14889 | CABLE, FUSE TO MSD | $180.07 | 0.00% | 11.00 |
| 10-14890 | CABLE, MSD TO MODULE | $180.07 | 0.00% | 11.00 |
| 10-14893 | HARNESS, LV ASSEMBLY, MATING W/RESISTOR | $0.00 | 0.00% | 0.00 |
| 10-14894 | ASM, MATING HV CONNECTOR/CABLE, AWGO | $0.00 | 0.00% | 0.00 |
| 10-14922 | PANEL, CONTACTOR | $1,037.40 | 0.01% | 35.00 |
| 10-14928 | LINER, INSULATOR (FORMEX), BMS, PLATE | $906.10 | 0.01% | 82.00 |
| 10-14931 | CONDOR, HARNESS, 4-WIRE JUMPER, Y | $191.84 | 0.00% | 8.00 |
| 10-14943 | JUMPER, MODULE, BRAIDED, SHORT | $2,279.00 | 0.02% | 215.00 |
| 10-14944 | JUMPER, MODULE, BRAIDED, LONG | $3,151.73 | 0.03% | 271.00 |
| 10-14950 | JUMPER, JUMPER-CONTACTOR, STRAIGHT | $6,824.80 | 0.07% | 449.00 |
| 10-14951 | JUMPER, JUMPER-CONTACTOR, STEPPED | $5,620.20 | 0.06% | 348.00 |
| 10-14988 | HARNESS, LV ASSEMBLY, MATING | $310.50 | 0.00% | 6.00 |
| 10-14989 | HARNESS, LV ASSEMBLY, MATING W/RESISTOR | $1,775.25 | 0.02% | 27.00 |
| 10-14999 | COVER, MODULE, SINGLE W/HD END PLATES | $4,505.39 | 0.05% | 2,287.00 |
| 10-15012 | PLATE, MSD MOUNTING | $215.15 | 0.00% | 13.00 |
| 10-15013 | PANEL, FAN ACCESS | $199.44 | 0.00% | 8.00 |
| 10-15015 | HOUSING ASSEMBLY, FILTER OUTLET LH | $0.00 | 0.00% | 0.00 |
| 10-15016 | HOUSING ASM, FILTER OUTLET RH | $0.00 | 0.00% | 0.00 |
| 10-15017 | COVER ASM, TOP | $0.00 | 0.00% | 0.00 |
| 10-15059 | COVER, MLEC | $621.20 | 0.01% | 20.00 |
| 10-15077 | COVER, ENCLOSURE | $4,933.04 | 0.05% | 46.00 |
| 10-15080 | COVER, EXHAUST | $254.16 | 0.00% | 24.00 |
| 10-15081 | GASKET, EXHAUST | $2,318.82 | 0.02% | 5,521.00 |
| 10-15084 | PANEL, CONNECTOR/FAN | $6,977.88 | 0.07% | 426.00 |
| 10-15085 | GASKET, CONNECTOR/FAN COVER | $5,296.44 | 0.05% | 2,622.00 |
| 10-15086 | COVER, CONNECTOR/FAN OPENING | $2,189.96 | 0.02% | 106.00 |
| 10-15087 | ENCLOSURE SUB ASM, MOUNTING BASE | $30,896.64 | 0.32% | 54.00 |
| 10-15094 | HARNESS ASM, WIRING, MAIN, S118 CS | $58,305.19 | 0.60% | 109.00 |
| 10-15113 | CASE, SUBPACK | $116,634.90 | 1.20% | 1,390.00 |
| 10-15122 | COVER, REMOTE LEC | $0.00 | 0.00% | 0.00 |
| 10-15142 | COVER ASM, NEGATIVE TERMINAL, UNT-5, BLACK | $1,594.64 | 0.02% | 643.00 |
| 10-15144 | CABLE ASSEMBLY | $59,210.33 | 0.61% | 5,743.00 |
| 10-15145 | CABLE ASSEMBLY WITH CORRUGATED TUBING | $42,849.00 | 0.44% | 4,140.00 |
| 10-15146 | GASKET, COVER, HEATER, SHORT | $10,116.36 | 0.10% | 1,044.00 |
| 10-15147 | GASKET, COVER, HEATER, LONG | $0.00 | 0.00% | 0.00 |
| 10-15148 | COVER ASM, POSITIVE TERMINAL, UNT-5, RED | $658.32 | 0.01% | 633.00 |
| 10-15149 | HV CONNECTOR/CABLES, RH | $100,128.69 | 1.03% | 1,033.00 |
| 10-15154 | MLEC PROGRAMMING CABLE | $900.91 | 0.01% | 23.00 |
| 10-15155 | RELEC HARNESS | $700.98 | 0.01% | 21.00 |
| 10-15159 | ISOLATION/SEPARATION, HV CONNECTOR | $2,098.44 | 0.02% | 27.00 |
| 10-15160 | FAN SPACER | $7,679.20 | 0.08% | 331.00 |
| 10-15163 | EXHAUST PORT FILTER HOUSING | $11,195.67 | 0.12% | 471.00 |
| 10-15164 | INTAKE PORT WITH GRILL | $10,458.80 | 0.11% | 440.00 |
| 10-15165 | INTAKE GASKET | $2,615.60 | 0.03% | 2,515.00 |
| 10-15166 | AIR FILTER, 1/2" THICK, 45 PPI QUADRAFOAM | $43,314.23 | 0.45% | 4,603.00 |
| 10-15167 | HV SENSE HARNESS | $19,090.00 | 0.20% | 664.00 |
| 10-15168 | LV HARNESS ASSEMBLY | $82,600.00 | 0.85% | 413.00 |
| 10-15170 | PLATE, ELECTRIC COMPONENT, MOUNTING ASM | $18,673.60 | 0.19% | 440.00 |
| 10-15171 | GASKET, COVER, FRONT | $4,599.90 | 0.05% | 4,842.00 |
| 10-15172 | GASKET, COVER,SHORT | $1,388.53 | 0.01% | 971.00 |
| 10-15173 | GASKET COVER, LONG W/GROUND PAD WINDOW | $2,653.75 | 0.03% | 965.00 |
| 10-15174 | GASKET, COVER, LONG | $1,850.00 | 0.02% | 1,000.00 |
| 10-15193 | GUARD, HV CONNECTOR - MACHINED VERSION | $882.09 | 0.01% | 11.00 |
| 10-15213 | BRACKET CURRENT SENSOR | $4,267.08 | 0.04% | 108.00 |
| 10-15215 | POWER CABLE, NEGATIVE | $0.00 | 0.00% | 0.00 |
| 10-15216 | POWER CABLE, POSITIVE | $0.00 | 0.00% | 0.00 |
| 10-15219 | HARNESS, HV | $126.24 | 0.00% | 4.00 |
| 10-15251 | POWER CABLE, NEGATIVE | $0.00 | 0.00% | 0.00 |
| 10-15256 | CABLE, DC-DC, NEGATIVE | $0.00 | 0.00% | 0.00 |
| 10-15258 | CABLE, DC-DC, POSITIVE | $0.00 | 0.00% | 0.00 |
| 10-15262 | ENCLOSURE, BATTERY PACK | $0.00 | 0.00% | 0.00 |
| 10-15296 | HARNESS, HV SENSE | $0.00 | 0.00% | 0.00 |
| 10-15297 | HARNESS, LV MAIN | $7,630.00 | 0.08% | 14.00 |
| 10-15305 | GASKET FILTER | $1,250.00 | 0.01% | 100.00 |
| 10-15308 | GASKET FILTER COVER | $169.75 | 0.00% | 97.00 |
| 10-15309 | LINER, COVER | $194.11 | 0.00% | 47.00 |
| 10-15310 | EPO, HV CONNECTOR | $48.00 | 0.00% | 8.00 |
| 10-15311 | CABLE, GROUND | $35.00 | 0.00% | 7.00 |
| 10-15318 | GASKET/MASTER ACCESS | $4,949.37 | 0.05% | 2,391.00 |
| 10-15319 | PANEL ASM, MASTER | $2,415.95 | 0.02% | 229.00 |
| 10-15356 | BLOCK, JUNCTION | $634.25 | 0.01% | 59.00 |
| 10-15357 | BLOCK, FUSE | $5,938.50 | 0.06% | 535.00 |
| 10-15405 | MODULE, FINAL ASM, 12S2P, BT-TB, 23AH, P | $0.00 | 0.00% | 0.00 |
| 10-15413 | HARNESS, ADAPTER, S/18 TO S/118 CURRENT SENSOR | $416.30 | 0.00% | 23.00 |
| 10-15416 | GASKET, COVER, HEATER, SHORT | $0.00 | 0.00% | 0.00 |
| 10-15417 | GASKET, COVER, HEATER, LONG | $841.52 | 0.01% | 67.00 |
| 10-15418 | GASKET, COVER, PLENUM | $861.12 | 0.01% | 72.00 |
| 10-15419 | GASKET, FILTER ACESS | $1,066.23 | 0.01% | 99.00 |

| Part Number | Description | Price | % | Qty |
|---|---|---|---|---|
| 10-15421 | GASKET, COVER, LONG | $648.44 | 0.01% | 52.00 |
| 10-15422 | GASKET, COVER, SHORT | $681.66 | 0.01% | 63.00 |
| 10-15428 | CONTACTOR GLE100, 12V, WITH CONNECTOR ASM | $0.00 | 0.00% | 0.00 |
| 10-15429 (LOT NUMBERED INVENTORY ITE | CONTACTOR GLE100, 24V, WITH CONNECTOR, ASM | $1,200.60 | 0.01% | 20.00 |
| 10-15446 | PLATE, CONTACTOR | $0.00 | 0.00% | 0.00 |
| 10-15480 | COVER, AIR PLENUM ACCESS | $0.00 | 0.00% | 0.00 |
| 10-15481 | PLENUM CHAMBER | $0.00 | 0.00% | 0.00 |
| 10-15482 | ENCLOSURE MID SECTION | $0.00 | 0.00% | 0.00 |
| 10-15491 | PANEL ASSEMBLY, MASTER ACCESS | $0.00 | 0.00% | 0.00 |
| 10-15505 | CABLE, SUBPACK TO CONTACTOR | $0.00 | 0.00% | 0.00 |
| 10-15508 | BRACKET, HARNESS, HV CABLE | $0.00 | 0.00% | 0.00 |
| 10-20018 | BRACKET, CURRENT SENSOR | $0.00 | 0.00% | 0.00 |
| 10-20072 | GASKET, INTAKE FILTER ACCESS, NONSTICK | $17,010.63 | 0.17% | 3,627.00 |
| 10-20075 | ENCLOSURE MID SECTION | $0.00 | 0.00% | 0.00 |
| 10-20076 | MAIN HARNESS, LV | $0.00 | 0.00% | 0.00 |
| 10-20077 | ASM, COVER/INSULATION | $0.00 | 0.00% | 0.00 |
| 10-20081 | COVER, ACCESS | $0.00 | 0.00% | 0.00 |
| 10-20082 | CASE, SUB-PACK, WELDMENT | $0.00 | 0.00% | 0.00 |
| 10-20083 | PANEL ASM, FRONT ACCESS, WELDMENT | $0.00 | 0.00% | 0.00 |
| 10-20085 | LINER, INSULATOR, (FORMEX), COVER, TOP, SIDE A/B | $0.00 | 0.00% | 0.00 |
| 10-20088 | SHIM, FRICTION, 74MM PITCH, STAINLESS STEEL | $2,471.05 | 0.03% | 3,385.00 |
| 10-20091 | GASKET, PANEL, FRONT ACCESS | $0.00 | 0.00% | 0.00 |
| 10-20093 | COVER ASM, WELDMENT | $0.00 | 0.00% | 0.00 |
| 10-20095 | SHIM, FRICTION, 84MM PITCH, STAINLESS STEEL | $5,445.40 | 0.06% | 7,165.00 |
| 10-20097 | GASKET, PLATE, ACCESS, HV & LV | $0.00 | 0.00% | 0.00 |
| 10-20098 | BRACKET, HARNESS, HV CABLE | $97.12 | 0.00% | 4.00 |
| 10-20100 | FAN ASSEMBLY | $12.00 | 0.00% | 12.00 |
| 10-20106 | LINER, INSULATOR (FORMEX), REINFORCEMENT, SUB-PACK, END | $11.18 | 0.00% | 86.00 |
| 10-20107 | LINER, INSULATOR (FORMEX), REINFORCEMENT, SUB-PACK, CENTER | $11.50 | 0.00% | 46.00 |
| 10-20121 | GASKET, INTAKE FILTER, NONSTICK | $1,343.92 | 0.01% | 628.00 |
| 10-20122 | GASKET, MODULE TO PLENUM, NONSTICK | $10,285.98 | 0.11% | 2,049.00 |
| 10-20188 | HV CONNECTOR/CABLES, LH | $0.00 | 0.00% | 0.00 |
| 10-20206 | PLATE ASM, ACCESS, HV & LV | $0.00 | 0.00% | 0.00 |
| 10-20207 | PLATE, ACCESS, HV & LV, WELDMENT | $196.28 | 0.00% | 4.00 |
| 10-20208 | ISOLATION, HV CONNECTOR | $0.00 | 0.00% | 0.00 |
| 10-20212 | CABLE, FUSE TO MSD | $259.04 | 0.00% | 8.00 |
| 10-20220 | EPO HARNESS, HV CONNECTOR | $135.30 | 0.00% | 11.00 |
| 10-20222 | PLATE, MSD MOUNTING | $0.00 | 0.00% | 0.00 |
| 10-20246 | THREAD PLATE, LV CONNECTOR | $22.00 | 0.00% | 1.00 |
| 10-20273 | BUS BAR, SUBPACK TO CONTACTOR | $39.60 | 0.00% | 1.00 |
| 10-20274 | BUS BAR, SUBPACK TO CONTACTOR | $0.00 | 0.00% | 0.00 |
| 10-20275 | BUS BAR, SUBPACK TO FUSE | $167.80 | 0.00% | 4.00 |
| 10-20276 | BUS BAR, SUBPACK TO MSD | $0.00 | 0.00% | 0.00 |
| 10-20282 | HARNESS, FAN ASSEMBLY, SEALED | $3,152.80 | 0.03% | 112.00 |
| 10-20284 | BLOCK, MANIFOLD | $0.00 | 0.00% | 0.00 |
| 10-20288 | ENCLOSURE, MID SECTION | $0.00 | 0.00% | 0.00 |
| 10-20289 | GASKET, MANIFOLD | $12,700.00 | 0.13% | 254.00 |
| 10-20293 | ASSEMBLY, MAIN WELDMENT | $0.00 | 0.00% | 0.00 |
| 10-20307 | HARNESS, SUBPACK TO SUBPACK JUMPER, 4 WIRE | $9,471.12 | 0.10% | 1,767.00 |
| 10-20309 | COLD PLATE | $3,274.88 | 0.03% | 28.00 |
| 10-20329 | SIDE SHIELD, FILLER (MAKE FROM 10-11173) | $357.20 | 0.00% | 188.00 |
| 10-20331 | INSULATOR, CABLE, PLENUM, END | $0.00 | 0.00% | 0.00 |
| 10-20332 | INSULATOR, CABLE, PLENUM, END | $0.00 | 0.00% | 0.00 |
| 10-20342 | FLEX MECHANICAL LAYOUT, EVEN, 6S4P, VENTED | $0.00 | 0.00% | 0.00 |
| 10-20343 | FLEX MECHANICAL LAYOUT, ODD, 6S4P, VENTED | $0.00 | 0.00% | 0.00 |
| 10-20412 | COVER, JUMPER, CORNER | $0.00 | 0.00% | 0.00 |
| 10-20413 | COVER, JUMPER, CORNER W/CABLE CLEARANCE | $0.00 | 0.00% | 0.00 |
| 10-20422 | COVER, ENCLOSURE | $33,759.44 | 0.35% | 454.00 |
| 10-20425 | BLANK, COVER, JUMPER, CORNER | $11,016.43 | 0.11% | 15,091.00 |
| 10-20426 | BLANK, COVER, JUMPER, CORNER W/CABLE CLEARANCE | $1,608.66 | 0.02% | 1,986.00 |
| 10-20448 | ENCLOSURE SUB ASM, MOUNTING BASE - RH ONLY | $191,061.25 | 1.96% | 433.00 |
| 10-20495 | ASM, HV CONN/CABLES, HALOGEN-FREE | $0.00 | 0.00% | 0.00 |
| 10-20496 | CABLE ASM, CONT-MOD, HALOGEN-FREE | $0.00 | 0.00% | 0.00 |
| 10-20497 | CABLE ASM, CONT-MOD, HALOGEN-FREE | $0.00 | 0.00% | 0.00 |
| 10-20498 | CABLE ASM, MOD-MOD, HALOGEN-FREE | $0.00 | 0.00% | 0.00 |
| 10-20499 | HARNESS ASM, HV SENSE, HALOGEN-FREE | $245.44 | 0.00% | 4.00 |
| 10-20500 | HARNESS ASM, LV MAIN, HALOGEN-FREE | $0.00 | 0.00% | 0.00 |
| 10-20503 | HARNESS, 4 WIRE JUMPER, SHORT, HALOGEN-FREE | $38.60 | 0.00% | 1.00 |
| 10-20524 | HARNESS, WIRE, DISCRETE, 6S4P, VENTED | $0.00 | 0.00% | 0.00 |
| 10-20526 | BUS BAR, POSITIVE, OUTPUT | $0.00 | 0.00% | 0.00 |
| 10-20527 | BUS BAR, NEGATIVE, OUTPUT | $0.00 | 0.00% | 0.00 |
| 10-20528 | CABLE ASM, 1/0 AWG, MSD, FUSE | $3,239.19 | 0.03% | 93.00 |
| 10-20529 | BUS BAR, NEGATIVE HALF PACK | $0.00 | 0.00% | 0.00 |
| 10-20533 | FRAME, MODULE MOUNTING | $0.00 | 0.00% | 0.00 |
| 10-20534 | PLATE, MOUNTING, CONTACTOR | $0.00 | 0.00% | 0.00 |
| 10-20535 | PLATE ASM, MOUNTING, FUSE | $0.00 | 0.00% | 0.00 |
| 10-20539 | COVER, ACCESS, MLEC &24VDC | $0.00 | 0.00% | 0.00 |
| 10-20541 | BUS BAR, MODULE JUMPER, SHORT | $1,023.23 | 0.01% | 221.00 |
| 10-20542 | BUS BAR, MODULE JUMPER, LONG | $16,140.15 | 0.17% | 1,209.00 |
| 10-20543 | BUS BAR, MODULE JUMPER, DIAGONAL | $3,305.25 | 0.03% | 113.00 |
| 10-20547 | HARNESS, LV COMMUNICATION | $50,714.11 | 0.52% | 103.00 |
| 10-20548 | HARNESS, HV SENSE | $32,488.56 | 0.33% | 104.00 |
| 10-20552 | PLATE, MOUNTING, 24V AND FUSES | $148.88 | 0.00% | 1.00 |
| 10-20557 | COVER, ACCESS, MLEC &24VDC | $0.00 | 0.00% | 0.00 |
| 10-20558 | COVER ASM, ACCESS, FUSES, MIDDLE PASS THRU | $0.00 | 0.00% | 0.00 |
| 10-20559 | COVER, ACCESS, CABLE/CONNECTOR | $0.00 | 0.00% | 0.00 |
| 10-20560 | CABLE, OUTPUT, NEGATIVE | $0.00 | 0.00% | 0.00 |
| 10-20561 | CABLE, OUTPUT, POSITIVE | $0.00 | 0.00% | 0.00 |
| 10-20565 | COVER, BATTERY PACK | $0.00 | 0.00% | 0.00 |

| Part | Description | Price | % | Qty |
|---|---|---|---|---|
| 10-20566 | FRAME, UPPER EXTENSION | $0.00 | 0.00% | 0.00 |
| 10-20569 | BUS BAR, MODULE JUMPER, DIAGONAL | $3,145.92 | 0.03% | 113.00 |
| 10-20577 | FRAME, MODULE MOUNTING, WIDE | $0.00 | 0.00% | 0.00 |
| 10-20578 | FRAME, MODULE MOUNTING, NARROW | $0.00 | 0.00% | 0.00 |
| 10-20579 | HARNESS, HV , DC-DC CONTROL | $227.75 | 0.00% | 1.00 |
| 10-20581 | CABLE ASM, 1/0 AWG | $5,521.95 | 0.06% | 105.00 |
| 10-20582 | CABLE ASM, 1/0 AWG, K1, FUSE | $2,130.09 | 0.02% | 57.00 |
| 10-20583 | CABLE ASM, 1/0 AWG, K2, FUSE | $1,925.25 | 0.02% | 51.00 |
| 10-20590 | COVER, FUSE | $0.00 | 0.00% | 0.00 |
| 10-20595 | CONTACTOR ASM W/CONNECTOR, (CHINA) OR EQUIVALENT | $0.00 | 0.00% | 0.00 |
| 10-20596 | CONTACTOR ASM WITH CONNECTOR (MEXICO), VA-EV200HAANA-01-M | $243,674.60 | 2.50% | 4,810.00 |
| 10-20601 | PAD, BASE, SLIDE | $0.00 | 0.00% | 0.00 |
| 10-20602 | PLATE, THREAD, STRING VOLTAGE | $651.91 | 0.01% | 67.00 |
| 10-20603 | PLATE, THREAD, DC - DC | $1,014.40 | 0.01% | 20.00 |
| 10-20604 | PLATE, THREAD, COMMUNICATIONS | $608.22 | 0.01% | 62.00 |
| 10-20618 | PLATE, MOUNTING ASM, 24V AND FUSES | $680.76 | 0.01% | 18.00 |
| 10-20619 | COVER ASM, BATTERY PACK | $4,721.22 | 0.05% | 63.00 |
| 10-20629 | TERMINAL, TOP, POS | $55,038.63 | 0.57% | 8,474.00 |
| 10-20630 | TERMINAL, TOP, NEGATIVE | $71,276.13 | 0.73% | 10,974.00 |
| 10-20631 | END PLATE. POS, TOP TERMINAL | $0.00 | 0.00% | 0.00 |
| 10-20632 | END PLATE. NEG, TOP TERMINAL | $0.00 | 0.00% | 0.00 |
| 10-20633 | ASM, END PLATE, POS, TOP TERMINAL, W/NUT | $80,698.86 | 0.83% | 5,247.00 |
| 10-20634 | ASM, END PLATE, NEG, TOP TERMINAL, W/NUT | $85,912.68 | 0.88% | 5,586.00 |
| 10-20636 | FRAME, WELDMENT, CENTER | $0.00 | 0.00% | 0.00 |
| 10-20637 | FRAME, WELDMENT W/PANEL | $0.00 | 0.00% | 0.00 |
| 10-20638 | FRAME, WELDMENT W/PANEL AND CUTOUTS | $0.00 | 0.00% | 0.00 |
| 10-20643 | BRACKET, MOUNT, PCB | $2,109.87 | 0.02% | 51.00 |
| 10-20666 | COVER, ACCESS, 2X CABLE / CONNECTOR | $0.00 | 0.00% | 0.00 |
| 10-20674 | TEST BOX PANEL FOR VANGUARD 4 24V | $0.00 | 0.00% | 0.00 |
| 10-20678 | HARNESS, 4 WIRE JUMPER, SHORT | $3,845.56 | 0.04% | 508.00 |
| 10-20679 | HARNESS, 4 WIRE JUMPER, LONG | $2,200.00 | 0.02% | 220.00 |
| 10-20680 | HARNESS, 4 WIRE JUMPER, STRAIGHT | $1,888.92 | 0.02% | 212.00 |
| 10-20695 | PLASTIC ANGLE EXTRUSION | $0.00 | 0.00% | 0.00 |
| 10-20702 | COVER, EXHAUST, FIRE SUPPRESSION | $328.64 | 0.00% | 32.00 |
| 10-20703 | HARNESS ASM, DC-DC BOARD AND WIRE | $0.00 | 0.00% | 0.00 |
| 10-20704 | PLATE, BASE, PACK MOUNTING | $7,463.17 | 0.08% | 17.00 |
| 10-20705 | FRAME, WELDMENT, OUTER, MODULE MOUNTING | $20,342.88 | 0.21% | 54.00 |
| 10-20706 | FRAME, WELDMENT, INNER 2 PLACE, MODULE MOUNTING | $13,714.38 | 0.14% | 54.00 |
| 10-20707 | FRAME, WELDMENT, INNER 3 PLACE, MODULE MOUNTING | $17,322.66 | 0.18% | 54.00 |
| 10-20710 | PANEL, SIDE | $6,682.65 | 0.07% | 115.00 |
| 10-20711 | PANEL, END | $2,560.12 | 0.03% | 116.00 |
| 10-20712 | COVER ASM, ACCESS, FUSES, MIDDLE PASS THRU | $2,610.69 | 0.03% | 51.00 |
| 10-20723 | BUS BAR, NEGATIVE HALF PACK | $4,946.40 | 0.05% | 108.00 |
| 10-20724 | BUS BAR, NEGATIVE, OUTPUT | $4,217.40 | 0.04% | 108.00 |
| 10-20725 | BUS BAR, POSITIVE, OUTPUT | $5,194.80 | 0.05% | 108.00 |
| 10-20738 | STRIP, BASE SLIDER | $3,834.66 | 0.04% | 237.00 |
| 10-20741 | COVER, W/FAN MOUNT | $1,267.28 | 0.01% | 56.00 |
| 10-20746 | CABLE, OUTPUT, NEGATIVE W/CABLE GLAND | $17,746.98 | 0.18% | 102.00 |
| 10-20747 | CABLE, OUTPUT, POSITIVE W/CABLE GLAND | $18,790.92 | 0.19% | 108.00 |
| 10-20751 | BUSS BAR, K2 CONTACTOR TO SUB PACK NEG TERMINAL | $167.80 | 0.00% | 4.00 |
| 10-20752 | BUS BAR, K1 CONTACTOR NEG, TO SUB PACK POS TERMINAL | $167.80 | 0.00% | 4.00 |
| 10-20753 | PLATE, MOUNTING, CONTACTOR | $588.06 | 0.01% | 22.00 |
| 10-20754 | PLATE ASM, MOUNTING, FUSE | $649.44 | 0.01% | 41.00 |
| 10-20762 | GASKET, PLATE, HV/LV | $2,700.00 | 0.03% | 54.00 |
| 10-20763 | FAN, AXIAL, 40 X 40 X 10, 24V, DC, EBM-PAPST 414F W/ CONNECTOR | $21.20 | 0.00% | 1.00 |
| 10-20766 | HARNESS ASM, PCB TO CONTACTOR | $83.34 | 0.00% | 2.00 |
| 10-20767 | COVER ASM, ENCLOSURE - RH ONLY | $857.76 | 0.01% | 16.00 |
| 10-20769 | PANEL, CONNECTOR MOUNTING | $131.94 | 0.00% | 9.00 |
| 10-20771 | ENCLOSURE, MOUNTING BASE - RH ONLY | $0.00 | 0.00% | 0.00 |
| 10-20773 | ASM, HV CABLE, CONTACTOR TO FUSE | $1,687.40 | 0.02% | 55.00 |
| 10-20774 | COVER, CORNER, NON-CONDUCTIVE TERMINAL | $1,093.40 | 0.01% | 308.00 |
| 10-20777 | PANEL, CONNECTOR/FAN-DELETE | $0.00 | 0.00% | 0.00 |
| 10-20781 | ASM, HV CABLE, CONTACTOR TO FUSE | $1,750.65 | 0.02% | 55.00 |
| 10-20784 | SHIELD, NONCONDUCTIVE, MSD BARRIER | $1,252.56 | 0.01% | 102.00 |
| 10-20792 | CABLE COVER - ROUND | $1,049.22 | 0.01% | 87.00 |
| 10-20793 | COVER, DIODE | $1,041.46 | 0.01% | 86.00 |
| 10-20794 | FOAM, VIBRATION DAMPENER | $40.08 | 0.00% | 167.00 |
| 10-20808 | COVER ASM, ACCESS, EXTERNAL FUSE | $0.00 | 0.00% | 0.00 |
| 10-20821 | FRAME, WELDMENT, OUTER MODULE MOUNTING | $19,943.04 | 0.20% | 52.00 |
| 10-20822 | GASKET, CONNECTOR/FAN COVER | $0.00 | 0.00% | 0.00 |
| 10-20823 | CELL, 25 Ah, E, M | $1,239,944.13 | 12.74% | 51,729.00 |
| 10-20832 | TRAY, ENCLOSURE | $0.00 | 0.00% | 0.00 |
| 10-20833 | COVER, ENCLOSURE | $0.00 | 0.00% | 0.00 |
| 10-20834 | GASKET, ENCLOSURE BASE | $0.00 | 0.00% | 0.00 |
| 10-20836 | GASKET, ENCLOSURE END | $0.00 | 0.00% | 0.00 |
| 10-20838 | COVER ASM, ACCESS, HV & LV MOUNTING | $0.00 | 0.00% | 0.00 |
| 10-20843 | PLATE ASM, MODULE MOUNTING | $0.00 | 0.00% | 0.00 |
| 10-20845 | PANEL, END, w/LOUVERS | $209.64 | 0.00% | 2.00 |
| 10-20846 | BRACE, MODULE CENTER SUPPORT | $0.00 | 0.00% | 0.00 |
| 10-20849 | WIRE HARNESS, LV MAIN | $0.00 | 0.00% | 0.00 |
| 10-20851 | CABLE ASM, POSITIVE MODULE TO FUSE | $0.00 | 0.00% | 0.00 |
| 10-20852 | CABLE ASM, POSITIVE FUSE TO CONTACTOR | $0.00 | 0.00% | 0.00 |
| 10-20853 | CABLE ASM, POSITIVE, CONTACTOR TO OUTPUT | $0.00 | 0.00% | 0.00 |
| 10-20854 | CABLE ASM, NEGATIVE MODULE TO OUPUT | $0.00 | 0.00% | 0.00 |
| 10-20855 | GASKET, FUSE, EXTERNAL ACCESS | $0.00 | 0.00% | 0.00 |
| 10-20856 | BUS BAR, NEGATIVE, SHAPED, RLEC | $0.00 | 0.00% | 0.00 |
| 10-20857 | BUS BAR, POSITIVE, SHAPED, RLEC | $0.00 | 0.00% | 0.00 |
| 10-20859 | BARRIER, PASSIVE, SIDE | $0.00 | 0.00% | 0.00 |
| 10-20861 | BRACKET, MOUNTING, MODULE & BOARD | $0.00 | 0.00% | 0.00 |

| Part | Description | Price | % | Qty |
|---|---|---|---|---|
| 10-20863 | BRACKET ASM, MLEC MOUNTING | $0.00 | 0.00% | 0.00 |
| 10-20864 | RETAINER, SLIDE | $0.00 | 0.00% | 0.00 |
| 10-20865 | BUS BAR, NEGATIVE, MODULE TO BOARD | $0.00 | 0.00% | 0.00 |
| 10-20866 | BUS BAR, POSITIVE, MODULE TO BOARD | $0.00 | 0.00% | 0.00 |
| 10-20881 | ENCLOSURE ASM, FINAL BOTTOM, RH ONLY, 25Ah ENERGY | $0.00 | 0.00% | 0.00 |
| 10-20883 | HARNESS, HV DC-DC | $3,659.11 | 0.04% | 13.00 |
| 10-20884 | BARRIER, PASSIVE, MODULES | $0.00 | 0.00% | 0.00 |
| 10-20885 | BARRIER, PASSIVE, STACKS | $0.00 | 0.00% | 0.00 |
| 10-20886 | BARRIER, PASSIVE, MODULE | $0.00 | 0.00% | 0.00 |
| 10-20888 | PANEL, VERTICAL MODULE SEPARATOR | $0.00 | 0.00% | 0.00 |
| 10-20891 | BARRIER, PASSIVE, FUSE | $0.00 | 0.00% | 0.00 |
| 10-20908 | BLOCK, FUSE, INJECTION MOLDED | $0.00 | 0.00% | 0.00 |
| 10-20911 | ENCLOSURE SUB ASM | $0.00 | 0.00% | 0.00 |
| 10-20912 | MASTER PANEL ASSEMBLY | $0.00 | 0.00% | 0.00 |
| 10-20915 | CONN. MTG. PANEL | $0.00 | 0.00% | 0.00 |
| 10-20918 | ENCLOSURE COVER | $0.00 | 0.00% | 0.00 |
| 10-20920 | GASKET, COVER , SIDE | $130.00 | 0.00% | 200.00 |
| 10-20921 | GASKET, COVER, FRONT | $190.00 | 0.00% | 200.00 |
| 10-20923 | GASKET/MASTER ACCESS | $414.00 | 0.00% | 200.00 |
| 10-20924 | GASKET, CONNECTOR/FAN COVER | $414.00 | 0.00% | 200.00 |
| 10-20927 | ELECTRIC COMPONENT PLATE | $0.00 | 0.00% | 0.00 |
| 10-20941 | PLATE, CONTACTOR PLATE | $0.00 | 0.00% | 0.00 |
| 10-20942 | PLATE, MLEC MOUNTING PLATE ANGLED | $0.00 | 0.00% | 0.00 |
| 10-20946 | MOUNT, RLEC | $0.00 | 0.00% | 0.00 |
| 10-20949 | CABLE, RLEC TO MODULE CONNECTOR, 2 VDA MODULES TO BMS | $1,585.28 | 0.02% | 32.00 |
| 10-20951 | BUSBAR, JUMPER BAR, VDA MODULE | $2,539.32 | 0.03% | 84.00 |
| 10-20959 | GASKET, COVER, LONG | $2,433.10 | 0.02% | 58.00 |
| 10-20960 | GASKET, COVER, SHORT | $2,433.10 | 0.02% | 58.00 |
| 10-20961 | GASKET, COVER, HEATER, LONG | $728.48 | 0.01% | 58.00 |
| 10-20962 | GASKET, COVER, HEATER, SHORT | $627.56 | 0.01% | 58.00 |
| 10-20963 | COVER ASM, WELDMENT | $0.00 | 0.00% | 0.00 |
| 10-20964 | TRAY, ENCLOSURE BOTTOM | $0.00 | 0.00% | 0.00 |
| 10-20965 | ENCLOSURE, MID SECTION | $0.00 | 0.00% | 0.00 |
| 10-20966 | PLATE, CONTACTOR | $0.00 | 0.00% | 0.00 |
| 10-20968 | PLATE, MSD MOUNTING, SUB ASM | $0.00 | 0.00% | 0.00 |
| 10-20970 | PLATE, ACCESS, HV & LV | $0.00 | 0.00% | 0.00 |
| 10-20972 | PANEL ASM, FRONT MLEC ACCESS, WELDMENT | $0.00 | 0.00% | 0.00 |
| 10-20973 | COVER ASM, WELDMENT | $0.00 | 0.00% | 0.00 |
| 10-20976 | MANIFOLD, TUBING ASM | $0.00 | 0.00% | 0.00 |
| 10-20980 | GASKET, PLATE, MOUNTING | $2,700.00 | 0.03% | 54.00 |
| 10-20981 | MAIN HARNESS, LV | $2,060.00 | 0.02% | 4.00 |
| 10-20982 | BUS BAR, SUBPACK TO MSD | $0.00 | 0.00% | 0.00 |
| 10-20984 | HARNESS, HV SENSE | $207.40 | 0.00% | 4.00 |
| 10-20985 | CABLE, HV POS OUT, 2 GA, K1 POS | $154.52 | 0.00% | 4.00 |
| 10-20986 | CABLE, HV NEG OUT, 2 GA, K2 POS | $154.20 | 0.00% | 4.00 |
| 10-21018 | ENCLOSURE, SHEET METAL LOW PROFILE ASM | $0.00 | 0.00% | 0.00 |
| 10-21025 | GASKET, PANEL, FRONT ACCESS | $2,700.00 | 0.03% | 54.00 |
| 10-21027 | SHIELD, SIDE | $4,128.46 | 0.04% | 3,166.00 |
| 10-21028 | RING, RETAINING | $19,628.24 | 0.20% | 29,632.00 |
| 10-21030 | FRAME, RETAINING, 84MM PITCH | $2,907.90 | 0.03% | 6,462.00 |
| 10-21033 | ENDPLATE, POSITIVE, TOP TERMINAL, W/NUT | $22,303.26 | 0.23% | 1,302.00 |
| 10-21034 | ENDPLATE, NEGATIVE, TOP TERMINAL, W/NUT | $22,046.31 | 0.23% | 1,287.00 |
| 10-21037 | BUSBAR, POSITIVE TO MID-PACK FUSE | $0.00 | 0.00% | 0.00 |
| 10-21039 | GASKET, ENCLOSURE SEALING GASKET | $0.00 | 0.00% | 0.00 |
| 10-21041 | PLATE, MOUNT | $0.00 | 0.00% | 0.00 |
| 10-21043 | BUSBAR, MID-PACK FUSE TO NEGATIVE | $0.00 | 0.00% | 0.00 |
| 10-21052 | BUSBAR, MSD TO MODULE NEGATIVE TERMINAL | $0.00 | 0.00% | 0.00 |
| 10-21053 | BUSBAR, POSITIVE TO POSITIVE CONTACTOR | $0.00 | 0.00% | 0.00 |
| 10-21054 | BUSBAR, POSITIVE CONTACTOR TO HV CONNECTOR | $434.28 | 0.00% | 3.00 |
| 10-21055 | BUSBAR, NEGATIVE CONTACTOR TO HV CONNECTOR | $0.00 | 0.00% | 0.00 |
| 10-21056 | BUSBAR, NEGATIVE TO NEGATIVE CONTACTOR | $0.00 | 0.00% | 0.00 |
| 10-21057 | HV SENSE HARNESS | $33.78 | 0.00% | 2.00 |
| 10-21059 | PLATE, ENCLOSURE SHEET METAL HV | $0.00 | 0.00% | 0.00 |
| 10-21063 | BUSBAR, MODULE POSITIVE TERMINAL TO MSD | $0.00 | 0.00% | 0.00 |
| 10-21065 | GASKET, ENCLOSURE PANEL SEALING GASKET | $0.00 | 0.00% | 0.00 |
| 10-21073 | PANEL, LARGE ACCESS PANEL | $0.00 | 0.00% | 0.00 |
| 10-21074 | GASKET, ACCESS PANEL | $0.00 | 0.00% | 0.00 |
| 10-21075 | GASKET, ENCLOSURE SEALING GASKET, STRAIGHTS | $0.00 | 0.00% | 0.00 |
| 10-21077 | BUSBAR, JUMPER MODULE | $0.00 | 0.00% | 0.00 |
| 10-21080 | PLATE, BOTTOM PACK MOUNTING STRUCTURE | $0.00 | 0.00% | 0.00 |
| 10-21081 | PLATE, TOP, MOUNTING, WITH PASS THROUGH | $0.00 | 0.00% | 0.00 |
| 10-21082 | COVER, ENCLOSURE TOP COVER | $0.00 | 0.00% | 0.00 |
| 10-21083 | HARNESS, MSD PIGTAIL WITH CONNECTOR | $67.56 | 0.00% | 4.00 |
| 10-21084 | HARNESS, LOW VOLTAGE | $1,124.34 | 0.01% | 2.00 |
| 10-21085 | LABEL, BLANK, SN/PN, INFO/WARNING | $0.00 | 0.00% | 3,000.00 |
| 10-21087 | LABEL, "ENERDEL", 67 CM X 11 CM, DARK BACKGROUND | $1,750.00 | 0.02% | 1,000.00 |
| 10-21088 | LABEL, "ENERDEL", 67 CM X 11 CM, LIGHT BACKGROUND | $1,750.00 | 0.02% | 1,000.00 |
| 10-21089 | LABEL, "ENERDEL", 35 CM X 5.5 CM, LIGHT BACKGROUND | $1,750.00 | 0.02% | 1,000.00 |
| 10-21103 | ENCLOSURE, MOUNTING BASE W HEATER- RH ONLY | | 0.00% | |
| 10-21106 | ODYNE W HEATER CASE, SUBPACK | | 0.00% | |
| 10-21107 | CASE, SUB PACK, ACTIVE COOL | | 0.00% | |
| 10-21108 | BRACKET, HARNESS, HV CABLE | | 0.00% | |
| 10-21113 | ODYNE W HEATER COVER ASM, ENCLOSURE | | 0.00% | |
| 10-21124 | GASKET, COVER, FRONT | $190.00 | 0.00% | 200.00 |
| 10-21125 | GASKET/MASTER ACCESS | $207.00 | 0.00% | 100.00 |
| 10-21126 | GASKET, COVER , SIDE | $128.70 | 0.00% | 198.00 |
| 10-21127 | GASKET, CONNECTOR/FAN COVER | $316.00 | 0.00% | 100.00 |
| 15-11052 | OUTLINE, EV CELL (GEN I) | $0.00 | 0.00% | 0.00 |
| 15-15289 | CELL, OUTLINE, 25 AH EV GEN 3 | $750,334.02 | 7.71% | 34,786.00 |

| Part | Description | Price | % | Amount |
|---|---|---|---|---|
| 15-15410 | CELL, OUTLINE, 23AH, PHEV GEN 3 | $0.00 | 0.00% | 0.00 |
| 15-20008 | OUTLINE, CELL, GEN 3 E, CERAMIC COATED SEPARATOR | $0.00 | 0.00% | 0.00 |
| 15-20269 | MODULE, OUTLINE, 6S4P, HC, BTO, 25Ah, E | $0.00 | 0.00% | 0.00 |
| 17-10000 | WASHER FLAT STEEL/ZINC PER DIN 125, M3 | $211.56 | 0.00% | 21,156.00 |
| 17-10001 | WASHER, FLAT, STEEL/ZINC PER DIN 125, M4 | $99.09 | 0.00% | 9,909.00 |
| 17-10002 | WASHER, FLAT, STEEL/ZINC PER DIN 125, M5 | $251.08 | 0.00% | 12,554.00 |
| 17-10003 | WASHER, FLAT STEEL ZINC PER DIN 125, M6 | $168.90 | 0.00% | 5,630.00 |
| 17-10004 | WASHER, FLAT, STEEL/ZINC PER DIN 125, M8 | $17.43 | 0.00% | 1,743.00 |
| 17-10005 | WASHER FLAT STEEL ZINC PER DIN 125, M10 | $2.56 | 0.00% | 64.00 |
| 17-10006 | WASHER FLAT ZINC STEEL PER DIN125,M12 | $7.05 | 0.00% | 235.00 |
| 17-10042 | WASHER, FENDER, STEEL/ZINC PER DIN 9021, M5 | $700.02 | 0.01% | 7,778.00 |
| 17-10043 | WASHER, FENDER, STEEL/ZINC PER DIN 9021, M6 | $1.40 | 0.00% | 70.00 |
| 17-10050 | WASHER SPRING LOCK STEEL/ZINC PER DIN 127B, M3 | $0.00 | 0.00% | 18,243.00 |
| 17-10051 | WASHER, SPRING LOCK, STEEL/ZINC Per DIN 127B, M4 | $0.00 | 0.00% | 5,032.00 |
| 17-10052 | WASHER, SPRING LOCK, STEEL/ZINC PER DIN 127B, M5 | $75.72 | 0.00% | 3,786.00 |
| 17-10053 | WASHER, SPRING LOCK, STEEL-ZINC PER DIN 127B, M6 | $20.10 | 0.00% | 670.00 |
| 17-10054 | WASHER, SPRING LOCK, STEEL-ZINC PER DIN127B, M8 | $11.96 | 0.00% | 598.00 |
| 17-10056 | WASHER SPRING LOCK STEEL ZINCPER DIN 127B M12 | $281.00 | 0.00% | 7,025.00 |
| 17-10099 | WASHER, BELLEVILLE, STEEL/ZINC, PER DIN 6796, M8 | $18.06 | 0.00% | 258.00 |
| 17-10101 | SCREW, SOC CAP, STEEL/ZINC PER ISO 4762, CLASS 12.9,  M3  0.5 X 8L W/THREADLOCKER | $41.10 | 0.00% | 411.00 |
| 17-10109 | SCREW, SOC CAP, STEEL/ZINC, PER ISO 4762, CLASS 12.9, M4 X 0.7 X 16L W/THRDLKR | $85.05 | 0.00% | 63.00 |
| 17-10120 | SCREW, SOC CAP, S/Z PER ISO 4762, CLASS 12.9, M6 x 1.0 x 14L W/ THRDLKR | $1,185.20 | 0.01% | 2,963.00 |
| 17-10123 | SCREW, SOC CAP, STEEL/ZINC PER ISO 4762, CLASS 12.9,  M6 X 1.0 X 20L W/THREADLOCKER | $0.00 | 0.00% | 0.00 |
| 17-10152 | SCREW, SOC CAP, 316 SS PER DIN 912-A4, M3 X 0.5 X 10L W/THRDLKR | $115.92 | 0.00% | 966.00 |
| 17-10153 | SCREW, SOC CAP, 316 SS PER DIN 912-A4, M3 X 0.5 X 12L W/THRDLKR | $2.49 | 0.00% | 83.00 |
| 17-10207 | SCREW HEX CAP, S/Z PER DIN 933, CLASS 8.8, M4 x 0.7 x 10L W/THRDLKR | $4.40 | 0.00% | 88.00 |
| 17-10216 | SCREW, HEX CAP, S/Z PER DIN 933, CLASS 8.8, M5 X 0.8 X 20L, W/  THRDLKR | $0.00 | 0.00% | 0.00 |
| 17-10223 | SCREW, HEX CAP, STEEL/ZINC PER DIN 933, CLASS 8.8, M6 X 1.0 X 30L, W/  THREADLOCKER | $365.80 | 0.00% | 590.00 |
| 17-10278 | SCREW, FLANGED, HEX CAP, STEEL/ZINC, PER ISO 4162/15071, CLASS 8.8 M6 X 1.0 X 20L W/THRE | $0.00 | 0.00% | 0.00 |
| 17-10279 | SCREW, FLANGED, HEX CAP, S/-Z, PER ISO 4162/5071, CLASS 8.8, M6 X 1.00 X 25L W/THRDLKR | $157.68 | 0.00% | 438.00 |
| 17-10281 | SCREW, FLANGED, HEX CAP, STEEL/ZINC PER ISO 4162/15071, CLASS 8.8, M8 X 1.25 X 16L W/ THF | $0.00 | 0.00% | 0.00 |
| 17-10314 | SCREW, SERRATED, HEX CAP, S/Z M6 x 1.0 x 10L W/THRDLKR | $71.36 | 0.00% | 892.00 |
| 17-10324 | SCREW, SERRATED HEX CAP, STEEL-ZINC, M8 X 1.25 X 16L | $184.62 | 0.00% | 51.00 |
| 17-10325 | CENTURY FASTENER PART NUMBER W15190VZ820 | $0.00 | 0.00% | 417.00 |
| 17-10326 | SCREW, SERRATED HEX CAP, STEEL/ZINC, M8 X 1.25 X 25L | $3,321.36 | 0.03% | 4,613.00 |
| 17-10339 | SCREW, SERRATED, HEX CAP S/Z, M12 x 1.75 x 40L W/THRDLKR | $235.00 | 0.00% | 470.00 |
| 17-10341 | FUSE, HIGH SPEED,  FWH-225A | $16,103.96 | 0.17% | 367.00 |
| 17-10387 | NUT, FLANGE, HEX, STEEL/ZINC, M6 X 1.0 PER DIN 6923 W/THRDLKR | $110.00 | 0.00% | 500.00 |
| 17-10388 | NUT, FLANGE, HEX, STEEL/ZINC, M8 X 1.25 PER DIN 6923 W/THRDLKR | $0.00 | 0.00% | 0.00 |
| 17-10502 | NUT HEX CONICAL WASHER M3 W/THREADLOCKER | $46,080.20 | 0.47% | 1,152,005.00 |
| 17-10503 | NUT HEX, JAM M8, DIN 439B W/THREADLOCKER | $2,075.81 | 0.02% | 18,871.00 |
| 17-10505 | LUG, COPPER 1-HOLE 5/16 HOLE  #4 WIRE, 35KV | $289.07 | 0.00% | 211.00 |
| 17-10506 | Lug, Copper, 1-Hole, Straight, 4AWG, 1/4 hole, 35KV | $16.17 | 0.00% | 33.00 |
| 17-10508 | SENSOR, CURRENT, DHAB S/18 | $43.80 | 0.00% | 3.00 |
| 17-10512 | FUSE HIGH SPEED FWH-175B | $11,797.66 | 0.12% | 119.00 |
| 17-10517 | SL DUAL ROW INTERIM CLIP WITH HIGH RAMPS | $67,785.12 | 0.70% | 30,672.00 |
| 17-10523 | CAP,VINYL,W/FLANGE,2" O.D. BLUE | $608.42 | 0.01% | 2,098.00 |
| 17-10531 | FASTENER, RIVET, PUSH (BLUNT) | $3,974.41 | 0.04% | 27,222.00 |
| 17-10532 | SCREW,SOCKET HEAD CAP,XTRA LOW HEAD,M5 X 8L,W/THRDLKR | $0.00 | 0.00% | 0.00 |
| 17-10577 | TIE, CABLE | $113.94 | 0.00% | 11,394.00 |
| 17-10584 | HOUSING, MINI FIT JR, D-ROW, 4 POS, 39-01-2040 MOLEX | $4.90 | 0.00% | 49.00 |
| 17-10585 | TERMINAL, MICRO FIT, FEM, 20-24 AWG, 43030-0003 | $0.00 | 0.00% | 0.00 |
| 17-10622 | INSERT, PRESS IN, HEADED,BRASS M8 | $474.00 | 0.00% | 474.00 |
| 17-10623 | COMPRESSION LIMITER, BRASS, M5X10 | $0.00 | 0.00% | 0.00 |
| 17-10632 | HOLDER,FLAT TIE, PRESS FIT, FTH-15-01 | $1,270.20 | 0.01% | 4,234.00 |
| 17-10637 | TERMINAL, MICRO FIT, FEMALE, 20-24 AWG | $0.00 | 0.00% | 0.00 |
| 17-10638 | HOUSING, CRIMP, PLUG, CIRCUIT, (3.0) DUAL ROW 04 | $29.70 | 0.00% | 99.00 |
| 17-10639 | Terminal, Micro Fit, Male, 20-24 AWG | $48.11 | 0.00% | 283.00 |
| 17-10644 | FUSE 170M3694, 200AMP SQUARE BODY | $0.00 | 0.00% | 0.00 |
| 17-10645 | BUSSMAN FUSE, 200A, 500V (FWH-200B) | $3,160.28 | 0.03% | 41.00 |
| 17-10650 | LABEL, BLANK, 1.5 X 0.75 IN. | $7,417.86 | 0.08% | 370,893.00 |
| 17-10651 | LABEL BLANK 4" x 3" | $8.36 | 0.00% | 1,393.00 |
| 17-10652 | LABEL, BLANK, 1 X 0.5, SLIT | $0.00 | 0.00% | 0.00 |
| 17-10653 | LABEL, BLANK, 4 X 2 | $408.00 | 0.00% | 5,100.00 |
| 17-10658 | LABEL, CARGO AIRCRAFT ONLY | $1,012.15 | 0.01% | 3,265.00 |
| 17-10659 | LABEL, BLANK 4" X 6" | $0.00 | 0.00% | 0.00 |
| 17-10669 | CURRENT SENSOR, DHAB S/33 | $891.00 | 0.01% | 33.00 |
| 17-10680 | GROMMET, PUSH-IN, 7/8" ID X 1-5/8" OD, 1/16" THK FOR 1-1/4 HOLE | $0.00 | 0.00% | 0.00 |
| 17-10682 | BOTTLE, FIRE SUPPRESSION, FIRETRACE INTL 900604 | $0.00 | 0.00% | 0.00 |
| 17-10686 | LUG, COPPER,  1-HOLE, STRAIGHT, #1AWG, 3/8 HOLE | $45.03 | 0.00% | 19.00 |
| 17-10690 | GUARD FINGER RESIN 80 X 80 | $4,837.15 | 0.05% | 5,435.00 |
| 17-10693 | 5MMX16MM ALUMINUM SPACER, 3MM THREAD CLEARANCE | $415.52 | 0.00% | 848.00 |
| 17-10714 | MATING ASM HV CABLE CONNECTOR | $0.00 | 0.00% | 0.00 |
| 17-10720 | NUT, HEX, SS, M8 x 1.25 W/THRDLKR | $22.44 | 0.00% | 748.00 |
| 17-10726 | PLUG, MINI-FIT JR., 4 POS. W/OUT MOUNTING EARS | $1,573.26 | 0.02% | 6,051.00 |
| 17-10727 | PIN, CRIMP, MINI-FIT JR | $2,971.62 | 0.03% | 5,503.00 |
| 17-10732 | SCREW, CAPTIVE WASHER M3.5 x 0.6 x 8L W/THRDLKR | $83.33 | 0.00% | 641.00 |
| 17-10734 | SCREW, CAPTIVE WASHER M4 x 0.7 x 8L (COIL) W/THRDLKR | $111.78 | 0.00% | 486.00 |
| 17-10737 | STANDOFF, HEX, M3X0.5 MALE/M3X0.5 FEMALE X 10 LONG, ALUMINUM | $12.18 | 0.00% | 7.00 |
| 17-10741 | SCREW, CAPTIVE WASHER M4 x 0.7 W/THRDLKR | $214.05 | 0.00% | 1,427.00 |
| 17-10742 | RESISTOR, UNIVERSAL, IN-LINE | $1,147.50 | 0.01% | 17.00 |
| 17-10744 | SCREW  SOCKET HEAD CAP,EXTRA LOW HEAD, TRIVALENT CHROMATE, M5x10L,W/THREADLOCK | $12.54 | 0.00% | 38.00 |
| 17-10751 | WASHER,LOCK, M8 (FROM KILOVAC TERMINAL PRIOR TO REINSTALLATION) | $220.75 | 0.00% | 883.00 |
| 17-10752 | WASHER, FLAT M8 (FROM KILOVAC TERMINAL PRIOR TO REINSTALLATION) | $16.90 | 0.00% | 1,690.00 |
| 17-10774 | LABEL BLANK 2.875" x .75" | $0.00 | 0.00% | 0.00 |
| 17-10784 | WASHER FLAT NYLON, .110 x .210 x .050 | $12.24 | 0.00% | 136.00 |
| 17-10789 | LOCKWASHER, PLASTIC DEUTSCH  (2414-002-1886) | $122.40 | 0.00% | 144.00 |
| 17-10791 | LABEL, PROTECTIVE PLASTIC, (1.50 X .75) | $0.00 | 0.00% | 0.00 |
| 17-10796 | LABEL, BLANK 2.875"  X  .75" | $0.00 | 0.00% | 0.00 |

| | | | | |
|---|---|---|---|---|
| 17-10797 | LABEL, HAZMAT 9 W/ LITHIUM CONTENT INFO | $50.60 | 0.00% | 1,265.00 |
| 17-10814 | NITTO DENCO VENT - TEMISH  Z3-NTF210SE | $1,615.50 | 0.02% | 1,795.00 |
| 17-10820 | SCREW, FLANGED, HEX CAP SZ, Class 8.8, M6 X 1.0  X 10L W/THRDLKR | $545.60 | 0.01% | 6,820.00 |
| 17-10855 | FAN, 80 x 80 38 MM, H8212JH4 EBM-PAPST | $19,281.60 | 0.23% | 720.00 |
| 17-10856 | CAPLUG -  MASKING CAP HEZ-670-12 | $0.00 | 0.00% | 0.00 |
| 17-10858 | LABEL, DECAL / SAFETY ICONS | $0.00 | 0.00% | 0.00 |
| 17-10861 | TIE, CABLE | $0.00 | 0.00% | 0.00 |
| 17-10863 | WASHER, #10, STAINLESS STEEL BACKED, SELF-SEALING | $2,819.60 | 0.03% | 2,014.00 |
| 17-10868 | ALTECH LOCK NUT 7-14MMM 7211855 | $0.00 | 0.00% | 0.00 |
| 17-10869 | SCREW, THREAD-FORMING, M5.5 x 13L | $15.03 | 0.00% | 167.00 |
| 17-10873 | PUSH IN GROMMET3/8" ID, 5/8" OD, 3/32" THICK FOR 7/16" DIA. PANEL HOLE | $359.38 | 0.00% | 5,134.00 |
| 17-10881 | SPACER, ROUND, ALUMINUM, 8MM O.D., 5.3MM I.D., 4MM LONG | $50.40 | 0.00% | 210.00 |
| 17-10898 | SCREW, HEX CAP, ZINC, CLASS 8.8 M5 - 0.8 X 90mm | $38.72 | 0.00% | 88.00 |
| 17-10937 | COVER, VINYL, CONNECTOR, CAPLUGS P/N VCF-1375-16; PVC ORG 400 COLOR | $171.50 | 0.00% | 245.00 |
| 17-10939 | LABEL, NO-STEP, TRI-LINGUAL, NORTH AMERICA | $2,887.80 | 0.03% | 9,626.00 |
| 17-10941 | FAN, 80 X 80 38 MM, H8214JH4 EBM-PAPST, 24V | $3,608.36 | 0.04% | 49.00 |
| 17-10942 | CAPLUGS VINYL CAP | $312.00 | 0.00% | 156.00 |
| 17-10944 | SCREW, SOC CAP, STEEL/ZINC PER ISO 4762, CLASS 12.9, M4 X 0.7 X 10L | $222.75 | 0.00% | 891.00 |
| 17-10946 | CONTACTOR W/CONNECTOR, LEV100-A5ANG, 100 AMP, 24V | $2,775.52 | 0.03% | 88.00 |
| 17-10953 | TERMINAL, (3.0) MALE, 20-24 AWG P/N 43031-0008 (REPLACED BY 17-20160) | $1,580.10 | 0.02% | 26,335.00 |
| 17-10955 | CONTACTOR, EVC135 | $1,270.75 | 0.01% | 13.00 |
| 17-10983 | M6 NYLON-INSERT HEX LOCKNUT M6 X 1 X 10 X 6L | $23.25 | 0.00% | 465.00 |
| 17-10988 | SS BUTTON HEAD SOCKET CAP SCREW,M4 X 7PITCH X 10L | $52.92 | 0.00% | 563.00 |
| 17-10989 | NUT, HEX, M8, 316 SS, PER DIN 934 | $152.01 | 0.00% | 563.00 |
| 17-10993 | NUT, SELF CLINCHING  (PEM  CLS-M4-2) | $174.06 | 0.00% | 1,934.00 |
| 17-11000 | NUT, HEX, STEEL/ZINC PER DIN 934, CLASS 6, M3 X 0.5 W/THREADLOCKER | $3,619.16 | 0.04% | 1,046.00 |
| 17-11010 | NUT, HEX, STEEL-ZINC PER DIN 934, CLASS 8, M6 X 1.0 W/THREADLOCKER | $500.00 | 0.01% | 500.00 |
| 17-11011 | NUT, HEX, S/Z PER DIN 934, CLASS 8, M8 X 1.25 W/THRDLKR | $78.80 | 0.00% | 394.00 |
| 17-11013 | NUT, HEX, S/Z PER DIN 934, CLASS 8, M12 X 1.75, W/THRDLKR | $244.44 | 0.00% | 1,358.00 |
| 17-11021 | RESISTOR, 100 OHM | $0.00 | 0.00% | 0.00 |
| 17-11026 | SPACER, 5MM DIA X 8MM LONG HEACHVY WALL ( SPCR 5 X 8 FK SP150 OR EQUIVALENT) | $253.05 | 0.00% | 3,615.00 |
| 17-11030 | RESEALABLE CABLE TIE, 296.9LG, 22.7 KGF MIN LOOP TENSILE, RICHCO P/N WT-50LR OR EQUIVA | $104.16 | 0.00% | 1,736.00 |
| 17-11034 | SELF-MOUNT CABLE TIE | $500.80 | 0.01% | 6,260.00 |
| 17-11044 | HOUSING, CRIMP, PLUG, CIRCUIT, (3.0) DUSL ROW 02 | $1,025.64 | 0.01% | 4,884.00 |
| 17-11047 | MICRO-FIT 3.0 CRIMP TERMINAL, MALE, 0.76um SELECT GOLD (AU) | $5.35 | 0.00% | 18.00 |
| 17-11053 | NUT, HEX, BRASS PER  DIN 439B, M6 x 1.0 W/ THRDLKR | $329.76 | 0.00% | 3,664.00 |
| 17-11054 | NUT, HEX, BRASS PER  DIN 439B, M8 x 1.25 W/ THRDLKR | $25.56 | 0.00% | 284.00 |
| 17-11079 | SCREW, SOC CAP, STEEL/ZINC PER ISO 4762, CLASS 12.9, M3 X 0.5 X 8L | $241.36 | 0.00% | 431.00 |
| 17-11082 | SCREW, SOC CAP, STEEL/ZINC PER ISO 4762, CLASS 12.9, M3 X 0.5 X 16L | $84.48 | 0.00% | 128.00 |
| 17-11086 | SCREW, SOC CAP, STEEL/ZINC PER ISO 4762, CLASS 12.9, M4 X 0.7 X 10L | $45.96 | 0.00% | 383.00 |
| 17-11088 | SCREW, SOC CAP, STEEL/ZINC, PER ISO 4762, CLASS 12.9, M4 X 0.7 X 16L | $4.08 | 0.00% | 68.00 |
| 17-11091 | SCREW, SOC CAP, STEEL/ZINC PER ISO 4762, CLASS 12.9, M5 X 0.8 X 10L | $506.11 | 0.01% | 4,601.00 |
| 17-11099 | SCREW, SOC CAP, STEEL/ZINC PER ISO 4762, CLASS 12.9, M6 X 1.0 X 14L | $0.00 | 0.00% | 0.00 |
| 17-11130 | SCREW SOC CAP LOW  HD STEELI/ZINC PER DIN 7984, CLASS 8.8, M6 x 1.0 x 35L | $0.00 | 0.00% | 0.00 |
| 17-11156 | SCREW, SOC CAP, STEEL/ZINC PER ISO 4762, CLASS 12.9, M8 X 1.25 X 18L | $773.37 | 0.01% | 1,983.00 |
| 17-11166 | RESISTOR 80.6K OHM, 1/4W, 1% AXIAL, RNF14FTD80K6 | $20.13 | 0.00% | 61.00 |
| 17-11179 | SCREW, HEX CAP, FLANGED, S/Z PER ISO 4162/15071, CLASS 8.8, M5 X 0.8 X 10L | $97.98 | 0.00% | 426.00 |
| 17-11180 | SCREW, HEX CAP, FLANGED, STEEL/ZINC PER ISO 4162/15071, CLASS 8.8, M5 x 0.8 X 12L | $108.33 | 0.00% | 471.00 |
| 17-11181 | SCREW, FLANGED, HEX CAP, STEEL,-ZINC, M5 X 0.8 X 16L | $24.12 | 0.00% | 201.00 |
| 17-11184 | SCREW, HEX CAP, FLANGED, STEEL/ZINC PER ISO 4162/15071, CLASS 8.8, M6 X 1.0 X 12L | $631.18 | 0.01% | 5,738.00 |
| 17-11185 | SCREW, HEX CAP, FLANGED, STEEL/ZINC PER ISO 4162/15071, CLASS 8.8, M6 X 1.0 X 16L | $101.07 | 0.00% | 1,123.00 |
| 17-11187 | SCREW, HEX CAP, FLANGED, S/Z PER ISO 4162/15071, CLASS 8.8, M6 X 1.0 X 20L | $430.20 | 0.00% | 4,302.00 |
| 17-11190 | SCREW, HEX CAP, FLANGED, STEEL/ZINC PER ISO 4162/15071, CLASS 8.8, M8 X 1.25 X 12l | $31.04 | 0.00% | 194.00 |
| 17-11191 | SCREW, HEX CAP, FLANGED, STEEL/ZINC PER ISO 4162/15071, CLASS 8.8, M8 X 1.25 X 16L | $66.36 | 0.00% | 553.00 |
| 17-11198 | SCREW, HEX CAP, FLANGED, STEEL/ZINC PER ISO 4162/15071, CLASS 8.8, M10 X 1.5 X 20L | $319.20 | 0.00% | 1,140.00 |
| 17-11217 | NUT, HEX, FLANGE, /Z PER DIN 6923, M5 X 0.8 | $183.35 | 0.00% | 3,667.00 |
| 17-11218 | NUT, HEX, FLANGE, STEEL/ZINC PER DIN 6923, M6 X 1.0 | $38.16 | 0.00% | 424.00 |
| 17-11226 | SCREW, PAN HEAD, STEEL/ZINC PER DIN 7985, M3 X 0.5 X 10L | $260.20 | 0.00% | 2,602.00 |
| 17-11246 | SCREW, PAN HD, STEEL/ZINC, M6 X 1.0 X 12L | $19.56 | 0.00% | 489.00 |
| 17-11252 | SELF CLINCHING NUT M5 THREAD, 1.38MM SHANK, ZINC PLATED STEEL | $12.80 | 0.00% | 100.00 |
| 17-11305 | SCREW, BUTTON HEACHD, STEEL/ZINC, M6 X 1.0 X 8L | $10.05 | 0.00% | 201.00 |
| 17-11307 | SCREW, BUTTON HEAD, S/Z PER ISO 7380, M6 x 1.0 x 12L | $18.90 | 0.00% | 105.00 |
| 17-11327 | 17-11327 Screw, Button Head, Steel/Zinc Per ISO 7380, M10 x 1.5 x 20L | $7.60 | 0.00% | 152.00 |
| 17-11338 | NUT, HEX, STEEL/ZINC PER DIN 934, CLASS 8, M8 X 1.25 | $172.65 | 0.00% | 3,453.00 |
| 17-11340 | NUT, HEX, STEEL/ZINC PER DIN 934, CLASS 8, M12 X 1.75 | $188.70 | 0.00% | 3,145.00 |
| 17-11357 | SCREW, SOC CAP, LOW HEAD, STEEL/ZINC PER DIN 7984, CLASS .8, M4 X 0.7 X 25L | $0.00 | 0.00% | 0.00 |
| 17-11358 | SCREW, SOC CAP, LOW HEAD, STEEL/ZINC PER DIN 7984, CLASS 8.8, M4 X 0.7 X 30L | $285.06 | 0.00% | 4,751.00 |
| 17-11367 | SCREW, SOC CAP, LOW HD, S/Z PER DIN 7984, CLASS 8.8, M5 X 0.8 X 30L | $170.88 | 0.00% | 534.00 |
| 17-11399 | LUG, COPPER/TIN, 1 HOLE, STRAIGHT, 2 AWG, 1/2' HOLE, 35KV | $0.00 | 0.00% | 0.00 |
| 17-11425 | #10 STAINLESS STEEL BACKED SELF SEALING WASHER | $57,084.65 | 0.59% | 26,551.00 |
| 17-11440 | SPACER, UNTHREADED 18-8, 13MM OD x 13L, M6 | $162.00 | 0.00% | 600.00 |
| 17-11443 | CONTACTOR ASSEMBLY, GX11-031, 24 VDC, 150 AMP, W/HARDWARE | $3,864.00 | 0.04% | 56.00 |
| 17-11470 | CONTACTOR, GIGAVAC GX16-010, 24V | $0.00 | 0.00% | 0.00 |
| 17-11471 | FUSE, FAST ACTING, SQUARE BODY (CHART DOCUMENT) | $1,633.58 | 0.02% | 13.00 |
| 17-11486 | MODULAR FUSE BLOCK | $43,064.61 | 0.44% | 5,297.00 |
| 17-11487 | FUSE, FAST ACTING 10x38MM  DCM-30 (KLM-30) | $78.72 | 0.00% | 12.00 |
| 17-11488 | FUSE, BLOCK, MODULAR, M10 | $13,890.00 | 0.14% | 600.00 |
| 17-11489 | ASM BUSBAR VERSION, SERVICE MANUAL DISCONNECT RECEPTACLE 1-587987-7 | $4,374.56 | 0.04% | 152.00 |
| 17-11491 | MANUAL SERVICE DISCONNECT PLUG  ASM BUSBAR 1-2103172-7 | $4,336.08 | 0.04% | 89.00 |
| 17-11509 | 7/16  ID GROMMET | $34.50 | 0.00% | 345.00 |
| 17-11529 | SCREW, HEX CAP, FLANGED, STEEL/ZINC PER DIN 1665/6921, CLASS 8.8, M5 X 0.8 X 10L | $76.90 | 0.00% | 769.00 |
| 17-11532 | SCREW, HEX CAP, FLANGED, STEEL/ZINC PER DIN 1665/6921, CLASS 8.8, M5 X 0.8 X 16L | $257.64 | 0.00% | 2,147.00 |
| 17-11552 | SCREW, HEX CAP, FLANGED, STEEL/ZINC PER DIN 6N 1665/6921, CLASS 8.8,  M5 X 0.8 X 10L W/TH | $0.00 | 0.00% | 0.00 |
| 17-11586 | SCREW, SOC CAP, 316 STAINLESS STEEL PER DIN 912-A4, M3 x 0.5 x 10L | $32.61 | 0.00% | 1,087.00 |
| 17-11587 | Screw, Soc Cap, 316 Stainless Steel Per DIN 912-A4, M3 x 0.5 x 12L | $9.80 | 0.00% | 49.00 |
| 17-11591 | SCREW, SOC CAP, 316 STAINLESS STEEL PER DIN 912-A4, M4 X 0.7 X 10L | $0.00 | 0.00% | 0.00 |
| 17-11601 | VICOR THERMAL INTERFACE PAD - P/N 20265 | $0.00 | 0.00% | 0.00 |
| 17-11602 | LABEL, HIGH VOLTAGE SYMBOL WARNING- RISK OF ELECTRICK SHOCK, 4.5" TRIANGLE, VINYL | $8,763.16 | 0.09% | 4,471.00 |
| 17-11605 | DECAL- CAUTION LI BATTERY | $0.00 | 0.00% | 0.00 |

| | | | | |
|---|---|---|---|---|
| 17-11650 | STUD, SHOULDER, RECTANGLE HEACHD, M3 X 0.5 X 7.0 MM | $0.00 | 0.00% | 0.00 |
| 17-11674 | SCREW TORX TAMPERPROOF BUTTON HEAD SELF THREADING M5 X 1.76X 14MMLENGTH,SS | $2,593.76 | 0.03% | 16,211.00 |
| 17-11676 | MOUNT, TWO PIECE RUBBER, 325 LBS. CAPACITY, M12 BOLT SIZE, BLUE | $0.00 | 0.00% | 0.00 |
| 17-11741 | CONTACTOR, GX16-007 WITH 8 PIN DEUTCH CONN, 12VDC, SPST-NO, BOTTOM MOUNT | $17,097.00 | 0.18% | 139.00 |
| 17-11769 | PLUG ASSEMBLY, 14 POS, REV SEX, SHELL SIZE 17, CPC, BLACK | $246.88 | 0.00% | 16.00 |
| 17-11852 | PIN, LOOSE PIECE, CRIMP,18-14 AWG, SERIES III+, GOLD PLATING | $0.00 | 0.00% | 0.00 |
| 17-11878 | SCREW, HEX CAP, STEEL, ZINC PLATED, M6 X 1.0 X 12 L | $28.54 | 0.00% | 200.00 |
| 17-11881 | SCREW, HEX CAP, STEEL/ZINC PER ISO 4017, CLASS 8.8, M6 X 1.0 X 20L | $5.97 | 0.00% | 199.00 |
| 17-11883 | SCREW, HEX CAP, STEEL, ZINC PLATED,M6 X 1.0 X 30L | $53.16 | 0.00% | 1,329.00 |
| 17-11903 | SCREW, HEX CAP, STEEL, ZINC PLATED, M12 X 1.75 X 30L | $148.56 | 0.00% | 1,238.00 |
| 17-11944 | TERMINAL, RING TONGUE, 22 - 16 AWG, 1/2" STUD SIZE | $371.91 | 0.00% | 539.00 |
| 17-11960 | PIN LOOSE PIECE CRIMP 18-16 AWG, SERIES III+, G/N PLATING | $116.61 | 0.00% | 299.00 |
| 17-11961 | PIN LOOSE PIECE CRIMP 24-20 AWG, SERIES III+, G/N PLATING | $644.40 | 0.01% | 1,432.00 |
| 17-11975 | FUSE, FAST ACTING, 350 AMP, SQUARE BODY W/ VISUAL INDICATOR | $9,132.33 | 0.09% | 58.00 |
| 17-11986 | PLUG, LOCKING SEACHLING, CONTACT SIZES 12 & 16, CELANEX, WHITE | $0.00 | 0.00% | 0.00 |
| 17-11989 | SOCKET, RELAY TRACK MOUNTING, 4 POLE WITH LED, 24 VDC | $0.00 | 0.00% | 0.00 |
| 17-11994 | SPLICE, PARALLEL, WIRE, 22-16 AWG, 34130 | $0.00 | 0.00% | 0.00 |
| 17-12002 | SCREW, SHEET METAL, PHILLIPS, PAN HEAD, M3.5 x 13MM LENGTH, STEEL/ZINC PLATED | $49.52 | 0.00% | 4,952.00 |
| 17-12004 | CAP, 3/4" SQUARE, 7/8" LENGTH, PVC, ORANGE | $0.00 | 0.00% | 0.00 |
| 17-12012 | PLATE, LIQUID COLD, 4 PASS, 3/8" CU. TUBE, ALUM PLATE, UNFINISHED | $0.00 | 0.00% | 0.00 |
| 17-12016 | SCREW, PAN HEAD, M6  X 1.0 X 12L, NYLON, BLACK (GOES ON T5) | $276.12 | 0.00% | 2,124.00 |
| 17-12022 | LABEL + AND -, 1" x 1", BLACK W/ WHITE BKGRND, ACRYLIC ADHESIVE | $89.60 | 0.00% | 448.00 |
| 17-12028 | ADAPTER, STRAIGHT, BARBED, 3/8" TUBE ID, X ƒàêšÂ½' MALE PIPE, ALUMINUM, BLACK | $12.44 | 0.00% | 0.00 |
| 17-12033 | CLAMP, CONSTANT TENSION SPRING, BAND HOSE/TUBE, ƒàoš5/8" OD, CARBON STEEL BLACK Z | $88.58 | 0.00% | 206.00 |
| 17-12037 | CONTACTOR, EVC500, SPST-NO, 500+ AMP, 12-900Vdc, WITH CONNECTOR | $6,369.48 | 0.07% | 52.00 |
| 17-12038 | LABEL, NO STEP, ENG/JAP/PORT/GERM x 6âˆ¬? | $0.00 | 0.00% | 0.00 |
| 17-12039 | GROMMET, 5/16" ID, 1" OD, 3/4" GROOVE DIA 5/16" THICK, RUBBER | $1,269.84 | 0.01% | 5,772.00 |
| 17-12040 | PLUG, STRAIGHT, GT SERIES CRIMP 32-15 SHELL REVERSE BAYONET, 8 PIN | $25.00 | 0.00% | 5.00 |
| 17-12049 | CAP, SERIES PO, 1.051" X .75" X 1.31", 1-1/16" CAP THREAD SIZE, NATURAL | $154.76 | 0.00% | 3,869.00 |
| 17-12071 | LABEL, "ENERDEL", 35 CM X 5.5 CM, LIGHT BACKGROUND | $125.55 | 0.00% | 93.00 |
| 17-12073 | MOUNT, TIE CABLE,  1.5" X 1.5", NYLON | $74.00 | 0.00% | 200.00 |
| 17-12075 | FILTER, AIR, 0.50" 45PPI QUADRAFOAM, 5.12" X 5.12 " X 0.88" FRAME | $1,324.80 | 0.01% | 80.00 |
| 17-12077 | CONNECTOR, FEMALE 200 A, ORANGE,  POLE, NEGATIVE, YAZAKI | $1,400.00 | 0.01% | 8.00 |
| 17-12078 | CONNECTOR, FEMALE,  200 A, ORANGE,  1 POLE, POSITIVE, YAZAKI | $175.00 | 0.00% | 1.00 |
| 17-12079 | LABEL, "ENERDEL", 67 CM X 11 CM, DARK BACKGROUND | $3,309.00 | 0.03% | 2,206.00 |
| 17-12080 | LABEL, "ENERDEL", 67 CM X 11 CM, LIGHT BACKGROUND | $10,977.44 | 0.11% | 6,992.00 |
| 17-12081 | CLAMP, HARNESS,  5.2MM MOUNT HOLE, 1/2" BUNDLE, NYLON 6/6 | $0.00 | 0.00% | 0.00 |
| 17-12083 | CAP, VINYL, ROUND 1.5" X .5" RED | $81.45 | 0.00% | 543.00 |
| 17-12084 | CAP, VINYL, ROUND, 2" X 1" RED | $366.12 | 0.00% | 1,356.00 |
| 17-12091 | GROMMET, PUSH-IN,3/4" ID, 1 1/8" OD, 3/32" PANEL, 15/16" HOLE | $13.53 | 0.00% | 41.00 |
| 17-12096 | SWITCH, PANEL MOUNT, PLUNGER, HIGH PRECISION | $0.00 | 0.00% | 0.00 |
| 17-12133 | TERMINAL, HV, 8MM, 4AWG | $54.90 | 0.00% | 18.00 |
| 17-12158 | RELAY, AUTOMOTIVE, PLUG-IN, 12VDC, CB1-12V | $48.60 | 0.00% | 9.00 |
| 17-12162 | NUT, HEX, S/Z PER DIN 934, CLASS 6, M3 X 0.5 | $25.25 | 0.00% | 2,525.00 |
| 17-12163 | NUT, HEX, STEEL/ZINC PER  DIN 934, CLASS 6, M4 X 0.7 | $94.53 | 0.00% | 9,453.00 |
| 17-12164 | NUT, HEX, STEEL/ZINC PER DIN 934, CLASS 6, M5X0.8 | $0.00 | 0.00% | 0.00 |
| 17-12176 | LUG, COPPER, 1 HOLE, STRAIGHT, #1 AWG, 1/4 HOLE, 35 KV, MFR P/N 54108 | $108.78 | 0.00% | 49.00 |
| 17-12177 | LUG, COPPER, 1 HOLE, STRAIGHT, #1 AWG, 5/16 HOLE, 35 KV | $540.80 | 0.01% | 64.00 |
| 17-12179 | FUSE, MINI BLADE, FAST ACTING, 2 AMP, 297002 | $0.00 | 0.00% | 0.00 |
| 17-12184 | FUSE, MINI BLADE, FAST ACTING, 10 AMP | $0.00 | 0.00% | 0.00 |
| 17-12243 | MOUNT, CABLE TIE, ARROWHEAD | $1,688.94 | 0.02% | 9,383.00 |
| 17-12255 | CONNECTOR, 5 F M/P 630 SPL BLK | $0.00 | 0.00% | 0.00 |
| 17-12257 | CONNECTOR, FUSE HOLDER, FEMALE, M/P 280, BLK | $0.00 | 0.00% | 0.00 |
| 17-12258 | LOCK, SECONDARY, TPA M/P 2 BLU | $0.00 | 0.00% | 0.00 |
| 17-12260 | SEAL, CABLE, FUSE HOLDER | $0.00 | 0.00% | 0.00 |
| 17-12261 | RESISTOR, 1 OHM 1/2W 5% | $0.00 | 0.00% | 0.00 |
| 17-12262 | CAPACITOR, 0.68uF 50V | $0.00 | 0.00% | 0.00 |
| 17-12276 | ISOLATOR, STUD MOUNT, MALE-FEMALE, M6 | $1,974.59 | 0.02% | 379.00 |
| 17-12278 | FILTER, AIR 0.50", 80PPI QUADRAFOAM, 17.32" X 3.38" X 0.88" FRAME | $0.00 | 0.00% | 0.00 |
| 17-12279 | FILTER, AIR 0.50", 80PPI QUADRAFOAM, 12.60" X 2.75" X 0.88" FRAME | $0.00 | 0.00% | 0.00 |
| 17-12284 | RUBBER STRIP, NEOPRENE, ADHESIVE BACKED 2" x 36" | $402.50 | 0.00% | 70.00 |
| 17-12302 | ASSEMBLY, PRECHARGE RESISTOR,, 26 OHM, 5%, 25 kJ | $4,590.00 | 0.05% | 60.00 |
| 17-12305 | ASSEMBLY, RECEPTACLE, 200 AMP, 2 PIN | $1,184.40 | 0.01% | 14.00 |
| 17-12306 | ASSEMBLY, PRECHARGE RESISTOR, 50OHM, 5%, 12KJ | $870.00 | 0.01% | 10.00 |
| 17-12309 | ASSEMBLY, PRECHARGE RESISTOR, 50 OHM, 20%, 5 kJ | $93,975.65 | 0.97% | 1,823.00 |
| 17-12319 | KIT, DOOR MOUNT | $0.00 | 0.00% | 0.00 |
| 17-12337 | FUSE, SQUARE BODY, DIN 43 653, 1250V/1300V (IEC/UL), 400 AMP | $0.00 | 0.00% | 0.00 |
| 17-12339 | FUSE, BASE, DIN 43 653, 1400V, 630A | $0.00 | 0.00% | 0.00 |
| 17-12345 | Fuseblock, for ANL/CNL Series Fuses | $0.00 | 0.00% | 0.00 |
| 17-12359 | FIT TREE RIVET, BLACK,  0.58" STEM LENGTH, 0.508 "HEACHD DIA., 0.197"HOLE DIA ,TYPE  9 | $1,298.16 | 0.01% | 5,409.00 |
| 17-12367 | CONNECTOR D-SUB FEMALE SCREWLOCK KIT | $0.00 | 0.00% | 0.00 |
| 17-12369 | CONNECTOR RECEPT CPC 37 POS REV SER 1 | $0.00 | 0.00% | 0.00 |
| 17-12370 | CONNECTOR CABLE CLAMP CPC SIZE 23 | $0.00 | 0.00% | 0.00 |
| 17-12372 | CONNECTOR PLUG 6 POS PANEL MOUNT | $0.00 | 0.00% | 0.00 |
| 17-12374 | CONN CIR RCPT FEMALE 8POS PANEL MOUNT | $0.00 | 0.00% | 0.00 |
| 17-12378 | SWITCH ROCKER SPST 20A 12V, L11D1S001-AZZ00-000 | $0.00 | 0.00% | 0.00 |
| 17-12382 | FUSE BLADE 1A 32V ATO FAST-ACT | $0.00 | 0.00% | 0.00 |
| 17-12386 | FUSE BLADE 10A 32V ATO FAST-ACT | $0.00 | 0.00% | 0.00 |
| 17-12395 | FUSE BLADE 15A 32V ATC FAST-ACT | $0.00 | 0.00% | 0.00 |
| 17-12397 | MIDGET FUSE 1KVDC FST 1A SOLAR | $0.00 | 0.00% | 0.00 |
| 17-12399 | FUSE HLDR CART 600V 20A Panel Mount | $0.00 | 0.00% | 0.00 |
| 17-12400 | CONN, QC RCPT, 18-22AWG, 0.187" , DNF18-187FIB-M PANDUIT | $0.00 | 0.00% | 0.00 |
| 17-12401 | RES 600 OHM 1% WW AXIAL | $0.00 | 0.00% | 0.00 |
| 17-12402 | RES 576 OHM 1/4W 1% AXIAL | $0.00 | 0.00% | 0.00 |
| 17-12403 | RES 1.1K OHM ƒàêšÂ½ W 1% AXIAL | $0.00 | 0.00% | 0.00 |
| 17-12421 | PANEL MOUNT INDICATOR, LED, 8MM, RED 12V | $0.00 | 0.00% | 0.00 |
| 17-12430 | REED RELAY, SPST-NO, 12VDC, 0.5A, THD | $0.00 | 0.00% | 0.00 |
| 17-12445 | CONN, RING, 10-12AWG, #6 CRIMP, PV10-6R-D | $0.00 | 0.00% | 0.00 |
| 17-12446 | CONN, RING, 10-12AWG, 1/2" CRIMP, PV10-12R-Q | $0.00 | 0.00% | 0.00 |

| | | | | |
|---|---|---|---|---|
| 17-12467 | CABLE GLAND, LOCK NUT, BLACK, NYLON, MÃƒÂ£Ã¢ÂÂ5 | $0.00 | 0.00% | 0.00 |
| 17-12495 | DISCONNECT, MAIN SERVICE, w/HVIL | $16,569.67 | 0.17% | 197.00 |
| 17-12524 | DC AXIAL COMPACT FAN, EBM-PAPST 4114 N/2H8P | $1,891.89 | 0.02% | 21.00 |
| 17-12556 | TERMINAL, RING TONGUE, 16 AWG, M4 STUD, NYLON INSULATEDÃÂ | $24.50 | 0.00% | 50.00 |
| 17-12557 | FERRULE,INSULATED, CRIMP, DIN STANDARD, 6.0 MM LENGTH, 10 AWG, YELLOW, ALTECHCORP | $140.00 | 0.00% | 500.00 |
| 17-12561 | PCAN-USB ADAPTER W/ OPTICAL CAN ISOLATION | $0.00 | 0.00% | 0.00 |
| 17-12562 | PEAK PCAN CABLE J1939 - CAN TO CAN ADAPTABEL CABLE | $177.00 | 0.00% | 3.00 |
| 17-12701 | Contactor, GX11-030 with 61cm LEADS & MOLEX TERMINATIONS,  12Vdc, SPST-NO, Bottom Mount | $7,194.00 | 0.07% | 109.00 |
| 17-12708 | LABEL, NO-STEP, BILINGUAL, RUSSIAN-ENGLISH | $0.00 | 0.00% | 0.00 |
| 17-12709 | LABEL, "ENERZ", 67 CM X 11 CM, LIGHT BACKGROUND | $0.00 | 0.00% | 0.00 |
| 17-12712 | PLUG ASM, 200A, 2 PIN, W/EPO | $0.00 | 0.00% | 0.00 |
| 17-12719 | PV-315A-2XL-B: FUSE 315A 1000V 2XL PV BOLT-IN | $400.00 | 0.00% | 1.00 |
| 17-12721 | BATTERY BOX, UN CERTIFIED, 15"X13"X13½" MFG PN: UABB1513 | $9,518.32 | 0.10% | 1,288.00 |
| 17-12723 | BAG, RECLOSEABLE, 16 "X16" 2-3 MIL | $0.00 | 0.00% | 0.00 |
| 17-12724 | BAG, RECLOSEABLE, 10.5" X 11" 2-3 MIL | $343.44 | 0.00% | 1,272.00 |
| 17-12739 | SCREW, FLANGED, HEX CAP SZ, Class 8.8, M5 x 0.8 x 10L W/THRDLKR | $12,011.92 | 0.12% | 150,149.00 |
| 17-12740 | SCREW, FLANGED, HEX CAP S/Z, STEEL/ZINC, PER ISO 4162/15071, CLASS 8.8, M5 X 0.8 X 12L W/THRE | $378.60 | 0.00% | 1,893.00 |
| 17-12741 | SCREW, FLANGED, HEX CAP S/Z CLASS 8.8, M5 x 0.8 x 16L W/THRDLKR | $588.00 | 0.01% | 4,900.00 |
| 17-12742 | SCREW, FLANGED, HEX CAP, S/Z PER ISO 4162/15071, CLASS 8.8, M5 x 0.8 x 20L w/ THRDLKR | $4,003.89 | 0.04% | 12,133.00 |
| 17-12744 | SCREW, HEX CAP,FLANGED, STEEL/ZINC ISO 4162/15071, CLASS 8.8, M6 X 1.0 X 12L W/THREADLC | $8,096.76 | 0.08% | 57,834.00 |
| 17-12745 | SCREW, FLANGED, HEX CAP S/Z, CLASS 8.8, M6 x 1.0 x 16L W/THRDLKR | $296.25 | 0.00% | 1,975.00 |
| 17-12747 | SCREW, FLANGED, HEX CAP S/Z, CLASS 8.8, M6 x 1.0 x 20L W/THRDLKR (REPLACED 17-10278) | $127.68 | 0.00% | 912.00 |
| 17-12753 | SCREW, SOC CAP, 316 SS, M3 x 0.5 x 10L W/THRDLKR | $2,496.90 | 0.03% | 8,610.00 |
| 17-12758 | SCREW, SOC CAP, 316 SS, M4X0.7X10L, DIN912-A4 / ISO 4762 W/ THRDLKR | $2,945.25 | 0.03% | 17,325.00 |
| 17-12759 | SCREW, SOC CAP, 316 SS, M4X0.7X12L, DIN912-A4 / ISO 4762 W/ THRDLKR | $1,125.72 | 0.01% | 12,508.00 |
| 17-12780 | SCREW, SOC CAP, STEEL/ZINC, CLASS 12.9, M3 X 0.5 X 8L W/ THRDLKR | $6,844.32 | 0.07% | 28,518.000 |
| 17-12784 | SCREW, SOC CAP, STEEL/ZINC, CLASS 12.9, M4 X 0.7 X 6L W/ THREADLOCKER | $3,331.65 | 0.03% | 5,845.00 |
| 17-12786 | SCREW, SOC CAP, STEEL/ZINC, CLASS 12.9, M4 X 0.7 X 10L W/ THREADLOCKER | $1,647.15 | 0.02% | 10,981.00 |
| 17-12787 | SCREW, SOC CAP, S/Z, CLASS 12.9, M4 X 0.7 X 12L W/ THRDLKR | $378.84 | 0.00% | 3,444.00 |
| 17-12788 | SCREW, SOC CAP, STEEL/ZINC, CLASS 12.9, M4 X 0.7 X 16L W/ THREADLOCKER | $3,423.02 | 0.04% | 11,042.00 |
| 17-12794 | SCREW, SOC CAP, S/Z, CLASS 12.9, M5 X 0.8 X 16L W/ THRDLKR | $3,718.40 | 0.04% | 11,620.00 |
| 17-12796 | SCREW, SOC CAP, STEEL/ZINC, CLASS 12.9, M5 X 0.8 X 20L W/ THREACHDLOCKER | $464.40 | 0.00% | 2,580.00 |
| 17-12802 | SCREW, SOC CAP, STEEL/ZINC, CLASS 12.9, M6 X 1.0  X 20L W/ THREADLOCKER 203 | $7.68 | 0.00% | 48.00 |
| 17-12806 | SCREW, PAN HD, S/Z, M3 X 0.5 X 6L W/ THRDLKR | $2,043.20 | 0.02% | 25,540.00 |
| 17-12811 | SCREW, PAN HD, S/Z, M4 X 0.7 X 6L W/ THRDLKR | $441.81 | 0.00% | 4,909.00 |
| 17-12825 | SCREW, PAN HD, STEEL/ZINC, M6 X 1.0 X 12L W/ THRDLKR | $407.76 | 0.00% | 3,398.00 |
| 17-12833 | NUT, FLANGE, HEX, S/Z, M4 x 0.7 w/ THRDLKRr | $0.00 | 0.00% | 0.00 |
| 17-12834 | NUT, FLANGE, HEX,  S/ZI, M5  X 0.8 W/THRDLKR 203 | $851.25 | 0.01% | 5,675.00 |
| 17-12835 | NUT, HEX, STEEL/ZINC, M6  X 1.0 W/THREACHDLOCKER 203 | $355.50 | 0.00% | 3,555.00 |
| 17-12839 | SCREW, SOC CAP, EXTRA LOW HEAD, W/THRDLKR | $25,649.62 | 0.26% | 134,998.00 |
| 17-12840 | SCREW, SOC CAP, SERRATED HEX CAP, M6 X 1.0 X 10L W/THRDLKR | $3,766.28 | 0.04% | 26,902.00 |
| 17-12841 | SCREW, SOC CAP., EXTRA LOAD HEACHD W/THRDLKR | $4,138.05 | 0.04% | 8,445.00 |
| 17-12842 | SCREW  SOCKET HEACHD CAP,X- LOW HD, TRIVLNT CHRM, M5 x 10L,W/THRDLKR | $5,012.80 | 0.05% | 19,280.00 |
| 17-12853 | SCREW, HEX CAP, S/Z PER DIN 933, CLASS 8.8, M4 X 0.7 X16L W/THDLKR | $3,067.68 | 0.03% | 5,478.00 |
| 17-12856 | SCREW, HEX CAP,  STEEL/ZINC, CLASS 8.8, M5  X 0.8  X10L LOCTITE 203 | $908.40 | 0.01% | 7,570.00 |
| 17-12857 | SCREW, HEX CAP, STEEL/ZINC, CLASS 8.8, M5 X 0.8 X 12L, W/ THREACHDLOCKER | $115.72 | 0.00% | 1,052.00 |
| 17-12868 | SENSOR, CURRENT MEASUREMENT 30/350A | $21,320.80 | 0.22% | 1,838.00 |
| 17-12870 | SCREW, SOC CAP, STEEL/ZINC, CLASS 12.9, M6 X 1.0  X 70L W/ THREACHDLOCKER | $638.19 | 0.01% | 3,039.00 |
| 17-12883 | SCREW, SOC CAP, LOW HEAD, STEEL/ZINC, CLASS 8.8, M4 X0.7 X16L LOCTITE 203 | $518.91 | 0.01% | 2,471.00 |
| 17-12884 | SCREW, SOC CAP, LOW HEAD, STEEL/ZINC, CLASS 8.8, M4 X 0.7 X 30L | $519.86 | 0.01% | 2,363.00 |
| 17-12902 | SCREW, SOC CAP, LOW HEAD, STEEL/ZINC, CLASS 8.8, M6 X 1.0 X 35L | $1,831.20 | 0.02% | 12,208.00 |
| 17-12920 | SCREW, BUTTON HEACHD S/Z, CLASS M5  X 0.8  X 8L LOCTITE 203 | $306.12 | 0.00% | 2,551.00 |
| 17-12923 | SCREW, BUTTON HEAD, STEEL/ZINCPER ISO 7380, M5 x 0.8 x 14L | $736.96 | 0.01% | 5,264.00 |
| 17-12929 | SCREW, BUTTON HEAD, STEEL/ZINC, M6 X 1.0 X 8L, THRDLK | $808.86 | 0.01% | 442.00 |
| 17-12941 | NUT, HEX, STEEL/ZINC, CLASS 6, M5 X 0.8 W/THREACHDLOCKER DIN EN 24032 | $672.03 | 0.01% | 7,467.00 |
| 17-12942 | CONTACTOR, GV241-014, SPST-NO, 12/24 VDC PWM, W CONN | $1,270.28 | 0.01% | 22.00 |
| 17-12945 | SCREW, SERRATED HEX CAP, STEEL-ZINC, M8X1.25X25L | $308.37 | 0.00% | 1,623.00 |
| 17-12951 | ROCKER SWITCH, DPST, 20A (DC), 12V (DC) PANEL MOUNT, SNAP-IN, L21D1S001-AZZ00-000 | $0.00 | 0.00% | 0.00 |
| 17-12953 | CAPACITOR, 0.068UF, +20%, AXIAL, CERAMIC, KEMET, C410C683M5USTA7200 | $0.00 | 0.00% | 0.00 |
| 17-12955 | ROCKER SWITAMMETER, 0-19.99A, LED, PANEL MOUNT, DCA-20PC-6-DC4-RL-C | $0.00 | 0.00% | 0.00 |
| 17-12959 | CONN, RING, 14-16AWG, #6 CRIMP,  PV14-6R-M PANDUIT | $0.00 | 0.00% | 0.00 |
| 17-12967 | SCREW, UNDERCUT FLAT HEAD MACHINE, PHILLIPS, STAINLESS STEL GRADE 18-8, #8-32 X 3/16" | $0.00 | 0.00% | 0.00 |
| 17-12968 | CONN, QC RCPT, 10-14AWG, 0.250" ,  DNF10-250FIB-D PANDUIT (YELLOW) | $0.00 | 0.00% | 0.00 |
| 17-12975 | VOLTMETER, 6-75VDC, LED, PANEL MOUNT, DMR20-10-DCM-R-C MURATA POWER SOLUTIONS | $0.00 | 0.00% | 0.00 |
| 17-12977 | RESISTTOR, 1 OHM, 5%, 1/2W, AXIAL, CARBON COMPOSITION, OF10GJE, OHMITE MFG | $0.00 | 0.00% | 0.00 |
| 17-12978 | RESISTOR, METAL OXIDE, ERG(X)S, 120 OHM, 5%TR,  5W, ERG-5SJ121 PANASONIC | $0.00 | 0.00% | 0.00 |
| 17-12980 | CONN, QC RCPT, 14-16AWG, 0.250',  DNF14-250FIB-M PANDUIT (BLUE) | $0.00 | 0.00% | 0.00 |
| 17-12981 | TEST JACK, 2MM, SAFETY SHEATHED, SOLDER TAB, BLACK, 72922-0 POMONA ELECTRONICS | $0.00 | 0.00% | 0.00 |
| 17-12982 | TEST JACK, 2MM, SAFETY SHEATHED, SOLDER TAB, RED, 72922-2 POMONA ELECTRONICS | $0.00 | 0.00% | 0.00 |
| 17-12990 | PLUG, SINGLE HOLE MOUNT, SIZE 24, 31 PIN, NICKEL, AFD56-24-31SN-1A, TE CONNECTIVITY | $0.00 | 0.00% | 0.00 |
| 17-13000 | CONNECTOR, HV, 2 POS, Ãƒ£¬8.0 PIN, HSG, ASM. | $273.72 | 0.00% | 6.00 |
| 17-13009 | PLUG, 3/8" NPT, HEX SOCKET, SS | $157.08 | 0.00% | 84.00 |
| 17-13012 | MICROSWITCH, AUXILIARY CONTACT | $321.02 | 0.00% | 14.00 |
| 17-13014 | FILTER, AIR 0.50", 25PPI QUADRAFOAM, 15.75" X 3.75" x 0.88" FRAME | $1,980.00 | 0.02% | 90.00 |
| 17-13015 | PROTECTION COVER, 3 -WAY 200A | $0.00 | 0.00% | 0.00 |
| 17-13016 | PROTECTION COVER, F/2-1AY 200A RECEPTACLE; EPOWER SERIES | $68.25 | 0.00% | 25.00 |
| 17-13017 | CAP, ROUND 3.4" BLACK | $332.92 | 0.00% | 406.00 |
| 17-13018 | CAP, ROUND 2.8", YELLOW | $1,984.50 | 0.02% | 3,150.00 |
| 17-13019 | LABEL, RUSSIAN CUSTOMS STICKER GOST-R PCT | $0.00 | 0.00% | 0.00 |
| 17-13023 | THERMISTOR, ENCAPSULATED, 100K | $0.00 | 0.00% | 0.00 |
| 17-13028 | MICRO-FIT PLUG HOUSING, DUAL ROW, 4 CIRCUIT, MOLEX 43020-0409 | $2,161.04 | 0.02% | 12,712.00 |
| 17-13041 | SCREW, ROUND HEAD, TAMPER RESISTANT, TORX, 18-8 SS PER ISO 7380 w/THRDLKR | $1,300.60 | 0.01% | 4,645.00 |
| 17-13051 | CONTACTOR, HVDC, 100A POWER SWITCH, GIGAVAC GLE100HCANB 24V | $0.00 | 0.00% | 0.00 |
| 17-13061 | STEEL, TPE, SLEEVE CLAMP, SPN-10 ESSENTRA | $47.00 | 0.00% | 94.00 |
| 17-13068 | COVER, MIDGET FUSE BLOCK CVR-CCM-QC EATON BUSSMAN | $227.16 | 0.00% | 36.00 |
| 17-13108 | MODULE, CONTACT INSERT, FEMALE, 1000V, 70A, 2 POSITIONS, PHOENIX CONTACT 1417296 | $0.00 | 0.00% | 0.00 |
| 17-13119 | SCREW, HEX CAP, FLANGED, STEEL/ZINC PER DIN EN 1665/6921, CLASS 8.8, M5X0.8X12L, W/203 T | $78.57 | 0.00% | 291.00 |
| 17-20035 | SCREW, BUTTON HEAD, TAMPER RESISTANT HEX DRIVE, BLACK-OXIDE ALLOY STEEL, 1/4"-20 TH | $0.00 | 0.00% | 0.00 |
| 17-20036 | SCREW, BUTTON HEAD, HEX DRIVE, 18-8 STAINLESS STEEL, M3.5 X 0.6 X 8L | $0.00 | 0.00% | 0.00 |

| | | | | |
|---|---|---|---|---|
| 17-20063 | CURRENT SENSOR, /-500A, 12v, CAN OUTPUT, CAB500-C-SP5 LEM | $10,619.67 | 0.11% | 93.00 |
| 17-20064 | PUSH RIVET, 6MM DIA, 2-8MM PANEL THICKNESS, BLACK NYLON, ESSENTRA 093015059902 | $82.50 | 0.00% | 250.00 |
| 17-20066 | DC AXIAL COMPACT FAN, EBM-PAPST 4112 NH4 | $0.00 | 0.00% | 0.00 |
| 17-20094 | PIN, CRIMP, 10-16 AWG, COPPER ALLOY, GOLD PLATED, SIZE 16, M39029/4-111 TE CONNECTIVITY | $0.00 | 0.00% | 0.00 |
| 17-20139 | FAN, 80 X 80 X 38 MM,24V,SEALED 8214JH4U-XXX | $0.00 | 0.00% | 0.00 |
| 17-20140 | ADAPTER, STRAIGHT, 1/4 NPT TO 3/8 SMOOTH BARB, UPC#087133900834, RUSSEL PERFORMANC | $0.00 | 0.00% | 0.00 |
| 17-20142 | ADAPTER, TEE, 3/8 X 3/8 X 3/8 SMOOTH RETENTION BEAD, EARL'S PERFORMANCE - MFR# 782406 | $0.00 | 0.00% | 0.00 |
| 17-20144 | ADAPTER, STRAIGHT, BARBED, 3/8" TUBE ID X 1/4" MALE PIPE, ALUMINUM | $109.20 | 0.00% | 26.00 |
| 17-20145 | CAP, 2 POS PROTECTION CAP 2 POL, SCHUTZKAPPE, C-2208101 | $0.00 | 0.00% | 0.00 |
| 17-20146 | 5V to 9V/12V USB Step-up Power Supply | $0.00 | 0.00% | 19.00 |
| 17-20148 | CLAMP, CONSTANT TENSION SPRING BAND HOSE/TUBE, 21/32 IN OD, CARBON STEEL BLACK ZIN | $0.00 | 0.00% | 0.00 |
| 17-20149 | VENT PATCH, 3M GORTEX, 20 MM DIA | $18.00 | 0.00% | 18.00 |
| 17-20151 | PLUG, PLASTIC, 1/4" NPT, CPT-4, RED | $15.39 | 0.00% | 81.00 |
| 17-20156 | CAP/PLUG, TAPERED, RED LDPE, .485" DIA UNDER FLANGE | $0.56 | 0.00% | 8.00 |
| 17-20159 | HOUSING, PLUG, MIZU-P25, IP67, 20-22 AWG, 2 CIRCUIT | $3,224.65 | 0.03% | 1,573.00 |
| 17-20160 | TERMINAL, PIN, MIZU-P25, 20-22 AWG, 50147-8000 | $577.04 | 0.01% | 7,213.00 |
| 17-20185 | NUT, M5-08, THREACHDED SPACER | $0.00 | 0.00% | 0.00 |
| 17-20188 | POWER CORD, 18AWG, 5-15P TO C13, 9.84-ft, 313009-01 | $0.00 | 0.00% | 0.00 |
| 17-20191 | BACKSHELL, BAND LOCK ADAPTER, STRAIGHT, SIZE 24, MIL-DTL-26482 II, M85049/82-24N02 | $0.00 | 0.00% | 0.00 |
| 17-20192 | GROMMET, 5/8"ID, 1 1/8"OD, 7/8" GROOVE DIA, 5/16" THK, RUBBER | $559.68 | 0.01% | 1,749.00 |
| 17-20193 | CONTACTOR, GLE100-004, 12V, W/CONNECTOR | $85,092.00 | 0.87% | 2,026.00 |
| 17-20196 | TUBING, HEAT SHRINK, SEMI-RIGID, 4:1, 7.44MM ID-1.65MM, POLYOLEFIN, BLACK, ES2000-NO.2-B9 | $0.00 | 0.00% | 0.00 |
| 17-20200 | SPACER, ROUND, ZINC-PLATED STEEL, FOR SCREW SIZE 1/4", 1/2" O.D., 3/8"L, 92415A864 | $446.04 | 0.00% | 189.00 |
| 17-20203 | BLOCK, FUSE, ¼ Q.C., SIDE CONNECTION, 5 POSITION | $0.00 | 0.00% | 0.00 |
| 17-20205 | FUSE, BLADE, FAST ACTING, 287 SERIES, ATO AG 1 AMP, 02870001.PXS, BLACK, 0287001.PXS LITT | $8.40 | 0.00% | 30.00 |
| 17-20206 | FUSE, BLADE, FAST ACTING, 287 SERIES, ATO Ag  Vendor PN: 0287002.PXS | $7.22 | 0.00% | 20.00 |
| 17-20207 | FUSE, BLADE, FAST ACTING, 287 SERIES, ATO AG 1 AMP, 02870010.PXS, RED, 0287010.PXS LITTLE | $4.42 | 0.00% | 17.00 |
| 17-20214 | FUSE, HIGH SPEED, FWH-150B, 500V, 35-1600A | $957.03 | 0.01% | 19.00 |
| 17-20226 | DUAL DIODE (RECTIFIER), ULTRA FAST RECOVERY, SOT-227, IXYS DSEP2X61-06A | $33.60 | 0.00% | 2.00 |
| 17-20227 | SCREW, SOC CAP, STEEL/ZINC, CLASS 12.9, M3 X0.5 X 18L W/ THREADLOCKER 203 | $37.60 | 0.00% | 188.00 |
| 17-20228 | EYEBOLT, LIFTING, STEEL/ZINC, M10X1.5X17L, W/SHOULDER | $892.08 | 0.01% | 216.00 |
| 17-20229 | SCREW, SHOULDER, LOW PROFILE, M6X1.0, ÂƒÆœ8X6L, 90833A118MC | $65.23 | 0.00% | 11.00 |
| 17-20243 | SEAL, CABLE PASS THROUGH, ADJUSTABLE (ROXTEC CM20w40) | $0.00 | 0.00% | 0.00 |
| 17-20248 | FUSE, KLM 600VAC/DC FAST-ACTING KLM-3 | $133.14 | 0.00% | 14.00 |
| 17-20252 | RECEPTACLE, 14 PIN, SHELL SIZE 17, FREE HANGING, SEALED, 796273-1 TE CONNECTIVITY | $0.00 | 0.00% | 0.00 |
| 17-20256 | RECEPTACLE, 16PIN, 2 ROW, ODB-II, 0511151601 MOLEX | $0.00 | 0.00% | 0.00 |
| 17-20257 | SOCKET, D-SUB CONTACT, TIN PLATED, 18-22 AWG, MOLEX 0504208000 | $0.00 | 0.00% | 0.00 |
| 17-20265 | SELF-MOUNT CABLE TIE, 4.8 MTG HOLE | $425.43 | 0.00% | 1,467.00 |
| 17-20267 | SFE AUTOMOTIVE FAST-ACTING GLASS FUSE, 9 AMP, BK/SFE-9 | $9.36 | 0.00% | 9.00 |
| 17-20285 | ROCKER SWITCH, SPDT, 20A (DC), 12V (DC) PANEL MOUNT, SNAP-IN, L14D1S001-AZZ000-000 CARL | $0.00 | 0.00% | 0.00 |
| 17-20300 | LABEL, "DO NOT FORK", 11" X 6", JAMAC ED-02, BLACK LETTERS ON WHITE BACKGROUND | $1,197.00 | 0.01% | 399.00 |
| 17-20310 | BLACK UL94 HB NYLON FLAT TOUGH PUSH-IN RIVET- HOLE DIA RANGE 6.5MM 0.256IN;PANEL THII | $0.00 | 0.00% | 0.00 |
| 17-20315 | DETECTION TUBING 6MM, FIRETRACE 204025 | $325.50 | 0.00% | 31.00 |
| 17-20316 | SLIP-ON PLUG (6MM TUBING) , FIRETRACE 200203 | $0.00 | 0.00% | 0.00 |
| 17-20317 | GROMMET, PLASTIC, ADJUSTABLE, FIRETRACE 200153 | $0.00 | 0.00% | 0.00 |
| 17-20320 | TERMINAL, ASM, SFT- STYLE FEED THROUGH, REBLING 250 AMP, NEG | $0.00 | 0.00% | 0.00 |
| 17-20321 | TERMINAL, ASM, SFT- STYLE FEED THROUGH, REBLING 250 AMP, POS | $0.00 | 0.00% | 0.00 |
| 17-20322 | GASKET, SFT-STYLE TERMINAL | $0.00 | 0.00% | 0.00 |
| 17-20323 | COVER LFT-SFT-MFT STYLE TERMINAL, LONG, RED | $0.00 | 0.00% | 0.00 |
| 17-20324 | COVER LFT-SFT-MFT STYLE TERMINAL, LONG, BLACK | $0.00 | 0.00% | 0.00 |
| 17-20327 | SCREW, HEX DRIVE FLAT HEAD, ZINC-PLATED 12.9 ALLOY STEEL, M6X1.0X 14 L, W/THREADLOCK | $1,410.50 | 0.01% | 775.00 |
| 17-20328 | FAN, AXIAL, 40X40X10, 24VDC, DC, EBM-PAPST 414FH | $256.00 | 0.00% | 20.00 |
| 17-20329 | GROMMET, PUSH IN, 9/16"HOLE, 1/16 MAT'L, 1/8 ID, 3/4 OD | $380.46 | 0.00% | 34.00 |
| 17-20330 | SCREW, FLAT HEAD, HEX SOC, ZINC-PLATED, 10.9 ALLOY STEEL, M3X0.5X10L, W/THREADLOCKEI | $433.20 | 0.00% | 570.00 |
| 17-20331 | MINITACTOR, P1A01-15-CDA, 24Vdc | $0.00 | 0.00% | 0.00 |
| 17-20332 | CONNECTOR, HV, PANEL MOUNT, AMPHENOL POWERLOK, 300 SERIES, 2 POS RECEPTACLE | $8,257.40 | 0.08% | 164.00 |
| 17-20333 | Connector, HV, Panel Munt, Amphenol Powerlok, 300 Series, 2 POS Plug | $0.00 | 0.00% | 0.00 |
| 17-20334 | MOUSER PART NUMBER 644-CSMS-D71 | $358.66 | 0.00% | 158.00 |
| 17-20336 | CAP, SERIES PO, 1.051" X .75" X 1.31", 1-1/16" CAP THREAD SIZE, NATURAL | $39.00 | 0.00% | 975.00 |
| 17-20337 | CAP, SERIES PO, 21.95 X .16.76 X 28.45 MM, 7/8 CAP THREAD SIZE, N | $0.00 | 0.00% | 494.00 |
| 17-20338 | PLUG, PUSH IN, 35.56 OD X 24.74 HOLE, BLACK, CAPLUGS PIP-1 1/16 | $189.14 | 0.00% | 852.00 |
| 17-20339 | PLUG, PUSH IN, 24.38 OD X 14.17 HOLE, CAPLUGS PIP-5/8 | $86.08 | 0.00% | 320.00 |
| 17-20340 | PLUG, PUSH IN, 51.56 OD X 38.73 HOLE, BLACK, CAPLUGS PIP-1 5/8 | $276.69 | 0.00% | 401.00 |
| 17-20341 | SCREW, SOCKET HEAD CAP, ULTRA LOW HEAD, M6 x 1 x 10L, W/THREADLOCKER | $7,666.12 | 0.08% | 1,834.00 |
| 17-20342 | SCREW, SERATED, HEX CAP, STEEL/ZINC M8 x 1.25 x 16L W/THRDLKR | $1,377.90 | 0.01% | 1,531.00 |
| 17-20343 | 5 x 5 x 5" LIGHTWEIGHT 32 ECT CORRUGATED BOX | $0.00 | 0.00% | 96.00 |
| 17-20344 | UPSABLE FOAM ROLL - 1/8" THICK, 12" X 350' (S-2961) | $0.00 | 0.00% | 296.00 |
| 17-20345 | NYLON CABLE TIES - 14", 120 LB | $0.00 | 0.00% | 192.00 |
| 17-20346 | FUSE, 80V, 100A VERY FAST ACTING | $0.00 | 0.00% | 0.00 |
| 17-20348 | VENT, SCREW, M6X0.75 W/NUT, GORE PMF100600 OR EQUIVALENT | $0.00 | 0.00% | 0.00 |
| 17-20352 | FUSE, SURFACE MOUNT, SLO-BLO, 452 SERIES (CHART) | $0.00 | 0.00% | 0.00 |
| 17-20354 | VENT, SCREW, POLYVENT | $0.00 | 0.00% | 0.00 |
| 17-20362 | GORE PROTECTIVE VENT | $0.00 | 0.00% | 0.00 |
| 17-20377 | GORE PROTECTIVE VENT GREY PLASTIC BACKING NUT | $0.00 | 0.00% | 0.00 |
| 17-20382 | SCREW, FLANGED, HEX CAP, STEEL/ZINC, M5 X 0.8 X 10L W/ THREADLOCKER | $0.00 | 0.00% | 0.00 |
| 17-20384 | VENT, SCREW IN, M32 X 1.5 VENT EX-PROOF VALVE | $1,653.00 | 0.02% | 435.00 |
| 17-20390 | SCREW, M6 SHCS, 80MM LONG, STAINLESS STEEL W/ THREADLOCKER | $0.00 | 0.00% | 0.00 |
| 17-20390 | MODULE, MGL, VDA MODULE 21-9V, 6S2P 100AH | $27,324.00 | 0.28% | 66.00 |
| 17-20394 | PANEL CONNECTOR, MSD PANEL CONNECTOR, REAR MOUNTING | $1,075.68 | 0.01% | 12.00 |
| 17-20396 | OIL RESISTANT MIL. SPEC. BUNA-N O-RING | $0.00 | 0.00% | 300.00 |
| 17-20399 | SCREW, FLANGED, HEX CAP, STEEL, ASTM F1941-10 FE ZN Ni 8TF, CLASS 8.8, M5 X 0.8 X 10L W/ T | $0.00 | 0.00% | 0.00 |
| 17-20413 | SCREW, SOCKET HEAD CAP, EXTRA LOW HEAD, ASTM F1941-10 FE Z | $0.00 | 0.00% | 0.00 |
| 17-20417 | $69.00 / Roll for 5+ Rolls purchased | $0.00 | 0.00% | 0.00 |
| 17-20419 | LOGO, ENERDEL ENERGY SOLUTIONS | $0.00 | 0.00% | 0.00 |
| 17-20420 | LABEL, IEGO LABEL, 15 CM X 17 CM, LIGHT BACKGROUND | $0.00 | 0.00% | 0.00 |
| 17-20421 | FUSE, 350 AMP, SQ BODY FKE/115 TYPE K INDICATOR FOR MICRO | $0.00 | 0.00% | 0.00 |
| 17-20422 | CONTACTOR W/CONNECTOR, LEV100-A5ANG, 100 AMP, 24VDC | $10,401.60 | 0.11% | 96.00 |
| 17-20423 | MSD, MSD w/ HVIL,SHUNT, 1000 VDC | $1,208.48 | 0.01% | 14.00 |
| 17-20424 | LOCATING PIN | $0.00 | 0.00% | 0.00 |

| | | | | |
|---|---|---|---|---|
| 17-20425 | CONNECTOR, PLUG, ITT CANNON, 16 SHELL, 19 PIN | $0.00 | 0.00% | 0.00 |
| 17-20426 | DC FAN AXIAL BALL BEARING - 24V - 12V to 27.6V - 131CFM - 71dB - 80 X 80 X 38.15mm | $7,296.00 | 0.07% | 64.00 |
| 17-20427 | 24 V, 1.46 A, 80 x 80 x 38 mm, DC FAN | $9,136.05 | 0.09% | 385.00 |
| 17-20428 | CONTACTOR, REC 10 B1BA, 100 AMP, 24VDC | $1,080.00 | 0.01% | 24.00 |
| 17-20429 | MINI-CONTACTOR, 20A, 750V, 24V | $630.00 | 0.01% | 14.00 |
| 17-20430 | CIRCULAR CONNECTOR CABLE SEAL, PANEL GASKET, #16 SHELL | $24.60 | 0.00% | 15.00 |
| 17-20431 | LIMITER, COMPRESSION, SPLIT, M5X10L CL200 | $250.00 | 0.00% | 1,000.00 |
| 17-20937 | SCREW, SEALING M6 X 1 X 14MM 18-8 STAINLESS SHCS, W/ BUNAN O-RING, W/ THREADLOCKER | $0.00 | 0.00% | 0.00 |
| 18-20011 | COOLANT HOSE ASM, INLET | $0.00 | 0.00% | 0.00 |
| 18-20012 | COOLANT HOSE ASM, OUTLET | $0.00 | 0.00% | 0.00 |
| 18-20013 | COOLANT BULKHEAD | $0.00 | 0.00% | 0.00 |
| 18-20014 | VDA MODULE COOLING PLATE | $0.00 | 0.00% | 0.00 |
| 18-20015 | THERMAL INTERFACE, BCTIM THERMAL INTERFACE MATERIAL | $0.00 | 0.00% | 0.00 |
| 20-11835 | COVER, CONNECTOR/AIR OPENING | $385.00 | 0.00% | 11.00 |
| 20-12065 | LINER, INSULATOR, (FORMEX), REINFORCEMENT, ENCLOSURE | $0.00 | 0.00% | 0.00 |
| 20-12066 | LINER, INSULATOR, (FORMEX), PLENUM, AIR | $0.00 | 0.00% | 0.00 |
| 20-12068 | LINER INSULATOR COVER TOP SIDE PATCH | $548.34 | 0.01% | 114.00 |
| 20-12069 | LINER INSULATOR COVER TOP SIDE C/D | $942.00 | 0.01% | 120.00 |
| 20-12070 | LINER INSULATOR COVER TOP SIDE A/B | $5,603.40 | 0.06% | 180.00 |
| 20-12438 | BRACKET, MOUNTING, VEHICLE | $280.82 | 0.00% | 19.00 |
| 20-13512 | CABLE,SUBPACK TO FUSE | $304.59 | 0.00% | 13.00 |
| 20-13513 | RADSOCK, HV CABLE 500MM 3/8 | $45.94 | 0.00% | 2.00 |
| 20-13514 | RADSOCK, HV CABLE 150MM 3/8 | $0.00 | 0.00% | 24.00 |
| 20-13517 | HARNESS, SUBPACK GROUND | $0.00 | 0.00% | 0.00 |
| 20-13526 | CABLE, CONTACTOR TO FUSE | $55.40 | 0.00% | 4.00 |
| 20-13770 | BRACKET, THERMAL PLATE | $0.00 | 0.00% | 0.00 |
| 20-14050 | BRACKET, THERMAL PLATE | $0.00 | 0.00% | 0.00 |
| 20-14141 | ASSEMBLY, HARNESS, ATTENUATION, MLEC | $0.00 | 0.00% | 0.00 |
| 25-11060 | OUTLINE, PHEV CELL (PHEV GEN I) | $282,1199.65 | 2.90% | 7,815.00 |
| 60-10017 | SHIPPING CRATE WITH BRACKET #17 | $0.00 | 0.00% | 0.00 |
| 60-10040 | CRATE, SHIPPING, TROLLEY BUS | $1,078.77 | 0.01% | 3.00 |
| 60-10049 | CRATE, SHIPPING, LOW PROFILE | $10,389.56 | 0.11% | 23.00 |
| 60-10054 | CRATE, VANGUARD4, BD3 PACK W/WO BRACKETS | $66,907.80 | 0.69% | 180.00 |
| 60-10057 | BOX, SHIPPING | $0.00 | 0.00% | 0.00 |
| 60-14237 | SUBPACK CONTAINER | $0.00 | 0.00% | 0.00 |
| 60-20003 | CRATE, MORAY, IKA | $3,600.00 | 0.04% | 20.00 |
| 60-20005 | CRATE | $0.00 | 0.00% | 0.00 |
| 83-10003 | PCA w/SW - GENERALIZED CONFIGURATION REMOTE LEC | $1,267.44 | 0.01% | 12.00 |
| 83-10086 | PACK V/BUS V ATTENUATOR BOARD | $11,808.00 | 0.12% | 123.00 |
| 83-10200 | PCA W/SW - MLEC (1.5), 12/24V CTL, 400V SYS | $1,880.00 | 0.02% | 8.00 |
| 83-10502 | PCA W/SW - 12-CELL IRLEC (1.5) | $662,622.96 | 6.81% | 5,989.00 |
| 83-11135 | PCA W/SW - 12-CELL FLEX CIRCUIT "A" | $57,394.86 | 0.59% | 2,634.00 |
| 83-11136 | PCA W/SW - 12-CELL FLEX CIRCUIT "B" | $55,917.76 | 0.57% | 2,584.00 |
| 83-12875 | FLEX CIRCUIT, 12S2P EVEN, AIR COOLED | $2,780.80 | 0.03% | 64.00 |
| 83-20004 | 6 CELL RLEC (1.5) ASSEMBLY | $172,826.29 | 1.78% | 1,253.00 |
| 83-20006 | PCA W/OUT SW: FLEX CIRCUIT, 16S2P, EVEN, STAFL 103211 | $0.00 | 0.00% | 0.00 |
| 83-20007 | PCA W/OUT SW: FLEX CIRCUIT, 16S2P, ODD, STAFL 103210 | $0.00 | 0.00% | 0.00 |
| 83-20008 | PCA W/SW-MODULE MOUNTED BMS BOARD, STAFL 103209 | $996.00 | 0.01% | 6.00 |
| 83-20009 | PCA w/SW - MLEC NGP/VDA 800V | $0.00 | 0.00% | 0.00 |
| 83-20010 | PCA W/SW - 12 CELL IRLEC (1.5) | $0.00 | 0.00% | 0.00 |
| 83-20023 | PCA w/SW - MLEC (1.5), 12/24V CTL, 48V SYS, BASE | $0.00 | 0.00% | 0.00 |
| 83-20201 | MORAY MLEC 1.5 24V ASSEMBLY | $2,493.54 | 0.03% | 7.00 |
| 83-20202 | PCA W/SW-MORAY 24V DC SUPPLY | $12,459.86 | 0.13% | 14.00 |
| 83-20271 | PCA W/OUT SW- FLEX CIRCUIT, EVEN, 6S4P, 0.4MM HS | $2,970.00 | 0.03% | 99.00 |
| 83-20272 | PCA W/OUT SW- FLEX CIRCUIT, ODD, 6S4P, 0.4MM HS | $5,880.00 | 0.06% | 196.00 |
| 83-90019 | PCA W/SW-MLEC (1.0), 24V CTL, 800V PACK | $0.00 | 0.00% | 0.00 |
| 83-90029 | PCA W/SW - MASTER LEC (1.0), 12V CTL, 800V PACK | $0.00 | 0.00% | 0.00 |
| 83-90037 | HVIL MODULE (12V, 0-60 MA) | $20,396.70 | 0.21% | 346.00 |
| 83-90041 | PCA W/SW - PTC PRECHARGE BOARD | $489.90 | 0.01% | 5.00 |
| 83-90064 | PCA W/SW - MLEC (1.5), 12/24V CTL, 400V SYS, BASE | $416,659.14 | 4.28% | 1,654.00 |
| 83-90065 | PCA W/SW - MLEC (1.5), 12/24V CTL, 600V SYS, BASE | $2,704.05 | 0.03% | 9.00 |
| 83-90066 | PCA W/SW - MLEC (1.5), 12/24V CTL, 800V SYS, BASE | $10,728.84 | 0.11% | 29.00 |
| 83-90104 | PCA W/SW - MLEC 1.5 ALKONOST (400V) *MADE FROM 83-90064* | $15,489.80 | 0.16% | 41.00 |
| 83-90106 | PCA W/OUT SW: FLEX CIRCUIT, HIGH, ODD | $1,671.68 | 0.02% | 64.00 |
| 83-90107 | PCA W/OUT SW: FLEX CIRCUIT, HIGH, EVEN | $1,671.68 | 0.02% | 64.00 |
| 83-90108 | PCA W/OUT SW: FLEX CIRCUIT, LOW, ODD | $1,619.44 | 0.02% | 62.00 |
| 83-90109 | PCA W/OUT SW: FLEX CIRCUIT, LOW, EVEN | $1,671.68 | 0.02% | 64.00 |
| 91-10216 | LABEL, DANGER, 4 X 3 | $2,084.25 | 0.02% | 5,955.00 |
| 96-10004 | SW ASSEMBLY - MLEC 1.5, SPARROW | $0.00 | 0.00% | 0.00 |
| 96-20000 | SW ASSEMBLY-MLEC 1.5-ROADRUNNER | $0.00 | 0.00% | 0.00 |
| 96-20004 | SW ASSEMBLY-MLEC 1.5_GRIFFIN | $0.00 | 0.00% | 0.00 |
| 96-20009 | SW ASSEMBLY-MLEC 1.5- VANGUARD4 EV 24V | $0.00 | 0.00% | 0.00 |
| 96-20010 | SW ASSEMBLY-MLEC 1.5- VANGUARD4 25Ah ENERGY 12V | $0.00 | 0.00% | 0.00 |
| 96-20011 | SW ASSEMBLY-MLEC 1.5- VANGUARD4 25Ah ENERGY 24V | $0.00 | 0.00% | 0.00 |
| 96-20020 | SW ASSEMBLY_MLEC 1.5_Moray | $0.00 | 0.00% | 0.00 |
| 96-20022 | SW ASSEMBLY_MLEC 1.5_Moray | $0.00 | 0.00% | 0.00 |
| 96-20024 | SW ASSEMBLY_MLEC 1.5_VANGUARD4_Gen3_Energy_24v_NO_FAN | $0.00 | 0.00% | 0.00 |
| 96-20025 | SW ASSEMBLY-MLEC 1.5-LTS-UTV/ALIGNE/LNG | $0.00 | 0.00% | 0.00 |
| 96-20026 | SW ASSEMBLY-MLEC 1.5-LTS-FPI | $0.00 | 0.00% | 0.00 |
| 96-20027 | SW ASSEMBLY-MLEC 1.5-LTS-FPI-2 | $0.00 | 0.00% | 0.00 |
| 96-20032 | SW ASSEMBLY-MLEC 1.5 - BUTTERFLY 25A-2 | $0.00 | 0.00% | 0.00 |
| 96-20033 | SW ASSEMBLY-MLEC 1.5 - BUTTERFLY 25A-2 | $0.00 | 0.00% | 0.00 |
| **Total - Inventory Item** | | **$7,379,126.60** | **75.81%** | **4,946,999.23** |
| **Total** | | **$9,733,532.38** | **100.00%** | **5,081,409.23** |

Totals

| Raw Material | $7,379,126.60 |
| Work in Process | $1,456,461.78 |
| Finished Goods | $897,944.00 |
| | $9,733,532.38 |

**EnerDel, Inc.**
**Ener1, Inc. : EnerDel, Inc.**

| Fixed Assets | | BS REPORT | variance | |
|---|---|---|---|---|
| **1500 - Property, Plant, and Equipment** | | | | |
| 1510 - Property and Equipment - Computer Equipment | $344,646.85 | 344,646.85 | $0.00 | computer |
| 1520 - Property and Equipment - Furniture and Fixtures | $374,808.71 | 374,808.71 | $0.00 | Furniture |
| 1540 - Property and Equipment - Machinery & Equipment | $5,596,137.91 | 5,596,137.91 | $0.00 | Machinary equipment and other |
| 1550 - Property and Equipment - Software | $643,438.98 | 643,438.98 | $0.00 | computer |
| 1560 - Property and Equipment - Telephone Equipment | $2,085.00 | 2,085.00 | $0.00 | Furniture |
| 1570 - Property and Equipment - Tooling | $1,855,767.31 | 1,855,767.31 | $0.00 | Machinary equipment and other |
| 1580 - Property and Equipment - Vehicles | $45,145.10 | 45,145.10 | $0.00 | vehicle |
| **Total - 1500 - Property, Plant, and Equipment** | **$8,862,029.86** | **$8,862,029.86** | **$0.00** | |
| **1600 - Accumulated Depreciation** | | | | |
| 1610 - Accum. Depreciation - Computer Equipment | ($152,650.28) | -152,650.28 | $0.00 | computer |
| 1620 - Accum. Depreciation - Furniture and Fixtures | ($112,751.82) | -112,751.82 | $0.00 | Furniture |
| 1640 - Accum. Depreciation - Machinery & Equipment | ($4,768,649.20) | -4,768,649.20 | $0.00 | Machinary equipment and other |
| 1650 - Accum. Depreciation - Software | ($406,735.32) | -406,735.31 | $0.01 | computer |
| 1660 - Accum. Depreciation - Telephone Equipment | ($208.50) | -208.5 | $0.00 | Furniture |
| 1670 - Accum. Depreciation - Tooling | ($1,709,912.62) | -1,709,912.62 | $0.00 | Machinary equipment and other |
| 1680 - Accum. Depreciation - Vehicles | ($45,145.10) | ($45,145.10) | $0.00 | vehicle |
| **Total - 1600 - Accumulated Depreciation** | **($7,196,052.84)** | **($7,196,052.83)** | **$0.01** | |
| **Total Fixed Assets** | **$1,665,977.02** | **$1,665,977.03** | **$0.01** | |

**Net Book Value**

| | | |
|---|---|---|
| 1510 - Property and Equipment - Computer Equipment | 191,996.57 | computer |
| 1520 - Property and Equipment - Furniture and Fixtures | 262,056.89 | Furniture |
| 1540 - Property and Equipment - Machinery & Equipment | 827,488.71 | Machinary equipment and other |
| 1550 - Property and Equipment - Software | 236,703.66 | computer |
| 1560 - Property and Equipment - Telephone Equipment | 1,876.50 | Furniture |
| 1570 - Property and Equipment - Tooling | 145,854.69 | Machinary equipment and other |
| 1580 - Property and Equipment - Vehicles | 0.00 | vehicle |
| | 1,665,977.02 | |

| | |
|---|---|
| **Cubicles, desks, phones** | 263,933.39 |
| **Computer equipment and software** | 428,700.23 |
| **Total Part 7:** | 692,633.62 |
| | |
| **Vehicles** | 0 |
| **Production equipment, tooling** | 973,343.40 |
| **Total Part 8:** | 973,343.40 |
| | |
| **Total Part 7 and 8:** | 1,665,977.02 |

Asset Register Report

*Page 4*

**Fixed Assets Management - Ener1, Inc. - EnerDel, Inc. USD**
GL Posting
Accounting Method - All Assets Except Leased
Jan 1, 2023 - Jun 30, 2023
**Beginning Balance**

| Asset Type | ID | Name | Depreciation Start Date | AL | Cost | Depreciation | Net Book Value | Acquisitions | Sale | Disposals | Depreciation | Transfers | Revaluations | Write Down | Lease | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Computer Equipment | 0FAM000100 | Dell Computer Purchases | 4/1/2020 | 36 | 7,752.49 | 7,752.89 | -0.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -0.4 |
| Computer Equipment | FAM000076 | Timeclock | 7/31/2010 | 36 | 1,723.16 | 1,723.16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Equipment | FAM000078 | 2 Laptops Dell Latitude 3379, BT | 11/30/2016 | 36 | 1,200.00 | 1,200.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Equipment | FAM000079 | Dell Laptop - Precision 7510 | 1/10/2017 | 36 | 1,749.13 | 1,749.13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Equipment | FAM000080 | 2 Dell Laptops - E5470 XCTO | 1/10/2017 | 36 | 2,727.09 | 2,727.09 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Equipment | FAM000081 | 7 Dell Laptops - Dell Latitude E | 1/9/2017 | 36 | 8,190.76 | 8,190.76 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Equipment | FAM000082 | Laptop - Dell Latitude 5270 XCT | 10/18/2016 | 36 | 1,416.49 | 1,416.49 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Equipment | FAM000083 | 3 Dell Laptops Dell Latitude 527 | 10/18/2016 | 36 | 4,603.49 | 4,603.49 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Equipment | FAM000084 | 6 Dell Laptops - Mobile Precisio | 11/3/2016 | 36 | 10,561.68 | 10,561.68 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Equipment | FAM000085 | 6 Dell Laptops - Latitude E5570 | 11/3/2016 | 36 | 7,154.20 | 7,154.20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Equipment | FAM000086 | Laptop - Dell Latitude 5470 XCTO | 11/3/2016 | 36 | 1,344.76 | 1,344.76 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Equipment | FAM000087 | 2 Laptops - Dell Latitude 5270 X | 11/3/2016 | 36 | 2,880.56 | 2,880.56 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Equipment | FAM000088 | 3 Dell Laptops - Mobile Precisio | 11/3/2016 | 36 | 5,280.34 | 5,280.34 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Equipment | FAM000089 | 3 Laptops - Dell Latitude 5270 X | 10/24/2016 | 36 | 4,320.82 | 4,320.82 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Equipment | FAM000090 | Dell Latitude 5270 XCTO | 10/23/2016 | 36 | 1,329.50 | 1,329.50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Equipment | FAM000091 | 5 Laptops - Dell Latitude E5570, | 5/7/2017 | 36 | 5,991.34 | 5,991.34 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Equipment | FAM000092 | 2 Laptops - Dell Latitude E5470 | 2/9/2017 | 36 | 2,854.31 | 2,854.31 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Equipment | FAM000093 | 6 Dell Laptops - Latitude E5570 | 6/1/2017 | 36 | 7,752.14 | 7,752.14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Equipment | FAM000095 | 3 IPAD Pro WIFI - MP6G26/A | 8/10/2017 | 36 | 2,800.00 | 2,800.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Equipment | FAM000096 | Dell Precision 7510 XCTO - Qty | 11/1/2017 | 36 | 9,425.85 | 9,425.85 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Equipment | FAM000098 | Apple I-Pads (2) | 1/3/2020 | 36 | 5,637.83 | 5,637.83 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Equipment | FAM000101 | Precision 5820 Tower | 8/1/2020 | 36 | 2,886.00 | 2,886.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Equipment | FAM001876 | Amazon-ASIN: B098XQHT5Y Dell WD19 DC5 docking station for Precision 5560 laptops | 5/19/2022 | 36 | 674.02 | 149.76 | 524.26 | 0 | 0 | 0 | 112.32 | 0 | 0 | 0 | 0 | 411.94 |
| Computer Equipment | FAM001877 | Amazon ASIN: B09MG6H8ZX Dell Latitude 5320 Laptop (for Derrick Buck) | 5/19/2022 | 36 | 1,389.93 | 308.88 | 1,081.05 | 0 | 0 | 0 | 231.66 | 0 | 0 | 0 | 0 | 849.39 |
| Computer Equipment | FAM001929 | Dell Latitude 5320 13.3" Notebook, Intel Core i7-1185G7, 16GB RAM, 256GB SSD, Intel Iris Xe Graphics (W7JW5) | 8/10/2022 | 60 | 1,414.14 | 179.57 | 1,234.57 | 0 | 0 | 0 | 134.7 | 0 | 0 | 0 | 0 | 1,099.87 |
| Computer Equipment | FAM001930 | 16 Core 256GB RAM 4U Rackmount Server Intel Xeon W 3335 16 Core Processor 256 GB RAM DDR4-3200 RDIMM ECC (8 Channels x 32GB) 1 TB m.2 NVMe SSD (OS/Programs) 2 TB m.2 NVMe SSD (Working Data) Nvidia RTX | 8/26/2022 | 60 | 7,582.28 | 962.83 | 6,619.45 | 0 | 0 | 0 | 722.1 | 0 | 0 | 0 | 0 | 5,897.35 |
| Computer Equipment | FAM001931 | Extra RAM for 16 Core 256GB RAM 4U Rackmount Server Increase RAM to 512 GB (8x64GB) Recommended RAM is +50 GB per million solid structural nodes | 8/26/2022 | 60 | 1,718.65 | 197.98 | 1,520.67 | 0 | 0 | 0 | 163.68 | 0 | 0 | 0 | 0 | 1,356.99 |
| Computer Equipment | FAM001934 | PowerSwitch S4112-ON - [amer_s4112-on 12808] [1] | 10/7/2022 | 60 | 9,024.61 | 451.23 | 8,573.38 | 0 | 0 | 0 | 902.46 | 0 | 0 | 0 | 0 | 7,670.92 |
| Computer Equipment | FAM001935 | PowerSwitch S4112-ON - [amer_s4112-on 12808] | 10/7/2022 | 60 | 9,087.52 | 454.38 | 8,633.14 | 0 | 0 | 0 | 908.76 | 0 | 0 | 0 | 0 | 7,724.38 |
| Computer Equipment | FAM001936 | Dell Latitude 5320 13.3" Notebook, Intel Core i7-1185G7, 16GB RAM, 256GB SSD, Intel Iris Xe Graphics (W7JW5) | 9/1/2022 | 60 | 1,661.24 | 110.76 | 1,550.48 | 0 | 0 | 0 | 166.14 | 0 | 0 | 0 | 0 | 1,384.34 |
| Computer Equipment | FAM001937 | SAMSUNG 86-Inch Class Crystal 4k UHD LED TU9010 Series HDR, AMD FreeSync, Borderless Design, Multi View Screen, Smart TV with Alexa Built-In (UN86TU9010FXZA, 2021 Model) | 9/30/2022 | 60 | 1,709.85 | 114 | 1,595.85 | 0 | 0 | 0 | 171 | 0 | 0 | 0 | 0 | 1,424.85 |
| Computer Equipment | FAM001938 | SAMSUNG HW-Q700B 3.1.2ch Soundbar w/Wireless Dolby Audio, DTS:X, Q Symphony, SpaceFit Sound, Adaptive Sound, Game Pro Mode, 2022 | 9/30/2022 | 60 | 618.45 | 41.24 | 577.21 | 0 | 0 | 0 | 61.86 | 0 | 0 | 0 | 0 | 515.35 |
| Computer Equipment | FAM001939 | APC Smart-UPS SRT 5kVA StepDown Transformer - SRT5KRMTF Dell Precision 5560 - 15.6" - Core i7 11800H - 32 GB RAM - 512 GB SSD - Serial # HCX7NN3 | 10/27/2022 | 60 | 775.75 | 38.79 | 736.96 | 0 | 0 | 0 | 77.58 | 0 | 0 | 0 | 0 | 659.38 |
| Computer Equipment | FAM001940 | Dell Precision 5560 - 15.6" - Core i7 11800H - 32 GB RAM - 512 GB SSD - Serial # HCX7NN3 | 10/11/2022 | 60 | 2,716.26 | 135.81 | 2,580.45 | 0 | 0 | 0 | 271.62 | 0 | 0 | 0 | 0 | 2,308.83 |
| Computer Equipment | FAM001941 | Serial # 2FGWPN3 ; GZR8NN3 | 10/31/2022 | 60 | 5,432.52 | 271.62 | 5,160.90 | 0 | 0 | 0 | 543.24 | 0 | 0 | 0 | 0 | 4,617.66 |
| Computer Equipment | FAM001942 | VN1630A CAN/LIN Network Interface | 10/24/2022 | 60 | 2,279.10 | 113.97 | 2,165.13 | 0 | 0 | 0 | 227.94 | 0 | 0 | 0 | 0 | 1,937.19 |
| Computer Equipment | FAM001943 | GL1000 Compact Logger Standard 2x CAN HS | 10/24/2022 | 60 | 2,146.42 | 107.31 | 2,039.11 | 0 | 0 | 0 | 214.62 | 0 | 0 | 0 | 0 | 1,824.49 |
| Computer Equipment | FAM001966 | OEM Dell Latitude 3520 Notebook 15.6" Display 1920x1080, Intel Quad Core i7-1165G7, 32GB RAM, 1TB NVMe, W10P, Business Laptop | 11/11/2022 | 60 | 1,219.21 | 40.64 | 1,178.57 | 0 | 0 | 0 | 121.92 | 0 | 0 | 0 | 0 | 1,056.65 |
| Computer Equipment | FAM001967 | Latitude 5320 i7/3.0 16GB 256GB W10P - Laptop | 11/11/2022 | 60 | 755.68 | 25.18 | 730.5 | 0 | 0 | 0 | 75.54 | 0 | 0 | 0 | 0 | 654.96 |
| Computer Equipment | FAM001968 | 2022 Dell Latitude 3520 15.6" Full HD Business Laptop 11th Gen (Intel i7-1165G7 4-Core, 64GB RAM, 4TB PCIe SSD, Intel Iris Xe, WiFi 6, Bluetooth, HD Webcam, HDMI, 10 Key Keyboard, SD Card, Win 10 Pro) | 11/16/2022 | 60 | 1,604.98 | 53.5 | 1,551.48 | 0 | 0 | 0 | 160.5 | 0 | 0 | 0 | 0 | 1,390.98 |
| Computer Equipment | FAM001969 | Kingdel Powerful Mini Desktop Computer, Fanless Industrial PC, Intel i5 Dual Core CPU, 8GB RAM, 256 GB SSD, 2xNICs, 4xUSB 3.0, 4xCOMRS232, HD Port, Metal Case, Windows 10 Pro | 11/1/2022 | 60 | 6,403.95 | 213.46 | 6,190.49 | 0 | 0 | 0 | 640.38 | 0 | 0 | 0 | 0 | 5,550.11 |
| Computer Equipment | FAM001978 | Dell Latitude 5000 5320 13.3" Laptop - ASIN: B08WCP55H1 | 12/17/2022 | 60 | 1,267.83 | 21.13 | 1,246.70 | 0 | 0 | 0 | 126.78 | 0 | 0 | 0 | 0 | 1,119.92 |
| Computer Equipment | FAM001979 | DELL latitude 3520, CORE i7, 32 GB RAM 1 tb SSD | 12/1/2022 | 60 | 2,431.02 | 40.52 | 2,390.50 | 0 | 0 | 0 | 243.12 | 0 | 0 | 0 | 0 | 2,147.38 |
| Computer Equipment | FAM001980 | ViewSonic TD2423D 24 Inch 1080p 10-Point Multi IR Touch Screen Monitor with Eye Care HDMI, VGA, USB Hub and DisplayPort | 12/1/2022 | 60 | 2,246.93 | 37.45 | 2,209.48 | 0 | 0 | 0 | 224.7 | 0 | 0 | 0 | 0 | 1,984.78 |
| Computer Equipment | FAM001986 | Dell Precision 5570 15.6" Workstation (2022 Model) Intel 12th Gen i7-12700H(14-Core) 512GB SSD 32GB DDR5 RAM NVIDIA RTX A2000 FHD+ (1920x1200) Non-Touch Win 10 PRO | 12/1/2022 | 60 | 5,041.23 | 84.02 | 4,957.21 | 0 | 0 | 0 | 504.12 | 0 | 0 | 0 | 0 | 4,453.09 |
| Computer Equipment | FAM001987 | DELL latitude 5670, CORE i7, 512 GB RAM SSD | 12/1/2022 | 60 | 2,597.92 | 43.3 | 2,554.62 | 0 | 0 | 0 | 259.8 | 0 | 0 | 0 | 0 | 2,294.82 |
| Computer Equipment | FAM001988 | Brother MFC-L8900CDW Business Color Laser All-in-One Printer | 4/15/2022 | 60 | 1,057.16 | 158.58 | 898.58 | 1,057.16 | 0 | 0 | 105.72 | 1,057.16 | 0 | 0 | 0 | 792.86 |
| Computer Equipment | FAM002011 | FAM001937 & FAM001938 | 2/3/2023 | 60 | 0 | 0 | 0 | 1,141.98 | 0 | 0 | 47.6 | 570.99 | 0 | 0 | 0 | 523.39 |
| | | | | | 172,438.59 | 103,938.25 | 68,500.34 | 2,199.14 | 0 | 0 | 7,419.86 | 1,628.15 | 0 | 0 | 0 | 61,651.47 |
| Computer Equipment-5yr | FAM001833 | 13-inch MacBook Air - Space Gray | 11/30/2021 | 60 | 1,977.36 | 461.44 | 1,515.92 | 0 | 0 | 0 | 197.76 | 0 | 0 | 0 | 0 | 1,318.16 |
| Computer Equipment-5yr | FAM001834 | INK1000 PRINTER | 11/30/2021 | 60 | 1,400.00 | 326.62 | 1,073.38 | 0 | 0 | 0 | 139.98 | 0 | 0 | 0 | 0 | 933.4 |
| Computer Equipment-5yr | FAM001846 | Access Points-Production site | 2/16/2022 | 60 | 2,109.00 | 351.6 | 1,757.40 | 0 | 0 | 0 | 210.9 | 0 | 0 | 0 | 0 | 1,546.50 |
| Computer Equipment-5yr | FAM001847 | VxRail S570dH - [amer_s570_13062_v] | 4/19/2022 | 60 | 31,665.75 | 4,749.84 | 26,915.91 | 0 | 0 | 0 | 3,166.56 | 0 | 0 | 0 | 0 | 23,749.35 |
| Computer Equipment-5yr | FAM001848 | Auto Generated Asset - VxRail S570dH - [amer_s570_13062_v] | 4/19/2022 | 60 | 6,939.66 | 1,040.94 | 5,898.72 | 0 | 0 | 0 | 693.96 | 0 | 0 | 0 | 0 | 5,204.76 |
| Computer Equipment-5yr | FAM001849 | [1] | 4/19/2022 | 60 | 80,911.95 | 12,136.77 | 68,775.18 | 0 | 0 | 0 | 8,091.18 | 0 | 0 | 0 | 0 | 60,684.00 |

B06W5HCNYC

| Category | Asset ID | Description | Date | Life | Cost | Accum Dep | Net Book | | | | Dep | | | | | End Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Computer Equipment-5yr | FAM001850 | Cage nut and screw assortment 6KZB0108AYUZ2 | 4/11/2022 | 60 | 16.99 | 2.24 | 14.75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14.75 |
| Computer Equipment-5yr | FAM001851 | QNAP 2U Rail Kit | 4/11/2022 | 60 | 89.99 | 12 | 77.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 77.99 |
| Computer Equipment-5yr | FAM001852 | printer and monitor | 4/14/2022 | 60 | 293.94 | 44.1 | 249.84 | 0 | 0 | 0 | 29.4 | 0 | 0 | 0 | 0 | 220.44 |
| Computer Equipment-5yr | FAM001854 | PO100549 - Walmart 2021 Dell Business Laptop Latitude 3520, 15.6" FHD IPS Backlit Display, i7-1165G7, 32GB RAM, 512GB SSD, Webcam, WiFi 6, USB-C, HDMI, Win | 4/1/2022 | 60 | 845.3 | 126.81 | 718.49 | 0 | 0 | 0 | 84.54 | 0 | 0 | 0 | 0 | 633.95 |
| Computer Equipment-5yr | FAM001888 | 10 Pro 2021 Dell Business Laptop Latitude 3520, 15.6" FHD IPS Backlit Display, i7-1165G7, 16GB RAM, 512GB SSD, Webcam, WiFi 6, USB-C, HDMI, Win 10 Pro | 6/30/2022 | 60 | 1,282.93 | 149.66 | 1,133.27 | 0 | 0 | 0 | 128.28 | 0 | 0 | 0 | 0 | 1,004.99 |
| Computer Equipment-5yr | FAM001889 | 2021 Dell Business Laptop Latitude 3520, 15.6" FHD IPS Backlit Display, i7-1165G7, 16GB RAM, 512GB SSD, Webcam, WiFi 6, USB-C, HDMI, Win 10 Pro | 6/30/2022 | 60 | 1,218.73 | 142.17 | 1,076.56 | 0 | 0 | 0 | 121.86 | 0 | 0 | 0 | 0 | 954.7 |
| Computer Equipment-5yr | FAM001890 | 2021 Dell Business Laptop Latitude 3520, 15.6" FHD IPS Backlit Display, i7-1165G7, 16GB RAM, 512GB SSD, Webcam, WiFi 6, USB-C, HDMI, Win 10 Pro | 6/30/2022 | 60 | 1,218.73 | 142.17 | 1,076.56 | 0 | 0 | 0 | 121.86 | 0 | 0 | 0 | 0 | 954.7 |
| Computer Equipment-5yr | FAM001891 | 2022 Dell Latitude 3520 15.6" FHD IPS Business Laptop Black (Intel i5-1135G74-Core, 32GB RAM, 1TB PCIe SSD, (10 Key) Keyboard, WiFi 6, BT 5.1, Webcam, SD Card, Win 10 Pro) | 6/30/2022 | 60 | 1,208.03 | 140.91 | 1,067.12 | 0 | 0 | 0 | 120.78 | 0 | 0 | 0 | 0 | 946.34 |
| Computer Equipment-5yr | FAM001892 | 2022 Dell Latitude 3520 15.6" FHD IPS Business Laptop Black (Intel i5-1135G74-Core, 32GB RAM, 1TB PCIe SSD, (10 Key) Keyboard, WiFi 6, BT 5.1, Webcam, SD Card, Win 10 Pro) | 6/30/2022 | 60 | 1,208.03 | 140.91 | 1,067.12 | 0 | 0 | 0 | 120.78 | 0 | 0 | 0 | 0 | 946.34 |
| Computer Equipment-5yr | FAM001893 | 2022 Dell Latitude 3520 15.6" FHD IPS Business Laptop Black (Intel i5-1135G74-Core, 32GB RAM, 1TB PCIe SSD, (10 Key) Keyboard, WiFi 6, BT 5.1, Webcam, SD Card, Win 10 Pro) | 6/30/2022 | 60 | 1,208.03 | 140.91 | 1,067.12 | 0 | 0 | 0 | 120.78 | 0 | 0 | 0 | 0 | 946.34 |
| Computer Equipment-5yr | FAM001894 | 2022 Dell Latitude 3520 15.6" FHD IPS Business Laptop Black (Intel i5-1135G74-Core, 32GB RAM, 1TB PCIe SSD, (10 Key) Keyboard, WiFi 6, BT 5.1, Webcam, SD Card, Win 10 Pro) | 6/30/2022 | 60 | 1,208.03 | 140.91 | 1,067.12 | 0 | 0 | 0 | 120.78 | 0 | 0 | 0 | 0 | 946.34 |
| Computer Equipment-5yr | FAM001895 | 2022 Dell Latitude 3520 15.6" FHD IPS Business Laptop Black (Intel i5-1135G74-Core, 32GB RAM, 1TB PCIe SSD, (10 Key) Keyboard, WiFi 6, BT 5.1, Webcam, SD Card, Win 10 Pro) | 6/30/2022 | 60 | 1,208.03 | 140.91 | 1,067.12 | 0 | 0 | 0 | 120.78 | 0 | 0 | 0 | 0 | 946.34 |
| Computer Equipment-5yr | FAM001896 | 2022 Dell Latitude 3520 15.6" FHD IPS Business Laptop Black (Intel i5-1135G74-Core, 32GB RAM, 1TB PCIe SSD, (10 Key) Keyboard, WiFi 6, BT 5.1, Webcam, SD Card, Win 10 Pro) | 6/30/2022 | 60 | 1,208.03 | 140.91 | 1,067.12 | 0 | 0 | 0 | 120.78 | 0 | 0 | 0 | 0 | 946.34 |
| Computer Equipment-5yr | FAM001897 | 2022 Dell Latitude 3520 15.6" FHD IPS Business Laptop Black (Intel i5-1135G74-Core, 32GB RAM, 1TB PCIe SSD, (10 Key) Keyboard, WiFi 6, BT 5.1, Webcam, SD Card, Win 10 Pro) | 6/30/2022 | 60 | 1,208.03 | 140.91 | 1,067.12 | 0 | 0 | 0 | 120.78 | 0 | 0 | 0 | 0 | 946.34 |
| Computer Equipment-5yr | FAM001898 | 2022 Dell Latitude 3520 15.6" FHD IPS Business Laptop Black (Intel i5-1135G74-Core, 32GB RAM, 1TB PCIe SSD, (10 Key) Keyboard, WiFi 6, BT 5.1, Webcam, SD Card, Win 10 Pro) | 6/30/2022 | 60 | 1,208.03 | 140.91 | 1,067.12 | 0 | 0 | 0 | 120.78 | 0 | 0 | 0 | 0 | 946.34 |
| Computer Equipment-5yr | FAM001899 | 2022 Dell Latitude 3520 15.6" FHD IPS Business Laptop Black (Intel i5-1135G74-Core, 32GB RAM, 1TB PCIe SSD, (10 Key) Keyboard, WiFi 6, BT 5.1, Webcam, SD Card, Win 10 Pro) | 6/30/2022 | 60 | 1,208.03 | 140.91 | 1,067.12 | 0 | 0 | 0 | 120.78 | 0 | 0 | 0 | 0 | 946.34 |
| Computer Equipment-5yr | FAM001900 | 2022 Dell Latitude 3520 15.6" FHD IPS Business Laptop Black (Intel i5-1135G74-Core, 32GB RAM, 1TB PCIe SSD, (10 Key) Keyboard, WiFi 6, BT 5.1, Webcam, SD Card, Win 10 Pro) | 6/30/2022 | 60 | 1,208.03 | 140.91 | 1,067.12 | 0 | 0 | 0 | 120.78 | 0 | 0 | 0 | 0 | 946.34 |
| Computer Equipment-5yr | FAM001901 | Bookfactory-Engineering Notebook | 6/15/2022 | 60 | 1,090.18 | 127.19 | 962.99 | 0 | 0 | 0 | 109.02 | 0 | 0 | 0 | 0 | 853.97 |
| Computer Equipment-5yr | FAM001910 | Dell Precision 5560 Laptop - 15.6" UHD+ HDR400, (3840x2400) Touch - 2.6 GHz Intel Core i9-11950H 8-Core (11th Gen) - 1TB SSD - 64GB RAM - RTX A2000 - Windows 10 Pro | 7/25/2022 | 60 | 3,218.32 | 321.84 | 2,896.48 | 0 | 0 | 0 | 321.84 | 0 | 0 | 0 | 0 | 2,574.64 |
| Computer Equipment-5yr | FAM001911 | Brother MFC-L8900CDW Business Color Laser All-in-One Printer | 7/31/2022 | 60 | 955.67 | 95.58 | 860.09 | 0 | 0 | 0 | 95.58 | 0 | 0 | 0 | 0 | 764.51 |
| Computer Equipment-5yr | FAM001912 | Dell Latitude 5320 Laptop - 13.3" FHD AG Touch Display - 3.0 GHz Intel Core i7-1185G7 4-Core (11th Gen) - 512GB SSD - 8GB - Iris Xe Graphics - Windows 10 pro - Trevor Small Laptop Microsoft - Surface Pro 8 - 13" Touch Screen - Intel Evo platform Core i7 - 16GB Memory - 256GB SSD - Device Only ( Latest Model) - Graphite - 4/15/22 | 7/1/2022 | 60 | 1,175.93 | 117.6 | 1,058.33 | 0 | 0 | 0 | 117.6 | 0 | 0 | 0 | 0 | 940.73 |
| Computer Equipment-5yr | FAM001913 | Original Date | 5/1/2022 | 60 | 1,577.18 | 210.32 | 1,366.86 | 0 | 0 | 0 | 157.74 | 0 | 0 | 0 | 0 | 1,209.12 |
| Computer Equipment-5yr | FAM001920 | Samsung TU7000 69.5" Smart TV, mounting Kit and installation | 7/26/2022 | 60 | 1,548.91 | 154.92 | 1,393.99 | 0 | 0 | 0 | 154.92 | 0 | 0 | 0 | 0 | 1,239.07 |
| Computer Equipment-5yr | FAM001921 | Logitech video conferencing system and mounting kit | 7/26/2022 | 60 | 7,700.50 | 770.04 | 6,930.46 | 0 | 0 | 0 | 770.04 | 0 | 0 | 0 | 0 | 6,160.42 |
| Computer Equipment-5yr | FAM001922 | SRT5KRMTF APC Smart-UPS Step-Down Xfmer | 5/16/2022 | 60 | 813.56 | 108.48 | 705.08 | 0 | 0 | 0 | 81.36 | 0 | 0 | 0 | 0 | 623.72 |
| Computer Equipment-5yr | FAM001923 | SRT5KRMXLT APC Smart-UPS SRT 5000VA | 5/16/2022 | 60 | 5,039.50 | 671.92 | 4,367.58 | 0 | 0 | 0 | 503.94 | 0 | 0 | 0 | 0 | 3,863.64 |
| Computer Equipment-5yr | FAM001924 | SRT192RMBP APC Smart-UPS SRT 192V 5kVA | 7/14/2022 | 60 | 1,511.52 | 151.14 | 1,360.38 | 0 | 0 | 0 | 151.14 | 0 | 0 | 0 | 0 | 1,209.24 |
| Computer Equipment-5yr | FAM001925 | SRT192RMBP APC Smart-UPS SRT 192V 5kVA | 7/14/2022 | 60 | 1,511.51 | 151.14 | 1,360.37 | 0 | 0 | 0 | 151.14 | 0 | 0 | 0 | 0 | 1,209.23 |
| Computer Equipment-5yr | FAM001926 | B08JJW1Y46 QNAP TS-832PXU-4G Ubiquiti Networks UniFi Switch PRO 48 - Gigabit Switch with Layer 3 Features and SFP+ (USW-Pro-48) - 6/16/22 | 3/3/2022 | 60 | 1,004.73 | 167.5 | 837.23 | 0 | 0 | 0 | 100.5 | 0 | 0 | 0 | 0 | 736.73 |
| Computer Equipment-5yr | FAM001927 | Original Date VIZIO 75-Inch M6 Series Premium 4K UHD Quantum Color LED HDR Smart TV with Apple AirPlay and Chromecast Built-in, Dolby Vision, HDR10+, HDMI 2.1, Variable Refresh Rate, M75Q6-J03, 2021 Mo | 7/7/2022 | 60 | 739.15 | 73.92 | 665.23 | 0 | 0 | 0 | 73.92 | 0 | 0 | 0 | 0 | 591.31 |
| Computer Equipment-5yr | FAM001932 | VIZIO 75-inch M6 Series Premium 4K UHD Quantum Color LED HDR Smart TV with Apple AirPlay and Chromecast Built-in, Dolby Vision, HDR10+, HDMI 2.1, Variable Refresh Rate, M75Q6-J03, 2021 Mo | 9/1/2022 | 60 | 849.99 | 60.64 | 789.35 | 0 | 0 | 0 | 90.96 | 0 | 0 | 0 | 0 | 698.39 |
| Computer Equipment-5yr | FAM001933 | 2021 Mo | 9/1/2022 | 60 | 849.99 | 60.64 | 789.35 | 0 | 0 | 0 | 90.96 | 0 | 0 | 0 | 0 | 698.39 |
| | | | | | 171,637.27 | 24,338.33 | 147,298.94 | 0 | 0 | 0 | 16,953.84 | 0 | 0 | 0 | 0 | 130,345.10 |
| Computer Software | FAM000026 | Netsuite implementation | 4/1/2021 | 36 | 84,551.81 | 46,973.20 | 37,578.61 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 37,578.61 |
| Computer Software | FAM000102 | RS Logix 5000 | 1/7/2009 | 36 | 2,757.00 | 2,757.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Category | Asset ID | Description | Date | Life | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Computer Software | FAM000103 | RS Logix 5000 | 3/10/2009 | 36 | 1,714.00 | 1,714.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Software | FAM000104 | RS Logix 5000 - Tax | 3/17/2009 | 36 | 36.33 | 36.33 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Software | FAM000105 | Mitsubishi PLC Software | 8/31/2009 | 36 | 3,507.03 | 3,507.03 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Software | FAM000106 | Airflow testing software | 10/31/2009 | 36 | 98,320.00 | 98,320.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Software | FAM000107 | Airflow testing software - Tax | 11/12/2009 | 36 | 6,882.40 | 6,882.40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Software | FAM000108 | GP Sales Forecasting for MFG | 4/30/2010 | 36 | 3,000.00 | 3,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Software | FAM000109 | Bauer Software | 1/31/2011 | 36 | 37,246.00 | 37,246.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Software | FAM000110 | Bauer Software 5170 | 1/31/2011 | 36 | 1,740.55 | 1,740.55 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Software | FAM000111 | i-Gear Software | 1/31/2011 | 36 | 96,823.50 | 96,823.50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Software | FAM000112 | i-Gear Software Traceability of | 1/31/2011 | 36 | 5,183.18 | 5,183.18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Software | FAM000113 | PLC Programming | 4/1/2011 | 36 | 7,835.00 | 7,835.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Software | FAM000114 | PLC Programming | 4/1/2011 | 36 | 259.6 | 259.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Software | FAM000115 | i-Gear Controls/Data Acquisition | 7/31/2011 | 36 | 34,608.83 | 34,608.83 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Software | FAM000116 | Rockwell Software | 5/1/2013 | 36 | 7,431.33 | 7,431.33 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Computer Software | FAM001887 | Solarwinds network solutions | 5/31/2022 | 36 | 7,388.00 | 1,641.76 | 5,746.24 | 0 | 0 | 0 | 1,231.32 | 0 | 0 | 0 | 4,514.92 |
| Computer Software | FAM001915 | Ansys Discovery Modeling - Software | 7/5/2022 | 36 | 7,210.00 | 1,201.68 | 6,008.32 | 0 | 0 | 0 | 1,201.68 | 0 | 0 | 0 | 4,806.64 |
| Computer Software | FAM001964 | EnerDel Website Upgrades | 10/1/2022 | 36 | 6,100.00 | 508.32 | 5,591.68 | 0 | 0 | 0 | 1,016.64 | 0 | 0 | 0 | 4,575.04 |
| Computer Software | FAM001965 | CANalyzer PRO - Software | 10/24/2022 | 36 | 10,522.38 | 876.87 | 9,645.51 | 0 | 0 | 0 | 1,753.74 | 0 | 0 | 0 | 7,891.77 |
| Computer Software | FAM001977 | EnerDel Website Redesign | 11/16/2022 | 36 | 75,000.00 | 4,166.66 | 70,833.34 | 0 | 0 | 0 | 12,499.98 | 0 | 0 | 0 | 58,333.36 |
| Computer Software | FAM002015 | DG7GMGF0FLR2 | 3/16/2023 | 36 | 0 | 0 | 0 | 15,348.08 | 0 | 0 | 852.68 | 7,674.04 | 0 | 0 | 6,821.36 |
| Computer Software | FAM002019 | i-Gear Solution Software Licensing - System Upgrade | 2/16/2023 | 36 | 0 | 0 | 0 | 105,000.00 | 0 | 0 | 14,583.35 | 0 | 0 | 0 | 90,416.65 |
| | | | | | 530,764.94 | 368,154.58 | 162,610.36 | 120,348.08 | 0 | 0 | 38,580.73 | 7,674.04 | 0 | 0 | 236,703.67 |
| Furniture and Fixtures | FAM000035 | Corporate Display for Trade Show | 3/31/2009 | 60 | 83,681.95 | 83,681.95 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Furniture and Fixtures | FAM000045 | TT RCLS Office Furniture | 10/30/2008 | 60 | 1,199.96 | 1,199.96 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Furniture and Fixtures | FAM001855 | MHE-Tear Drop Design 4"x◆x9"◆x1 5/8" Step | 4/1/2022 | 84 | 13,658.40 | 1,300.80 | 12,357.60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12,357.60 |
| Furniture and Fixtures | FAM001856 | Fixed Assets-Furniture and Fixtures MHE-NEW-Tear Drop Design Uprights 42"x Deep x144" Tall | 4/1/2022 | 84 | 12,966.40 | 1,234.88 | 11,731.52 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11,731.52 |
| Furniture and Fixtures | FAM001857 | MHE-Waterfall Decks 42"◆x45"◆x38"◆ Channel | 4/1/2022 | 84 | 8,416.80 | 801.6 | 7,615.20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,615.20 |
| Furniture and Fixtures | FAM001858 | MHE-128 Ea Long Row Spacers | 4/1/2022 | 84 | 320 | 30.48 | 289.52 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 289.52 |
| Furniture and Fixtures | FAM001859 | MHE-48"◆ Long End of Row Angle Guard Rails | 4/1/2022 | 84 | 1,008.00 | 96 | 912 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 912 |
| Furniture and Fixtures | FAM001860 | Installation Including fork truck, anchors and tools | 4/1/2022 | 84 | 4,220.00 | 401.92 | 3,818.08 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,818.08 |
| Furniture and Fixtures | FAM001861 | Estimated Freight Delivery 12 to 15 Days | 4/1/2022 | 84 | 1,200.00 | 114.32 | 1,085.68 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,085.68 |
| Furniture and Fixtures | FAM001862 | Proposal 22122 Cubes | 4/12/2022 | 84 | 53,360.00 | 5,081.92 | 48,278.08 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 48,278.08 |
| Furniture and Fixtures | FAM001863 | Auto Generated Asset | 4/12/2022 | 84 | 35 | 3.36 | 31.64 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 31.64 |
| Furniture and Fixtures | FAM001864 | All others | 4/12/2022 | 84 | 43,626.93 | 4,154.96 | 39,471.97 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 39,471.97 |
| Furniture and Fixtures | FAM001865 | Installation Cubes | 4/12/2022 | 84 | 4,850.00 | 461.92 | 4,388.08 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,388.08 |
| Furniture and Fixtures | FAM001866 | All others | 4/12/2022 | 84 | 3,125.00 | 297.6 | 2,827.40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,827.40 |
| Furniture and Fixtures | FAM001867 | Pre-Owned Steelcase 2-Drawer Lateral Pre-Owned Steelcase Storage Lateral | 4/12/2022 | 84 | 100 | 9.52 | 90.48 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 90.48 |
| Furniture and Fixtures | FAM001868 | Cabinets | 4/12/2022 | 84 | 400 | 38.08 | 361.92 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 361.92 |
| Furniture and Fixtures | FAM001869 | Guard Rails | 4/12/2022 | 84 | 1,314.94 | 125.2 | 1,189.74 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,189.74 |
| Furniture and Fixtures | FAM001878 | 4358602 1.6 CU FT Countertop Microwave CHM1610DB6C | 6/1/2022 | 84 | 799.29 | 57.12 | 742.17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 742.17 |
| Furniture and Fixtures | FAM001879 | 623783 WP 20.5 - CU WRT311FZDB (-355 WRT311FZDB | 5/1/2022 | 84 | 1,774.06 | 147.84 | 1,626.22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,626.22 |
| Furniture and Fixtures | FAM001907 | Global Industrial LJ Flared Leg Workbench w/ Maple Square Edge Top, 72"W x 36"D, Grav | 6/6/2022 | 84 | 570.07 | 47.53 | 522.54 | 0 | 0 | 0 | 40.74 | 0 | 0 | 0 | 481.8 |
| Furniture and Fixtures | FAM001944 | Outdoor Patio \| Lounge - Outdoor Lounge Chair with Teak Frame - Finishes: [Fabric: Gray] [Frame: Teak] - Location: Irvine, CA | 10/1/2022 | 84 | 2,767.29 | 98.82 | 2,668.47 | 0 | 0 | 0 | 197.64 | 0 | 0 | 0 | 2,470.83 |
| Furniture and Fixtures | FAM001945 | Outdoor Patio \| Coffee Table - Industrial Coffee Table 8"H x 32.5"W x 32.5"D - Finishes: Solid Acacia Wood - Location: Irvine, CA | 10/1/2022 | 84 | 777.9 | 27.78 | 750.12 | 0 | 0 | 0 | 55.56 | 0 | 0 | 0 | 694.56 |
| Furniture and Fixtures | FAM001946 | Outdoor Patio \| Chairs - Industrial Indoor/Outdoor Chair - 25"D x 21"W x 35"H- Woven Polypropylene Rope- Powder Coated Steel Frame- Stackable - Finish: Gray - Location: Irvine, CA | 10/1/2022 | 84 | 624.87 | 22.32 | 602.55 | 0 | 0 | 0 | 44.64 | 0 | 0 | 0 | 557.91 |
| Furniture and Fixtures | FAM001947 | Outdoor Patio \| Dining Table - Preowned 42x30 Round Table - Finishes: White Laminate Steel Base - Location: Irvine, CA | 10/1/2022 | 84 | 446.34 | 15.93 | 430.41 | 0 | 0 | 0 | 31.86 | 0 | 0 | 0 | 398.55 |
| Furniture and Fixtures | FAM001948 | Workstations - Preowned HAWORTH Planes Dual Height Adjustable Benching - Dual Sided Gray Privacy Panels - Dimensions: 60" x 29" x 27"-46" - Laminate: White - Base: Brushed Aluminum - Location: Irvine, CA Workstations \| Task Seating - Pre-Owned SitOnIt Wit High Back Task Chair - Multi-Adjustable Lumbar Support Seating: Light Gray - Frame: Black - Mesh: Black - Location: Irvine, CA | 10/1/2022 | 84 | 24,331.79 | 868.98 | 23,462.81 | 0 | 0 | 0 | 1,737.96 | 0 | 0 | 0 | 21,724.85 |
| Furniture and Fixtures | FAM001949 | Workstations \| Mobile Pedestals - HAWORTH Mobile Pedestals with Seat Pad - 2 Drawer Box File with Handle - White Laminate - Light Grey Seat Pad - Location: Irvine, CA | 10/1/2022 | 84 | 7,651.51 | 273.27 | 7,378.24 | 0 | 0 | 0 | 546.54 | 0 | 0 | 0 | 6,831.70 |
| Furniture and Fixtures | FAM001950 | ESI Power Modules - FlexCharge3, Desktop/Tabletop Power Module with (1) AC Power Outlet & (2) Quick-Charging USB Ports - Color: White - Location: Irvine, CA | 10/1/2022 | 84 | 4,590.90 | 163.95 | 4,426.95 | 0 | 0 | 0 | 327.9 | 0 | 0 | 0 | 4,099.05 |
| Furniture and Fixtures | FAM001951 | Conference Room \| Table - 96"W x 48"D Deskmakers Malibu Conference Table with Rectangular Bases to include 15" Recessed Power/Data Unit with (6) Outlets Above, (2) USB Ports, and (1) Cut-Out - Finishes: Top: White Base: Silverwood - Premium - Location: Irvine, CA | 10/1/2022 | 84 | 3,213.63 | 114.78 | 3,098.85 | 0 | 0 | 0 | 229.56 | 0 | 0 | 0 | 2,869.29 |
| Furniture and Fixtures | FAM001952 | Conference Room \| Seating - Monitor Arms - Double Monitor Arms - Clamp Style - Finishes: Black - Location: Irvine, CA | 10/1/2022 | 84 | 3,787.50 | 135.27 | 3,652.23 | 0 | 0 | 0 | 270.54 | 0 | 0 | 0 | 3,381.69 |
| Furniture and Fixtures | FAM001953 | Conference Room \| Credenza - 4-Door Buffet Height Credenza, 19"D x 72"W x 36"H. Finish: TBD - Edge: A1 (PVC Edge) - Pulls: TBD (Standard: 125SN) - Location: Irvine, CA | 10/1/2022 | 84 | 2,295.45 | 81.99 | 2,213.46 | 0 | 0 | 0 | 163.98 | 0 | 0 | 0 | 2,049.48 |
| Furniture and Fixtures | FAM001954 | Conference Room \| Seating - Preowned SitOnIt Wit High Back Task Chair - Multi-Adjustable Lumbar Support - Finishes: [Seating: Light Gray] [Frame: Black Mesh: Black] - Location: Irvine, CA | 10/1/2022 | 84 | 1,887.37 | 67.41 | 1,819.96 | 0 | 0 | 0 | 134.82 | 0 | 0 | 0 | 1,685.14 |
| Furniture and Fixtures | FAM001955 | Conference Room \| Bench - Industrial Bench Constructed of solid slatted Acacia wood and industrial powder-coated steel legs. 17.5"H x 84.5"W x 15.5"D - Finishes: Byron Gray - Location: Irvine, CA | 10/1/2022 | 84 | 2,550.50 | 91.08 | 2,459.42 | 0 | 0 | 0 | 182.16 | 0 | 0 | 0 | 2,277.26 |
| Furniture and Fixtures | FAM001956 | Location: Irvine, CA | 10/1/2022 | 84 | 1,555.81 | 55.56 | 1,500.25 | 0 | 0 | 0 | 111.12 | 0 | 0 | 0 | 1,389.13 |

| Category | Asset ID | Description | Date | Life | Cost | Accum Dep | NBV | Additions | | | Dep | Disposals | | | | Ending NBV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Furniture and Fixtures | FAM001957 | Breakroom \| Parsons Table - Radcliffe 42"D x 96"L x 42"H Standing Height Parsons Table - Finish: Grade 1 - TBD - Location: Irvine, CA | 10/1/2022 | 84 | 1,415.53 | 50.55 | 1,364.98 | 0 | 0 | 0 | 101.1 | 0 | | 0 | 0 | 1,263.88 |
| Furniture and Fixtures | FAM001958 | Lounge \| Armchair - Scandinavian Style Lounge Chair Limestone and Honey Walnut 32.5"H x 32.5"W x 34"D - Finishes: [Fabric: Limestone] [Legs: Honey Walnut] - Location: Irvine, CA Private Offices \| Desks - Clear Design L-Shape Height-Adjustable Desk to include: - 30"D x 72"W Main Surface with HeightAdjustable - 24"D x 48"W Return with Open Leg - 1 Box/Box/File Mobile Pedestal - 1 Fixed File/File Pedestal - 66"W Modesty Panel - Finishes: [Top: White] [Base: White] - Location: | 10/1/2022 | 84 | 2,422.98 | 86.55 | 2,336.43 | 0 | 0 | 0 | 173.1 | 0 | | 0 | 0 | 2,163.33 |
| Furniture and Fixtures | FAM001959 | | 10/1/2022 | 84 | 10,865.14 | 388.05 | 10,477.09 | 0 | 0 | 0 | 776.1 | 0 | 0 | 0 | 9,700.99 |
| Furniture and Fixtures | FAM001960 | Breakroom \| Barstool - Modern Armless Bar Stool with Moulded Polypropylene Seat with Sled Base Frame including Footrest - Seat Height: 31"H - Seat Color: Black Base - Frame: Black - Location: Irvine, CA Private Offices \| Guest Chairs - Jump Wire Sled Frame Upholstered Seat Guest Chairs - Finishes: [Seat: 2 Tone Charcoal/ Black] [Base: Matte Black] - Location: Irvine, CA | 10/1/2022 | 84 | 969.19 | 34.62 | 934.57 | 0 | 0 | 0 | 69.24 | 0 | 0 | 0 | 865.33 |
| Furniture and Fixtures | FAM001961 | | 10/1/2022 | 84 | 5,356.05 | 191.28 | 5,164.77 | 0 | 0 | 0 | 382.56 | 0 | 0 | 0 | 4,782.21 |
| Furniture and Fixtures | FAM001962 | Multipurpose Table - 30" Round Table with X Base - Finishes: [Top: White] [Laminate Base: White Steel] - Location: Irvine, CA | 10/1/2022 | 84 | 567.49 | 20.28 | 547.21 | 0 | 0 | 0 | 40.56 | 0 | 0 | 0 | 506.65 |
| Furniture and Fixtures | FAM001963 | Private Offices \| Task Seating - Pre-Owned SitOnIt Wit High Back Task Chair - Multi-Adjustable Lumbar Support [Seating: Light Gray] [Frame: Black] [Mesh: Black] - Location: Irvine, CA | 10/1/2022 | 84 | 1,275.25 | 45.54 | 1,229.71 | 0 | 0 | 0 | 91.08 | 0 | 0 | 0 | 1,138.63 |
| Furniture and Fixtures | FAM001970 | Office Cubicles - Production Building | 11/17/2022 | 84 | 649.24 | 15.46 | 633.78 | 0 | 0 | 0 | 46.38 | 0 | 0 | 0 | 587.4 |
| Furniture and Fixtures | FAM001971 | 12'X8'X10"H WORKSPACES - CUBICLES - PRODUCTION BUILDING | 11/1/2022 | 84 | 13,583.20 | 323.4 | 13,259.80 | 0 | 0 | 0 | 970.2 | 0 | 0 | 0 | 12,289.60 |
| Furniture and Fixtures | FAM001972 | 10'X7'X10"H WORKSPACE - BLACK - CUBICLES - PRODUCTION BUILDING 12,000 BTU – Air Conditioner with full WiFi and Remote – 550 Sq. Ft. Capacity, with Drain Kit - Server Room Located In Production Area - Anderson, IN | 11/1/2022 | 84 | 8,713.61 | 207.46 | 8,506.15 | 0 | 0 | 0 | 622.38 | 0 | 0 | 0 | 7,883.77 |
| Furniture and Fixtures | FAM001981 | 10' Tall –3 Sided Office Structure - Server Room located in the Production Area - Anderson, IN | 12/7/2022 | 84 | 1,342.73 | 15.98 | 1,326.75 | 0 | 0 | 0 | 95.88 | 0 | 0 | 0 | 1,230.87 |
| Furniture and Fixtures | FAM001982 | Global Industrial‚¢ Bench-In-A-Box Ergonomic Workbench, ESD Laminate Top, 60"Wx30"D, Blue | 12/7/2022 | 84 | 18,377.55 | 218.78 | 18,158.77 | 0 | 0 | 0 | 1,312.68 | 0 | 0 | 0 | 16,846.09 |
| Furniture and Fixtures | FAM001984 | Global Industrial‚¢ Mobile Modular Drawer Cabinet, 5 Drawers, w/Lock, 30"Wx27"Dx37"H, Blue | 12/8/2022 | 84 | 2,867.60 | 34.14 | 2,833.46 | 2,867.60 | 0 | 0 | 204.84 | 2,867.60 | 0 | 0 | 0 | 2,628.62 |
| Furniture and Fixtures | FAM001985 | MHE-Storage Racks - Tear Drop Design - Beams and Double Waterfall Decks | 12/8/2022 | 84 | 1,728.90 | 20.58 | 1,708.32 | 1,728.90 | 0 | 0 | 123.48 | 1,728.90 | 0 | 0 | 0 | 1,584.84 |
| Furniture and Fixtures | FAM001989 | MHE-Storage Racks - Tear Drop Design - Beams and Double Waterfall Decks | 1/1/2023 | 84 | 0 | 0 | 0 | 1,839.87 | 0 | 0 | 131.4 | 0 | 0 | 0 | 1,708.47 |
| Furniture and Fixtures | FAM001990 | MHE-Storage Racks - Tear Drop Design - Beams and Double Waterfall Decks Vinyl Sled Base Chair for Offices and | 2/1/2023 | 84 | 0 | 0 | 0 | 1,839.87 | 0 | 0 | 109.5 | 0 | 0 | 0 | 1,730.37 |
| Furniture and Fixtures | FAM001994 | Round Table | 2/16/2023 | 84 | 0 | 0 | 0 | 1,457.95 | 0 | 0 | 86.8 | 0 | 0 | 0 | 1,371.15 |
| Furniture and Fixtures | FAM001995 | PL 2-drawer Lateral Files Cherry | 2/16/2023 | 84 | 0 | 0 | 0 | 1,234.11 | 0 | 0 | 73.45 | 0 | 0 | 0 | 1,160.66 |
| Furniture and Fixtures | FAM001996 | 36: Boat Shape Conference Table-Cherry | 2/16/2023 | 84 | 0 | 0 | 0 | 507.84 | 0 | 0 | 30.25 | 0 | 0 | 0 | 477.59 |
| Furniture and Fixtures | FAM002006 | PL Straight Single Pedestal Desk 30X60 Cherry | 2/16/2023 | 84 | 0 | 0 | 0 | 1,275.60 | 0 | 0 | 75.95 | 0 | 0 | 0 | 1,199.65 |
| Furniture and Fixtures | FAM002007 | OPS B1FS Multifunction Task Chairs Install Quad Receptacle Box on the exterior of the server room add Power Feed to a 120/240A 1 phase panel inside Server Room | 2/16/2023 | 84 | 0 | 0 | 0 | 904.29 | 0 | 0 | 53.85 | 0 | 0 | 0 | 850.44 |
| Furniture and Fixtures | FAM002010 | | 2/3/2023 | 84 | 0 | 0 | 0 | 5,014.12 | 0 | 0 | 149.25 | 2,507.06 | 0 | 0 | 0 | 2,357.81 |
| | | | | | 363,242.12 | 102,956.77 | 260,285.35 | 18,670.15 | 0 | 0 | 9,795.05 | 7,103.56 | 0 | 0 | 0 | 262,056.89 |
| Machinery and Equipment | 6FAM001816 | Test Equipment Fotronic | 2/14/2020 | 60 | 3,194.95 | 1,863.74 | 1,331.21 | 0 | 0 | 0 | 319.5 | 0 | 0 | 0 | 0 | 1,011.71 |
| Machinery and Equipment | FAM001158 | Switchgear and Equip Installatio | 11/30/2009 | 120 | 174,047.00 | 150,550.66 | 23,496.34 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23,496.34 |
| Machinery and Equipment | FAM001162 | Sub Pack Lift Fixture | 2/28/2010 | 120 | 3,975.00 | 3,975.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001163 | Sub Pack lift Fixtures Cap Inter | 2/28/2010 | 120 | 13.25 | 13.25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001164 | Thomas & Betts Crimper | 3/31/2010 | 120 | 4,123.00 | 4,123.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001165 | Comact Controller | 3/31/2010 | 120 | 3,148.00 | 3,148.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001167 | Freight/Installation Adaptek Lin | 4/30/2010 | 120 | 10,150.00 | 10,150.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001168 | Sub Pack Lift Fixture | 4/30/2010 | 120 | 1,400.00 | 1,400.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001169 | Mechanism & Conveyor System | 4/30/2010 | 120 | 16,860.00 | 16,860.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001170 | Pallet Jack | 4/30/2010 | 120 | 1,299.00 | 1,299.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001171 | Installation of Crane | 4/30/2010 | 120 | 1,150.00 | 1,150.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001172 | Rotary Transducer peak indicator | 4/30/2010 | 120 | 6,455.00 | 6,455.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001173 | Electrical Safety Test Equip. | 4/30/2010 | 120 | 4,395.00 | 4,395.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001174 | Integration for End of Line Pack | 4/30/2010 | 120 | 164,156.00 | 164,156.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001175 | Integration for End of Line Test | 6/30/2010 | 120 | 6,021.00 | 6,021.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001176 | Leak Tester | 4/30/2010 | 120 | 11,480.00 | 11,480.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001177 | End of Line Tester | 4/30/2010 | 120 | 86,670.00 | 86,670.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001178 | End of Line Tester | 4/30/2010 | 120 | 577.8 | 577.8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001303 | Timekeeping System | 4/30/2010 | 120 | 13,786.14 | 13,786.14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001319 | Tooling | 8/31/2008 | 120 | 9,745.67 | 9,745.67 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001321 | Tooling | 5/1/2008 | 120 | 13,480.00 | 13,480.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001322 | Tooling | 5/6/2008 | 120 | 267 | 267 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001323 | A306 tools | 10/1/2008 | 120 | 18,250.00 | 0 | 18,250.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18,250.00 |
| Machinery and Equipment | FAM001324 | Tooling | 8/31/2008 | 120 | 6,061.21 | 6,061.21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001325 | Tooling | 8/31/2008 | 120 | 31,298.85 | 31,298.85 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001328 | Tooling | 12/31/2008 | 120 | 79,279.00 | 79,279.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001329 | Tooling | 12/31/2008 | 120 | 5,585.00 | 5,585.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001331 | Tooling | 8/31/2008 | 120 | 7,594.52 | 7,594.52 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001347 | Sub Pack Lift Fixture | 6/1/2009 | 120 | 1,500.00 | 1,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001357 | A306 Final Heat Sealer Fabricati | 12/31/2009 | 120 | 1,580.00 | 1,580.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001369 | Kensar Forklift | 3/17/2009 | 120 | 14,001.00 | 14,001.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001376 | Test Stands W/PCs | 8/31/2010 | 120 | 105,980.00 | 105,980.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001377 | Test Stands W/PCs | 8/31/2010 | 120 | 1,219.88 | 1,219.88 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001378 | Digital I/O with CAN 2.08 Instal | 9/30/2010 | 120 | 34,250.00 | 34,250.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001379 | Digital I/O with CAN 2.08 Instal | 9/30/2010 | 120 | 751.96 | 751.96 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001384 | Multifunction switch/measure uni | 7/31/2010 | 120 | 5,509.25 | 5,509.25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001385 | Chevalier Falcon Model 2040 Mill | 8/31/2010 | 120 | 30,000.00 | 30,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001386 | Chevalier Falcon Model 2040 Mill | 8/31/2010 | 120 | 200 | 200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001458 | Thermal Chamber ESZ-2CA | 9/30/2010 | 120 | 16,271.00 | 16,271.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001459 | Thermal Chamber ESZ-2CA | 9/30/2010 | 120 | 2,337.50 | 2,337.50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001460 | Thermal Chamber ESZ-2CA | 9/30/2010 | 120 | 413.12 | 413.12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001461 | Thermal Chamber ESZ-2CA | 9/30/2010 | 120 | 16,271.00 | 16,271.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001462 | Thermal Chamber ESZ-2CA | 9/30/2010 | 120 | 2,337.50 | 2,337.50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001463 | Thermal Chamber ESZ-2CA | 9/30/2010 | 120 | 413.12 | 413.12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001464 | Thermal Chamber ESZ-2CA | 9/30/2010 | 120 | 16,271.00 | 16,271.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001465 | Thermal Chamber ESZ-2CA | 9/30/2010 | 120 | 2,337.50 | 2,337.50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001466 | Thermal Chamber ESZ-2CA | 9/30/2010 | 120 | 413.12 | 413.12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001467 | Thermal Chamber ESZ-2CA | 9/30/2010 | 120 | 16,271.00 | 16,271.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001468 | Thermal Chamber ESZ-2CA | 9/30/2010 | 120 | 2,337.50 | 2,337.50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001469 | Thermal Chamber ESZ-2CA | 9/30/2010 | 120 | 413.12 | 413.12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Class | Asset # | Description | Date | Life | Cost | Value | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Machinery and Equipment | FAM001470 | Thermal Chamber ESZ-2CA | 9/30/2010 | 120 | 16,271.00 | 16,271.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001471 | Thermal Chamber ESZ-2CA | 9/30/2010 | 120 | 2,337.50 | 2,337.50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001472 | Thermal Chamber ESZ-2CA | 9/30/2010 | 120 | 413.12 | 413.12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001473 | Thermal Chamber ESZ-2CA | 9/30/2010 | 120 | 16,271.00 | 16,271.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001474 | Thermal Chamber ESZ-2CA | 9/30/2010 | 120 | 2,337.50 | 2,337.50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001475 | Thermal Chamber ESZ-2CA | 9/30/2010 | 120 | 413.12 | 413.12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001495 | Module Cart Unload & Pallet Land | 1/31/2011 | 120 | 286,739.15 | 286,739.15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001496 | Module Cart Unload & Pallet Land | 1/31/2011 | 120 | 8,675.92 | 8,675.92 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001497 | Apply Thermal Paste | 1/31/2011 | 120 | 108,243.15 | 108,243.15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001498 | Apply Thermal Paste | 1/31/2011 | 120 | 3,275.13 | 3,275.13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001499 | First Half Side A Assembly | 1/31/2011 | 120 | 145,253.18 | 145,253.18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001500 | First Half Side A Assembly | 1/31/2011 | 120 | 3,012.71 | 3,012.71 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001501 | First Half Side A Assembly | 1/31/2011 | 120 | 137,412.17 | 137,412.17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001502 | First Half Side A Assembly | 1/31/2011 | 120 | 2,775.47 | 2,775.47 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001503 | Rotate, Test and Apply Thermal P | 1/31/2011 | 120 | 146,756.15 | 146,756.15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001504 | Rotate, Test and Apply Thermal P | 1/31/2011 | 120 | 4,440.43 | 4,440.43 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001505 | First Half Side B Assembly | 1/31/2011 | 120 | 103,570.15 | 103,570.15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001506 | First Half Side B Assembly | 1/31/2011 | 120 | 3,133.74 | 3,133.74 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001507 | First Half Side B Assembly | 1/31/2011 | 120 | 100,570.15 | 100,570.15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001508 | First Half Side B Assembly | 1/31/2011 | 120 | 3,042.97 | 3,042.97 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001509 | Rotate, Apply Tape Station | 1/31/2011 | 120 | 147,655.15 | 147,655.15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001510 | Rotate, Apply Tape Station | 1/31/2011 | 120 | 4,467.63 | 4,467.63 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001511 | Auto Module Cart Offload & Reiec | 1/31/2011 | 120 | 232,893.15 | 232,893.15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001512 | Auto Module Cart Offload & Rejec | 1/31/2011 | 120 | 7,046.69 | 7,046.69 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001513 | Module Transfer Cart From Module | 1/31/2011 | 120 | 232,939.15 | 232,939.15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001514 | Module Assembly Line | 1/31/2011 | 120 | 7,048.08 | 7,048.08 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001515 | Final Torque for Sub Pack and LE | 1/31/2011 | 120 | 192,598.15 | 192,598.15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001516 | Final Torque for Sub Pack and LE | 1/31/2011 | 120 | 5,827.48 | 5,827.48 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001517 | Module Assembly Line | 1/31/2011 | 120 | 11,250.00 | 11,250.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001518 | Module Assembly Line | 1/31/2011 | 120 | 340.39 | 340.39 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001519 | Non-Conformance Work Area | 1/31/2011 | 120 | 74,047.00 | 74,047.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001520 | Non-Conformance Work Area | 1/31/2011 | 120 | 2,240.45 | 2,240.45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001525 | Test Chamber MCV8-150-5 | 1/31/2011 | 120 | 2,337.50 | 2,337.50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001526 | Test Chamber MCV8-150-5 | 1/31/2011 | 120 | 70.73 | 70.73 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001527 | Temperature Walk-In Chamber | 2/28/2011 | 120 | 91,665.00 | 91,665.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001532 | Equipment reconciliation SGA | 1/1/2011 | 120 | 142,826.17 | 142,826.17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001640 | Module Assembly Line | 5/1/2013 | 120 | 36,759.25 | 35,533.95 | 1,225.30 | 0 | 0 | 0 | 1,225.30 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001641 | Module Assembly Line | 5/1/2013 | 120 | 63,443.50 | 61,328.72 | 2,114.78 | 0 | 0 | 0 | 2,114.78 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001642 | Module Assembly Line | 5/1/2013 | 120 | 26,125.00 | 25,254.18 | 870.82 | 0 | 0 | 0 | 870.82 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001643 | Module Assembly Line | | 60 | 15,855.00 | 15,855.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001644 | Module Assembly Line | 5/1/2013 | 120 | 6,642.00 | 6,420.60 | 221.4 | 0 | 0 | 0 | 221.4 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001645 | Bridge Crane Packout Workstation | 1/31/2011 | 120 | 8,964.49 | 8,964.49 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001646 | Bridge Crane Packout Workstation | 1/31/2011 | 120 | 1,112.28 | 1,112.28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001647 | Bridge Crane Packout Workstation | 5/1/2013 | 120 | 15,035.00 | 14,533.82 | 501.18 | 0 | 0 | 0 | 501.18 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001657 | AB 1783-MS10T Stratix 8000 | 4/30/2011 | 120 | 2,924.26 | 2,924.26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001658 | Tooling Assembly Drawers | 4/30/2011 | 120 | 15,917.00 | 15,917.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001659 | Tooling Assembly Drawers | 4/30/2011 | 120 | 3.8 | 3.8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001663 | Electric Vehicle Level 2 Battery | 6/30/2011 | 120 | 7,467.36 | 7,467.36 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001664 | Electric Vehicle Level 2 Battery | 6/30/2011 | 120 | 11,201.04 | 11,201.04 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001665 | Electric Vehicle Level 2 Battery | 6/30/2011 | 120 | 11,201.04 | 11,201.04 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001666 | Power Hand Tools TSB | 7/31/2011 | 120 | 2,068.35 | 2,068.35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001667 | Hand Torque Tools | 7/31/2011 | 120 | 11,565.93 | 11,565.93 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001668 | Hand Tools | 7/31/2011 | 120 | 1,115.79 | 1,115.79 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001669 | Module Assembly Line | 7/31/2011 | 120 | 2,054.95 | 2,054.95 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001670 | Module Assembly Line | 7/31/2011 | 120 | 2,054.95 | 2,054.95 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001671 | Module Assembly Line | 7/31/2011 | 120 | 2,054.95 | 2,054.95 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001672 | Module Assembly Line | 7/31/2011 | 120 | 2,054.95 | 2,054.95 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001673 | Sub Pack Cart | 7/31/2011 | 120 | 1,526.29 | 1,526.29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001674 | Sub Pack Cart | 7/31/2011 | 120 | 1,526.29 | 1,526.29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001675 | Sub Pack Cart | 7/31/2011 | 120 | 1,526.29 | 1,526.29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001676 | Sub Pack Cart | 7/31/2011 | 120 | 1,526.29 | 1,526.29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001677 | Sub Pack Assembly Bench | 7/31/2011 | 120 | 47,197.99 | 47,197.99 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001678 | LEC Testing Bench | 7/31/2011 | 120 | 39,819.92 | 39,819.92 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001679 | Electrical Plate Assembly Cell | 7/31/2011 | 120 | 14,218.96 | 14,218.96 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001680 | Packout Area | 7/31/2011 | 120 | 13,855.97 | 13,855.97 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001688 | Testing Chamber MCV8-150-5 | 9/30/2011 | 120 | 54,920.00 | 54,920.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001689 | Testing Chamber MCV8-150-5 | 9/30/2011 | 120 | 2,334.90 | 2,334.90 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001690 | Testing Chamber MCV8-150-5 | 9/30/2011 | 120 | 2,089.47 | 2,089.47 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001691 | Testing Chamber MCV8-150-5 | 9/30/2011 | 120 | 66 | 66 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001692 | Testing Chamber MCV8-150-5 | 9/30/2011 | 120 | 54,920.00 | 54,920.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001693 | Testing Chamber MCV8-150-5 | 9/30/2011 | 120 | 2,334.90 | 2,334.90 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001694 | Testing Chamber MCV8-150-5 | 9/30/2011 | 120 | 2,089.47 | 2,089.47 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001695 | Testing Chamber MCV8-150-5 | 9/30/2011 | 120 | 66 | 66 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001696 | Testing Chamber MCV8-150-5 | 9/30/2011 | 120 | 54,920.00 | 54,920.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001697 | Testing Chamber MCV8-150-5 | 9/30/2011 | 120 | 2,334.90 | 2,334.90 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001698 | Testing Chamber MCV8-150-5 | 9/30/2011 | 120 | 2,089.47 | 2,089.47 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001699 | Testing Chamber MCV8-150-5 | 9/30/2011 | 120 | 66 | 66 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001700 | Testing Chamber MCV8-150-5 | 9/30/2011 | 120 | 54,920.00 | 54,920.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001701 | Testing Chamber MCV8-150-5 | 9/30/2011 | 120 | 2,334.90 | 2,334.90 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001702 | Testing Chamber MCV8-150-5 | 9/30/2011 | 120 | 2,089.47 | 2,089.47 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001703 | Testing Chamber MCV8-150-5 | 9/30/2011 | 120 | 66 | 66 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001704 | Testing Chamber MCV8-150-5 | 9/30/2011 | 120 | 54,920.00 | 54,920.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001705 | Testing Chamber MCV8-150-5 | 9/30/2011 | 120 | 2,334.90 | 2,334.90 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001706 | Testing Chamber MCV8-150-5 | 9/30/2011 | 120 | 66 | 66 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001707 | Computer Workstation for Bitrode | 9/30/2011 | 120 | 2,210.00 | 2,210.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001708 | HV/LV DRAWER TESTER SYSTEM | 4/30/2011 | 120 | 5,820.00 | 5,820.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001709 | Battery and PCS Testing System G | 12/31/2011 | 120 | 60,585.00 | 60,585.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001710 | Battery and PCS Testing System G | 5/1/2013 | 120 | 4,848.68 | 4,687.06 | 161.62 | 0 | 0 | 0 | 161.62 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001711 | Battery and PCS Testing System G | 5/1/2013 | 120 | 30,607.00 | 29,586.78 | 1,020.22 | 0 | 0 | 0 | 1,020.22 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001712 | Final Pack Test TSA 250-80/480 G | 12/31/2011 | 120 | 11,242.41 | 11,242.41 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001713 | 250K Grid Tie Inverter System PC | 12/31/2011 | 120 | 173,759.72 | 173,759.72 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001714 | Crown Lift Truck SC4520-35 #3500 | 8/31/2010 | 120 | 20,311.80 | 20,311.80 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001715 | Crown Lift Truck Battery Model 1 | 8/31/2010 | 120 | 5,199.00 | 5,199.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001716 | Crown Lift Truck Batt Charger | 8/31/2010 | 120 | 1,975.00 | 1,975.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001717 | Crown Lift Truck SC4520-35 #3500 | 8/31/2010 | 120 | 20,311.80 | 20,311.80 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001718 | Crown Lift Truck Battery Model 1 | 8/31/2010 | 120 | 5,199.00 | 5,199.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001719 | Crown Lift Truck Batt Charger | 8/31/2010 | 120 | 1,975.00 | 1,975.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001723 | Electric Field Meter | 11/1/2012 | 120 | 6,610.00 | 6,610.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001782 | MLEC & RLEC Test Equipment | 5/1/2013 | 120 | 51,080.52 | 49,377.82 | 1,702.70 | 0 | 0 | 0 | 1,702.70 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001786 | Active Cool Pressure Test System | 5/1/2013 | 120 | 14,345.75 | 13,867.57 | 478.18 | 0 | 0 | 0 | 478.18 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001791 | Leak Tester with CTS Controller | 5/1/2013 | 120 | 1,900.00 | 1,836.66 | 63.34 | 0 | 0 | 0 | 63.34 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001793 | Assembly Trim Stations and Tools | 5/1/2013 | 120 | 1,043.00 | 1,008.22 | 34.78 | 0 | 0 | 0 | 34.78 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001796 | Ground Bond Tester | 5/1/2013 | 120 | 2,787.93 | 2,694.99 | 92.94 | 0 | 0 | 0 | 92.94 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001799 | Test System | 5/1/2013 | 120 | 1,907.00 | 1,843.42 | 63.58 | 0 | 0 | 0 | 63.58 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001800 | Motorized Scale Station | 5/1/2013 | 120 | 6,464.00 | 6,248.54 | 215.46 | 0 | 0 | 0 | 215.46 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001802 | Benchtop Storage System | 5/1/2013 | 120 | 2,368.30 | 2,289.36 | 78.94 | 0 | 0 | 0 | 78.94 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001803 | Cabinet Drawer & Rack Assembly | 5/1/2013 | 120 | 180,394.66 | 174,381.52 | 6,013.14 | 0 | 0 | 0 | 6,013.14 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001804 | Ametek Jofra Ammx510 Calibrator | 5/1/2013 | 120 | 4,297.00 | 4,154.24 | 143.26 | 0 | 0 | 0 | 143.26 | 0 | 0 | 0 | 0 |
| Machinery and Equipment | FAM001805 | ENERDEL Sign - Sign Works | 3/17/2016 | 120 | 8,243.35 | 5,632.94 | 2,610.41 | 0 | 0 | 0 | 412.17 | 0 | 0 | 0 | 2,198.24 |
| Machinery and Equipment | FAM001806 | MLEC Test Racks | 10/13/2017 | 120 | 119,908.59 | 61,927.08 | 56,956.51 | 0 | 0 | 0 | 5,995.44 | 0 | 0 | 0 | 50,961.10 |
| Machinery and Equipment | FAM001807 | 1+1 CAVITY MOLD - PO END0012076 | 8/30/2018 | 84 | 1,329.00 | 825.36 | 503.74 | 0 | 0 | 0 | 91.59 | 0 | 0 | 0 | 412.15 |
| Machinery and Equipment | FAM001808 | Cavity Molds - PO END0012076 | 10/31/2018 | 84 | 33,071.00 | 20,078.77 | 12,992.23 | 0 | 0 | 0 | 2,362.21 | 0 | 0 | 0 | 10,630.02 |
| Machinery and Equipment | FAM001809 | 10-1166 & 10-1167 FRAMES PO EN | 8/9/2018 | 84 | 1,000.00 | 630.95 | 369.05 | 0 | 0 | 0 | 71.43 | 0 | 0 | 0 | 297.62 |
| Machinery and Equipment | FAM001810 | Firebird Build Cart | 10/12/2018 | 60 | 12,104.00 | 9,863.99 | 2,240.01 | 0 | 0 | 0 | 1,493.08 | 0 | 0 | 0 | 746.93 |
| Machinery and Equipment | FAM001811 | Rotary Build Cart | 10/12/2018 | 60 | 14,555.00 | 11,861.36 | 2,693.64 | 0 | 0 | 0 | 1,795.76 | 0 | 0 | 0 | 897.88 |
| Machinery and Equipment | FAM001812 | Perfecto Item 27-20211 | 9/7/2018 | 120 | 1,626.61 | 956.91 | 969.70 | 0 | 0 | 0 | 96.19 | 0 | 0 | 0 | 873.51 |
| Machinery and Equipment | FAM001813 | Misc Items | 1/17/2018 | 60 | 1,017.08 | 1,351.46 | 265.54 | 0 | 0 | 0 | 242.11 | 0 | 0 | 0 | 242.11 |
| Machinery and Equipment | FAM001814 | Misc Station | 8/1/2019 | 120 | 133,452.28 | 45,596.14 | 87,856.14 | 0 | 0 | 0 | 6,672.60 | 0 | 0 | 0 | 81,183.54 |
| Machinery and Equipment | FAM001815 | Demo Rack | 9/15/2019 | 120 | 9,806.00 | 6,537.95 | 3,268.05 | 0 | 0 | 0 | 980.61 | 0 | 0 | 0 | 2,287.44 |
| Machinery and Equipment | FAM001817 | Torque Tool Mountz | 4/1/2020 | 60 | 2,975.00 | 1,636.21 | 1,338.79 | 0 | 0 | 0 | 495.86 | 0 | 0 | 0 | 1,041.29 |
| Machinery and Equipment | FAM001819 | Espec Chamber | 1/24/2020 | 84 | 11,450.00 | 8,869.98 | 2,580.02 | 0 | 0 | 0 | 1,145.03 | 0 | 0 | 0 | 1,434.99 |
| Machinery and Equipment | FAM001820 | Inventory scanners for Netsuite | 10/1/2020 | 60 | 13,478.96 | 6,065.55 | 7,413.41 | 0 | 0 | 0 | 1,347.90 | 0 | 0 | 0 | 6,065.51 |
| Machinery and Equipment | FAM001822 | Cart, Pack ASM 4 | 11/2/2020 | 60 | 15,750.00 | 6,825.08 | 8,925.92 | 0 | 0 | 0 | 1,575.00 | 0 | 0 | 0 | 7,350.00 |
| Machinery and Equipment | FAM001823 | Lift, Scissor subpack can asm | 10/21/2020 | 60 | 3,290.00 | 1,480.45 | 1,809.55 | 0 | 0 | 0 | 329.00 | 0 | 0 | 0 | 1,480.55 |
| Machinery and Equipment | FAM001824 | Panasonic EYFGA8N Cordless Clutc | 10/21/2020 | 60 | 1,046.75 | 471.07 | 575.68 | 0 | 0 | 0 | 104.67 | 0 | 0 | 0 | 471.01 |
| Machinery and Equipment | FAM001825 | Panasonic EYFGA8N Cordless Clutc | 10/21/2020 | 60 | 1,046.75 | 471.07 | 575.68 | 0 | 0 | 0 | 104.67 | 0 | 0 | 0 | 471.01 |
| Machinery and Equipment | FAM001826 | NSTRON Injection for Terminal Weld | 12/15/2020 | 60 | 75,318.00 | 31,382.49 | 43,935.51 | 0 | 0 | 0 | 7,531.80 | 0 | 0 | 0 | 36,403.70 |
| Machinery and Equipment | FAM001827 | RLEC/MLEC Functional Tester w/st | 12/15/2020 | 60 | 42,532.50 | 17,721.88 | 24,810.62 | 0 | 0 | 0 | 4,253.25 | 0 | 0 | 0 | 20,557.37 |
| Machinery and Equipment | FAM001830 | RLEC/MLEC Functional Tester | 10/31/2021 | 60 | 68,997.25 | 8,624.70 | 60,372.55 | 0 | 0 | 0 | 3,449.88 | 0 | 0 | 0 | 56,922.67 |
| Machinery and Equipment | FAM001832 | w/stencils of 2 | 1/2/2021 | 60 | 29,632.50 | 0 | 29,632.50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29,632.50 |

Fixed Asset-Machinery and Equipment  
Pri 1601183

| Machinery and Equipment | FAM001836 | Gearmotor | 1/27/2022 | 120 | 2,067.88 | 189.53 | 1,878.35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,878.35 |

| Category | Asset ID | Description | Date | Qty | Cost | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | EGV30 | | | | | | | | | | | | | | |
| Machinery and Equipment | FAM001837 | ELGI 40HP VFD, Turndown 178cfm to 45 cfm,460V Compressor EHRD 250 | 2/18/2022 | 120 | 26,743.00 | 2,228.60 | 24,514.40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24,514.40 |
| Machinery and Equipment | FAM001838 | Refrigerated Dryer, EPFP Filter, 460/3ph Receiver Tank | 2/18/2022 | 120 | 4,255.00 | 354.6 | 3,900.40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,900.40 |
| Machinery and Equipment | FAM001839 | 240 Gal, Vertical Design, 200PSI 30"x84" Elgi oil Water Separator | 2/18/2022 | 120 | 1,930.00 | 160.8 | 1,769.20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,769.20 |
| Machinery and Equipment | FAM001840 | CMSI Condensate Manifold, Flex Line 100' Tank Parts | 2/18/2022 | 120 | 1,924.00 | 160.3 | 1,763.70 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,763.70 |
| Machinery and Equipment | FAM001842 | Zero Loss Drain, Pressure Relief Valve, Pressure Gauge | 2/18/2022 | 120 | 1,475.00 | 122.9 | 1,352.10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,352.10 |
| Machinery and Equipment | FAM001882 | SellElon 48"x48" Non-NTEP Floor Scales, Accurate Pallet Scales with Smart Metal Digital Indicator for Warehouse Shipping and Heavy Duty Industrial Weighing \| 10,000lbs x 1 lb | 5/1/2022 | 120 | 854.93 | 49.84 | 805.09 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 805.09 |
| Machinery and Equipment | FAM001902 | BT3562A Battery HiTester with Clip type lead | 6/2/2022 | 120 | 3,408.60 | 198.8 | 3,209.80 | 0 | 0 | 0 | 170.4 | 0 | 0 | 0 | 0 | 3,039.40 |
| Machinery and Equipment | FAM001903 | BT3562A Battery HiTester with clip lead Bellows Skirting 6004207GR for Southworth PalletPal 360 Spring or Air Models | 6/7/2022 | 120 | 3,433.60 | 200.27 | 3,233.33 | 0 | 0 | 0 | 171.66 | 0 | 0 | 0 | 0 | 3,061.67 |
| Machinery and Equipment | FAM001973 | | 11/22/2022 | 120 | 1,269.02 | 21.16 | 1,247.86 | 0 | 0 | 0 | 63.48 | 0 | 0 | 0 | 0 | 1,184.38 |
| Machinery and Equipment | FAM001974 | Chain Bag Assembly on Unit 6 - Crane 1 Southworth PalletPal 360 Spring-Actuated Pallet Carousel & Skid | 11/11/2022 | 120 | 3,470.51 | 9.1 | 3,461.41 | 0 | 0 | 0 | 27.3 | 0 | 0 | 0 | 0 | 3,434.11 |
| Machinery and Equipment | FAM001975 | Positioner, Assembled EYFG2N Panasonic Cordless Torque | 11/22/2022 | 120 | 2,905.04 | 48.42 | 2,856.62 | 0 | 0 | 0 | 145.26 | 0 | 0 | 0 | 0 | 2,711.36 |
| Machinery and Equipment | FAM001976 | Limiting Driver - Qty 2 | 11/22/2022 | 120 | 1,202.00 | 20.04 | 1,181.96 | 0 | 0 | 0 | 60.12 | 0 | 0 | 0 | 0 | 1,121.84 |
| Machinery and Equipment | FAM001983 | Atlas Copco ETV SL21-12-06 Nutrunner | 12/6/2022 | 120 | 943.24 | 7.86 | 935.38 | 943.24 | 0 | 0 | 47.16 | 943.24 | 0 | 0 | 0 | 888.22 |
| Machinery and Equipment | FAM001990 | FTB-1315 Flowmeter | 1/31/2023 | 120 | 0 | 0 | 0 | 3,753.56 | 0 | 0 | 93.84 | 1,876.78 | 0 | 0 | 0 | 1,782.94 |
| Machinery and Equipment | FAM001991 | BMS Hardware-in-the-Loop Test System Sigient Technologies SDS1204X-E 200MHz Super Phosphor Digital Oscilloscopes 4 Channels 1 GSa/s 14 | 1/31/2023 | 120 | 0 | 0 | 0 | 307,971.86 | 0 | 0 | 15,398.58 | 0 | 0 | 0 | 0 | 292,573.28 |
| Machinery and Equipment | FAM002009 | MB Grey | 2/16/2023 | 120 | 0 | 0 | 0 | 1,636.76 | 0 | 0 | 34.1 | 818.38 | 0 | 0 | 0 | 784.28 |
| | | | | | 5,141,248.33 | 4,677,333.98 | | 463,914.35 | 314,305.42 | 0 | 0 | 71,570.39 | 3,638.40 | 0 | 0 | 0 | 703,010.98 |
| Machinery and Equipment 10 years | FAM000015 | CARTS FOR PACK BUILD - VANGUARD | 1/21/2021 | 120 | 16,800.00 | 3,080.00 | 13,720.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13,720.00 |
| Machinery and Equipment 10 years | FAM000021 | ELGI 50HP Air Compressor | 5/1/2021 | 120 | 17,862.23 | 2,828.15 | 15,034.08 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15,034.08 |
| Machinery and Equipment 10 years | FAM000023 | Miec ICT Functional Tester | 1/18/2021 | 120 | 64,167.08 | 11,764.06 | 52,403.02 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 52,403.02 |
| Machinery and Equipment 10 years | FAM000024 | ELGI 50HP Air Compressor | 5/1/2021 | 120 | 3,050.00 | 482.98 | 2,567.02 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,567.02 |
| Machinery and Equipment 10 years | FAM000033 | Atlas Copco ETV SL21-12-06 Nutrunner Torque Gun Screwdriver | 8/1/2021 | 120 | 1,781.55 | 237.6 | 1,543.95 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,543.95 |
| Machinery and Equipment 10 years | FAM000216 | Cart, Pack Sub Assembly - IKA Build Cart - 27-20389 | 3/24/2023 | 120 | 0 | 0 | 0 | 20,480.00 | 0 | 0 | 682.68 | 0 | 0 | 0 | 0 | 19,797.32 |
| Machinery and Equipment 10 years | FAM002017 | Cart, Pack Sub Assembly - IKA Build Cart - 27-20370 | 3/24/2023 | 120 | 0 | 0 | 0 | 19,210.00 | 0 | 0 | 640.32 | 0 | 0 | 0 | 0 | 18,569.68 |
| Machinery and Equipment 10 years | FAM002018 | Rigol DP813A Programmable Linear Dc Power Supply,1 Channel(2 ranges),200W Total Power,Maximum Output Range 8V/20A or 20V/10A | 3/6/2023 | 120 | 0 | 0 | 0 | 871.7 | 0 | 0 | 29.04 | 0 | 0 | 0 | 0 | 842.66 |
| | | | | | 103,660.86 | 18,392.79 | 85,268.07 | 40,561.70 | 0 | 0 | 1,352.04 | 0 | 0 | 0 | 0 | 124,477.73 |
| Telephone Equipment 5 years | FAM001904 | Yealink T54W with Power Supply - Desk Phones | 6/8/2022 | 60 | 1,260.00 | 126 | 1,134.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,134.00 |
| Telephone Equipment 5 years | FAM001905 | Polycom Trio - Conference Room Phone Yealink EXP50 for Answer Point - Side | 6/8/2022 | 60 | 720 | 72 | 648 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 648 |
| Telephone Equipment 5 years | FAM001906 | car for front desk phone | 6/8/2022 | 60 | 105 | 10.5 | 94.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 94.5 |
| | | | | | 2,085.00 | 208.5 | 1,876.50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,876.50 |
| Tooling and Molding | FAM000025 | Tooling Cal-Comp 83-11135/83-11136 | 5/14/2021 | 36 | 7,988.75 | 5,103.93 | 2,884.82 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,884.82 |
| Tooling and Molding | FAM000028 | ENDPLATE MOLD | 1/15/2021 | 60 | 11,300.00 | 5,210.51 | 6,089.49 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,089.49 |
| Tooling and Molding | FAM000032 | Tooling for Cells with MGL | 7/1/2021 | 60 | 116,640.75 | 33,048.17 | 83,592.58 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 83,592.58 |
| Tooling and Molding | FAM000229 | Marian Vendor Tooling | 6/30/2010 | 36 | 5,905.00 | 5,905.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000230 | 10-11077, 10-11012 Th!nk Tooling | 6/30/2010 | 36 | 32,500.00 | 32,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000231 | 10-11077, 10-11012 Th!nk Tooling | 6/30/2010 | 36 | 541.67 | 541.67 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000232 | Th!nk Tooling 81-11135-36 | 6/30/2010 | 36 | 1,300.00 | 1,300.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000233 | Th!nk Tooling 81-11135-36 | 6/30/2010 | 36 | 21.66 | 21.66 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000234 | Th!nk Vendor Tooling 11168, 1117 | 6/30/2010 | 36 | 241,070.00 | 241,070.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000235 | Mold Modification to parts 78 & | 6/30/2010 | 36 | 2,026.00 | 2,026.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000236 | Tooling Cost | 6/30/2010 | 36 | 4,051.61 | 4,051.61 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000237 | Tooling 11178, 11179, 12183, 110 | 6/30/2010 | 36 | 97,700.00 | 97,700.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000238 | Tooling 11782 & 11783 | 6/30/2010 | 36 | 48,150.00 | 48,150.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000239 | Tooling 11195 & 11196 | 6/30/2010 | 36 | 20,200.00 | 20,200.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000240 | Tool Modifications 95, 96, 82, 8 | 6/30/2010 | 36 | 14,700.00 | 14,700.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000241 | Tooling | 6/30/2010 | 36 | 1,891.75 | 1,891.75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000242 | Remote LEC Test Equip. | 6/30/2010 | 36 | 79,602.00 | 79,602.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000243 | Remote LEC test equipment | 6/30/2010 | 36 | 17,319.90 | 17,319.90 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000244 | Master LEC test equipment | 6/30/2010 | 36 | 83,996.00 | 83,996.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000245 | Master LEC test equipment | 6/30/2010 | 36 | 20,186.75 | 20,186.75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000246 | LEC test equipment | 6/30/2010 | 36 | 8,790.00 | 8,790.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000247 | Remote LEC Test Equip. | 6/30/2010 | 36 | 2,242.80 | 2,242.80 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000248 | Pack Enclosure Tooling | 5/1/2013 | 36 | 30,669.31 | 30,669.31 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000249 | Tooling for Spartan Program | 5/1/2013 | 36 | 6,000.00 | 6,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000250 | Tooling for Th!nk Program | 5/1/2013 | 36 | 7,981.00 | 7,981.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000251 | Coldplate Tooling for Th!nk Cool | 5/1/2013 | 36 | 165,000.00 | 165,000.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000252 | Tooling for Volvo Program | 5/1/2013 | 36 | 9,750.00 | 9,750.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000253 | Tooling for Volvo Program | 5/1/2013 | 36 | 3,950.00 | 3,950.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000254 | Tooling for Volvo Program | 5/1/2013 | 36 | 6,650.00 | 6,650.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000255 | Toro Tooling Modifications | 5/1/2013 | 36 | 7,625.00 | 7,625.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000256 | Toro Tooling Modifications | 5/1/2013 | 36 | 7,967.00 | 7,967.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000257 | Active Cooling Tooling | 5/1/2013 | 36 | 7,500.00 | 7,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000258 | Tooling | 5/1/2013 | 36 | 2,200.00 | 2,200.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000259 | Mold Cavity | 5/1/2013 | 36 | 33,075.00 | 33,075.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000260 | Mold Cavity | 5/1/2013 | 36 | 14,500.00 | 14,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000261 | Mold tooling | 5/1/2013 | 36 | 2,900.00 | 2,900.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000262 | Tool Modifications | 5/1/2013 | 36 | 6,850.00 | 6,850.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000263 | Tools | 5/1/2013 | 36 | 1,740.00 | 1,740.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000264 | Mold Injector | 5/1/2013 | 36 | 32,500.00 | 32,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000265 | Tool Modifications | 5/1/2013 | 36 | 7,500.00 | 7,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000266 | Mold Tooling | 5/1/2013 | 36 | 77,500.00 | 77,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000267 | Tooling | 5/1/2013 | 36 | 20,550.00 | 20,550.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000268 | Mold Tooling | 5/1/2013 | 36 | 94,805.50 | 94,805.50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000269 | Tooling | 5/1/2013 | 36 | 6,250.00 | 6,250.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000270 | Tolling for Flex Connector Latch | 5/1/2013 | 36 | 7,480.00 | 7,480.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000271 | Tools | 5/1/2013 | 36 | 13,500.00 | 13,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000272 | Progressive Die Tooling Service | 5/1/2013 | 36 | 56,225.01 | 56,225.01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000273 | Molded Tooling Service | 5/1/2013 | 36 | 60,507.00 | 60,507.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000274 | Mold Tooling Service | 5/1/2013 | 36 | 4,500.00 | 4,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000275 | Mold Rework | 5/1/2013 | 36 | 8,793.00 | 8,793.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000276 | Cutting Dies | 5/1/2013 | 36 | 1,060.00 | 1,060.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000277 | Mold tooling | 5/1/2013 | 36 | 6,750.00 | 6,750.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000278 | Mold Tooling | 5/1/2013 | 36 | 10,250.00 | 10,250.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000279 | Mold Tooling | 5/1/2013 | 36 | 9,500.00 | 9,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000280 | Mold Tooling | 5/1/2013 | 36 | 6,500.00 | 6,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000281 | Mold Tooling | 5/1/2013 | 36 | 44,600.00 | 44,600.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tooling and Molding | FAM000282 | Molded tooling Service | 5/1/2013 | 36 | 26,750.00 | 26,750.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000283 | Tooling Charge for Bronco Projec | 5/1/2013 | 36 | 39,142.50 | 39,142.50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000284 | ICT Test Fixture | 8/21/2017 | 36 | 11,016.00 | 11,016.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000285 | Tooling Modification for CONDOR | 8/31/2017 | 36 | 3,500.00 | 3,500.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000286 | Engineering Tooling - Estes | 10/31/2018 | 36 | 1,103.20 | 1,103.20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000287 | Tooling (Allison) | 8/1/2019 | 36 | 2,100.00 | 2,100.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tooling and Molding | FAM000288 | Tooling for 10-15077-04 | 12/8/2020 | 36 | 22,340.40 | 15,514.18 | 6,826.22 | 0 | 0 | 0 | 3,723.39 | 0 | 0 | 0 | 0 | 3,102.83 |
| Tooling and Molding | FAM000289 | Tooling for 10-15113-03 | 11/18/2020 | 36 | 29,622.00 | 21,393.65 | 8,228.35 | 0 | 0 | 0 | 4,937.01 | 0 | 0 | 0 | 0 | 3,291.34 |
| Tooling and Molding | FAM001928 | Tooling for Cells with MGL ot 2 27-20383 | 9/28/2021 | 36 | 116,640.75 | 51,840.32 | 64,800.43 | 0 | 0 | 0 | 19,440.12 | 0 | 0 | 0 | 0 | 45,360.31 |
| Tooling and Molding | FAM001928 | Fixture, Vibration, VG4 Enclosure | 7/28/2022 | 36 | 2,300.00 | 383.34 | 1,916.66 | 0 | 0 | 0 | 383.34 | 0 | 0 | 0 | 0 | 1,533.32 |
| | | | | | 1,855,767.31 | 1,681,428.76 | 174,338.55 | 0 | 0 | 0 | 28,483.86 | 0 | 0 | 0 | 0 | 145,854.69 |
| | | 2007 ORION HYBRID ELECTRIC BUS; | | | | | | | | | | | | | | |
| Vehicles | FAM000019 | VIN# 1VHHH3P2976702897 | 2/1/2021 | 60 | 0 | 220.79 | -220.79 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vehicles | FAM000074 | Think Vehicle EV - 10016 | 3/31/2011 | 60 | 45,145.10 | 45,145.10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | 45,145.10 | 45,365.89 | -220.79 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -220.79 |
| | | | | | 8,385,989.52 | 7,021,897.06 | 1,364,092.46 | 497,334.99 | 0 | 0 | 174,781.03 | 20,669.40 | 0 | 0 | 0 | 1,665,977.02 |

**Fill in this information to identify the case:**

Debtor name   **EnerDel, Inc., a Delaware Corporation**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Bzinfin, S.A.**<br>Creditor's Name<br><br>**c/o Nicholas Brunero, Holland & Knight 31 West 52nd Street New York, NY 10019**<br>Creditor's mailing address<br><br>**nicholas.brunero@hklaw.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Assets of Company**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$31,302,022.00** | **$0.00** |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$31,302,022.00**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

**Fill in this information to identify the case:**

Debtor name    **EnerDel, Inc., a Delaware Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** <br> **1st Class Painting LLC** <br> **6468 Royal Oakland Dr** <br> **Indianapolis, IN 46236** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

| 3.2 | **Nonpriority creditor's name and mailing address** <br> **24M Technologies Inc** <br> **130 Brookline St** <br> **Cambridge, MA 02139** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: __Possible warranty claim__ <br><br> Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

| 3.3 | **Nonpriority creditor's name and mailing address** <br> **3D Maritime Inc** <br> **36285 Nico Wynd Dr** <br> **Surrey  BC  V4P 1J3** <br> **CANADA** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

| 3.4 | **Nonpriority creditor's name and mailing address** <br> **A&M Door Inc** <br> **5508 Elmwood Ave  #303** <br> **Indianapolis, IN 46203** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

Debtor **EnerDel, Inc., a Delaware Corporation**                    Case number *(if known)* _____

_____
Name

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**A&R Erectors Inc**
**1605 Country Club Rd**
**Indianapolis, IN 46234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$435.00** |
|---|---|---|---|

**AAA Exterminating Inc**
**PO Box 2170**
**Noblesville, IN 46061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
|---|---|---|---|

**AAVID Thermalloy India Private Ltd**
**Nexus Industrial Park Phase 2**
**Kotambi Halol-Vadodara Rd**
**Vadodara Gujarat 391510**
**INDIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,822.77** |
|---|---|---|---|

**ABC Transmission Ltd**
**9300 192nd St**
**Surrey  BC  V4N3R8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ABC Transmission Ltd**
**9300 192nd St**
**Surrey  BC  V4N3R8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AC Transit**
**1100 Seminary Ave**
**Oakland, CA 94621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Accounting Principles**
**Dept CH 140341**
**Palatine, IL 60055-4031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **EnerDel, Inc., a Delaware Corporation**                                      Case number *(if known)* _____
_____
Name

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ACME Plumbing Service**
**3702 N Shadeland Ave**
**Indianapolis, IN 46226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Actacell Energy Systems Inc**
**2105 Donley Dr  #200**
**Austin, TX 78758-4510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Possible warranty claim_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ADP Inc**
**PO Box 78415**
**Phoenix, AZ 85062-8415**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Advisa USA**
**PO Box 3039**
**Carmel, IN 46082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AES Indiana #2699**
**PO Box 110**
**Indianapolis, IN 46206-0110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AES LLC**
**7-812-500-85-36**
**Poligrafmashevskii PR  D3 C A KV.1**
**St Petersburg Russia**
**RUSSIAN FEDERATION**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,682.96** |
|---|---|---|---|

**AFC Industries Inc**
**3795 Port Union Rd**
**Fairfield, OH 45014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Services_

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **EnerDel, Inc., a Delaware Corporation**                    Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,331.00** |

**AFCO Credit Corporation**
**PO Box 360572**
**Pittsburgh, PA 15250-6572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**AIG North America Inc**
**PO Box 11590**
**Newark, NJ 07193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**AION Technology LLC**
**Lightning Motor Company**
**933 American St**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Possible warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Airgas USA LLC**
**PO Box 734672**
**Dallas, TX 75373-4672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Alan Knuckles**
**1101 W 4th St**
**Alexandria, IN 46601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,999.98** |
|---|---|---|---|

**Albert Petichenskiy**
**7154 Fisher Island Dr**
**Miami Beach, FL 32139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Albert Petichenskiy (e1)**
**7154 Fisher Island Dr**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | EnerDel, Inc., a Delaware Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,532.50** |
|---|---|---|
| **Aldering Castor LLP**<br>**47 S Pennsylvania St  #700**<br>**Indianapolis, IN 46204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Services | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Alexey Pikalov**<br>**152 E New York St**<br>**Indianapolis, IN 46204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Alexis Kalugyer**<br>**1230 S State Ave**<br>**Indianapolis, IN 46203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,615.00** |
|---|---|---|
| **Allied Automation Inc**<br>**5220 E 64th St**<br>**Indianapolis, IN 46220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Services | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Allied Wire & Cable**<br>**PO Box 26157**<br>**Collegeville, PA 19426** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$734,500.00** |
|---|---|---|
| **Allison Transmission Inc**<br>**Attn Accounts Receivable MS L-28**<br>**PO Box 7120**<br>**Indianapolis, IN 46206-7120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Royalties | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Allison Transmission Inc**<br>**Plant Operations**<br>**PO Box 7120**<br>**Indianapolis, IN 46206-7120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Possible warranty claim | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **EnerDel, Inc., a Delaware Corporation**                          Case number (if known) _____

_____
Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $578.28 |
|---|---|---|---|

**Amazon.com**
**PO Box 035184**
**Seattle, WA 98124-5184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**American Association of Notaries**
**7438 Park Place Blvd**
**Houston, TX 77087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**American Health and Wellness Group**
**11555 N Meridan St  #530**
**Carmel, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**American Heart Saver**
**PO Box 173272**
**Tampa, FL 33672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**American Plastic Molding Corp**
**965 S Elm St**
**Scottsburg, IN 47170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**American Public Trans Assoc**
**313 S Patrick St**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**AMP HPC**
**12 Ronan Cres**
**Woodbridge  ON  L4H2J7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __EnerDel, Inc., a Delaware Corporation_____   Case number *(if known)* _____
         Name

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Amphenol Industrial Operations**<br>**40-60 Delaware Ave**<br>**Sidney, NY 13838** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Amphenol Sincere Flex Co Ltd**<br>**No A Wanan Industrial Park**<br>**Lanhe Town  Panyu District**<br>**Guangzhou  511480**<br>**PEOPLES REPUBLIC OF CHINA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Amphenol Tech Products Int'l Co**<br>**2110 Notre Dame Ave**<br>**Winnipeg  R3H 0K1**<br>**CANADA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **AMPM Inc**<br>**PO Box 1887**<br>**Midland, MI 48641-1887** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Angela M Nuttle**<br>**dba Corporate Talent Institute**<br>**704 S State Rd 135  Ste D395**<br>**Greenwood, IN 46143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,600.00 |
|---|---|---|---|
| | **Antenna Digital**<br>**LOCKBOX #2**<br>**PO Box 95000**<br>**Philadelphia, PA 19195-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Anthem Blue Cross Blue Shield**<br>**PO Box 645438**<br>**Cincinnati, OH 45264-5438** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **EnerDel, Inc., a Delaware Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address

**AOS Thermal Compound**
**22 Meridian Rd  #6**
**Eatontown, NJ 07724**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,567.41**

---

**3.48** | Nonpriority creditor's name and mailing address

**Aramark Refreshment Services**
**PO Box 21971**
**New York, NY 10087-1971**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$325.18**

---

**3.49** | Nonpriority creditor's name and mailing address

**Arbin Instruments**
**762 Peach Tree Cut Off Rd**
**College Station, TX 77845**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.50** | Nonpriority creditor's name and mailing address

**Art Craft Display**
**47220 Cartier Dr  Ste B**
**Wixom, MI 48393**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.51** | Nonpriority creditor's name and mailing address

**Asahi Kasei Corporation**
**Hibiya Mitsui Tower**
**1-1-2 Yurakucho  Chiyoda-Ku**
**Tokyo  100-006**
**JAPAN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.52** | Nonpriority creditor's name and mailing address

**ASAP Aquatics**
**3310 N Shadeland Ave**
**Indianapolis, IN 46226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.53** | Nonpriority creditor's name and mailing address

**ASQ**
**Accounts Receivable**
**PO Box 555**
**Milwaukee, WI 53203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor **EnerDel, Inc., a Delaware Corporation**                    Case number *(if known)* _____
_____
Name

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|------|------|------|

**Aston Carter Inc**
**7301 Parkway Dr**
**Hanover, MD 21076**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Astro Chemicals Inc**
**126 Memorial Dr**
**PO Box 2248**
**Springfield, MA 01102-2248**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$213.29** |

**AT&T**
**PO Box 5014**
**Carol Stream, IL 60197-5014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Services__

**Last 4 digits of account number** __8003__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** __9771__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**AT&T**
**PO Box 5080**
**Carol Stream, IL 60197-5080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** __9683__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**AT&T Mobility**
**PO Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**ATC Drivetrain**
**10001 NW 2nd**
**Oklahoma City, OK 73127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Possible warranty claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **EnerDel, Inc., a Delaware Corporation**                    Case number *(if known)* _____

_____
Name

| | | |
|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.61** **Nonpriority creditor's name and mailing address**

**Atlassian (US) LLC**
**350 Bush St  13th Fl**
**San Francisco, CA 94104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*           **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** **Nonpriority creditor's name and mailing address**

**Aurora Technologies Inc**
**19 Industrial Dr**
**Pacific, MO 63069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*           **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** **Nonpriority creditor's name and mailing address**

**Auto Technology Company**
**20026 Progress Dr**
**Strongsville, OH 44149**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*           **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** **Nonpriority creditor's name and mailing address**

**Automation & Modular Components**
**10301 Enterprise Dr**
**Davisburg, MI 48350**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*           **$4,706.22**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** **Nonpriority creditor's name and mailing address**

**B3CG**
**CNTA Door 18  1249 Montee Masson**
**Laval Quebec H7E4P2**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*           **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** **Nonpriority creditor's name and mailing address**

**BAE Systems Controls**
**11215 Rushmore Dr**
**Charlotte, NC 28277**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*           **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** **Nonpriority creditor's name and mailing address**

**Bae Systems Inc.**
**8 HAYES AVE.**
**Endicott, NY 13760**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*           **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **EnerDel, Inc., a Delaware Corporation**
_____   Case number _(if known)_   _____
Name

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Balboa Technologies Inc**
**3857 Birch St  Unit 166**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Barcodes Inc**
**200 W Monroe St**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Barracuda Networks Inc**
**Dept LA 22762**
**Pasadena, CA 91185-2762**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**BASF Corporation**
**BASF Battery Materials Section**
**8001 E Pleasant Valley Rd**
**Cleveland, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Battery Innovation Center**
**7970 S Energy Dr**
**Newberry, IN 47449**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Possible warranty claim_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Battery Innovation Center Institute Inc**
**7970 S Energy Dr**
**Newberry, IN 47449**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Battery Systems Inc**
**11899 Exit 5 Pkwy  #200**
**Fishers, IN 46037-8017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **EnerDel, Inc., a Delaware Corporation**                    Case number (if known)    _____
_____
Name

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bauer Controls**
**44190 Plymouth Oaks Blvd**
**Plymouth, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BD3 Platform**
**1249 Montee Masson**
**Laval Quebec  H7E 4P2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Belflex Staffing Network**
**PO Box 950175**
**Louisville, KY 40295-0175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bernd Group**
**United Tech Research Center**
**411 Silver Ln**
**East Hartford, CT 06108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,071.00 |
|---|---|---|---|

**BGBC Partners LLP**
**135 N Pennsylvania St**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,754.16 |
|---|---|---|---|

**Bitrode Corporation**
**9787 Green Park Industrial Dr**
**Saint Louis, MO 63123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BL Downey Company LLC**
**2125 Gardner Rd**
**Broadview, IL 60155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **EnerDel, Inc., a Delaware Corporation**                    Case number *(if known)* _____
_____
Name

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Black & Veatch**
**11401 Lamar Ave**
**Overland, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bluefin Robotics**
**553 South St**
**Quincy, MA 02169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bluefin Robotics**
**553 South St**
**Quincy, MA 02169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bluehost**
**1500 N Prist Dr**
**Suite 200   2nd Fl**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bob's Master Safe and Lock**
**11650 Olio  Rd  #1000-279**
**Fishers, IN 46037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Boland Technology Solutions Inc**
**1355 S 10th St**
**Noblesville, IN 46060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Borg Warner**
**3800 Automation Ave**
**Auburn Hills, MI 48326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __EnerDel, Inc., a Delaware Corporation_____   Case number _(if known)_ _____
     Name

| | | |
|---|---|---|
| **3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._     **Unknown** |

**3.89** **Nonpriority creditor's name and mailing address**
**Borg Warner**
**3800 Automation Ave**
**Auburn Hills, MI 48326**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Possible warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** **Nonpriority creditor's name and mailing address**
**Bose McKinney & Evans LLP**
**111 Monument Cir #2700**
**Indianapolis, IN 46204**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._   **$346.25**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** **Nonpriority creditor's name and mailing address**
**Bowling Green State University**
**Central Srvs Bldg  Room 108B**
**Administration Bldg  Room 319**
**Bowling Green, OH 43403-0112**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Possible warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** **Nonpriority creditor's name and mailing address**
**Bowling Green State University**
**Central Srvs Bldg  Room 108B**
**Administration Bldg  Room 319**
**Bowling Green, OH 43403-0112**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Possible warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** **Nonpriority creditor's name and mailing address**
**Boyd Thermal Systems Hong Kong Ltd**
**5/F Manulife Pl**
**348 Kwun Tong Rd**
**KL  Hong Kong**
**PEOPLES REPUBLIC OF CHINA**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._   **$6,006.59**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** **Nonpriority creditor's name and mailing address**
**Braden Business Systems**
**8700 North St  #400**
**Fishers, IN 46038**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._   **$540.09**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** **Nonpriority creditor's name and mailing address**
**Bradley Technologies of Illinois**
**3635 Swenson Ave**
**Saint Charles, IL 60174**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **EnerDel, Inc., a Delaware Corporation**                                 Case number *(if known)*
_____
Name

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**3.96**

Nonpriority creditor's name and mailing address
**Branson Ultrasonics Corp**
**PO Box 13739**
**Newark, NJ 07188-0739**

As of the petition filing date, the claim is: *Check all that apply.*  — **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.97**

Nonpriority creditor's name and mailing address
**Brent Watts**
**1313 Greenhills Rd**
**Greenfield, IN 46140**

As of the petition filing date, the claim is: *Check all that apply.*  — **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98**

Nonpriority creditor's name and mailing address
**Brinkmann Instruments Srvs Inc**
**PO Box 405562**
**Atlanta, GA 30384-5562**

As of the petition filing date, the claim is: *Check all that apply.*  — **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.99**

Nonpriority creditor's name and mailing address
**Brookville Equipment Corp**
**Attn:  Haley Blazosky**
**175 Evans St**
**Brookville, PA 15825**

As of the petition filing date, the claim is: *Check all that apply.*  — **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100**

Nonpriority creditor's name and mailing address
**Brookville Equipment Corp**
**Attn:  Haley Blazosky**
**175 Evans St**
**Brookville, PA 15825**

As of the petition filing date, the claim is: *Check all that apply.*  — **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101**

Nonpriority creditor's name and mailing address
**Bruce J Silk**
**90 Elm Tree Ln**
**Boca Raton, FL 33486**

As of the petition filing date, the claim is: *Check all that apply.*  — **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102**

Nonpriority creditor's name and mailing address
**Buca DiBeppo Indianapolis**
**35 N Illinois St**
**Indianapolis, IN 46204**

As of the petition filing date, the claim is: *Check all that apply.*  — **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **EnerDel, Inc., a Delaware Corporation**
_____   Case number *(if known)* _____
Name

| | |
|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address** |

**3.103**  **Nonpriority creditor's name and mailing address**

**Burgess Mechanical Corp**
**12220 Southeastern Ave**
**Indianapolis, IN 46259**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104**  **Nonpriority creditor's name and mailing address**

**Calendly**
**88 N Avondale Rd  #603**
**Avondale Estates, GA 30002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105**  **Nonpriority creditor's name and mailing address**

**Calgon Carbon Corporation**
**3000 GSK Dr**
**Moon Township, PA 15108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106**  **Nonpriority creditor's name and mailing address**

**California Center for Sustainable Energy**
**8690 Balboa Ave  #100**
**San Diego, CA 92123-1502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Possible warranty claim

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107**  **Nonpriority creditor's name and mailing address**

**California Center for Sustainable Energy**
**8690 Balboa Ave  #100**
**San Diego, CA 92123-1502**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Possible warranty claim

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.108**  **Nonpriority creditor's name and mailing address**

**California Employment Development Dept**
**PO Box 826276**
**Sacramento, CA 94230-6276**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109**  **Nonpriority creditor's name and mailing address**

**Capital Machinery Systems Inc**
**PO Box 330**
**Pendleton, IN 46064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   **$5,360.87**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **EnerDel, Inc., a Delaware Corporation**                          Case number *(if known)* _____
      Name

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Caplugs** | $210.55 |
| | **3012 Momentum Pl** | ☐ Contingent |
| | **Chicago, IL 60689-5330** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | | **Basis for the claim:** <u>Services</u> |
| | Last 4 digits of account number _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Capture Me Photography** | Unknown |
| | **2741 Grand Fir Dr** | ☐ Contingent |
| | **Greenwood, IN 46143** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Cardinal Integrated Systems LLC** | $23,400.02 |
| | **1005 Grade Ln** | ☐ Contingent |
| | **Louisville, KY 40213** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | | **Basis for the claim:** <u>Services</u> |
| | Last 4 digits of account number _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Career Builder LLC** | $3,090.00 |
| | **13047 Collection Center Dr** | ☐ Contingent |
| | **Chicago, IL 60693-0130** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | | **Basis for the claim:** <u>Services</u> |
| | Last 4 digits of account number _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Carl Atzinger** | Unknown |
| | **14626 Bach Dr  Apt 618** | ☐ Contingent |
| | **Carmel, IN 46032** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Carlos Foianini** | Unknown |
| | **10904 Troxel Dr  Apt 204** | ☐ Contingent |
| | **Noblesville, IN 46060** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Carlton Fields PA** | Unknown |
| | **700 NW 1st Ave  #1200** | ☐ Contingent |
| | **Miami, FL 33136-9101** | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

Debtor  **EnerDel, Inc., a Delaware Corporation**                     Case number *(if known)* _____

Name

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carolina Initiatives**
**1896 Gap Creek Rd**
**Lyman, SC 29365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carolyn Cosgriff**
**dba Confidential Recruiting**
**825 Grant St**
**Jackson, MI 49203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carrier Tranicold**
**Attn: Tevor Padgett**
**700 Olympic Dr**
**Athens, GA 30601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carrier Tranicold**
**Attn: Tevor Padgett**
**700 Olympic Dr**
**Athens, GA 30601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Castleton Lawn Care Services Inc**
**Dan Ciesniewski**
**11650 Olio Rd  #1000-246**
**Fishers, IN 46037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CEGEP De Sain Jerome**
**CDCQ/ITAQ  475 Rue Fournier**
**Saint Jerome  Quebec  J7Z 4V2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CEGEP De Sain Jerome**
**CDCQ/ITAQ  475 Rue Fournier**
**Saint Jerome  Quebec  J7Z 4V2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **EnerDel, Inc., a Delaware Corporation**

_____
Name

Case number (if known) _____

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Center for Transport and Enviro**
**730 Peachtree Street**
**Suite 760**
**Atlanta, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Central Power Systems & Services**
**9200 Liberty Dr**
**Liberty, MO 64068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Century Fasteners Corp**
**50-20 Ireland St**
**Elmhurst, NY 11373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CH Robinson International**
**2498 Perry Crossing Way #220**
**Plainfield, IN 46168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Champlain Cable Corp**
**175 Hercules Dr**
**Colchester, VT 05446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chicago Transit Authority**
**7801 S Vicennes Ave**
**Chicago, IL 60620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chris Bauer**
**3045 Oakmont Dr**
**Lapel, IN 46051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **EnerDel, Inc., a Delaware Corporation**
_____
Name

Case number *(if known)* _____

---

**3.131** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**
**Christine Bardsley**
**23970**
**Cicero, IN 46034**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **VP of Finance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,955.00**
**Christy Paddock Advisors LLC**
**525 S Meridian St  Ste1A4**
**Indianapolis, IN 46225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**
**CIL Electronics**
**dba CSI Electronics**
**1942 S Elizabeth St**
**Kokomo, IN 46902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,501.00**
**Cincinnati Insurance Companies**
**PO Box 145620**
**Cincinnati, OH 45250-5620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,950.18**
**Cintas Corporation #108**
**PO Box 630803**
**Cincinnati, OH 45263-0803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**
**Circle City Industrial LLC**
**PO Box 1129**
**Carmel, IN 46082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**
**CIS Navigation**
**478 McGill St**
**Montreal  QC  H2Y 2H2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **EnerDel, Inc., a Delaware Corporation** _____   Case number _(if known)_ _____
     Name

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $305.00 |
|---|---|---|---|

**3.138** Nonpriority creditor's name and mailing address

**Cision US Inc**
**PO Box 417215**
**Boston, MA 02241-7215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$305.00**

---

**3.139** Nonpriority creditor's name and mailing address

**Citizens Energy Group #2960000**
**PO Box 7056**
**Indianapolis, IN 46207-7056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.140** Nonpriority creditor's name and mailing address

**Citizens Energy Group - Sadlier Circle**
**2020 N Meridian St**
**Indianapolis, IN 46202-1306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.141** Nonpriority creditor's name and mailing address

**City & County of Honolulu**
**Oahu Transit Services**
**811 Middle St.**
**Honolulu, HI 96819**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.142** Nonpriority creditor's name and mailing address

**City of Durham**
**1907 Fay St**
**Durham, NC 27704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.143** Nonpriority creditor's name and mailing address

**City of North Augusta**
**PO Box 6400**
**North Augusta, SC 29841**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.144** Nonpriority creditor's name and mailing address

**Clarke Power Services**
**8510 Farrington Rd**
**Colfax, NC 27235**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor __EnerDel, Inc., a Delaware Corporation_____   Case number (if known) _____

Name

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,447.03 |
|---|---|---|---|

**Clarke Power Services Inc**
**PO Box 710157**
**Cincinnati, OH 45271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clifton Larson Allen LLP**
**PO Box 775447**
**Chicago, IL 60677-5447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CNTA**
**1249 Montee Masson**
**Laval Quebec  H7E4P2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Possible warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Coast Mountain Bus Company**
**3750 Kitchener St**
**Burnaby BC  V5C 3L6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Possible warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Comcast #4682**
**PO Box 7500**
**Southeastern, PA 19398-7500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Comcast #6837**
**PO Box 70219**
**Philadelphia, PA 19176-0219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,415.62 |
|---|---|---|---|

**Comcast Business #1996**
**PO Box 8587**
**Philadelphia, PA 19107-8587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **EnerDel, Inc., a Delaware Corporation**
_____   Case number _(if known)_ _____
Name

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Comcast Business #8638**
**PO Box 37601**
**Philadelphia, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$11,664.48** |
|---|---|---|---|

**Comemso Electronics GMBH**
**Karlsbader Str 13**
**Ostfildern 73760**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** Services

Last 4 digits of account number _____

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

**CommercePoint Inc**
**1406 Lower Campus Rd  #41**
**Honolulu, HI 96822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Commercial**
**1249, Montee Masson**
**Laval Quebec  H7E 4P2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** Possible warranty claim

Last 4 digits of account number _____

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$325.00** |
|---|---|---|---|

**Commercial Finishing Corp**
**7199 English Ave**
**Indianapolis, IN 46219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** Services

Last 4 digits of account number _____

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Community Occup Health Services**
**7169 Solution Center**
**Chicago, IL 60677-7001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$1,754,460.00** |
|---|---|---|---|

**Compal USA (Indiana) Inc**
**521 5th Ave  11th Fl**
**New York, NY 10175**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** Services - only $417,861 in payables

Last 4 digits of account number _____

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor  **EnerDel, Inc., a Delaware Corporation**                          Case number *(if known)* _____
_____
Name

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Computer Aided Technology Inc**
**165 Arlington Heights Rd  #101**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Concord Battery Corp**
**2009 San Bernadino Rd W**
**West Covina, CA 91790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,813.18** |
|---|---|---|---|

**Concote Corporation dba Insul-FAB**
**PO Box 679038**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Conserv Inc**
**814 N Delaware St**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Continental Teves Ag & Co**
**Temic Berlin Automotice Elect MotorsGMBH**
**NEUS UFER 29**
**Berlin, NY 10553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Core Business Solutions Inc**
**PO Box 631**
**Lewisburg, PA 17837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,872.50** |
|---|---|---|---|

**Cornerstone Environment H&S Inc**
**880 Lennox Ct**
**Zionsville, IN 46077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **EnerDel, Inc., a Delaware Corporation**                          Case number (if known)
_____                          _____
         Name

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cort Events**
**4904 Century Plaza Rd**
**Indianapolis, IN 46254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cracker Barrel Old Country Store**
**3840 Eagle View Dr**
**Indianapolis, IN 46254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,470.51** |
|---|---|---|---|

**Crane 1 Services Inc**
**PO Box 88989**
**Milwaukee, WI 53288-8989**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,936.50** |
|---|---|---|---|

**Crates & Pallets**
**PO Box 49**
**386 E Brookville Rd**
**Fountaintown, IN 46130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,668.16** |
|---|---|---|---|

**Crescent Electric Supply Co**
**PO Box 550**
**7750 Dunleith Dr**
**East Dubuque, IL 61025-4420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Crossroads of America Council**
**7125 Fall Creek Rd N**
**Indianapolis, IN 46256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Crown Equipment Corporation**
**44 S Washington St**
**New Bremen, OH 45869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **EnerDel, Inc., a Delaware Corporation**
_____    Case number *(if known)* _____
Name

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,649.60** |

**Crown Lift Trucks**
**PO Box 641173**
**Cincinnati, OH 45264-1173**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$181.00** |

**CSC/Corporation Service Company**
**PO Box 13397**
**Philadelphia, PA 19101-3397**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,432.00** |

**CSI Electronics**
**1942 S Elizabeth St**
**Kokomo, IN 46902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cubicles.com**
**34 S Ridge Rd**
**Pomona, NY 10970**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cullen Diesel**
**193rd St**
**Surrey  BC  V4N 4E7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Possible warranty claim

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cummins Inc**
**500 Jackson St**
**Columbus, IN 47403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Possible warranty claim

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Daehyun St Co Ltd**
**178-4 Deogeun-RI**
**Paltan-Myeon**
**Hwasung-si Kyunggi-do**
**REPUBLIC OF KOREA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **EnerDel, Inc., a Delaware Corporation**

Case number *(if known)*

Name

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dalhousie University**
1360 Barrington St  PO Box 15000
**Halifax NS B3H 4R2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Possible warranty claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dana Canada Corporation**
PO Box 77501
**Detroit, MI 48277**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Danger Labs LLC**
7251 Steinmeier Dr
**Indianapolis, IN 46250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dannar**
3 Research Way
**Greenville, SC 29607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Possible warranty claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Davtyan David Mikhailovich**
35/2 Akademika Millionshikova Street 105
**Moscow  Russia  115446**
**RUSSIAN FEDERATION**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Daytronic Corporation**
2566 Kohnie Dr
**Miamisburg, OH 45342**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DCS Line New York**
2075 91st St   Unit C
**North Bergen, NJ 07047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **EnerDel, Inc., a Delaware Corporation**
_____
Name

Case number *(if known)* _____

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Deem LLC**
**11201 USA Parkway  #200**
**Fishers, IN 46037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dell Business Credit #793**
**PO Box 5275**
**Carol Stream, IL 60197-5275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dell Computer Corporation**
**Dell Marketing LP**
**3555 Timmons Ln**
**Houston, TX 77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dell Financial Services #516**
**Payment Processing Center**
**PO Box 6410**
**Carol Stream, IL 60197-6410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dell Financial Services 517.518**
**Payment Processing Center**
**PO Box 6547**
**Carol Stream, IL 60197-6549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dell Marketing LP**
**c/o Dell USA LP**
**PO Box 802816**
**Chicago, IL 60680-2816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Delta Motorsport Limited**
**Unit 2250 Silverstone Technology Park**
**Silverstone North Hamtonshire NN12 8GX**
**ENGLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Possible warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __EnerDel, Inc., a Delaware Corporation_____   Case number (if known) _____
　　　　　Name

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Denzel E Drive GMBH**
**Erdbergstrasse 189-193**
**Wien 1030**
**AUSTRIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Possible warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Department of Energy**
**City & County of Honolulu**
**811 Middle St**
**Honolulu, HI 96819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Possible warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Department of Homeland Security**
**302 W Washington St  Rm 246**
**Indianapolis, IN 46204-2739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Derek Chandler**
**102 S Morrson Rd**
**Muncie, IN 47304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DGS Diesel - UND Getriebeservice GMBH**
**Wernher-von-Stabe 11**
**Mainz Hechstsheim  D-55129**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Possible warranty claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dhairyasheel Pawar**
**8470 Whipporwill Dr   Apt C**
**Indianapolis, IN 46256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,024.13 |
|---|---|---|---|

**Digi Key Corp**
**701 Brooks Ave S**
**Thief River Falls, MN 56701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services__

Is the claim subject to offset? ☑ No ☐ Yes

Debtor **EnerDel, Inc., a Delaware Corporation**
_____
Name

Case number (if known) _____

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,584.75** |
|---|---|---|---|

**DIVSYS International-ICAPE LLC**
**8102 Zionsville Rd**
**Indianapolis, IN 46268**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DIVSYS International-ICAPE LLC**
**8102 Zionsville Rd**
**Indianapolis, IN 46268**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Docusign**
**14800 Frye Rd  2nd Fl**
**Fort Worth, TX 76155**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Doe National Energy Technology Lab**
**Morgantown Campus**
**3610 Collins Ferry Rd**
**Morgantown, WV 26507**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DS Tech**
**1275 Rue Newton Local 15**
**Boucherville  QC  J4B 5H2**
**CANADA**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dunham Rubber & Belting Corp**
**PO Box 47249**
**Indianapolis, IN 46247-0249**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dynapower Co**
**85 Meadowland Dr**
**South Burlington, VT 05403**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    __EnerDel, Inc., a Delaware Corporation__    Case number (if known) _____
　　　　Name

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**E Car Service**
**UID ATU65905069**
**Eigenheim 7 6850 Dornbirn**
**AUSTRIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Possible warranty claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**E on Technologies GMBH**
**Alexander Von Huboldt Str 1**
**45896 Gelsenkirchen**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Possible warranty claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**e-AAM Driveline Systems AB**
**Nohabgatan 18E**
**SE-461 53 Trollhatten**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Possible warranty claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Eagle Rock Specialties**
**Idaho National Labs**
**2299 W Omni Dr**
**Idaho Falls, ID 83402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Possible warranty claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Eastern Engineering Supply Inc**
**2810 N Wheeling Ave**
**Muncie, IN 47303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Eaton Corporation**
**7250 Flint Dr**
**Menomonee Falls, WI 53051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Possible warranty claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**EBM-PAPST Automotive & Drive**
**PO Box 416381**
**Boston, MA 02241-6381**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **EnerDel, Inc., a Delaware Corporation**
_____
Name

Case number *(if known)* _____

---

| | | |
|---|---|---|
| 3.215 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Eclipse Energy**
**1752 Fields Blvd**
**Greenfield, IN 46140**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ **Possible warranty claim** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.216 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**EDA Inc**
**Engineering Design & Automation**
**5600 N US Highway 41**
**PO Box 5173**
**Terre Haute, IN 47805**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.217 | **Nonpriority creditor's name and mailing address** | **$2,247.00** |

**EDLO Sales & Engineering Inc**
**407 Yorktown Rd**
**Logansport, IN 46947**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ **Services** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.218 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Efficient Drivetrains Inc**
**1000 Business Park Dr  Ste B**
**Dixon, CA 95620**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ **Possible warranty claim** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.219 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Efile4Biz**
**3300 Gateway Dr**
**Pompano Beach, FL 33069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.220 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Egenolf Industrial Group Inc**
**PO Box 1991**
**Indianapolis, IN 46206-1991**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.221 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Elbilmek AS**
**Snaroyveien 73**
**Fornebu 1367   MOB 968 017 16**
**NORWAY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ **Possible warranty claim** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **EnerDel, Inc., a Delaware Corporation**
Name

Case number *(if known)* _____

---

**3.222** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
**Electrans Technologies Ltd**
**Canadian Bron LTD  2021 Spears Rd**
**Oakville  ON  L6L 2X8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
**Electric Vehicle Club of Purdue**
**451 N Grant St  Apt 7**
**West Lafayette, IN 47906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
**Electro Enterprises Inc**
**3601 North I-35 Service Rd**
**Oklahoma City, OK 73111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
**Electronic Mobility Automotive AG**
**Praternisel 3-4**
**Munich D-80538**
**BAVARIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
**Element Materials Technology Chicago**
**194 International Blvd**
**Glendale Heights, IL 60139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,460.00**
**Elevated Logistics Group LLC**
**PO Box 6065**
**Fishers, IN 46038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
**Elgin Fastener Group**
**26063 Network Pl**
**Chicago, IL 60673-1247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **EnerDel, Inc., a Delaware Corporation**                     Case number *(if known)* _____
         Name

| | | |
|---|---|---|
| 3.229 | **Nonpriority creditor's name and mailing address**<br>**Elroy Air**<br>**1500 Michigan St**<br>**San Francisco, CA 94124** | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **Possible warranty claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.230 | **Nonpriority creditor's name and mailing address**<br>**Elwod Staffing Services Inc**<br>**PO Box 1024**<br>**Columbus, IN 47202** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$1,836.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.231 | **Nonpriority creditor's name and mailing address**<br>**EMA Design Automation**<br>**225 Tech Park Dr**<br>**Rochester, NY 14692** | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.232 | **Nonpriority creditor's name and mailing address**<br>**Emera Technologies**<br>**702 N Franklin St  #100**<br>**Tampa, FL 33602** | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **Possible warranty claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.233 | **Nonpriority creditor's name and mailing address**<br>**Emerging Power Inc**<br>**244 Wood St**<br>**PO Box 9184**<br>**Lexington, MA 02420-9108** | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **Possible warranty claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.234 | **Nonpriority creditor's name and mailing address**<br>**EMP Technical Group**<br>**17450 Tiller Ct**<br>**Westfield, IN 46074** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$9.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.235 | **Nonpriority creditor's name and mailing address**<br>**Enerboost DOO**<br>**Barjanska cesta 70**<br>**Ljubljana Slovenia 1000**<br>**SLOVENIA** | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

Debtor  **EnerDel, Inc., a Delaware Corporation**                              Case number *(if known)* _____

    Name

| | |
|---|---|
| **3.236** | |

**3.236**

**Nonpriority creditor's name and mailing address**

**Enerdel Inc**
**2 Avtomotornaya St Moscow**
**Moscow  125438**
**RUSSIAN FEDERATION**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237**

**Nonpriority creditor's name and mailing address**

**EnerDel Warranty**
**3619 W 73rd St  #2**
**Anderson, IN 46011**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238**

**Nonpriority creditor's name and mailing address**

**EnerDel-IEGO**
**3619 W 73rd St  #2**
**Anderson, IN 46011**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239**

**Nonpriority creditor's name and mailing address**

**Energetech Co**
**dba Electric Car Company**
**7427 S Main St**
**Midvale, UT 84047**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240**

**Nonpriority creditor's name and mailing address**

**Energy Systems Network**
**111 Monument Cir  #1800**
**Indianapolis, IN 46204**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241**

**Nonpriority creditor's name and mailing address**

**Enertech International Inc**
**296 Chungjuhosu Ro**
**Chungju-City**
**Chungbuk 27432**
**REPUBLIC OF KOREA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$1,462,574.81**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services 175,206.40 plus 1,287,368.41**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242**

**Nonpriority creditor's name and mailing address**

**Enerz**
**19 Lyalin Lane**
**Building 1**
**Moscow  105062**
**RUSSIAN FEDERATION**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **EnerDel, Inc., a Delaware Corporation**                    Case number *(if known)*
_____                    _____
Name

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Enerz**
**19 Lyalin Lane**
**Building 1**
**Moscow  105062**
**RUSSIAN FEDERATION**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Enpower**
**8740 Hague Rd #7**
**Indianapolis, IN 46256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2022 - 3/2022**

**Basis for the claim:  Estimated utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EnPower**
**2155 W Pinnacle Peak Rd  #120**
**Phoenix, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Epignosis LLC**
**315 Montgomery St  9th Fl**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ergo-Office Furniture LLC**
**2525 N Shadeland Ave  Bldg 60**
**Indianapolis, IN 46219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Espec North America Inc**
**4141 Central Pkwy**
**Hudsonville, MI 49429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Essentra Components**
**2 Westbrook Corporate Center**
**Westchester, IL 60154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **EnerDel, Inc., a Delaware Corporation**

Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143,027.01** |

**Estes Design and Manufacturing Inc**
**470 S Mitthoeffer Rd**
**Indianapolis, IN 46229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EVC Group SRO**
**Nadrazni 804**
**Hulin 768 24**
**CZECH REPUBLIC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EVC Racing**
**11339 Valley Meadow Dr**
**Zionsville, IN 46077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EVOA LLC**
**805 Marina Rd**
**Titusville, FL 32796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Evolve Electrics**
**5735 Arapahoe Ave  Unit C**
**Boulder, CO 80303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fabryka Samochodow Osobowych Syrena**
**Jozefow Street 9**
**Kutno 99-300**
**POLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Facturation Parc - Society De Transport**
**800 DeLa Gauchetiere Oest 8440**
**Montreal QC H5A 1J6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | EnerDel, Inc., a Delaware Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.257** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,487.20**

**Faegre Drinker Biddle & Reatch LLP**
**PO Box 856522**
**Minneapolis, MN 55485-6522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fahrenheit IT**
**115 W Washington St  #1220**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Farasis**
**West Side of Caidie Road**
**North Side of Jinling West Road**
**Ganzhour City,  Jiangxi Province**
**PEOPLES REPUBLIC OF CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fast Lane Recuitment Group LLC**
**1175 Paper Chase Ct**
**Lawrenceville, GA 30043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fastenal Company**
**PO Box 978**
**Winona, MN 55987-0978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**FedEx**
**6648 S Permiter Rd**
**Indianapolis, IN 46241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**FedEx 2715-5**
**PO Box 94515**
**Palatine, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **EnerDel, Inc., a Delaware Corporation**
_____   Case number _(if known)_ _____
Name

| | | |
|---|---|---|
| **3.264** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **Unknown** |
| | **FedEx 2793-2**<br>**Dept CH  PO Box 10306**<br>**Palatine, IL 60055-0306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.265** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **$365.17** |
| | **FedEx 7952-6**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Services__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.266** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **$871.12** |
| | **FedEx 8145-4**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Services__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.267** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **$315.67** |
| | **FedEx Freight #9526**<br>**Dept Ch PO Box 10306**<br>**Palatine, IL 60055-0306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Services__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.268** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **Unknown** |
| | **FedEx Freight 1179**<br>**Dept CH   PO Box 10306**<br>**Palatine, IL 60055-0306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.269** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **Unknown** |
| | **FedEx Freight 1874-3**<br>**PO Box 94515**<br>**Palatine, IL 60055-0306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.270** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ **Unknown** |
| | **FedEx Trade Networks**<br>**PO Box 842206**<br>**Boston, MA 02284-2206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | EnerDel, Inc., a Delaware Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.271** | **Nonpriority creditor's name and mailing address**

**FedEx Wholesale Collections**
**3965 Airways Blvd  Module G  3rd Fl**
**Memphis, TN 38116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.272** | **Nonpriority creditor's name and mailing address**

**First Advantage Background Serv**
**PO Box 403532**
**Atlanta, GA 30384-3532**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.273** | **Nonpriority creditor's name and mailing address**

**First Call Temporary Services Inc**
**PO Box 7096**
**Dept 252**
**Indianapolis, IN 46207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.274** | **Nonpriority creditor's name and mailing address**

**First Financial Bank**
**300 Meridian St  #300**
**Indianapolis, IN 46204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.275** | **Nonpriority creditor's name and mailing address**

**First Financial Bank - VISA**
**PO Box 42070**
**Middletown, OH 45042-0070**

Date(s) debt was incurred  Various from 1/1/23

Last 4 digits of account number  7397

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Services

Is the claim subject to offset? ■ No ☐ Yes

**$15,276.33**

---

**3.276** | **Nonpriority creditor's name and mailing address**

**Fisker Automotive Inc**
**19 Corporate Park**
**Irvine, CA 92606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Possible warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.277** | **Nonpriority creditor's name and mailing address**

**Flagship Enterprise Center Inc**
**2705 Enterprise Dr**
**Anderson, IN 46013**

Date(s) debt was incurred  June - July 2023

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid utility bills - June (shared expense - est. $15,000) and unpaid rent - July ($15,914).

Is the claim subject to offset? ■ No ☐ Yes

**$13,492.44**

---

Debtor **EnerDel, Inc., a Delaware Corporation**                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.278 | **Nonpriority creditor's name and mailing address** |

**Flame Enterprises**
**21500 Gledhill St**
**Chatsworth, CA 91311**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.279 | **Nonpriority creditor's name and mailing address** |

**Flex-Cable**
**5822 Henkel Rd**
**Howard City, MI 49329**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.280 | **Nonpriority creditor's name and mailing address** |

**Flexware Innovation Inc**
**9128 Technology Ln**
**Fishers, IN 46038**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.281 | **Nonpriority creditor's name and mailing address** |

**Florida Department of State**
**Division of Corporation**
**2415 N Monroe St  #810**
**Tallahassee, FL 32303**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.282 | **Nonpriority creditor's name and mailing address** |

**Florida Detroit Diesel**
**6750 Presidents Drive**
**Orlando, FL 32809**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Possible warranty claim

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.283 | **Nonpriority creditor's name and mailing address** |

**Fluid Air Engineering Inc**
**5775 W 74th St**
**Indianapolis, IN 46278**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.284 | **Nonpriority creditor's name and mailing address** |

**Flying Colors Group LP**
**1506 Wheelbarrow Creek Rd**
**Stevensville, MT 59870**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **EnerDel, Inc., a Delaware Corporation**
_____  Case number (if known) _____
Name

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,350.00 |
|---|---|---|---|

**FNS Inc**
**1545 Francisco St**
**Torrance, CA 90501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**FORI Automation**
**13231 23 Mile Rd**
**Shelby Township, MI 48315**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Possible warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Fotronic Corporation**
**dba Test Equipment Depot**
**99 Washington St**
**Melrose, MA 02176-6024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Fred Pryor Learning Solutions**
**PO Box 219468**
**Kansas City, MO 64121-9468**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Front Panel Express**
**1015 Central Ave N**
**Kent, WA 98032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Fujipoly American Corp**
**PO Box 119**
**Carteret, NJ 07008-0119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**FUNDACAO CPQD - Rue Doutor Recardo**
**Benetton Martins SN Parque II Do Polo De**
**Alta Technolgia Campinas AP**
**BRAZIL**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Possible warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **EnerDel, Inc., a Delaware Corporation**                     Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.292 | **Nonpriority creditor's name and mailing address** |

**3.292**

**Nonpriority creditor's name and mailing address**
**GAFFOGLIO FAMILY METALCRAFTERS, INC.**
**11161 SLATER AVENUE**
**Fountain Valley, CA 92708**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.293**

**Nonpriority creditor's name and mailing address**
**Galbraith Laboratories Inc**
**2323 Sycamore Dr**
**Knoxville, TN 37921**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.294**

**Nonpriority creditor's name and mailing address**
**General Devices Co Inc**
**1410 S Post Rd**
**Indianapolis, IN 46239**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.295**

**Nonpriority creditor's name and mailing address**
**GENERAL DYNAMICS LAND SYSTEMS**
**1161 BUCKEYE ROAD**
**Lima, OH 45804-1815**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.296**

**Nonpriority creditor's name and mailing address**
**GENERAL MOTORS LLC**
**SHERMAN ZENG**
**30003 VAN DYKE AVE.**
**Warren, MI 48092**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.297**

**Nonpriority creditor's name and mailing address**
**George E Missbach & Company**
**3715 Norhtside Pkwy NW  Ste 3-675**
**Atlanta, GA 30327**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.298**

**Nonpriority creditor's name and mailing address**
**Gerweiss Motors Corporation**
**36 Armstrong Villas Armstrong Ave**
**Moonwalk Paranaque City Metro Manilla**
**PHILLIPPINES**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| Debtor | **EnerDel, Inc., a Delaware Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.299** | **Nonpriority creditor's name and mailing address**
**GFE MacArthur Investments LLC**
**757 N Broadway  #700**
**Milwaukee, WI 53202**

**Date(s) debt was incurred**  **July 2023**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          **$12,834.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Unpaid Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address**
**GH Packaging**
**Product Testing & Consulting Inc**
**4090 Thunderbird Ln**
**Fairfield, OH 45014**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address**
**Gibson Teldata Inc**
**PO Box 3000**
**Terre Haute, IN 47803-0115**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          **$1,293.27**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address**
**GIMS Inc**
**RM506, 5F, Miwon Bldg**
**70, Gukjegeumyung-Ro**
**Yeondgeungpo-Gu  Seoul 07333**
**REPUBLIC OF KOREA**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address**
**Global Industrial Equipment**
**29833 Network Pl**
**Chicago, IL 60673-1298**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          **$5,301.88**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address**
**Global Plastics Inc**
**6739 Guion Rd**
**Indianapolis, IN 46268**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          **$34,760.22**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address**
**GO ELECTRIC INC.**
**1920 Purdue Parkway**
**Anderson, IN 46016**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __EnerDel, Inc., a Delaware Corporation__  Case number (if known) _____
　　　　　Name

| 3.306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Golden Lakes Investment Ltd**
**Rm 1201 Building A11  No 2 District**
**San Li He XI Cheng District**
**Beijing  China**
**PEOPLES REPUBLIC OF CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Goodwolfe Energy Limited - Units 27/28**
**Laurance Industrial Estate Eastwoodbury**
**Southend-on-Sea Essex SS2 6RH**
**ENGLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Possible warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Gordon Food Service Store**
**9540 Masters Rd**
**Indianapolis, IN 46250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Gordon Fournaris & Mammarella PA**
**1925 Lovering Ave**
**Wilmington, DE 19806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Grainger**
**1657 Shermer Rd**
**Northbrook, IL 60062-5362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,000.00** |

**Grant Thornton**
**33562 Treasury Center**
**Chicago, IL 60694-3500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Great Lakes Tape Corp**
**dba GLT International**
**2961 Bond St**
**Rochester Hills, MI 48309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **EnerDel, Inc., a Delaware Corporation**                          Case number *(if known)* _____
_____
Name

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GREATER CLEVELAND RTA**
**1240 WEST 6TH STREET**
**Cleveland, OH 44113-1331**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Possible warranty claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**GREATER LYNCHBURG TRANSIT**
**COMPANY**
**ACCOUNTS PAYABLE**
**P.O. BOX 11286**
**Lynchburg, VA 24506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Possible warranty claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**GreatLink USA**
**44168 S Grimmer Blvd**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Greenfield Global USA Inc**
**PO Box 67000**
**Detroit, MI 48267-2675**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Greentree Electronics Ltd**
**53 Metudela St**
**Tel Aviv**
**ISRAEL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Greenway Operator AS**
**Bajkalska 5/B**
**831 04 Bratislava**
**SLOVAKIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Possible warranty claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Guardian**
**PO Box 95101**
**Chicago, IL 60694-5101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **EnerDel, Inc., a Delaware Corporation**                    Case number *(if known)* _____
_____
Name

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

3.320 | **Nonpriority creditor's name and mailing address**

**Guardian Life Insurance Company**
PO Box 677458
**Dallas, TX 75267-7458**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.321 | **Nonpriority creditor's name and mailing address**

**H & Friends Freight Inc**
145-43 226th St
**Springfield Gardens, NY 11413**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.322 | **Nonpriority creditor's name and mailing address**

**H2S Solutions**
20409 Yorba Linda Blvd  #228
**Yorba Linda, CA 92886**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.323 | **Nonpriority creditor's name and mailing address**

**Hagerman Security/Investigations**
8552  S 400 E
**Markleville, IN 46056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.324 | **Nonpriority creditor's name and mailing address**

**Hamilton County Treasurer**
33 N 9th St  #112
**Noblesville, IN 46060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.325 | **Nonpriority creditor's name and mailing address**

**Hancock County Treasurer**
111 American Legion Pl  #205
**Greenfield, IN 46140**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.326 | **Nonpriority creditor's name and mailing address**

**Hankuk Fiber Co Ltd**
181 1 Yongji-Ri  Bubuk-Myun
**Miryang-Si  Kyungnam**
**SOUTH KOREA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _ Possible warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **EnerDel, Inc., a Delaware Corporation**                                   Case number *(if known)* _____
_____
          Name

| 3.327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harbor Freight**
**5703 E 86th St**
**Indianapolis, IN 46250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**HARDT ELECTRIC**
**4909 N ELSTON**
**Chicago, IL 60630**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Possible warranty claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harendorfer Machine Inc**
**550 O'Byrne Ave**
**Louisville, KY 40233**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harvest CROO, LLC. (4FX)**
**251 SOUTH 78TH STREET**
**Tampa, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Possible warranty claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hayes Young Law LLC**
**133 W Market St  #332**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hazmat Safety Consulting LLC**
**1765 Duke St**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Heather Jaeger**
**701 W 72nd St**
**Indianapolis, IN 46260**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   __EnerDel, Inc., a Delaware Corporation_____   Case number (if known) _____
      Name

| 3.334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Heritage Interactive Services LLC**
**PO Box 681490**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**HG Engineers**
**142 Eglin Pkwy SE**
**Fort Walton Beach, FL 32548**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Possible warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**High Impact Solutions**
**20793 Farmington Rd  #13**
**Farmington, MI 48336**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hilary Goodnight**
**3303 Wild Ivy Cir**
**Indianapolis, IN 46227**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hioki USA Corporation**
**6600 Chase Oaks Blvd  #150**
**Plano, TX 75023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Holland & Knight**
**PO Box 864084**
**Orlando, FL 32886-4084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Honda R&D Europe Germany GMBH**
**Carl-Legien-Strasse 30**
**63073 Offenbach**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Possible warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    EnerDel, Inc., a Delaware Corporation

Case number *(if known)*

Name

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Hoosier Gasket Corp**
2400 Enterprise Park Pl
Indianapolis, IN 46218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Horizon House Inc**
1033 E Washington St
Indianapolis, IN 46202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Horner Industrial Services Inc**
1521 E Washington St
Indianapolis, IN 46201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**HR Pro/Bancorpsv**
1423 E 11 Mile Rd
Royal Oak, MI 48067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Hunter Lift TLD**
11233 South Ave
North Lima, OH 44452-9731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**HVR Advanced Power Components Inc**
2090 Old Union Rd
Cheektowaga, NY 14227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Hyatt House**
11455 Ikea Way
Fishers, IN 46037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **EnerDel, Inc., a Delaware Corporation**                          Case number *(if known)* _____
_____
          Name

| 3.348 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hyundai Heavy Industries Co Ltd**
**1 Cheon Ha Dong**
**Dong-Gu Ulsan**
**SOUTH KOREA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Possible warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,750.00** |
|---|---|---|---|

**I-Gear Inc**
**8016 Vinecrest Ave**
**Louisville, KY 40222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$82.19** |
|---|---|---|---|

**ICC Business Products**
**PO Box 26058**
**Indianapolis, IN 46226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ICS Chillers**
**3335 Minnesota Ln N**
**Minneapolis, MN 55447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ID TechEx.com**
**One Boston Pl  #2600**
**Boston, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**IDEAL POWER CONVERTERS**
**4210 FREIDRICH LANE**
**Suite 100**
**Austin, TX 78744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Possible warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Idesco Corp**
**37 W 26th St  10th Fl**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **EnerDel, Inc., a Delaware Corporation**                          Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**3.355**

**Nonpriority creditor's name and mailing address**
**IEWC Holdings Corp**
**5001 S Towne Dr**
**New Berlin, WI 53151**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.356**

**Nonpriority creditor's name and mailing address**
**IHS Global Inc**
**dba Global Engineering Documents**
**PO Box 911501**
**Denver, CO 80291-1501**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.357**

**Nonpriority creditor's name and mailing address**
**Ikonix USA**
**28105 N Keith Dr**
**Lake Forest, IL 60045**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.358**

**Nonpriority creditor's name and mailing address**
**Incodema Inc**
**407 Cliff St**
**Ithaca, NY 14850**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.359**

**Nonpriority creditor's name and mailing address**
**Indiana Chamber of Commerce**
**115 W Washington St  Ste 850 S**
**Indianapolis, IN 46204-3497**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.360**

**Nonpriority creditor's name and mailing address**
**Indiana Department of Revenue**
**100 N Senate Ave**
**IGCN  Rm N105**
**Indianapolis, IN 46204**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.361**

**Nonpriority creditor's name and mailing address**
**Indiana Dept of Environmental Mgmt**
**PO Box 3295**
**Indianapolis, IN 46206-3295**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

| Debtor | EnerDel, Inc., a Delaware Corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.362** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Indiana Dept of Homeland Security**
**Fiscal Dept  Rm E221**
**302 W Washington St**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.363** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Indiana Dept of Revenue**
**PO Box 6032**
**Indianapolis, IN 46206-6032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.364** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Indiana Filter Supply Inc**
**5850 Kopetsky Dr  Ste F**
**Indianapolis, IN 46217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.365** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**INDIANA OFFICE OF ENERGY**
**DEVELOPMENT**
**1 NORTH CAPITOL SUITE 600**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.366** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Indiana Professional Licensing Agency**
**402 W Washington St  Rm W072**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.367** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Indiana Secretary of State**
**200 W Washington St  Rm 201**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.368** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Indiana Stamp Companies**
**1319 Production Rd**
**Fort Wayne, IN 46808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **EnerDel, Inc., a Delaware Corporation** _____ Case number _(if known)_ _____
      Name

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Indiana State Police**
**PO Box 6188**
**Indianapolis, IN 46206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$824.50** |
|---|---|---|---|

**Indianapolis Power & Light - Sadler Cir**
**PO Box 110**
**Indianapolis, IN 46206-0110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**INDPLS COMM DEV BLOCK GRANT**
**BEUMER CONSULTING**
**PO Box 219**
**Farmland, IN 47340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Indy Chamber**
**111 Monument Cir  #1950**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**INDY POWER SYSTEMS**
**7702 MOLLER ROAD**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Infinity Printing and Promotions**
**14563 Sowers Dr**
**Fishers, IN 46038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$2,550.00** |
|---|---|---|---|

**Informa Markets Manufacturing LLC**
**25589 Network Pl**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **EnerDel, Inc., a Delaware Corporation**                              Case number *(if known)* _____
         _____
         Name

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$495.00** |
|---|---|---|---|

**InfoTrac**
**200 N Palmetto St**
**Leesburg, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**INSCCU ASFE**
**PO Box 6271**
**Indianapolis, IN 46206-6271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,353.13** |
|---|---|---|---|

**Insight Direct USA Inc**
**PO Box 731069**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$969.50** |
|---|---|---|---|

**Interstate Power Systems**
**NW 7244**
**PO Box 1450**
**Minneapolis, MN 55485-7244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Interstate Power Systems**
**21568 Highview Ave**
**Lakeville, MN 55044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Intertek Testing Services NA Inc**
**PO Box 405176**
**Atlanta, GA 30384-5176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**INTERTEK TESTING SERVICES NA INC**
**45000 Helm St, Suite 150**
**Plymouth, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **EnerDel, Inc., a Delaware Corporation**  Case number *(if known)* _____
_____
Name

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Irish Mechanical Services Inc**
**7008 E 43rd St**
**Indianapolis, IN 46226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Iron Mountain**
**PO Box 27128**
**New York, NY 10087-7128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**iSolutions Services**
**2700 Still Creek Dr**
**Zionsville, IN 46077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Itochu Corporation**
**Itochu Corporation5-1 Kita-Aoyama**
**2-Chometokyo 5-1-Kita-Aoyama  2-Chome**
**Tokyo  107-8077**
**JAPAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Itochu Corporation**
**5-1 Kita-Aoyama 2-Chome**
**Minato-Ku Tokyo 107-8077**
**JAPAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _ **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Itochu Europe**
**The Broadgate Tower - 20 Primrose Street**
**London EC2A 2EW**
**ENGLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _ **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ja'Len Edwards**
**6565 Bergeson Way**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **EnerDel, Inc., a Delaware Corporation**                                Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.390 | |

**Nonpriority creditor's name and mailing address**

**Jama Software Inc**
**135 SW Taylor St  #200**
**Portland, OR 97204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.391 | |

**Nonpriority creditor's name and mailing address**

**Jamac Inc**
**422 Buchanan St**
**Sandusky, OH 44870**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$254.90**

---

| | |
|---|---|
| 3.392 | |

**Nonpriority creditor's name and mailing address**

**James Babcock Inc**
**2925 N Mitthoeffer Pl**
**Indianapolis, IN 46229**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,062.86**

---

| | |
|---|---|
| 3.393 | |

**Nonpriority creditor's name and mailing address**

**James Bowman**
**8221 Sargent Rd**
**Indianapolis, IN 46256**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.394 | |

**Nonpriority creditor's name and mailing address**

**Jani-King of Indianapolis**
**6960 Corporate Dr**
**Indianapolis, IN 46278**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$660.00**

---

| | |
|---|---|
| 3.395 | |

**Nonpriority creditor's name and mailing address**

**Jay-Crew Landscaping Inc**
**2901 S Gharkey St**
**Muncie, IN 47302**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.396 | |

**Nonpriority creditor's name and mailing address**

**JBS Services**
**346 Creekstone Dr**
**Indianapolis, IN 46239**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor  **EnerDel, Inc., a Delaware Corporation**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.397 | **Nonpriority creditor's name and mailing address**<br>**Jeff Dick**<br>**325 N 14th St**<br>**Middletown, IN 47356**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.398 | **Nonpriority creditor's name and mailing address**<br>**JEM Electronics**<br>**23 National Dr**<br>**Franklin, MA 02038**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.399 | **Nonpriority creditor's name and mailing address**<br>**Jofemar SA Hidrownew XXII SL**<br>**Ctra Marcilla KM 2**<br>**31350 Peralta Navarra**<br>**SPAIN**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Possible warranty claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.400 | **Nonpriority creditor's name and mailing address**<br>**Johnson & Towers Inc**<br>**PO Box 7788**<br>**Portsmouth, VA 23707**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.401 | **Nonpriority creditor's name and mailing address**<br>**Johnson & Towers Inc**<br>**Attn: Brent Corman**<br>**500 Wilson Point Rd**<br>**Middle River, MD 21220**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Possible warranty claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.402 | **Nonpriority creditor's name and mailing address**<br>**Joshua Davis**<br>**2811 N 125 W**<br>**Greenfield, IN 46140-8619**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.403 | **Nonpriority creditor's name and mailing address**<br>**Jules and Associates Inc**<br>**515 S Figueroa St  #1900**<br>**Los Angeles, CA 90071**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$15,026.01** |

Debtor **EnerDel, Inc., a Delaware Corporation**
_____
 Name

Case number (if known) _____

---

**3.404**

**Nonpriority creditor's name and mailing address**
**JX Nippon Mining & Metals**
**6-3 Otemachi  2-Chome**
**Chiyoda-Ku**
**Tokyo  100-8164**
**JAPAN**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.405**

**Nonpriority creditor's name and mailing address**
**K&K MANUFACTURING INC**
**951 9 MILE ROAD N W**
**Sparta, MI 49345**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Possible warranty claim** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.406**

**Nonpriority creditor's name and mailing address**
**Kaman Fluid Power**
**3802 N 600 W**
**Greenfield, IN 46140**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.407**

**Nonpriority creditor's name and mailing address**
**Kardex Handling Solutions**
**10340 Pleasant St  #600**
**Noblesville, IN 46060**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.408**

**Nonpriority creditor's name and mailing address**
**Katz Sapper & Miller**
**Dept 235**
**PO Box 7096**
**Indianapolis, IN 46206-7096**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.409**

**Nonpriority creditor's name and mailing address**
**KBS Engineering Services LLC**
**30746 Brush St**
**Madison Heights, MI 48071**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.410**

**Nonpriority creditor's name and mailing address**
**Kearston West**
**7001 S CR 475 E**
**Selma, IN 47383**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   __EnerDel, Inc., a Delaware Corporation__          Case number *(if known)* _____
     Name

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kele Inc**
**3300 Brother Blvd**
**Memphis, TN 38133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KEME INC**
**550 MORELAND WAY 4610**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Possible warranty claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kent Machine**
**8677 S State Rd 9**
**Pendleton, IN 46064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,000.00** |
|---|---|---|---|

**Kenworth Truck Co**
**Attn Bob Gurney**
**485 Houser Way N**
**Renton, WA 98057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kenworth Truck Co**
**Attn Bob Gurney**
**485 Houser Way N**
**Renton, WA 98057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  __Possible warranty claim__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kev Adjemian**
**1072 Santa Ana St.**
**Laguna Beach, CA 92651**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kev Adjemian**
**1072 Santa Ana St.**
**Laguna Beach, CA 92651**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **EnerDel, Inc., a Delaware Corporation**                    Case number (if known) _____
_____
Name

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.418** Nonpriority creditor's name and mailing address

**Kevin Rothada Technologies**
**11149 Bradford Rd**
**Littleton, CO 80127**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.419** Nonpriority creditor's name and mailing address

**Kevin Scotese**
**739 Grandin Rd**
**Charlotte, NC 28208**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.420** Nonpriority creditor's name and mailing address

**Key Manufacturing LLC**
**PO Box 248**
**Edinburgh, IN 46124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$155,030.40**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Merchandise**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.421** Nonpriority creditor's name and mailing address

**Keyence Corp of America**
**Dept CH 17128**
**Palatine, IL 60055-7128**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.422** Nonpriority creditor's name and mailing address

**Keytronic EMS**
**1801 S Fulton Dr**
**Corinth, MS 38834**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.423** Nonpriority creditor's name and mailing address

**Kimberly Springer**
**7222 Sandalwood Dr**
**Indianapolis, IN 46217**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.424** Nonpriority creditor's name and mailing address

**King County DOT Transit Vehicle Maint**
**2160 N 163rd St**
**NBM-TR-0100**
**Seattle, WA 98133**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **EnerDel, Inc., a Delaware Corporation**
_____   Case number *(if known)*  _____
Name

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kirby Risk Corporation**
**27561 Network Pl**
**Chicago, IL 60673-1275**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$572,571.00** |
|---|---|---|---|

**Komatsu Mining Corp**
**120 Liberty St**
**Franklin, PA 16323**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Komatsu Mining Corp. Group**
**120 Liberty Street**
**Franklin, PA 16323**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kore Power Inc**
**1875 N Lakewood Dr  #200**
**Coeur D Alene, ID 83814**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KRONUS ENGINEERING**
**5735 ARAPAHOE**
**Boulder, CO 80303**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Krukemeier Machine & Tool Co Inc**
**4949 Subway St**
**Beech Grove, IN 46107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Landstar Ranger Inc**
**PO Box 8500 54293**
**Philadelphia, PA 19178-4283**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **EnerDel, Inc., a Delaware Corporation**
_____
  Name

Case number (if known) _____

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lane Transit District**
**3500 E 17th Ave**
**Eugene, OR 97403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Possible warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215.00 |
|---|---|---|---|

**Leapfile Inc**
**Dept LA 22799**
**Pasadena, CA 91185-2799**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LEM USA Inc**
**BIN 88054**
**Milwaukee, WI 53288-0054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Level 3 Communications LLC**
**PO Box 910182**
**Denver, CO 80291-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LHD Benefit Advisors**
**250 W 96th St  #350**
**Indianapolis, IN 46260-1317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Li Guogun-RiseSun MGL New Energy**
**Science**
**18# Baifuquan Rd  Changping Sector of**
**Zhongguancun Science Park   Beijing**
**PEOPLES REPUBLIC OF CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Possible warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LIGHTNING MOTORS CORP**
**931 AMERICAN STREET**
**40 S 35TH ST**
**Boulder, CO 80305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Possible warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __EnerDel, Inc., a Delaware Corporation_____ Case number *(if known)* _____
      Name

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lincoln Business Park Holdings LLC**
**241 N Pennsylvania St  #300**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Linde Gas & Equipment Inc**
**Praxair Distribution Inc**
**Dept CH 10660**
**Palatine, IL 60055-0660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,963.75** |
|---|---|---|---|

**LinkedIn Corp**
**1000 W Maude Ave**
**Sunnyvale, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Services_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lion Buses**
**921 Chermin De La Riviere Du Nord**
**St. Jerome P. Qc J7Y 5G2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Possible warranty claim_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lithium Storage Ltd**
**No 9 East Mozhou Road**
**Jiangning District 211111**
**PEOPLES REPUBLIC OF CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LMC Service Solutions**
**1023 W 38th St**
**Anderson, IN 46013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|

**Lolita McCormick**
**1948 N Tibbs Ave**
**Indianapolis, IN 46222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Settlement agreement_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **EnerDel, Inc., a Delaware Corporation**                              Case number (if known)
_____
Name

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271.82 |
|---|---|---|---|

**Lowes Home Improvement**
**PO Box 530954**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LTS Marine Inc**
**1602 Jean Lachaine**
**Saint-Catherine Quebec J5C1C2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MAB Collision Customs**
**7601 E 88th Pl  Bldg 3**
**Indianapolis, IN 46256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MacAllister Machinery Company Inc**
**6300 Southeastern Ave**
**Indianapolis, IN 46203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Macrium Software - Cleverbridge**
**350 N Clark  #700**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Magna Closures**
**A Div of Magna Closures Inc**
**Newmarket  ON  L3Y 4X7**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Magna Steyr Fahrzeugtechnik Ag & Co**
**Liebenauer Hauptstr 317**
**Graz Austria 8041**
**AUSTRIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **EnerDel, Inc., a Delaware Corporation**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.453** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**3.453** Nonpriority creditor's name and mailing address

**Magnatag**
**2031 O'Neil Rd**
**Macedon, NY 14502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454** Nonpriority creditor's name and mailing address

**MAJOR  JEFFREY**
**6348 CLOVERDALE ROAD**
**Cygnet, OH 43413**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455** Nonpriority creditor's name and mailing address

**Malone's Catering**
**5005 W Raymond St**
**Indianapolis, IN 46241**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.456** Nonpriority creditor's name and mailing address

**Manar Inc DBA ECA Enterprises Inc**
**KEY Manufacturing LLC**
**PO Box 248**
**Edinburgh, IN 46124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$227,233.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Services - only 73,300.64 due**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457** Nonpriority creditor's name and mailing address

**Marian Inc**
**1011 E Saint Clair St**
**Indianapolis, IN 46202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458** Nonpriority creditor's name and mailing address

**Marion County Treasurer**
**200 E Washington St  #101**
**Indianapolis, IN 46204-3318**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$53,373.62**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459** Nonpriority creditor's name and mailing address

**Mark Childs**
**4800 N 300 E**
**Anderson, IN 46012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | EnerDel, Inc., a Delaware Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.460**

**Nonpriority creditor's name and mailing address**

**Marlin Business Bank**
**PO Box 13604**
**Philadelphia, PA 19101-3604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.461**

**Nonpriority creditor's name and mailing address**

**Marriott Indianapolis North**
**3645 River Crossing**
**Indianapolis, IN 46240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.462**

**Nonpriority creditor's name and mailing address**

**Marsh USA Inc**
**PO Box 846015**
**Dallas, TX 75284-6015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.463**

**Nonpriority creditor's name and mailing address**

**Mason & Mefford Holdings LLC**
**3705 N Shun Pike Rd**
**Madison, IN 47250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.464**

**Nonpriority creditor's name and mailing address**

**MASSACHUSETTS INSTITUTE OF**
**TECHNOLOGY**
**244 WOOD STREET**
**P.O. BOX 9184**
**Lexington, MA 02420-9108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Possible warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.465**

**Nonpriority creditor's name and mailing address**

**Masson Inc**
**dba Hossier Badge**
**567 N Highland Ave**
**Indianapolis, IN 46202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.466**

**Nonpriority creditor's name and mailing address**

**Master International**
**DBA Master Electronics**
**1301 Olympic Blvd**
**Santa Monica, CA 90401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Services_

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor **EnerDel, Inc., a Delaware Corporation**                    Case number *(if known)* _____
          Name

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,249.75** |
|---|---|---|---|

**Matric Ltd**
**2099 Hill City Rd**
**Seneca, PA 16346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matterhackers Inc**
**27156 Burbank**
**Foothill Ranch, CA 92610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matthew Hartle**
**7220 W State Rd 38**
**New Castle, IN 47362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Max Dorflinger**
**LEX TM3 LLC**
**7416 Delemere Blvd**
**Royal Oak, MI 48073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maxcess Americas Inc**
**222 W Memorial Rd**
**Oklahoma City, OK 73114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$309.70** |
|---|---|---|---|

**MBI / BPC**
**PO Box 56019**
**Boston, MA 02205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MBR Consulting LLC**
**2596 Rippling Creek Ct**
**Westfield, IN 46074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **EnerDel, Inc., a Delaware Corporation**                    Case number (if known) _____
_____
Name

---

| 3.474 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**McCurdy Mechanical Contractors**
**9096 Technology Ln**
**Fishers, IN 46038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** Check all that apply. | **$6,766.58** |

**McMaster Carr Supply Co**
**PO Box 7690**
**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**McNamara Florist**
**1853 Ludlow Ave**
**Indianapolis, IN 46201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.477 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mediabrains**
**9015 Strada Stell Ct  #203**
**Naples, FL 34109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.478 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Metropolitan Council**
**390 Robert St N**
**Saint Paul, MN 55101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**MGA Research Corp**
**12790 Main Rd**
**Akron, NY 14001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**MH Equipment Company**
**5859 W Raymond St**
**Indianapolis, IN 46241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **EnerDel, Inc., a Delaware Corporation**                    Case number (if known) _____

      Name

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael A Canada**
**6565 Bergeson Way**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Greene**
**5867 San Miguel Ct  Apt C**
**Indianapolis, IN 46250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135,000.00** |
|---|---|---|---|

**Michael O'Neill**
**987 Lincoln Rd**
**Grosse Pointe, MI 48230-1207**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Micromeritics Instrument Corp**
**4356 Communications Dr**
**Norcross, GA 30093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Microsoft Corp**
**PO Box 842103**
**Dallas, TX 75284-2103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mid-America Elevator Co Inc**
**1116 E Market St**
**Indianapolis, IN 46202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Miller Instrument Laboratory**
**1763 E 400 North**
**Portland, IN 47371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **EnerDel, Inc., a Delaware Corporation**                Case number (if known) _____
_____
Name

| | |
|---|---|

**3.488**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Minco Products Inc**<br>**7300 Commerce Ln NE**<br>**Minneapolis, MN 55432** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.489**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Minitab LLC**<br>**1829 Pine Hall Rd**<br>**State College, PA 16801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.490**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **MINNEAPOLIS METRO TRANSIT**<br>**515 Cleveland Ave N**<br>**Saint Paul, MN 55114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Possible warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.491**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Mitchell Instrument Co**<br>**1570 Cherokee St**<br>**San Marcos, CA 92078** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.492**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Mobile Track Solutions**<br>**203 Johnson St.**<br>**Elkader, IA 52043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Possible warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.493**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Modutram Mexico Sapi De Cv**<br>**Av Del Bosque 1145  Cole El Bajio**<br>**Zapopan  JAL  45019**<br>**MEXICO** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Possible warranty claim** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.494**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Morales Group / Calidad Solutions**<br>**c/o Morales Group**<br>**5628 W 74th St**<br>**Indianapolis, IN 46278** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **EnerDel, Inc., a Delaware Corporation**                     Case number (if known) _____

Name

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Moser Consulting Inc**
**6220 Castle Way W Dr**
**Indianapolis, IN 46250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**MOTIV POWER SYSTEMS INC.**
**1165 CHESS DRIVE**
**SUITE E**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Motivo Engineering**
**17700 South Figueroa Street**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mountz Inc**
**1080 N 11th St**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,535.73** |
|---|---|---|---|

**Mouser Electronics Inc**
**PO Box 99319**
**Fort Worth, TX 76199-0319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number  **9809**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Munters Corporation**
**Dept CH 19943**
**Palatine, IL 60055-9943**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mutual of Omaha #522k**
**Payment Processing Center**
**PO Box 2147**
**Omaha, NE 68103-2147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **EnerDel, Inc., a Delaware Corporation**                                    Case number (if known)  _____
          Name

| 3.502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mutual of Omaha Companies**
**PO Box 2533**
**Omaha, NE 68103-2533**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Naat Batt International**
**PO Box 772929**
**Detroit, MI 48277-2929**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Nami UMP HV Battery**
**Nami Ru St  Scientific Research**
**Mosco RU**
**RUSSIAN FEDERATION**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Natalia Astakhova Enertech International**
**10/1 A Barochnaia St Office 412**
**St Petersburg Russia**
**RUSSIAN FEDERATION**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**NCS Engineering**
**24 5th St**
**Vorsterkroon  Nigel  1490**
**SOUTH AFRICA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Neff Group Distributors Inc**
**PO Box 8604**
**711 Innovation Dr**
**Fort Wayne, IN 46898**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Netfidelis Inc**
**11807 Allisonville Rd  #516**
**Fishers, IN 46038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **EnerDel, Inc., a Delaware Corporation**
_____
Name

Case number (if known) _____

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Network Solutions LLC**
**5335 Gate Pkwy**
**Jacksonville, FL 32256**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.510**

**Nonpriority creditor's name and mailing address**
**Netzsch Instruments North America**
**129 Middlesex Turnpike**
**Burlington, MA 01803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.511**

**Nonpriority creditor's name and mailing address**
**NEW FLYER INDUSTRIES CANADA ULC**
**630  KERNAGHAN AVE DOOR 76**
**WINNIPEG MB R2C 5G1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.512**

**Nonpriority creditor's name and mailing address**
**Nex Gen/Remarkable Foods**
**715 N Main St**
**Lawton, MI 49065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Customer deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.513**

**Nonpriority creditor's name and mailing address**
**Next Generation Recruitment**
**675 Ponce de Leon Ave NE  #8500**
**Atlanta, GA 30308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.514**

**Nonpriority creditor's name and mailing address**
**Next Steps Consulting**
**1805 S Hoyt Ave**
**Muncie, IN 47302**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.515**

**Nonpriority creditor's name and mailing address**
**NFP**
**11 Tracy Dr**
**Avon, MA 02322**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor **EnerDel, Inc., a Delaware Corporation**
_____    Case number (if known) _____
Name

| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nicholas Miller**
**7167 Jessman Rd E Dr  Apt H**
**Indianapolis, IN 46256**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,025.41** |
|---|---|---|---|

**Nichols Paper & Supply Co**
**2647 Momentum Pl**
**Chicago, IL 60689-5326**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nidec Minster Corporation**
**PO Box 28516**
**Chicago, IL 60673-8516**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**NIKKEI Business Publications Inc**
**1 17 3 Shirokane Minato Ku**
**Tokyo  108-8646**
**JAPAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Possible warranty claim_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**NIOSH Pittsburgh Mining Research Divisio**
**626 Cochran Mill Road**
**Bldg 143**
**Pittsburgh, PA 15236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Possible warranty claim_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nissan**
**2 Takara-Cho**
**Kanagawa-Ku  Kanagawa 220-8623**
**JAPAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Possible warranty claim_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nissin Customs Services Inc**
**Attn  A/R Dept**
**PO Box 512391**
**Los Angeles, CA 90051-0391**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **EnerDel, Inc., a Delaware Corporation**                    Case number *(if known)* _____
_____
Name

| 3.523 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nissin International Transport USA Inc**
**Attn A/R Dept**
**PO Box 512391**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nivalis Energy Systems**
**230 Schilling Circle**
**Suite 120**
**Hunt Valley, MD 21031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Norauto France**
**Rue Du Fort Center De Gros Lesquin**
**Sainghin En Melantois North Dept**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nordson EFD LLC**
**PO Box 777959**
**Chicago, IL 60677-7009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**North Mill Capital LLC**
**821 Alexander Rd  #130**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Novabus**
**1000 Boul Indusriel**
**St Eustache QC J7R 5A5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NUCLEUS SCIENTIFIC**
**148 SIDNEY STREET**
**Cambridge, MA 02139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **EnerDel, Inc., a Delaware Corporation**                        Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **Unknown** |

**3.530**

**Nonpriority creditor's name and mailing address**
**Nuvation Energy**
**332 Marsland Dr  #200**
**Waterloo  Ontario  N2J 3Z1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Possible warranty claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.531**

**Nonpriority creditor's name and mailing address**
**Nuvation Engineering**
**151 Gibraltar Ct**
**Sunnyvale, CA 94089**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.532**

**Nonpriority creditor's name and mailing address**
**NY-Best**
**230 Washington Ave Extension**
**Albany, NY 12203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.533**

**Nonpriority creditor's name and mailing address**
**Occupational Health Centers**
**PO Box 488**
**Lombard, IL 60148-0488**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.534**

**Nonpriority creditor's name and mailing address**
**Ocsial LLC**
**500 S Front St  #860**
**Columbus, OH 43215**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.535**

**Nonpriority creditor's name and mailing address**
**Odyne Systems LLC**
**W237 N2878 Woodgate Rd**
**Pewaukee, WI 53072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **$180,600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer deposits__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.536**

**Nonpriority creditor's name and mailing address**
**Odyne Systems LLC**
**W237 N2878 Woodgate Rd**
**Pewaukee, WI 53072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Possible warranty claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __EnerDel, Inc., a Delaware Corporation_____  Case number (if known) _____
     Name

| | | |
|---|---|---|
| 3.537 | **Nonpriority creditor's name and mailing address**<br>**OEC Fright (Korea) Co Ltd**<br>**Rm 1509,  Byucksan Digital Valley**<br>**219, Gasas-Digital 1RO**<br>**Keumcheon-Gu Seoul  08501**<br>**REPUBLIC OF KOREA** | **Unknown** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.538 | **Nonpriority creditor's name and mailing address**<br>**Office Depot**<br>**3721 W 86th St**<br>**Indianapolis, IN 46268** | **Unknown** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.539 | **Nonpriority creditor's name and mailing address**<br>**Office H2O LLC**<br>**7402 E 90th St**<br>**Indianapolis, IN 46256** | **$1,366.50** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.540 | **Nonpriority creditor's name and mailing address**<br>**OFFICE OF NAVAL RESEARCH**<br>**CODE 331**<br>**875 N RANDOLPH STREET**<br>**Arlington, VA 22203-1995** | **Unknown** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Possible warranty claim**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.541 | **Nonpriority creditor's name and mailing address**<br>**Omega Engineering**<br>**800 Connecticut Ave  #5N01**<br>**Norwalk, CT 06854** | **$3,004.88** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.542 | **Nonpriority creditor's name and mailing address**<br>**Omnisource Electronics Recycling LLC**<br>**219 Murray St**<br>**Fort Wayne, IN 46803** | **Unknown** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.543 | **Nonpriority creditor's name and mailing address**<br>**Onlinecomponents.com**<br>**2425 S 21st St**<br>**Phoenix, AZ 85034** | **Unknown** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **EnerDel, Inc., a Delaware Corporation**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.544 | **Nonpriority creditor's name and mailing address**<br>**Oracle America Inc**<br>**500 Oracle Pkwy**<br>**Redwood City, CA 94065**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Services</u><br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$19,842.48** |
| 3.545 | **Nonpriority creditor's name and mailing address**<br>**Orange Coast Pneumatics Inc**<br>**3810 Prospect Ave   Unit A**<br>**Yorba Linda, CA 92886**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.546 | **Nonpriority creditor's name and mailing address**<br>**Ovation Ultimate Audio LLC**<br>**6609 E 82nd St**<br>**Indianapolis, IN 46250**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.547 | **Nonpriority creditor's name and mailing address**<br>**PACCAR**<br>**485 Houser Way N,**<br>**Renton, WA 98057**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Possible warranty claim</u><br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.548 | **Nonpriority creditor's name and mailing address**<br>**Pacers Sports and Entertainment**<br>**dba Pacers Basketball LLC**<br>**125 S Pennsylvania St**<br>**Indianapolis, IN 46204**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.549 | **Nonpriority creditor's name and mailing address**<br>**Panera Bread**<br>**8510 E 96th St**<br>**Fishers, IN 46038**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.550 | **Nonpriority creditor's name and mailing address**<br>**Paul Herbert**<br>**1662 Pading Park Ln**<br>**Germantown, TN 38138**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Services</u><br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$49,999.98** |

Debtor __EnerDel, Inc., a Delaware Corporation__      Case number (if known) _____
      Name

| | | |
|---|---|---|
| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**Paul Herbert**
**8905 Colins Barre Cove**
**Germantown, NC 28139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$1,002.80** |
|---|---|---|

**Paylocity - Fees**
**1400 American Ln**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
|---|---|---|

**PCB Design Pro LLC**
**2005 Rio Vista Dr**
**Fort Pierce, FL 34949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
|---|---|---|

**PEC  Gate 3   Dept 038**
**John Deere**
**3800 W Ridgeway Ave  Dept 038**
**Waterloo, IA 50701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
|---|---|---|

**Pei-Genisis Inc**
**2180 Hornig Rd**
**Philadelphia, PA 19116-4289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$50,319.15** |
|---|---|---|

**Perfecto Tool & Engineering**
**1124 W 53rd St**
**PO Box 2039**
**Anderson, IN 46018-2039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$3,959.00** |
|---|---|---|

**Perforce Software Inc**
**PO Box 724463**
**Los Angeles, CA 90074-2263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | EnerDel, Inc., a Delaware Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.558**

**Nonpriority creditor's name and mailing address**
Performance Mechanical Contracting Inc
3409 Sutherland Ave
Indianapolis, IN 46218

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.559**

**Nonpriority creditor's name and mailing address**
Peter Stubenvoll
3105 Equestrian Dr
Boca Raton, FL 33434

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.560**

**Nonpriority creditor's name and mailing address**
PGC Precision Gaskett Company
5732 Lincoln Dr
Edina, MN 55436

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.561**

**Nonpriority creditor's name and mailing address**
PGL Premier Global Logistics LLG
5300 Farrow Rd
Columbia, SC 29203

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.562**

**Nonpriority creditor's name and mailing address**
Phytools LLC
900 Winslow Way E #120
Bainbridge Island, WA 98110

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.563**

**Nonpriority creditor's name and mailing address**
Pioneer Plastics
3660 Dodd Rd
Eagan, MN 55123

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.564**

**Nonpriority creditor's name and mailing address**
PIP Indiana
11711 N Pennsylvania St #107
Carmel, IN 46032

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Is the claim subject to offset? ■ No ☐ Yes

**$1,344.99**

---

Debtor    EnerDel, Inc., a Delaware Corporation                          Case number (if known) _____
          _____
          Name

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Piper Jaffray & Co**
**800 Nicollet Ave  #100**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,750.00 |
|---|---|---|---|

**Piper Maddox**
**123 William St  14th Fl**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.33 |
|---|---|---|---|

**Pitney Bowes #3620**
**PO Box 981039**
**Boston, MA 02298-1039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.28 |
|---|---|---|---|

**Pitney Bowes Bank Inc**
**DBA Pitney Bowes Purchase Power**
**PO Box 981026**
**Boston, MA 02298-1026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pitt Ohio LTL**
**PO Box 643271**
**Pittsburgh, PA 15264-3271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Planes Moving & Storage of Indianapolis**
**PO Box 636589**
**Cincinnati, OH 45263-6589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Playmaker Media**
**dba Elevator Marketing**
**PO Box 5224**
**Laguna Beach, CA 92652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **EnerDel, Inc., a Delaware Corporation**                    Case number (if known)  _____
_____
Name

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Polar Power Inc.**
249. East Gardena Blvd,
Gardena, CA 92804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**POLARIS ALPHA ADVANCED SYSTEMS**
PO Box 1240
Spotsylvania, VA 22408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Polymershapes**
1350 Brookville Way  Ste D
Indianapolis, IN 46239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**POROUS POWER TECHNOLOGIES LLC**
2765 DAGNY WAY
SUITE 200
Lafayette, CO 80026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PORTLAND GENERAL ELECTRIC**
1615 22nd street SE
attn: Bart Wiles/Kevin Whitener
Salem, OR 97302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Power Electronics Development Center**
101 Elk Street
Door E
Franklin, PA 16323

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Powerstudies Inc**
22443 SE 240th St  #207
Maple Valley, WA 98038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor __EnerDel, Inc., a Delaware Corporation_____ Case number (if known) _____
     Name

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Precision Tool Services**
**MQ Automation (Mosier Division)**
**9851 E Park Davis Dr**
**Indianapolis, IN 46235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Prestige Capital**
**400 Kelby St 10th Fl**
**Fort Lee, NJ 07024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,662.35** |
|---|---|---|---|

**Principal Life Insurance Company**
**PO Box 77202**
**Minneapolis, MN 55480-7200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,746.64** |
|---|---|---|---|

**Pro-Form Plastics Inc**
**15200 S Jonesville Rd**
**Columbus, IN 47201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pro-Tech Machine Inc**
**3085 Joyce St**
**Burton, MI 48529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Professional Garage Door Systems Inc**
**6030 Gateway Dr**
**Plainfield, IN 46168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$499.20** |
|---|---|---|---|

**Professional Services Ind**
**PO Box 74008418**
**Chicago, IL 60674-8418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **EnerDel, Inc., a Delaware Corporation**        Case number _(if known)_ _____
         Name

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Protelo Inc**
PO Box 713
Big Horn, WY 82833

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$4,437.74** |
|---|---|---|---|

**Proto Labs Inc**
PO Box 856933
Minneapolis, MN 55485-6933

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Providence Consulting Group Ltd**
PO Box 933289
Cleveland, OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**PSA Peugeot Citroen DRIA/ICEM/EET/PSDE**
**BAT 62 Case Courrier NVV 187**
Route De Gisy Velizy Villcoublay 78943
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Possible warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**Public Storage**
8890 Fitness Ln
Fishers, IN 46037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**PUNDA MERCANTILE INC**
**8506 EAST 30TH STREET**
**SUITE C**
Indianapolis, IN 46219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Possible warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**PURDUE SCHOOL OF ENGINEERING &**
**TECH**
1920 Purdue Parkway
Anderson, IN 46016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Possible warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **EnerDel, Inc., a Delaware Corporation**
_____
Name

Case number *(if known)* _____

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pure Water Partners LLC**
**PO Box 847237**
**Boston, MA 02284-7237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87,000.00** |
|---|---|---|---|

**Qiong (Sabrina) Zhang**
**53 Regal**
**Irvine, CA 92620-3410**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Quality Roofing Services Inc**
**1445 Brookville Way  Ste L**
**Indianapolis, IN 46239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Quality Vision Services**
**1175 North St**
**Rochester, NY 14621-4942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Qualtrics LLC**
**333 W River Park Dr**
**Provo, UT 84604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**QUANTUM**
**17872 CARTWRIGHT ROAD**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Quantum Fuel Systems**
**25242 Artic Ocean Drive**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **EnerDel, Inc., a Delaware Corporation**                    Case number *(if known)*
_____          _____
Name

| | | |
|---|---|---|
| 3.600 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **Unknown** |

**3.600**

**Nonpriority creditor's name and mailing address**

**Radiant Industries**
**113 Sierra St**
**El Segundo, CA 90245**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.601**

**Nonpriority creditor's name and mailing address**

**Randall Brantley**
**10183 Winward Pass**
**Fishers, IN 46037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.602**

**Nonpriority creditor's name and mailing address**

**Rapid Global Business Solutions Inc**
**1200 Stephenson Hwy**
**Troy, MI 48083**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.603**

**Nonpriority creditor's name and mailing address**

**Rashida Clarke**
**7115 Chamberwood Dr**
**Indianapolis, IN 46268**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.604**

**Nonpriority creditor's name and mailing address**

**Ray's Trash Service #1364**
**PO Box 1**
**Clayton, IN 46118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.605**

**Nonpriority creditor's name and mailing address**

**Ray's Trash Service Inc #1518**
**Drawer I**
**Clayton, IN 46118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.606**

**Nonpriority creditor's name and mailing address**

**Ray's Trash Services Inc #0188**
**Drawer I**
**Clayton, IN 46118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **EnerDel, Inc., a Delaware Corporation**
_____
Name

Case number (if known) _____

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**RAYTHEON**
**528 BOSTON POST ROAD**
**ANDOVER, MA 78288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Real Mechanical Inc**
**475 Gradle Dr**
**Carmel, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Rebling Plastics**
**150 Franklin Dr**
**Warrington, PA 18976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Reliant Engineering Inc**
**1329 Sadler Cir W Dr**
**Indianapolis, IN 46239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Renault Research Department TCR Lab 1 14**
**1 Avenue Du Golf**
**Guyancourt France 78288**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,091.68** |

**Repro Parts**
**881 Industrial Dr**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Repro Parts**
**881 Industrial Dr**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | EnerDel, Inc., a Delaware Corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.614** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Residence Inn by Marriott Indpls/Fishers
9765 Crosspoint Blvd
Indianapolis, IN 46256

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.615** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Restoring Hope
4016 River Oaks Dr  Ste 6 #108
Myrtle Beach, SC 29579

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.616** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Retriev Technologies Inc
125 E Commercial St  Ste A
Anaheim, CA 92801-1214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.617** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

RF Smart
PO Box 638345
Cincinnati, OH 45263-8345

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.618** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Richard A Steiner
8118 Lawrence Woods Blvd
Indianapolis, IN 46236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.619** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,640.00**

Rincon Power LLC
6381-A Rose Ln
Carpinteria, CA 93013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.620** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

RINEHART MOTION SYSTEMS LLC
7929 SW BURNS WAY SUITE B
Wilsonville, OR 97070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Possible warranty claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **EnerDel, Inc., a Delaware Corporation**                    Case number (if known) _____
_____
Name

| 3.621 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Ringcentral Inc**
**20 Davis Dr**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.622 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Roadtex Transportation**
**3023 N. Distribution Way**
**Suite 120**
**Greenfield, IN 46140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Possible warranty claim_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.623 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Roberts Cleaning Service**
**9659 Greenthread Dr**
**Zionsville, IN 46077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.624 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rocky Research**
**PO Box 61800**
**Boulder City, NV 89006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rocky Research**
**PO Box 61800**
**Boulder City, NV 89006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Possible warranty claim_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rohnselmer Sandvika AS**
**Jongsasveien 4**
**Sandvida 1338**
**NORWAY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Possible warranty claim_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rosedale Products Inc**
**3730 W Liberty Rd**
**Ann Arbor, MI 48103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    __EnerDel, Inc., a Delaware Corporation_____    Case number (if known) _____
      <sub>Name</sub>

| 3.628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Roxtec Inc**
**10127 E Admiral Pl**
**Tulsa, OK 74116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Roy Fildes**
**15402 Bloomfield Ct**
**Westfield, IN 46074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Royal Flush Inc**
**5839 Dr Martin King Blvd**
**Anderson, IN 46013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.60** |
|---|---|---|---|

**RS Americas Inc**
**Dallas Lockbox**
**PO Box 841811**
**Dallas, TX 75284-1811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**RS Hughes Company Inc**
**5058 W 79th St**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$260.00** |
|---|---|---|---|

**RTM Consultants Inc**
**6640 Parkdale Pl  Ste J**
**Indianapolis, IN 46254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Russell's Tube Forming Inc**
**220 Gasoline Alley**
**Indianapolis, IN 46222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **EnerDel, Inc., a Delaware Corporation**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **Unknown** |

**Russell's Tube Forming Inc**
**220 Gasoline Alley**
**Indianapolis, IN 46222**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.636 | **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **Unknown** |

**SAE International**
**PO Box 79572**
**Baltimore, MD 21279-0572**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.637 | **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **Unknown** |

**Safeguard**
**1010 W Mockingbird Ln  #100**
**Dallas, TX 75247**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.638 | **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **Unknown** |

**Safeguard Business Systems**
**Lockbox 229**
**PO Box 7247**
**Philadelphia, PA 19170-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.639 | **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **Unknown** |

**Safety Consulting Inc**
**8250 Calvine Rd  Ste C 345**
**Sacramento, CA 95828**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.640 | **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **Unknown** |

**Safety Tech Inc**
**PO Box 665**
**Lapel, IN 46051**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.641 | **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **Unknown** |

**Safetysign.com**
**64 Outwater Ln**
**Garfield, NJ 07026**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **EnerDel, Inc., a Delaware Corporation**                      Case number (if known) _____
_____
Name

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sahil Bhat**
**14200 The Lakes Blvd  #5210**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Saks Fifth Avenue**
**8701 Keystone Crossing**
**Indianapolis, IN 46240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sam-A Aluminum Co Ltd**
**7 & 8th Floor  Wonkyung Bldg 205**
**Dogok-Ro, Gangnam-Gu**
**Seoul  135-515**
**RUPUBLIC OF KOREA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sangrita Saloon**
**834 E 64th St**
**Indianapolis, IN 46220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**SANTA BARBARA MTD**
**550 E. COTA ST.**
**Santa Barbara, CA 93103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Possible warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**SANTA CLARA VALLEY TRANSPORTATION**
**AUT**
**3331 NORTH FIRST ST**
**BUILDING A**
**San Jose, CA 95134-1906**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Possible warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Schenker Inc**
**PO Box 2307**
**Carol Stream, IL 60132-2307**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __EnerDel, Inc., a Delaware Corporation__          Case number (if known) _____
      Name

| | |
|---|---|
| 3.649 | **Nonpriority creditor's name and mailing address** |
| | **SCIENCE APPLICATIONS INTERNATIONAL CORP.** |
| | **SAIC SSC-AP,LOC 447, MS 2113-03** |
| | **301 LABORATORY ROAD** |
| | **Oak Ridge, TN 37830** |

**As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Possible warranty claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.650 | **Nonpriority creditor's name and mailing address** |
| | **Scott P Smith** |
| | **15435 Kilburn Ct** |
| | **Westfield, IN 46074** |

**As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.651 | **Nonpriority creditor's name and mailing address** |
| | **Scott Tool Company LLC** |
| | **820 E Willard St** |
| | **Muncie, IN 47302** |

**As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.652 | **Nonpriority creditor's name and mailing address** |
| | **Sealing Devices Inc** |
| | **4400 Waldon Ave** |
| | **Lancaster, NY 14086** |

**As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.653 | **Nonpriority creditor's name and mailing address** |
| | **Sean Whiting** |
| | **392 County Rd 550 E** |
| | **Chillicothe, IL 61523** |

**As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.654 | **Nonpriority creditor's name and mailing address** |
| | **Select Lawn Services LLC** |
| | **603 Marine Dr** |
| | **Anderson, IN 46016** |

**As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.655 | **Nonpriority creditor's name and mailing address** |
| | **Sensata Technologies Inc** |
| | **PO Box 100139** |
| | **Atlanta, GA 30384-0139** |

**As of the petition filing date, the claim is:** Check all that apply.          **$1,200.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __EnerDel, Inc., a Delaware Corporation_____     Case number (if known) _____
      Name

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**SEPTA**
**4675 NORTH 3RD STREET**
**Philadelphia, PA 19140**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Possible warranty claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sheldahl Flexible Technologies Inc**
**1150 Sheldahl Rd**
**Northfield, MN 55057**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shenzhen Ace Battery Co Ltd**
**26th Floor  BAK Bldg  Keyan Rd 9 Nanshan**
**Shenzhen Guangdong Province 518000**
**PEOPLES REPUBLIC OF CHINA**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
|---|---|---|---|

**Shenzhen Anyun International Logistics**
**Room 508-510 5FL Strive Business Pl**
**Zhanqian3 Rd  Pingshan new District**
**Shenzhen Guangdong Province**
**PEOPLES REPUBLIC OF CHINA**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $939.00 |
|---|---|---|---|

**Shenzhen Milvent Technology**
**R2011  Huiganmingyan  Futian**
**Shen ZH  Guangdong**
**Guangdong Province 518013**
**PEOPLES REPUBLIC OF CHINA**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shield Geo Services Ltd**
**2003 20F  Tower 5**
**China Hong Kong City**
**33 Canton Road  Tsim Sha Tsui Lowloon**
**PEOPLES REPUBLIC OF CHINA**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shinhwa It Co Ltd**
**20-1 Songjeol-Ro,  Heundgeok-Gu**
**Cheongju-Si 28437**
**REPUBLIC OF KOREA**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **EnerDel, Inc., a Delaware Corporation**                          Case number (if known) _____
         Name

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.663**

**Nonpriority creditor's name and mailing address**
**Siemens Industry Inc**
**c/o Citibank (Bldg Tech)**
**PO Box 2134**
**Carol Stream, IL 60132-2134**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.664**

**Nonpriority creditor's name and mailing address**
**Sigma-Aldrich Corp**
**3050 Spruce St**
**Saint Louis, MO 63103**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.665**

**Nonpriority creditor's name and mailing address**
**Signworks Inc**
**5349 W 86th St**
**Indianapolis, IN 46268**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.666**

**Nonpriority creditor's name and mailing address**
**Simco Electronics**
**PO Box 49132**
**San Jose, CA 95161-9132**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.667**

**Nonpriority creditor's name and mailing address**
**Simply Unique Creations LLC**
**7355 Blair Dr**
**Orlando, FL 32818**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.668**

**Nonpriority creditor's name and mailing address**
**Simutech Group Inc**
**500 Parker Hill Dr**
**Rochester, NY 14625**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.669**

**Nonpriority creditor's name and mailing address**
**Skyline Club**
**One American Square  36th Fl**
**Indianapolis, IN 46204**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor  **EnerDel, Inc., a Delaware Corporation**                    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.670 | **Nonpriority creditor's name and mailing address** |

**3.670**

**Nonpriority creditor's name and mailing address**
**Smartsheet Inc**
**Dept 3421**
**PO Box 123421**
**Dallas, TX 75312-3421**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.671**

**Nonpriority creditor's name and mailing address**
**SMD Inc**
**1 Oldfield**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.672**

**Nonpriority creditor's name and mailing address**
**Smithers Quality Assessments**
**425 W Market St**
**Akron, OH 44303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.673**

**Nonpriority creditor's name and mailing address**
**Solaris Bus & Coach SA**
**Obornicka 46**
**Belechowo Osiedle Owinska 62005**
**POLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Possible warranty claim_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.674**

**Nonpriority creditor's name and mailing address**
**Solorwinds**
**PO Box 730720**
**Dallas, TX 75373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$1,837.19**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Services_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.675**

**Nonpriority creditor's name and mailing address**
**Somerset CPAs and Advisors**
**PO Box 40368**
**Indianapolis, IN 46240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$80,100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Services_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.676**

**Nonpriority creditor's name and mailing address**
**Sondhi Solutions LLC**
**47 S Pennsylvania St  #400**
**Indianapolis, IN 46204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | EnerDel, Inc., a Delaware Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.677** | **Nonpriority creditor's name and mailing address**
Sonicwall Inc
1225 W Washington St
Tempe, AZ 85281

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$446.25**

---

**3.678** | **Nonpriority creditor's name and mailing address**
Sorbothane Inc
2144 St Rt 59
Kent, OH 44240

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.679** | **Nonpriority creditor's name and mailing address**
Soteria Battery Innovation Group Inc
18-B Brozzini Ct
Greenville, SC 29615

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.680** | **Nonpriority creditor's name and mailing address**
Soubrain MI
47050 Five Mile Rd
Northville, MI 48168

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.681** | **Nonpriority creditor's name and mailing address**
SoundON New Energy Technology Co Ltd
No 78  Benchi West Road
Xiangtan City,  Hunan Province
PEOPLES REPUBLIC OF CHINA

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.682** | **Nonpriority creditor's name and mailing address**
Source Creative Office Interiors
18600 MacArthur Blvd  #400
Irvine, CA 92612

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.683** | **Nonpriority creditor's name and mailing address**
SOUTH COAST BRITISH COLUMBIA
TRANSPORTAT
400-287 NELSON'S COURT
NEW WESTMINSTER BC V3L 0E7
CANADA

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **EnerDel, Inc., a Delaware Corporation**                          Case number (if known) _____
_____
Name

| 3.684 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Southern Property Consultants**
**dba Industrial Automation**
**1600 Olive Chapel Rd #716**
**Apex, NC 27502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Spaceage Tool and Manufacturing Inc**
**611 N Park St**
**Saint Ansgar, IA 50472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Specplus! Automation**
**PO Box 78155**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Spectrum Nichols Janitorial Supply**
**2647 Momentum Pl**
**Chicago, IL 60689-5326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250.00** |

**Spirol**
**3103 ST Etienne Blvd**
**Windsor  Ontario**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Spitznogle Properties Patterson St**
**6739 Guion Rd**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Srivardhan Chandrapati**
**25 Tarleton Ln**
**Ladera Ranch, CA 92694-1303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | EnerDel, Inc., a Delaware Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.691**

**Nonpriority creditor's name and mailing address**
SS Vending
10403 Fairhaven Ct
Indianapolis, IN 46229

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.692**

**Nonpriority creditor's name and mailing address**
Staci Corp
dba Vexos
7942 Solution Center
Chicago, IL 60677-7009

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.693**

**Nonpriority creditor's name and mailing address**
Stafl Systems LLC
428 N Canal St  Unit A
South San Francisco, CA 94080

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.694**

**Nonpriority creditor's name and mailing address**
Stafl Systems LLC
428 N Canal St  Unit A
South San Francisco, CA 94080

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Possible warranty claim

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.695**

**Nonpriority creditor's name and mailing address**
Staples
500 Staples Dr
Framingham, MA 01702

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.696**

**Nonpriority creditor's name and mailing address**
State of Delaware
Franchise Tax Section
401 Federal St  #4
Dover, DE 19901

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.697**

**Nonpriority creditor's name and mailing address**
State of Michigan
Department of Treasury
PO Box 30149
Lansing, MI 48909

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor  **EnerDel, Inc., a Delaware Corporation**                     Case number (if known) _____
_____
Name

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,466.56 |
|---|---|---|---|

**Stericycle Inc**
**28883 Network Pl**
**Chicago, IL 60673-1288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,275,000.00 |
|---|---|---|---|

**Steve Heir**
**1368 Fristztown Rd.**
**Reinholds, PA 17572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Severance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steve Kang**
**1124 Terra Ct**
**Rochester, MI 48306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stewart & Stevenson**
**MV89967**
**PO Box 301063**
**Dallas, TX 75303-1063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stewart & Stevenson FDDA KKC**
**8411 E Adamo Dr**
**Tampa, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Possible warranty claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.40 |
|---|---|---|---|

**Storm Power Components**
**PO Box 740896**
**Atlanta, GA 30374-0896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stratasys Direct Inc**
**28309 Avenue Crocker**
**Valencia, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **EnerDel, Inc., a Delaware Corporation**
_____   Case number _(if known)_ _____
Name

| | | |
|---|---|---|
| 3.705 | **Nonpriority creditor's name and mailing address**<br>**Strategic Equity Solutions Inc**<br>**15 American Ave  #301**<br>**Lakewood, NJ 08701**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._   **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.706 | **Nonpriority creditor's name and mailing address**<br>**Summit Racing Equipment**<br>**1200 Southeast Ave**<br>**Tallmadge, OH 44278**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._   **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.707 | **Nonpriority creditor's name and mailing address**<br>**Sunbelt Rentals**<br>**2341 Deerfield Dr**<br>**Fort Mill, SC 29715**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._   **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.708 | **Nonpriority creditor's name and mailing address**<br>**Sunsource Salvage Distribution**<br>**12800 Highway 13 S**<br>**Savage, MN 55378**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._   **$72,405.98**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Customer deposit_<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.709 | **Nonpriority creditor's name and mailing address**<br>**Superbreakers**<br>**280 Madison Ave  #912**<br>**New York, NY 10016**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._   **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.710 | **Nonpriority creditor's name and mailing address**<br>**SYMBLU COR**<br>**5192 BOLSA AVE, UNIT 5**<br>**Huntington Beach, CA 92649**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._   **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Possible warranty claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.711 | **Nonpriority creditor's name and mailing address**<br>**T&B Master Logistics Inc**<br>**1490 Beachey Pl**<br>**Carson, CA 90746**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._   **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor __EnerDel, Inc., a Delaware Corporation__     Case number *(if known)* _____

  Name

| | |
|---|---|
| **3.712** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **Unknown** |
| **Tack Electronics Inc** **5030 Kraft Ave SE Ste A** **Grand Rapids, MI 49515** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.713** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **Unknown** |
| **Tack Electronics Inc** **5030 Kraft Ave SE Ste A** **Grand Rapids, MI 49515** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Possible warranty claim__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.714** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **Unknown** |
| **TASC Flex Claim** **PO Box 88278** **Milwaukee, WI 53288-0001** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.715** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **Unknown** |
| **Team Cruiser Supply** **PO Box 78634** **Indianapolis, IN 46278** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.716** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **Unknown** |
| **Tec-Hackett Inc** **3418 Cavalier Dr** **Fort Wayne, IN 46808** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.717** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **Unknown** |
| **Temsa Global Sanayi Ve Ticaret** **Yolgeqen Mah Turhan Cemal Beriker Bulv** **#561, 563 Seyhan 01355** **TURKEY** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Possible warranty claim__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.718** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **Unknown** |
| **Tetra Tech Inc** **PO Box 91967** **Denver, CO 80291-1967** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor **EnerDel, Inc., a Delaware Corporation**                    Case number (if known) _____
_____
Name

| 3.719 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Texmac Inc**
**3001 Stafford Dr**
**Charlotte, NC 28208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Texmac Inc**
**Tokyo R&D Astugi Facility**
**1516 Aiko Astugi Kanagawa 243-0035**
**JAPAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**TForce Freight**
**28013 Network Pl**
**Chicago, IL 60673-1280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,019.23** |
|---|---|---|---|

**TForce Worldwide Inc**
**PO Box 7410328**
**Chicago, IL 60674-0328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**The Case-Center**
**4320 Gardensville Rd**
**Crittenden, KY 41030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**The Comet SC Reg TA**
**3613 Lucius Rd**
**Columbia, SC 29201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**The Gallery Collection**
**PO Box 360**
**Ridgefield Park, NJ 07660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **EnerDel, Inc., a Delaware Corporation**
_____   Case number (if known) _____
Name

| 3.726 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**The Grill**
**6621 Broadway  #100**
**Mc Cordsville, IN 46055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.727 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**The Habegger Corporation**
**4995 Winton Rd**
**Cincinnati, OH 45232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**The Home Depot**
**9320 Corporation Dr**
**Indianapolis, IN 46256**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.729 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**The Retrofit Source**
**2281 Defoor Hills Rd NW**
**Atlanta, GA 30318**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**The Tarpenning -LaFollette Co**
**404 W Gimber St**
**Indianapolis, IN 46225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.731 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**THE TORO COMPANY**
**1914 EAST CLIFTON STREET**
**Tomah, WI 54660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Possible warranty claim_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.732 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Thermal Ceramics Inc**
**dba Morgan Advanced Materials**
**PO Box 71200**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **EnerDel, Inc., a Delaware Corporation**
_____
Name

Case number (if known) _____

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thermal Hazard Technology Inc**
**49 Boone Village  #30**
**Zionsville, IN 46077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thermotron Industries**
**a Venturedyne Ltd Company**
**PO Box 689590**
**Chicago, IL 60695-9590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Think Global AS Volvo Car Corp**
**Safety Center PV 12**
**Gothenburg**
**SWEDEN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**THINK N A INC**
**33762 Schoolcraft Rd #2**
**Livonia, MI 48150-1625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Possible warranty claim**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thomas L Voreis**
**169 Wellington Pkwy**
**Noblesville, IN 46060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tianjin RiseSun MGL**
**New Energy Science & Tech Co**
**No 18 Baifuquan Road  Chanping District**
**Beijing 100022**
**PEOPLES REPUBLIC OF CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tiara Hicks**
**7001 S. County Road 475 E**
**Selma, IN 47383**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **EnerDel, Inc., a Delaware Corporation**
　　　　　Name

Case number (if known) _____

---

| 3.740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TKT Sales**
**724 Firetower Rd**
**Yanceyville, NC 27379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TOKYO R&D CO LTD**
**1 25 12 AIKOHIGASHI**
**ATSUGI KANAGAWA 243-0027**
**JAPAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Possible warranty claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TOM WOOD MANAGEMENT**
**3033 E 98TH STREET SUITE 201**
**Indianapolis, IN 46280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Possible warranty claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tom Wood Nissan**
**4150 E 96th St**
**Indianapolis, IN 46240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TOMPKINS CONSOLIDATED AREA TRANSIT**
**737 WILLOW AVE**
**Ithaca, NY 14850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Possible warranty claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TOSHIBA INTERNATIONAL CORP**
**13131 W LITTLE YORK RD**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Possible warranty claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Total Reward Solutions LLC**
**7962 Oaklandon Rd  #112**
**Indianapolis, IN 46236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __EnerDel, Inc., a Delaware Corporation_____  Case number (if known) _____
          Name

---

| 3.747 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Touchstone Measurement Service LLC**
**2529 Commerce Dr  Ste F**
**Kokomo, IN 46902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TradeKon LLC**
**Yu Bondarovskaya St  Build 18 Lit A**
**St Petersburg  198510**
**RUSSIAN FEDERATION**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Transit Sales International**
**1863 Service Ct**
**Riverside, CA 92507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45.00** |
|---|---|---|---|

**Travel Company "Bolero Tour"**
**7 495 2317333**
**125252 Moscow  Chapaevsky Alley**
**12/1-179  Moscow**
**RUSSIAN FEDERATION**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Travel Company Bolero Tour**
**7 495 2317333**
**Chapaevsky Alley, 12/1-179**
**Moscow Russia  125252**
**RUSSIAN FEDERATION**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Travis Bailey**
**3091 Chapel Rd**
**Anderson, IN 46012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Trender Enterprises LLC**
**PO Box 36081**
**Indianapolis, IN 46239-9203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **EnerDel, Inc., a Delaware Corporation**
_____   Case number (if known) _____
Name

| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tricor Trust (Labuan) Ltd**
**Level 15(A2)**
**Main Office Tower**
**Jalan Merdeka 87000**
**INDONESIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**True Capital Partners LLC**
**56 N Haddon Ave  1st Fl**
**Haddonfield, NJ 08033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.756 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**TTI Inc**
**2441 Northeast Pkwy**
**Fort Worth, TX 76106**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**TUVRheinland**
**295 Foster St  #100**
**Littleton, MA 01460**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ubiquiti (store.ui.com)**
**685 Third Ave**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ukip Media and Events Ltd**
**Abinger House  Church Street**
**Dorking  RH4  1DF**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.760 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$279.75** |
|---|---|---|---|

**ULine**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

Debtor      **EnerDel, Inc., a Delaware Corporation**                    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.761 | **Nonpriority creditor's name and mailing address** |
| | **Umicore Korea Co Ltd**<br>**71  3 Gongdan 2-RO**<br>**Seobuk-GU  Cheonan-si  GA 31093**<br>**REPUBLIC OF KOREA** |

**Nonpriority creditor's name and mailing address** — 3.761

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Date(s) debt was incurred _
Last 4 digits of account number _

---

**3.762**    **Nonpriority creditor's name and mailing address**

**Unifyhr**
**105 Decker Ct  #540**
**Irving, TX 75062**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.763**    **Nonpriority creditor's name and mailing address**

**United Healthcare Premium Billing**
**PO Box 94017**
**Palatine, IL 60094-4017**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.764**    **Nonpriority creditor's name and mailing address**

**United Parcel Service**
**28013 Network Pl**
**Chicago, IL 60673-1280**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.765**    **Nonpriority creditor's name and mailing address**

**United Rentals (North America) Inc**
**PO Box 100711**
**Atlanta, GA 30384-0711**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.766**    **Nonpriority creditor's name and mailing address**

**United States Treasury**
**Internal Revenue Service**
**Ogden, UT 84201-0039**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.767**    **Nonpriority creditor's name and mailing address**

**Universal Air Filter Co**
**29121 Network Pl**
**Chicago, IL 60673-1291**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **EnerDel, Inc., a Delaware Corporation**
_____     Case number _(if known)_ _____
Name

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**UNIVERSITY OF ALASKA FAIRBANKS**
**1855 MARIKA RD.**
**Fairbanks, AK 99709**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Possible warranty claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**UNIVERSITY OF DAYTON RESEARCH**
**INSTITUTE**
**300 COLLEGE PARK**
**Dayton, OH 45469-0107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Possible warranty claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**University of Warwich  IMC**
**Gibbet Hill Road**
**West Middlands  CV4 7AL**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Possible warranty claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.771 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**University of Waterloo**
**200 University Avenue West**
**Waterloo  ON N2L 3W8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Possible warranty claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.772 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**US Army Corps of Engineers**
**249TH ENGINEER BATTALION**
**BUILDING 1416 JACKSON LOOP**
**Fort Belvoir, VA 22060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Possible warranty claim**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |
|---|---|---|---|

**US Customs & Border Protection**
**5600 Pearl St**
**Rosemont, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$295,315.00** |
|---|---|---|---|

**US Department of Energy**
**PO Box 880**
**Morgantown, WV 26507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Repayment of unused grant funds**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **EnerDel, Inc., a Delaware Corporation**                          Case number *(if known)* _____
_____
Name

| 3.775 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**US HYBRID**
**445 MAPLE AVE.**
**Torrance, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**US Industrial Technologies**
**12000 Globe St**
**Livonia, MI 48150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**USA Fleet Supply LLC**
**8050 Mechanicsville Tpk #212**
**Mechanicsville, VA 23111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**USABC**
**1000 TOWN CENTER DRIVE**
**SUITE 300**
**Southfield, MI 48075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**UTC POWER CORP**
**195 GOVERNORS HIGHWAY**
**South Windsor, CT 06074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.780 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Utica Equipment Finance LLC**
**20 Glover Ave  #100**
**Norwalk, CT 06850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.781 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**VACO LLC**
**PO Box 667**
**Brentwood, TN 37024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **EnerDel, Inc., a Delaware Corporation**                Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.782 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **Unknown** |
| | **Van Hool NV**<br>**Bernard Van Hoolstraat 58**<br>**Lier 2500**<br>**BELGIUM** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __ **Possible warranty claim** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.783 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **Unknown** |
| | **Vector North America Inc**<br>**39500 Orchard Hill Pl  #500**<br>**Novi, MI 48375** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.784 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **Unknown** |
| | **Velocity Global**<br>**3858 Walnut St  #107**<br>**Denver, CO 80205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.785 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **Unknown** |
| | **VERMEER CORPORATION**<br>**ENVIRONMENTAL GROUP - PLANT 4**<br>**LTL: C/O GEETINGS,**<br>**335 TRUMAN RD**<br>**Pella, IA 50219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __ **Possible warranty claim** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.786 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **Unknown** |
| | **Videopivot LLC**<br>**16635 Spring Cypress Rd #2672**<br>**Cypress, TX 77429-9998** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.787 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **Unknown** |
| | **Volvo Car Corporation**<br>**AVD 98540 PVOE  104 Pilot Plant**<br>**Goeteborg  Swedeb  SE-405 31**<br>**SWEDEN** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __ **Possible warranty claim** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.788 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **Unknown** |
| | **VonMercier, Inc.**<br>**121 Saint John St.**<br>**Havre De Grace, MD 21078** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __ **Possible warranty claim** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | EnerDel, Inc., a Delaware Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.789**

**Nonpriority creditor's name and mailing address**

**Voss Automotive**
**4640 Hillegas Rd**
**Fort Wayne, IN 46818**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$5,500.00**

---

**3.790**

**Nonpriority creditor's name and mailing address**

**Wall Street Journal**
**1211 Avenue of the Americas**
**New York, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.791**

**Nonpriority creditor's name and mailing address**

**Wamtechnik Sp Zo.o**
**Aleja Wilanowska 7 lok.3**
**Warszawa  02-765**
**POLAND**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.792**

**Nonpriority creditor's name and mailing address**

**WANXIANG CLEAN ENERGY USA CORP**
**88 AIRPORT ROAD**
**Elgin, IL 60123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.793**

**Nonpriority creditor's name and mailing address**

**WASHINGTON METROPOLITAN AREA TRANSIT AUT**
**WMATA SHEPHERD PARKWAY**
**2 DC VILLAGE LANE**
**Washington, DC 20032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.794**

**Nonpriority creditor's name and mailing address**

**Washington State Dept of Revenue**
**Attn: Bankruptcy Unit**
**2101 4th Ave  #1400**
**Seattle, WA 98121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$18,360.55**

---

**3.795**

**Nonpriority creditor's name and mailing address**

**Washington State Dept of Revenue**
**PO Box 47473**
**Olympia, WA 98504**

Date(s) debt was incurred  **March - June 2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid taxes**

Is the claim subject to offset? ■ No ☐ Yes

**$20,710.00**

---

Debtor  **EnerDel, Inc., a Delaware Corporation**
_____
Name

Case number (if known) _____

---

| 3.796 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Waterjet Cutting of Indiana Inc**
**10760 E US Hwy 136**
**Indianapolis, IN 46234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Waverley Electrics**
**13111 Marilyn Rd**
**Unit A11**
**Fishers, IN 46038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,280.00 |
|---|---|---|---|

**Webasto Charging Systems Inc**
**PO Box 8241**
**Pasadena, CA 91109-8241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WESCO DISTRIBUTION INC**
**909 N. COUNTRY FAIR DRIVE**
**Champaign, IL 61821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wesco Integrated Supply**
**36 Harbor Park Dr**
**Port Washington, NY 11050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**West Electric Inc**
**1320 E 60th St**
**Anderson, IN 46013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WESTERN INTEGRATED TECH**
**7651 S. 190th Street**
**Kent, WA 98032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **EnerDel, Inc., a Delaware Corporation**

Case number (if known) _____

Name

| | |
|---|---|
| 3.803 | **Nonpriority creditor's name and mailing address** |

**Weston Wedeward**
**Marine Travelift**
**49 E Yew St**
**Sturgeon Bay, WI 54235**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Possible warranty claim__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.804 | **Nonpriority creditor's name and mailing address** |

**Whirley & Associates**
**2520 Northwinds Pkwy  #575**
**Alpharetta, GA 30009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.805 | **Nonpriority creditor's name and mailing address** |

**Whitham Group LLC**
**8130 Luisa Way**
**Windsor, CA 95492**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.806 | **Nonpriority creditor's name and mailing address** |

**Winar Connection**
**PO Box 270**
**Richfield, OH 44286**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.807 | **Nonpriority creditor's name and mailing address** |

**Wind River Systems Inc**
**500 Wind River Way**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.808 | **Nonpriority creditor's name and mailing address** |

**Winnebago Industries, Inc.**
**W330N6233 Hasslinger Drive**
**Nashotah, WI 53058**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Possible warranty claim__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.809 | **Nonpriority creditor's name and mailing address** |

**Winslow Technology Group LLC**
**303 Wyman St  #210**
**Waltham, MA 02451**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor **EnerDel, Inc., a Delaware Corporation**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.810 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**Wonderful PCB (HK) Ltd**
**Room 906  9/F Boss Commercial Centre**
**28 Ferry Street   Kowloon Hong Kong**
**PEOPLES REPUBLIC OF CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.811 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$7,872,987.50** |
|---|---|---|

**Workhorse**
**100 Commerce Dr**
**Loveland, OH 45140**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Customer deposit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.812 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
|---|---|---|

**WORKHORSE**
**946 South State Route 32**
**Union City, IN 47390**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Possible warranty claim_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.813 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
|---|---|---|

**Workplace Safety & Health Co Inc**
**11715 Fox Rd  Ste 400-225**
**Indianapolis, IN 46236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.814 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
|---|---|---|

**World Joint Corp**
**dba lace Travel**
**111 N Wabash Ave  #2108**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$1,496.35** |
|---|---|---|

**Worldwide Express**
**29228 Network Pl**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
|---|---|---|

**Wynn Las Vegas**
**3131 Las Vegas Blvd S**
**Las Vegas, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **EnerDel, Inc., a Delaware Corporation**   Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.817 | **Nonpriority creditor's name and mailing address** |

**3.817** **Nonpriority creditor's name and mailing address**
**XMS Capital Partners LLC**
**321 Clark St  #2440**
**Chicago, IL 60654**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **$75,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.818** **Nonpriority creditor's name and mailing address**
**XTREME POWER**
**1120 GOFORTH ROAD**
**Kyle, TX 78640**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.819** **Nonpriority creditor's name and mailing address**
**YATES ELECTROSPACE CORPORATION**
**26895 ALISO CREEK ROAD**
**STE B37**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.820** **Nonpriority creditor's name and mailing address**
**YourCo**
**1111 E 54th St  #119**
**Indianapolis, IN 46220**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.821** **Nonpriority creditor's name and mailing address**
**Yousolar**
**2722 Del Monte Ave**
**El Cerrito, CA 94530**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.822** **Nonpriority creditor's name and mailing address**
**Yousolar**
**2722 Del Monte Ave**
**El Cerrito, CA 94530**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.823** **Nonpriority creditor's name and mailing address**
**Zodiac Aerospace (ECE)**
**129, BD Davout SC 82012**
**Cedex 20 Paris 75990**
**FRANCE**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible warranty claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **EnerDel, Inc., a Delaware Corporation**                     Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.824 | **Nonpriority creditor's name and mailing address** |

**Zoro Tools Inc**
**909 Ashbuy Dr**
**Buffalo Grove, IL 60089**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.        **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 16,253,558.09 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. $ | 16,253,558.09 |

**Fill in this information to identify the case:**

Debtor name    **EnerDel, Inc., a Delaware Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **24M Technologies**<br>**130 BROOKLINE STREET**<br>**Cambridge, MA 02139** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest   **Active unless changed in writing.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **3D Maritime**<br>**3628 Nico Wynd Dr**<br>**Surrey V4P 1J3  BC**<br>**CANADA** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest   **Automatic yearly renewal.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **ABC Transmissions Ltd**<br>**193rd Street**<br>**Surrey BC V4N4E7**<br>**CANADA** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **AC Transit**<br>**1100 SEMINARY AVE**<br>**Oakland, CA 94621** |

Debtor 1   **EnerDel, Inc., a Delaware Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Actacell Energy Systems Inc.**
**2105 DONLEY DRIVE**
**Suite 200**
**Austin, TX 78758-4510**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**ADA Technologies**
**Kevin Roth**
**11149 Bradford Road**
**Littleton, CO 80127**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**AION TECHNOLOGY LLC**
**LIGHTNING MOTOR COMPANY**
**933 American St.**
**San Carlos, CA 94070**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest     **Royalties for Condor.**

State the term remaining

List the contract number of any government contract

**Allison Transmission Inc.**
**Attn. Accounts Receivable MS L-28**
**P.O. Box 7120**
**Indianapolis, IN 46206-7120**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**ATC Drivetrain**
**10001 N W 2ND**
**Oklahoma City, OK 73127**

---

Debtor 1    **EnerDel, Inc., a Delaware Corporation**

First Name        Middle Name        Last Name

Case number (*if known*)  _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **B3CG**<br>**CNTA, Door 18**<br>**1249 MONTEE MASSON**<br>**Laval Quebec Canada H7E4P2** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Bae System Controls**<br>**11215 RUSHMORE DRIVE**<br>**Attn 800**<br>**Charlotte, NC 28277** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Bae Systems Inc.**<br>**8 HAYES AVE.**<br>**Endicott, NY 13760** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Battery Innovation Center**<br>**7970 S ENERGY DRIVE**<br>**Newberry, IN 47449** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **BD3 Platform**<br>**1249 MONTEE MASSON**<br>**Laval Quebec H7E 4P2**<br>**Canada** |

Debtor 1   **EnerDel, Inc., a Delaware Corporation**

First Name          Middle Name          Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Bernd Group** **United Tech Research Center** **411 SILVER LANE** **East Hartford, CT 06108** |
| List the contract number of any government contract | |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest   **CPAs and Advisors. 2022 taxes (not yet started).** | |
| State the term remaining | **BGBC Partners, LLP** **135 N. Pennsylvania Street** **Suite 2600** **Indianapolis, IN 46204** |
| List the contract number of any government contract | |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Black & Veatch** **11401 Lamar Ave.** **Overland, KS 66211** |
| List the contract number of any government contract | |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Bluefin Robotics** **553 SOUTH STREET** **Quincy, MA 02169** |
| List the contract number of any government contract | |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Borg Warner** **3800 AUTOMATION AVENUE** **Auburn Hills, MI 48326** |
| List the contract number of any government contract | |

Debtor 1  **EnerDel, Inc., a Delaware Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Bowling Green State University**<br>**CENTRAL SRVS BLDG RM 108B**<br>**ADMINISTRATION BUILDING RM 319**<br>**Bowling Green, OH 43403-0112** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Brookville Equipment Corp**<br>**175 EVANS STREET**<br>**Brookville, PA 15825** |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **California Center for Sustainable Energy**<br>**8690 BALBOA AVENUE SUITE 100**<br>**San Diego, CA 92123-1502** |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Carrier Tranicold**<br>**Trevor Padgett**<br>**700 Olympic Drive**<br>**Athens, GA 30601** |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **CEGEP DE SAIN JEROME**<br>**CDCQ/ITAQ**<br>**475 RUE FOURNIER**<br>**SAINT JEROME QUEBEC J7Z 4V2** |

Debtor 1  **EnerDel, Inc., a Delaware Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.25.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Center for Transport and Enviro**
**730 Peachtree Street**
**Suite 760**
**Atlanta, GA 30308**

**2.26.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**CENTRAL POWER SYSTEMS & SERVICES**
**9200 LIBERTY DRIVE**
**Liberty, MO 64068**

**2.27.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Chicago Transit Authority**
**7801 S. Vincennes Ave.**
**Chicago, IL 60620**

**2.28.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**City & County of Honolulu**
**Oahu Transit Services**
**811 Middle St.**
**Honolulu, HI 96819**

**2.29.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**City of Durham**
**1907 FAY STREET**
**Durham, NC 27704**

Debtor 1   **EnerDel, Inc., a Delaware Corporation**                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **CITY OF NORTH AUGUSTA<br>P.O. BOX 6400<br>North Augusta, SC 29841** |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest    **Automatic yearly renewal.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Clarke Power Services<br>8510 Farrington Rd<br>Colfax, NC 27235** |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **CNTA<br>1249 MONTEE MASSON<br>LAVAL QUEBEC H7E 4P2** |
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **COAST MOUNTAIN BUS COMPANY<br>3750 KITCHENER STREET<br>BURNABY BC V5C3L6** |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial<br>1249, Montee Masson<br>Laval Quebec H7E 4P2** |

Debtor 1   **EnerDel, Inc., a Delaware Corporation**

First Name          Middle Name          Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.35. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **CONCORD BATTERY CORPORATION**<br>**2009 SAN BERNADINO RD**<br>**West Covina, CA 91790** |
| 2.36. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **CONTINENTAL TEVES AG & Co**<br>**TEMIC BERLIN AUTOMOTICE ELECTR MOTORS GM**<br>**NEUS UFER 29**<br>**Berlin, NY 10553** |
| 2.37. State what the contract or lease is for and the nature of the debtor's interest   **Forklift Truck.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Crown Lift Trucks**<br>**P.O. Box 641173**<br>**Cincinnati, OH 45264-1173** |
| 2.38. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **CULLEN DIESEL**<br>**9357 193RD Street**<br>**Surrey BC V4N 4E7**<br>**Canada** |
| 2.39. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **CUMMINS INC**<br>**500 Jackson Street**<br>**Columbus, IN 47403** |

Debtor 1 **EnerDel, Inc., a Delaware Corporation**

First Name          Middle Name          Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.40. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DALHOUSIE UNIVERSITY<br>1360 BARRINGTON ST<br>P.O BOX 15000<br>HALIFAX NS B3H 4R2 |
| 2.41. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DANNAR<br>3 RESEARCH WAY<br>Greenville, SC 29607 |
| 2.42. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DELTA MOTORSPORT LIMITED<br>UNIT 2250 SILVERSTONE TECHNOLOGY PARK<br>SILVERSTONE CIRCUIT<br>SILVERSTONE NORTHAMPTONSHIRE NN12 8GX |
| 2.43. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DENZEL E DRIVE GMBH<br>ERDBERGSTRASSE 189-193<br>WIEN  1030 |
| 2.44. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DEPARTMENT OF ENERGY<br>City & County of Honolulu<br>811 Middle St.<br>Honolulu, HI 96819 |

Debtor 1 __EnerDel, Inc., a Delaware Corporation_____     Case number (*if known*) _____

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.45.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**DGS DIESEL- UND GETRIEBESERVICE GmbH
Wernher-von-Braun-Stabe 11
Mainz Hechstsheim D-55129
Germany**

---

**2.46.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**DIVSYS INTERNATIONAL-ICAPE LLC
8102 Zionsville Road
Indianapolis, IN 46268**

---

**2.47.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Don Pleau
Metropolitan Council
390 Robert St. N.
Saint Paul, MN 55101**

---

**2.48.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**DS Tech
1275 rue Newton, local 15
Boucherville QC J4B 5H2**

---

**2.49.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**DYNAPOWER CO
85 MEADOWLAND DR
South Burlington, VT 05403-7611**

---

Debtor 1   **EnerDel, Inc., a Delaware Corporation**

First Name          Middle Name          Last Name

Case number (*if known*)

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.50.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**E CAR SERVICE**
**UID ATU65905069**
**EIGENHEIM 7**
**6850 DORNBIRN**

---

**2.51.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**e-AAM Driveline Systems AB**
**Nohabgatan 18E**
**SE-461 53 Trollhatten**
**Sweden**

---

**2.52.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**EAGLE ROCK SPECIALTIES/IDAHO NATIANAL LA**
**2299 WEST OMNI DRIVE**
**Idaho Falls, ID 83402**

---

**2.53.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**EATON CORPORTION**
**W 126N7250 FLINT DRIVE**
**Menomonee Falls, WI 53051**

---

**2.54.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**ECLIPSE ENERGY**
**1752 FIELDS BLVD.**
**Greenfield, IN 46140**

---

Debtor 1  **EnerDel, Inc., a Delaware Corporation**

First Name        Middle Name        Last Name

Case number (*if known*)  _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.55. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **EFFICIENT DRIVETRAINS INC** |
| | **1000 BUSINESS PARK DRIVE** |
| List the contract number of any government contract | **SUITE B** |
| | **Dixon, CA 95620** |
| 2.56. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **ELBILMEK AS** |
| | **SNAROYVEIEN 73** |
| List the contract number of any government contract | **FORNEBU 1367** |
| | **MOB 968 017 16** |
| 2.57. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **ELECTRANS TECHNOLOGIES LTD** |
| | **CANADIAN BRON LTD** |
| List the contract number of any government contract | **2021 SPEARS ROAD** |
| | **OAKVILLE ON L6L2X8** |
| 2.58. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **ELECTRIC VEHICLE CLUB OF PURDUE** |
| | **451 N GRANT STREET APT 7** |
| List the contract number of any government contract | **West Lafayette, IN 47906** |
| 2.59. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **ELECTRONIC MOBILITY AUTOMOTIVE AG** |
| | **PRATERNISEL 3-4** |
| List the contract number of any government contract | **MUNICH  D-80538** |

Debtor 1  **EnerDel, Inc., a Delaware Corporation**                    Case number (*if known*) _____
First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.60.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**ELROY AIR**
**1500 MICHIGAN STREET**
**San Francisco, CA 94124**

---

2.61.  State what the contract or lease is for and the nature of the debtor's interest

**Automatic yearly renewal.  Expires 6/20/2024.**

State the term remaining

List the contract number of any government contract

**Emera Technologies**
**702 N Franklin St  #100**
**Tampa, FL 33602**

---

2.62.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**EMERGING POWER INC**
**244 WOOD STREET**
**P.O. BOX 9184**
**Lexington, MA 02420-9108**

---

2.63.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**ENERDEL INC**
**2  AVTOMOTORNAYA ST**
**MOSCOW MOSCOW 125438**

---

2.64.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**EnerDel Service Parts**

---

Debtor 1 __EnerDel, Inc., a Delaware Corporation_____      Case number (*if known*) _____

First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.65.**   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**EnerDel Warranty**
**3619 W. 73rd Street**
**Suite 2**
**Anderson, IN 46011**

---

**2.66.**   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**EnerDel-IEGO**
**3619 W. 73rd Street**
**Suite 2**
**Anderson, IN 46011**

---

**2.67.**   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**ENERGY SYSTEMS NETWORK**
**111 MONUMENT CIRCLE SUITE 1800**
**Indianapolis, IN 46204**

---

**2.68.**   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**ENERTECH INTERNATIONAL INC**
**NATALIA ASTAKHOVA**
**197110, 10/1 A BAROCHNAIA ST, OFFICE 412**
**ST. PETERSBURG RUSSIA**

---

**2.69.**   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**ENERZ  LTD**
**20A APTEKARSKALA EMB**
**SAINT PETERSBURG  197022**
**RUSSIA**

---

Debtor 1   **EnerDel, Inc., a Delaware Corporation**                                    Case number (*if known*) _____
_____
         First Name      Middle Name      Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.70.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **ENPOWER, INC.**<br>**2155 W. Pinnacle Peak Road, Suite 120**<br>**Phoenix, AZ 85027** |
| **2.71.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **EVC GROUP SRO**<br>**NADRAZNI 804**<br>**HULIN  768 24** |
| **2.72.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **EVC RACING**<br>**11339 VALLEY MEADOW DRIVE**<br>**Zionsville, IN 46077** |
| **2.73.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **EVOA LLC**<br>**805 MARINA RD**<br>**Titusville, FL 32796** |
| **2.74.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **EVOLVE ELECTRICS**<br>**Justin Dunn**<br>**5735 ARAPAHOE AVE, UNIT C**<br>**Boulder, CO 80303** |

Debtor 1  **EnerDel, Inc., a Delaware Corporation**

First Name          Middle Name          Last Name

Case number (*if known*)

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.75.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**EXPERBUY FRANCE**
**LABINAL POWER SYSTEMS -REAU**
**ROND POINT RENE RAVAUD**

**2.76.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**FABRYKA SAMOCHODOW OSOBOWYCH SYRENA**
**JOZEFOW STREET 9**
**KUTNO  99-300**

**2.77.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**FISKER AUTOMOTIVE INC**
**19 CORPORATE PARK**
**Irvine, CA 92606**

**2.78.** State what the contract or lease is for and the nature of the debtor's interest

**Lease for office and plant in Anderson: 2701 W. 73rd Street and 3619 W. 73rd Street.**

State the term remaining

List the contract number of any government contract

**Flagship Enterprise Center Inc.**
**2705 Enterprise Drive**
**Anderson, IN 46013**

**2.79.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Florida Detroit Diesel**
**6750 Presidents Drive**
**Orlando, FL 32809**

Debtor 1  **EnerDel, Inc., a Delaware Corporation**

First Name          Middle Name          Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.80.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**FORI AUTOMATION**
**13231 23 MILE RD.**
**Shelby Township, MI 48315**

**2.81.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**FUNDACAO CPQD**
**RUE DOUTOR RECARDO BENETTON MARTINS SN**
**PARQUE II DO POLO DE ALTA TECNOLGIA**
**CAMPINAS SP**

**2.82.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**GAFFOGLIO FAMILY METALCRAFTERS, INC.**
**11161 SLATER AVENUE**
**Fountain Valley, CA 92708**

**2.83.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**GENERAL DYNAMICS LAND SYSTEMS**
**1161 BUCKEYE ROAD**
**Lima, OH 45804-1815**

**2.84.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**GENERAL MOTORS LLC**
**SHERMAN ZENG**
**30003 VAN DYKE AVE.**
**Warren, MI 48092**

Debtor 1   **EnerDel, Inc., a Delaware Corporation**
_____
First Name           Middle Name           Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.85.    State what the contract or lease is for and the nature of the debtor's interest<br><br>     State the term remaining<br><br>     List the contract number of any government contract | **GERWEISS MOTORS CORPORATION**<br>**36 ARMSTRONG VILLAS, ARMSTRONG AVE**<br>**MOONWALK, PARANAQUE CITY METRO MANILLA,**<br>**PHILLIPINES 85082-3490** |
| 2.86.    State what the contract or lease is for and the nature of the debtor's interest     **Lease for office at 18872 MacArthur Blvd, Suite 110, Irvine, CA 92612.**<br><br>     State the term remaining<br><br>     List the contract number of any government contract | **GFE MacArthur Investments LLC**<br>**757 N. Broadway**<br>**Suite 700**<br>**Milwaukee, WI 53202** |
| 2.87.    State what the contract or lease is for and the nature of the debtor's interest<br><br>     State the term remaining<br><br>     List the contract number of any government contract | **GO ELECTRIC INC.**<br>**1920 Purdue Parkway**<br>**Anderson, IN 46016** |
| 2.88.    State what the contract or lease is for and the nature of the debtor's interest<br><br>     State the term remaining<br><br>     List the contract number of any government contract | **Goodwolfe Energy Limited**<br>**Units 27/28 Laurance Industrial Estate**<br>**Eastwoodbury Lane**<br>**Southend-on-Sea Essex SS2 6RH** |
| 2.89.    State what the contract or lease is for and the nature of the debtor's interest<br><br>     State the term remaining<br><br>     List the contract number of any government contract | **GREATER CLEVELAND RTA**<br>**1240 WEST 6TH STREET**<br>**Cleveland, OH 44113-1331** |

Debtor 1   **EnerDel, Inc., a Delaware Corporation**

First Name          Middle Name          Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.90. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **GREATER LYNCHBURG TRANSIT COMPANY**<br>**ACCOUNTS PAYABLE**<br>**P.O. BOX 11286**<br>**Lynchburg, VA 24506** |
| 2.91. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **GREENWAY OPERATOR A.S.**<br>**BAJKALSKA 5/B**<br>**831 04 BRATISLAVA** |
| 2.92. State what the contract or lease is for and the nature of the debtor's interest **Service Contract expires October 2027.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **H2O** |
| 2.93. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **HANKUK FIBER CO LTD**<br>**181 1 YONGJI-RI, BUBUK-MYUN**<br>**MIRYANG-SI KYUNGNAM** |
| 2.94. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **HARDT ELECTRIC**<br>**4909 N ELSTON**<br>**Chicago, IL 60630** |

Debtor 1  **EnerDel, Inc., a Delaware Corporation**
_____  Case number (*if known*) _____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.95.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Harvest CROO, LLC. (4FX)**<br>**251 SOUTH 78TH STREET**<br>**Tampa, FL 33619** |
| **2.96.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **HG Engineers**<br>**142 Eglin Pkwy SE**<br>**Fort Walton Beach, FL 32548** |
| **2.97.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **HONDA R&D EUROPE GERMANY GMBH**<br>**CARL-LEGIEN-STRASSE 30**<br>**63073 OFFENBACH** |
| **2.98.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **HYUNDAI HEAVY INDUSTRIES CO LTD**<br>**1 CHEON HA DONG**<br>**DONG-GU ULSAN** |
| **2.99.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **IDEAL POWER CONVERTERS**<br>**4210 FREIDRICH LANE**<br>**Suite 100**<br>**Austin, TX 78744** |

Debtor 1  **EnerDel, Inc., a Delaware Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.100.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**INDIANA OFFICE OF ENERGY DEVELOPMENT**
**1 NORTH CAPITOL SUITE 600**
**Indianapolis, IN 46204**

**2.101.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**INDPLS COMM DEV BLOCK GRANT**
**BEUMER CONSULTING**
**PO Box 219**
**Farmland, IN 47340**

**2.102.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**INDY POWER SYSTEMS**
**7702 MOLLER ROAD**
**Indianapolis, IN 46268**

**2.103.** State what the contract or lease is for and the nature of the debtor's interest

**Automatic yearly renewal.**

State the term remaining

List the contract number of any government contract

**Interstate Power Systems**
**21568 Highview Ave**
**Lakeville, MN 55044**

**2.104.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**INTERTEK TESTING SERVICES NA INC**
**45000 Helm St, Suite 150**
**Plymouth, MI 48170**

Debtor 1  **EnerDel, Inc., a Delaware Corporation**                                    Case number (*if known*) _____
          First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.105.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **ITOCHU CORPORATION**<br>**TOKVU SECTION**<br>**5-1, KITA-AOYAMA 2-CHOME**<br>**MINATO-KU TOKYO 107-8077** |
| **2.106.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **ITOCHU EUROPE**<br>**THE BROADGATE TOWER**<br>**20 PRIMROSE STREET**<br>**LONDON  EC2A 2EW** |
| **2.107.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **JOFEMAR S A**<br>**HIDRONEW XXII, S.L.**<br>**CTRA.MARCILLA KM.2**<br>**31350 PERALTA NAVARRA** |
| **2.108.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **JOHN DEERE**<br>**3800 w ridgeway ave, Dept 038**<br>**Waterloo, IA 50701** |
| **2.109.** State what the contract or lease is for and the nature of the debtor's interest  **Automatic yearly renewal.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Johnson & Towers Inc**<br>**500 Wilson Point Rd**<br>**Middle River, MD 21220** |

Debtor 1 __EnerDel, Inc., a Delaware Corporation__        Case number (*if known*) _____

    First Name            Middle Name          Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.110.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **K&K MANUFACTURING INC**<br>**951 9 MILE ROAD N W**<br>**Sparta, MI 49345** |
| **2.111.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **KEME INC**<br>**550 MORELAND WAY 4610**<br>**Santa Clara, CA 95054** |
| **2.112.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **KENWORTH TRUCK CO**<br>**KENWORTH R&D CENTER**<br>**485 HOUSER WAY NORTH**<br>**Renton, WA 98057** |
| **2.113.** State what the contract or lease is for and the nature of the debtor's interest    **Automatic yearly renewal.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **King County DOT Transit Vehicle Maint**<br>**2160 N 163rd St  NBM-R-0100**<br>**Shoreline, WA 98133** |
| **2.114.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Komatsu Mining Corp. Group**<br>**120 Liberty Street**<br>**Franklin, PA 16323** |

Debtor 1  **EnerDel, Inc., a Delaware Corporation**

    First Name         Middle Name         Last Name

Case number *(if known)* _____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.115.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **KRONUS ENGINEERING**<br>**5735 ARAPAHOE**<br>**Boulder, CO 80303** |
| **2.116.** State what the contract or lease is for and the nature of the debtor's interest    **Automatic yearly renewal.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lane Transit District**<br>**3500 E 17th Ave**<br>**Eugene, OR 97403** |
| **2.117.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **LEX TM3 LLC**<br>**7416 Delemere BLVD**<br>**Royal Oak, MI 48073** |
| **2.118.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **LIGHTNING MOTORS CORP**<br>**931 AMERICAN STREET**<br>**40 S 35TH ST**<br>**Boulder, CO 80305** |
| **2.119.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lion Buses**<br>**921 Chermin De La Riveire Du Nord**<br>**St. Jerome P. Qc J7Y 5G2** |

Debtor 1  **EnerDel, Inc., a Delaware Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.120.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **LTS MARINE INC**<br>**1602 Jean Lachaine**<br>**Saint-Catherine Quebec J5C1C2** |
| **2.121.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **MAGNA CLOSURES**<br>**A DIV. OF MAGNA CLOSURES INC.**<br>**NEWMARKET ON L3Y 4X7** |
| **2.122.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **MAGNA STEYR FAHRZEUGTECHNIK AG & CO**<br>**LIEBENAUER HAUPTSTR. 317**<br>**GRAZ AUSTRIA 8041** |
| **2.123.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **MAJOR  JEFFREY**<br>**6348 CLOVERDALE ROAD**<br>**Cygnet, OH 43413** |
| **2.124.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Marine Travelift**<br>**49 E. Yew Street**<br>**Sturgeon Bay, WI 54235** |

Debtor 1    **EnerDel, Inc., a Delaware Corporation**                    Case number *(if known)* _____
            First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.125.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**MASSACHUSETTS INSTITUTE OF TECHNOLOGY**
**244 WOOD STREET**
**P.O. BOX 9184**
**Lexington, MA 02420-9108**

---

**2.126.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**MINNEAPOLIS METRO TRANSIT**
**515 Cleveland Ave N**
**Saint Paul, MN 55114**

---

**2.127.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Mobile Track Solutions**
**203 Johnson St.**
**Elkader, IA 52043**

---

**2.128.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**MODUTRAM MEXICO SAPI DE CV**
**Av. del Bosque 1145**
**Col. El Bajio**
**ZAPOPAN JAL 45019, MEXICO**

---

**2.129.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**MOTIV POWER SYSTEMS INC.**
**1165 CHESS DRIVE**
**SUITE E**
**Foster City, CA 94404**

---

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                Page 26 of 43

Debtor 1   **EnerDel, Inc., a Delaware Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.130.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Motivo Engineering**
**17700 South Figueroa Street**
**Gardena, CA 90248**

---

**2.131.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**NAMI UMP HV BATTERY**
**NAMI RU ST**
**SCIENTIFIC RESEARCH**
**MOSCOW RU RUSSIA**

---

**2.132.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**NCS ENGINEERING**
**24 5th STREET**
**VORSTERKROON NIGEL 1490**

---

**2.133.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**NEW FLYER INDUSTRIES CANADA ULC**
**630  KERNAGHAN AVE DOOR 76**
**WINNIPEG MB R2C 5G1**

---

**2.134.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**NEX-GEN CUSTOM, LLC (Remarkable Foods)**
**249 East Gardena Blvd**
**Gardena, CA 90248**

---

Debtor 1  **EnerDel, Inc., a Delaware Corporation**

First Name        Middle Name        Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.135.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

NIKKEI BUSINESS PUBLICATIONS INC
1 17 3 SHIROKANE MINATO KU
TOYKO  108-8646

**2.136.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

NIOSH Pittsburgh Mining Research Divisio
626 Cochran Mill Road
Bldg 143
Pittsburgh, PA 15236

**2.137.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

NISSAN
2 TAKARA-CHO
KANAGAWA-KU
KANAGAWA JAPAN 220-8623

**2.138.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Nivalis Energy Systems
230 Schilling Circle
Suite 120
Hunt Valley, MD 21031

**2.139.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

NORAUTO FRANCE
RUE DU FORT
CENTER DE GROS LESQUIN
SAINGHIN EN MELANTOIS NORTH DEPT

Debtor 1 __EnerDel, Inc., a Delaware Corporation__

      First Name        Middle Name        Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | NOVABUS<br>1000 BOUL INDUSRIEL<br>ST EUSTACHE QC J7R 5A5 |
| | List the contract number of any government contract | |

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | NUCLEUS SCIENTIFIC<br>148 SIDNEY STREET<br>Cambridge, MA 02139 |
| | List the contract number of any government contract | |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | NUVATION ENERGY<br>332 MARSLAND DRIVE, SUITE 200<br>WATERLOO ONTARIO N2J3Z1 |
| | List the contract number of any government contract | |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | ODYNE SYSTEMS, LLC<br>W237 N2878 WOODGATE ROAD<br>Pewaukee, WI 53072 |
| | List the contract number of any government contract | |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | OFFICE OF NAVAL RESEARCH<br>CODE 331<br>875 N RANDOLPH STREET<br>Arlington, VA 22203-1995 |
| | List the contract number of any government contract | |

Debtor 1  **EnerDel, Inc., a Delaware Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.145.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**PACCAR**
**485 Houser Way N,**
**Renton, WA 98057**

**2.146.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Polar Power Inc.**
**249. East Gardena Blvd,**
**Gardena, CA 92804**

**2.147.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**POLARIS ALPHA ADVANCED SYSTEMS**
**PO Box 1240**
**Spotsylvania, VA 22408**

**2.148.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**POROUS POWER TECHNOLOGIES LLC**
**2765 DAGNY WAY**
**SUITE 200**
**Lafayette, CO 80026**

**2.149.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**PORTLAND GENERAL ELECTRIC**
**1615 22nd street SE**
**attn: Bart Wiles/Kevin Whitener**
**Salem, OR 97302**

Debtor 1   **EnerDel, Inc., a Delaware Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Power Electronics Development Center**<br>**101 Elk Street**<br>**Door E**<br>**Franklin, PA 16323** |
| | List the contract number of any government contract | |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **PSA PEUGEOT CITROEN**<br>**DRIA/ICEM/EET/PSDE**<br>**BAT 62 CASE COURRIER NVV 187**<br>**ROUTE DE GISY VELIZY VILLCOUBLAY 78943** |
| | List the contract number of any government contract | |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **PUNDA MERCANTILE INC**<br>**8506 EAST 30TH STREET**<br>**SUITE C**<br>**Indianapolis, IN 46219** |
| | List the contract number of any government contract | |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **PURDUE SCHOOL OF ENGINEERING & TECH**<br>**1920 Purdue Parkway**<br>**Anderson, IN 46016** |
| | List the contract number of any government contract | |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **QUANTUM**<br>**17872 CARTWRIGHT ROAD**<br>**Irvine, CA 92614** |
| | List the contract number of any government contract | |

| Debtor 1 | EnerDel, Inc., a Delaware Corporation | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.155. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Quantum Fuel Systems<br>25242 Artic Ocean Drive<br>Lake Forest, CA 92630** |
| 2.156. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Radiant Industries<br>113 Sierra St<br>El Segundo, CA 90245** |
| 2.157. State what the contract or lease is for and the nature of the debtor's interest   **BMS Hardware designer, was in the middle of working on design with engineering.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Rapid Global Business Solutions Inc.<br>1200 Stephenson Hwy<br>Troy, MI 48083** |
| 2.158. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **RAYTHEON<br>528 BOSTON POST ROAD<br>ANDOVER, MA 78288** |
| 2.159. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **RENAULT RESEARCH DEPARTMENT<br>TCR LAB 1 14<br>1 AVENUE DU GOLF<br>GUYANCOURT FRANCE 78288** |

Debtor 1  **EnerDel, Inc., a Delaware Corporation**

First Name          Middle Name          Last Name

Case number *(if known)* _____

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.160.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **REPRO PARTS**<br>**881 INDUSTRIAL DRIVE**<br>**Elmhurst, IL 60126** |
| **2.161.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **RINEHART MOTION SYSTEMS LLC**<br>**7929 SW BURNS WAY SUITE B**<br>**Wilsonville, OR 97070** |
| **2.162.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **RiseSun MGL New Energy Science**<br>**18# Baifuquan Rd., Changping Sector of**<br>**Zhongguancun Science Park**<br>**Changping District Beijing, China** |
| **2.163.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roadtex Transportation**<br>**3023 N. Distribution Way**<br>**Suite 120**<br>**Greenfield, IN 46140** |
| **2.164.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **ROCKY RESEARCH**<br>**P.O. Box 61800**<br>**Boulder City, NV 89006-1800** |

Debtor 1  **EnerDel, Inc., a Delaware Corporation**

     First Name          Middle Name          Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.165.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **ROHNESELMER SANDVIKA AS**<br>**JONGSASVEIEN 4**<br>**SANDVIKA  1338** |
| **2.166.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **RUSSELL'S TUBE FORMING INC.**<br>**220 Gasoline Alley**<br>**Indianapolis, IN 46222** |
| **2.167.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **SANTA BARBARA MTD**<br>**550 E. COTA ST.**<br>**Santa Barbara, CA 93103** |
| **2.168.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **SANTA CLARA VALLEY TRANSPORTATION AUT**<br>**3331 NORTH FIRST ST**<br>**BUILDING A**<br>**San Jose, CA 95134-1906** |
| **2.169.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **SCIENCE APPLICATIONS INTERNATIONAL CORP.**<br>**SAIC SSC-AP,LOC 447, MS 2113-03**<br>**301 LABORATORY ROAD**<br>**Oak Ridge, TN 37830** |

| Debtor 1 | EnerDel, Inc., a Delaware Corporation | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **SEPTA**<br>**4675 NORTH 3RD STREET**<br>**Philadelphia, PA 19140** |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **SOCIETY DE TRANSPORT DE MONTREAL**<br>**Place Bonaventure**<br>**800 De La Gauchetiere Ouest 8440**<br>**Montreal QC H5A 1J6, Canada** |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | **Automatic yearly renewal.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Solaris Bus & Coach SA**<br>**Obornicka 46 +48616672686**<br>**Belechowo Osiedle Owinska 62005**<br>**POLAND** |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **SOUTH COAST BRITISH COLUMBIA TRANSPORTAT**<br>**400-287 NELSON'S COURT**<br>**NEW WESTMINSTER BC V3L 0E7** |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Stafl Systems, LLC**<br>**428 North Canal Street**<br>**Unit A**<br>**San Francisco, CA 94080** |

Debtor 1  **EnerDel, Inc., a Delaware Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.175.** State what the contract or lease is for and the nature of the debtor's interest

**Automatic yearly renewal.**

State the term remaining

List the contract number of any government contract

**Stewart & Stevenson FDDA LLC**
**8411 E Adamo Dr**
**Tampa, FL 33619**

**2.176.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sunsource Salvage Distribution**
**12800 Highway 13 S**
**Savage, MN 55378**

**2.177.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**SYMBLU COR**
**5192 BOLSA AVE, UNIT 5**
**Huntington Beach, CA 92649**

**2.178.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**TACK ELECTRONICS INC**
**5030 Kraft Ave SE , Suite A**
**Grand Rapids, MI 49512**

**2.179.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**TEMSA GLOBAL SANAYI VE TICARET**
**YOLGEQEN MAH. TURHAN CEMAL BERIKER**
**BULV. # 561,563**
**SEYHAN  01355**

Debtor 1   **EnerDel, Inc., a Delaware Corporation**
     First Name         Middle Name        Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.180.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **TEXMAC INC**<br>**TOKYO R&D ASTUGI FACILITY**<br>**1516 AIKO ASTUGI KANAGAWA**<br>**243-0035** |
| **2.181.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **The Comet SC Reg TA**<br>**3613 Lucius Rd**<br>**Columbia, SC 29201** |
| **2.182.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **THE TORO COMPANY**<br>**1914 EAST CLIFTON STREET**<br>**Tomah, WI 54660** |
| **2.183.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **THINK GLOBAL AS**<br>**Volvo Car Corporation**<br>**Safety Center PV12**<br>**Gothenburg** |
| **2.184.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **THINK N A INC**<br>**33762 Schoolcraft Rd #2**<br>**Livonia, MI 48150-1625** |

| Debtor 1 | EnerDel, Inc., a Delaware Corporation | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.185.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**TOKYO R&D CO LTD**
**1 25 12 AIKOHIGASHI**
**ATSUGI KANAGAWA 243-0027**

---

**2.186.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**TOM WOOD MANAGEMENT**
**3033 E 98TH STREET SUITE 201**
**Indianapolis, IN 46280**

---

**2.187.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**TOMPKINS CONSOLIDATED AREA TRANSIT**
**737 WILLOW AVE**
**Ithaca, NY 14850**

---

**2.188.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**TOSHIBA INTERNATIONAL CORP**
**13131 W LITTLE YORK RD**
**Houston, TX 77041**

---

**2.189.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Active unless changed in writing.**

**Trevor Small**
**3628 Nico Wynd Dr**
**Surrey V4P 1J3 BC**
**CANADA**

---

Debtor 1  **EnerDel, Inc., a Delaware Corporation**

First Name          Middle Name          Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.190.  State what the contract or lease is for and the nature of the debtor's interest   **Payback of unused grant funds.**

State the term remaining

List the contract number of any government contract

**U.S. Department of Energy**
**P.O. Box 880**
**Morgantown, WV 26507**

---

2.191.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**UNIVERSITY OF ALASKA FAIRBANKS**
**1855 MARIKA RD.**
**Fairbanks, AK 99709**

---

2.192.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**UNIVERSITY OF DAYTON RESEARCH INSTITUTE**
**300 COLLEGE PARK**
**Dayton, OH 45469-0107**

---

2.193.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**UNIVERSITY OF WARWICH**
**IMC**
**GIBBET HILL ROAD**
**WEST MIDDLANDS  CV4 7AL**

---

2.194.  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**UNIVERSITY OF WATERLOO**
**200 UNIVERSITY AVENUE WEST**
**WATERLOO ON N2L 3W8**

---

Debtor 1    **EnerDel, Inc., a Delaware Corporation**

First Name          Middle Name          Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.195.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

US Army Corps of Engineers
249TH ENGINEER BATTALION
BUILDING 1416 JACKSON LOOP
Fort Belvoir, VA 22060

**2.196.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

US HYBRID
445 MAPLE AVE.
Torrance, CA 90503

**2.197.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

USABC
1000 TOWN CENTER DRIVE
SUITE 300
Southfield, MI 48075

**2.198.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

UTC POWER CORP
195 GOVERNORS HIGHWAY
South Windsor, CT 06074

**2.199.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

VAN HOOL NV
BERNARD VAN HOOLSTRAAT 58
LIER  2500

Debtor 1 **EnerDel, Inc., a Delaware Corporation**
       First Name       Middle Name       Last Name                    Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.200.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**VERMEER CORPORATION
ENVIRONMENTAL GROUP - PLANT 4
LTL: C/O GEETINGS,
335 TRUMAN RD
Pella, IA 50219**

**2.201.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**VOLVO CAR CORPORATION
AVD 98540 PVOE
104 PILOT PLANT
GOETEBORG SWEDEB SE-405 31**

**2.202.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**VonMercier, Inc.
121 Saint John St.
Havre De Grace, MD 21078**

**2.203.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**WAMTECHNIK Sp. zo.o.
Aleja Wilanowska 7 lok. 3
WARSZAWA  02-765**

**2.204.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**WANXIANG CLEAN ENERGY USA CORP
88 AIRPORT ROAD
Elgin, IL 60123**

Debtor 1   **EnerDel, Inc., a Delaware Corporation**

First Name          Middle Name          Last Name

Case number (*if known*)

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.205.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

WASHINGTON METROPOLITAN AREA TRANSIT AUT
WMATA SHEPHERD PARKWAY
2 DC VILLAGE LANE
Washington, DC 20032

**2.206.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Waverley Electrics
13111 Marilyn Rd
Unit A11
Fishers, IN 46038

**2.207.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

WESCO DISTRIBUTION INC
909 N. COUNTRY FAIR DRIVE
Champaign, IL 61821

**2.208.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

WESTERN INTEGRATED TECH
7651 S. 190th Street
Kent, WA 98032

**2.209.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Winnebago Industries, Inc.
W330N6233 Hasslinger Drive
Nashotah, WI 53058

Debtor 1 __EnerDel, Inc., a Delaware Corporation__

First Name          Middle Name          Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.210. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **WORKHORSE**<br>**946 South State Route 32**<br>**Union City, IN 47390** |
| 2.211. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **XTREME POWER**<br>**1120 GOFORTH ROAD**<br>**Kyle, TX 78640** |
| 2.212. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **YATES ELECTROSPACE CORPORATION**<br>**26895 ALISO CREEK ROAD**<br>**STE B37**<br>**Aliso Viejo, CA 92656** |
| 2.213. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **YouSolar Inc.**<br>**2722 Del Monte Ave**<br>**El Cerrito, CA 94530** |
| 2.214. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **ZODIAC AEROSPACE (ECE)**<br>**129, BD DAVOUT**<br>**CS 82012**<br>**CEDEX 20 PARIS 75990** |

**Fill in this information to identify the case:**

Debtor name __**EnerDel, Inc., a Delaware Corporation**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF INDIANA__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1   **Ener1, Inc.** | **3619 W. 73rd Street**<br>**Anderson, IN 46011** | **Bzinfin, S.A.** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **EnerDel, Inc., a Delaware Corporation**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF INDIANA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other   **Operating a business** | **$8,645,605.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other   **Operating a business** | **$18,250,001.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other   **Operating a business** | **$16,257,637.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **EnerDel, Inc., a Delaware Corporation**                        Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See attached "Payments to Creditors"** | 4/12/2023 -<br>7/11/2023 | $3,117,361.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **1099 Employee, Contract Sales Person, Payroll, Insurance, Benefits, Rent, Tax Service** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Steve Heir**<br>**1368 Fritztown Road**<br>**Reinholds, PA 17572**<br>**CEO** | 7/15/2022 -<br>7/11/2023 | $639,071.06 | **Wages/Benefits/Bonus** |
| 4.2. **Christine Bardsley**<br>**23970 Logans Court**<br>**Cicero, IN 46034**<br>**VP Finance** | 7/15/2022 -<br>7/11/2023 | $306,593.15 | **Wages/Benefits/Bonus** |
| 4.3. **Kev Adjemian**<br>**1072 Santa Ana Street**<br>**Laguna Beach, CA 92651**<br>**Chief Strategy Officer** | 7/15/2022 -<br>7/10/2023 | $394,202.65 | **Wages/Benefits/Bonus** |
| 4.4. **James Bowman**<br>**8221 Sargent Road**<br>**Indianapolis, IN 46256**<br>**Sr. VP of Operations** | 7/15/2022 -<br>11/4/2022 | $63,601.48 | **Wages/Benefits** |
| 4.5. **Derrick Buck**<br>**1932 Huntsville Road**<br>**Pendleton, IN 46064**<br>**VP of Customer Program Management** | 7/15/2022 -<br>9/9/2022 | $33,828.00 | **Wages/Benefits** |
| 4.6. **Albert Petichenskiy**<br>**7154 Fisher Island Dr**<br>**Georgetown, FL 32139**<br>**Director** | 8/4/2022 -<br>12/9/2022 | $46,666.65 | **Director Fees and Travel Expenses** |
| 4.7. **Paul Herbert**<br>**1662 Padington Park Ln**<br>**Germantown, TN 38138**<br>**Director** | 8/4/2022 -<br>12/9/2022 | $99,631.29 | **Director Fees and Travel Expenses** |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor   **EnerDel, Inc., a Delaware Corporation**                     Case number *(if known)*

---

�■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Purdue School of Engineering and Tech** **Pursue Polytech Anderson** **1920 Purdue Parkway** **Anderson, IN 46016** | **Total of 5 modules** | **3/23/2023 and 4/11/2023** | **$3,810.00** |
| | **Recipients relationship to debtor** **None** | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss — If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Fork truck accident** | | | **Unknown** |

---

| Debtor | **EnerDel, Inc., a Delaware Corporation** | Case number *(if known)* | |

---

**Part 6:**    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **8740 Hague Road #7 Indianapolis, IN 46256** | **Approx. March 2007 to March 2022** |

---

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    Personally Identifiable Information

| Debtor | EnerDel, Inc., a Delaware Corporation | Case number *(if known)* | |
|--------|----------------------------------------|--------------------------|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|--------------------------------------------|
| **EnerDel Inc. Plan** | EIN: **20-1764104** |

Has the plan been terminated?
☐ No
■ Yes

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Public Storage 8890 Fitness Lane 2 Fishers, IN 46037** | **NA** | **Financial and legal data 2020 and prior.** | ☐ No  ■ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

| Debtor | EnerDel, Inc., a Delaware Corporation | Case number *(if known)* | |
|---|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|

Debtor    **EnerDel, Inc., a Delaware Corporation**                Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Christine Bardsley** **23970 Logans Court** **Cicero, IN 46034** | **April 19, 2019 - current** |
| 26a.2.   **Jackson Cunningham** **1438 Blue Grass Parkway** **Greenwood, IN 46143** | **6/13/2022 - 6/19/2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Somerset CPAs and Advisors** **PO Box 40368** **Indianapolis, IN 46240** | **Working on audits 2021-2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Netsuite** | **Records are kept in a Netsuite subscription service.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **BMZ** **Zeche Gustav 1 (LOGZ)** **63791 Karlstein am Main** **GERMANY** |
| 26d.2.   **MarshMcLennan** **111 Monument Cir  #4310** **Indianapolis, IN 46204** |
| 26d.3.   **10EQS** **Via della Posta 2** **6900 Lugano** **SWITZERLAND** |
| 26d.4.   **XMS Capital** **321 N Clark St #2440** **Chicago, IL 60654** |

27. **Inventories**

List any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Debtor   **EnerDel, Inc., a Delaware Corporation**                    Case number *(if known)* _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Wendell Ferguson** | **1/25/2023** | **$10,043,328.02** |
| | Name and address of the person who has possession of inventory records | | |
| | **Christine Bardsly**<br>**23970 Logans Court**<br>**Cicero, IN 46034** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Paul Herbert** | **1662 Padington Park Ln**<br>**Germantown, TN 38138** | **Director** | **100%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Albert Petichenski** | **7154 Fisher Island Dr**<br>**Miami Beach, FL 33139** | **Director** | **0%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Steve Heir** | **1368 Fritztown Rd**<br>**Reinholds, PA 17569** | **CEO** | **0%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Christine Bardsley** | **23970 Logans Ct**<br>**Cicero, IN 46034** | **VP of Finance** | **0%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Kev Adjemian** | **1072 Santa Ana St**<br>**Laguna Beach, CA 92651** | **Chief Strategy Officer** | **0%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Bzinfn SA** | **c/o Nicholas Brunero**<br>**Holland & Knight LLP**<br>**31 W 52nd St**<br>**New York, NY 10019** | **Secured debt holder** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **James Bowman** | **8221 Sargent Rd**<br>**Indianapolis, IN 46256** | **Sr. VP of Operations** | |

Debtor **EnerDel, Inc., a Delaware Corporation** _____   Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Derrick Buck | 1932 Huntsville Rd<br>Pendleton, IN 46064 | VP of Customer<br>Program Management | 5/1/2015 - 9/6/2022 |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Albert Petichenskiy<br>7154 Fisher Island Dr<br>Georgetown, FL 32139 | $46,666.65 | 8/4/2022 -<br>12/9/2022 | Director Fees<br>($41,666.65) and<br>Travel Expenses<br>($5,000) |
| | Relationship to debtor<br>Director | | | |
| 30.2. | Paul Herbert<br>1662 Padington Park Ln<br>Germantown, TN 38138 | $99,631.29 | 8/4/2022 -<br>12/9/2022 | Director Fees<br>($94,165.93) and<br>Travel Expenses<br>($5,465.36) |
| | Relationship to debtor<br>Director | | | |
| 30.3. | Steve Heir<br>1368 Fritztown Rd<br>Reinholds, PA 17569 | $639,071.06 | 7/15/2022 -<br>7/11/2023 | Wages/Benefits/Bonus |
| | Relationship to debtor<br>CEO | | | |
| 30.4. | Christine Bardsley<br>23970 Logans Court<br>Cicero, IN 46034 | $306,593.15 | 7/15/2022 -<br>7/11/2023 | Wages/Benefits/Bonus |
| | Relationship to debtor<br>VP Finance | | | |
| 30.5. | Kev Adjemian<br>1072 Santa Ana Street<br>Laguna Beach, CA 92651 | $394,202.65 | 7/15/2022 -<br>7/10/2023 | Wages/Benefits/Bonus |
| | Relationship to debtor<br>Chief Strategy Officer | | | |
| 30.6. | James Bowman<br>8221 Sargent Road<br>Indianapolis, IN 46256 | $63,601.48 | 7/15/2022 -<br>11/4/2022 | Wages/Benefits |
| | Relationship to debtor<br>Sr. VP of Operations | | | |

Debtor   **EnerDel, Inc., a Delaware Corporation**                         Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.7. | **Derrick Buck**<br>**1932 Huntsville Rd**<br>**Pendleton, IN 46064** | **$33,828.00** | **7/15/2022 -**<br>**9/9/2022** | **Wages/Benefits** |
| | **Relationship to debtor**<br>**VP of Customer Program Management** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Ener1 Inc.** | **EIN:   59-2479377** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 13, 2023**

**/s/ Steve Heir**                                        **Steve Heir**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**EnerDel, Inc.**
**Ener1, Inc. : EnerDel, Inc.**
**Balance Sheet Detail**
**From Apr 2023 to Jul 2023**

| Financial Rr Type | Date | Document N Name | Address | Amount | Reason for payment |
|---|---|---|---|---|---|
| Bill Paymer | 4/12/2023 | Online Pay CINCINNATI INSURANCE COMPANIES | CINCINNATI INSURANCE COMPANIES(877) 942-2455P.O. Box 145620Cincinnat $ | (3,236.00) | Other: Commercial Insurance |
| Bill Paymer | 4/12/2023 | 42907    FLAGSHIP ENTERPRISE CENTER INC. | 15 | (18,027.65) | Other: Rent |
| Bill Paymer | 4/12/2023 | Paid Wire 1 GFE MacARTHUR INVESTMENTS LLC | GFE MacARTHUR INVESTMENTS LLC(262) 938-4477757 N. BroadwaySuite 700 $ | (12,338.00) | Other: Rent |
| Bill Paymer | 4/12/2023 | Online Pay GUARDIAN LIFE INSURANCE COMPANY | GUARDIAN LIFE INSURANCE COMPANYP.O BOX 677458DALLAS TX 75267-7 $ | (4,218.03) | Other: Health Insurance |
| Bill Paymer | 4/12/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (390.00) | Other: Health Benefits |
| Bill Paymer | 4/12/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (25.00) | Other: Health Benefits |
| Bill Paymer | 4/12/2023 | Online Pay PRINCIPAL LIFE INSURANCE COMPANY | PRINCIPAL LIFE INSURANCE COMPANYPO BOX 77202MINNEAPOLIS MN 554 $ | (7,282.68) | Other: Employee benefits |
| Bill Paymer | 4/12/2023 | Online Pay UNITED HEALTHCARE PREMIUM BILLING | UNITED HEALTHCARE PREMIUM BILLINGP.O. Box 94017Palatine IL 60094-401 $ | (52,342.70) | Other: Employee benefits |
| Bill Paymer | 4/14/2023 | Paid Wire 1 Aiyona M Kalyadina | #N/A | (3,765.00) | 1099 employee |
| Bill Paymer | 4/14/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (40.00) | Other: Health Benefits |
| Bill Paymer | 4/17/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (70.00) | Other: Health Benefits |
| Bill Paymer | 4/17/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (66.03) | Other: Health Benefits |
| Bill Paymer | 4/18/2023 | Paid Wire 1 3D MARITIME, INC. | 3D MARITIME, INC.(804) 612-96623E285 Nico Wynd DriveSurrey BC V4P 1J3Ca $ | (18,724.21) | Contract sales person |
| Bill Paymer | 4/18/2023 | 42908    FLAGSHIP ENTERPRISE CENTER INC. | 15 | (11,696.11) | Other: Rent |
| Bill Paymer | 4/18/2023 | Paid Wire 1 MARSH USA INC | MARSH USA INCP.O. BOX 846015DALLAS TX 75284 6015United States $ | (66,931.00) | Other: Commercial Insurance |
| Bill Paymer | 4/19/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (3.62) | Other: Health Benefits |
| Bill Paymer | 4/19/2023 | Paid ACH I PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United Sta $ | (13.82) | service: payroll |
| Bill Paymer | 4/20/2023 | Paid ACH I PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United Sta $ | (142,718.01) | service: payroll |
| Bill Paymer | 4/20/2023 | Paid ACH I PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United Sta $ | (75,005.75) | service: payroll |
| Bill Paymer | 4/20/2023 | Paid ACH I PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United Sta $ | (11,949.08) | service: payroll |
| Bill Paymer | 4/21/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (2,321.72) | Other: Health Benefits |
| Bill Paymer | 4/21/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (25.00) | Other: Health Benefits |
| Bill Paymer | 4/21/2023 | Online Pay SOMERSET CPAs AND ADVISORS | SOMERSET CPAs AND ADVISORS(317) 472-2200PO Box 40368Indianapolis IN $ | (50,000.00) | service |
| Bill Paymer | 4/24/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (312.90) | Other: Health Benefits |
| Bill Paymer | 4/24/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (195.00) | Other: Health Benefits |
| Bill Paymer | 4/24/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (192.31) | Other: Health Benefits |
| Bill Paymer | 4/24/2023 | Paid ACH I PRINCIPAL LIFE INSURANCE COMPANY | PRINCIPAL LIFE INSURANCE COMPANYPO BOX 77202MINNEAPOLIS MN 554 $ | (20,907.06) | Other: Employee benefits |
| Bill Paymer | 4/24/2023 | Paid ACH I PRINCIPAL LIFE INSURANCE COMPANY | PRINCIPAL LIFE INSURANCE COMPANYPO BOX 77202MINNEAPOLIS MN 554 $ | (300.00) | Other: Employee benefits |
| Bill Paymer | 4/25/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (85.00) | Other: Health Benefits |
| Vendor Pre | 4/26/2023 | Paid Wire 1 ICE MILLER, LLP | ICE MILLER, LLPPO BOX 68INDIANAPOLIS IN 46206 0068United States $ | (50,000.00) | Vendor |
| Bill Paymer | 4/27/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (274.83) | Other: Health Benefits |
| Journal | 5/1/2023 | JE104782  JOHNSON & TOWERS INC | JOHNSON & TOWERS, INCPO Box 7788Portsmouth VA 23707United States $ | (10,009.52) | Vendor |
| Bill Paymer | 5/1/2023 | Online Pay SOMERSET CPAs AND ADVISORS | SOMERSET CPAs AND ADVISORS(317) 472-2200PO Box 40368Indianapolis IN $ | (59,275.00) | service |
| Bill Paymer | 5/3/2023 | Paid ACH I PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United Sta $ | (56.13) | service: payroll |
| Bill Paymer | 5/4/2023 | Paid Wire 1 AURORA TECHNOLOGIES INC | AURORA TECHNOLOGIES INC19 INDUSTRIAL DRIVEPACIFIC MO 63069Unite $ | (8,769.00) | Vendor |
| Bill Paymer | 5/4/2023 | Paid Wire 1 COMPAL USA (INDIANA) INC. | COMPAL USA (INDIANA) INC.521 5th Avenue11th FloorNew York NY 10175Unite $ | (8,801.00) | vendor |
| Bill Paymer | 5/4/2023 | Paid Wire 1 CRATES & PALLETS | CRATES & PALLETSPO BOX 49386 E BROOKVILLE ROADFOUNTAINTOWN IN $ | (10,000.00) | vendor |
| Vendor Pre | 5/4/2023 | Paid Wire 1 ESTES DESIGN AND MANUFACTURING INC | ESTES DESIGN AND MANUFACTURING INC470 S MITTHOEFFER RD,INDIANA $ | (18,715.25) | vendor |
| Bill Paymer | 5/4/2023 | Online Payr FedEX 7952-6 | FedEX 7952-6P.O. Box 94515Palatine IL 60094-4515United States $ | (6,690.66) | vendor |
| Bill Paymer | 5/4/2023 | 42913    FLAGSHIP ENTERPRISE CENTER INC. | 15 | (17,967.84) | Other: Rent |
| Bill Paymer | 5/4/2023 | Paid Wire 1 FNS, INC. | FNS, INC.1545 Francisco StreetTorrance CA 90501United States $ | (5,000.00) | Vendor |
| Bill Paymer | 5/4/2023 | Paid Wire 1 GFE MacARTHUR INVESTMENTS LLC | GFE MacARTHUR INVESTMENTS LLC(262) 938-4477757 N. BroadwaySuite 700 $ | (12,658.00) | Other: Rent |
| Bill Paymer | 5/4/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (443.00) | Other: Health Benefits |
| Bill Paymer | 5/4/2023 | 42914    McMASTER CARR SUPPLY CO. | McMASTER CARR SUPPLY CO.PO BOX 7690CHICAGO IL 60680-7690United S $ | (8,394.47) | Vendor |
| Bill Paymer | 5/4/2023 | Paid ACH I PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United Sta $ | (147,412.38) | service: payroll |
| Bill Paymer | 5/4/2023 | Paid ACH I PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United Sta $ | (79,487.21) | service: payroll |
| Bill Paymer | 5/4/2023 | Paid ACH I PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United Sta $ | (12,068.11) | service: payroll |
| Vendor Pre | 5/4/2023 | Paid Wire 1 PIONEER PLASTICS | PIONEER PLASTICS3660 Dodd Road EAGAN MN 55123United States $ | (28,704.00) | Vendor |
| Bill Paymer | 5/4/2023 | Paid Wire 1 PIPER MADDOX | PIPER MADDOX(646) 846-3361123 William Street14th FloorNew York NY 10038 $ | (10,000.00) | Vendor |
| Bill Paymer | 5/5/2023 | Online Payr AFCO CREDIT CORPORATION | AFCO CREDIT CORPORATIONPO BOX 360572PITTSBURGH PA 15250 6572Di $ | (39,339.00) | Other: Commercial Insurance |
| Bill Paymer | 5/5/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (2,321.72) | Other: Health Benefits |
| Bill Paymer | 5/8/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (387.31) | Other: Health Benefits |
| Bill Paymer | 5/8/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (173.80) | Other: Health Benefits |
| Bill Paymer | 5/9/2023 | Paid ACH I PRINCIPAL LIFE INSURANCE COMPANY | PRINCIPAL LIFE INSURANCE COMPANYPO BOX 77202MINNEAPOLIS MN 554 $ | (22,095.28) | Other: Employee benefits |
| Bill Paymer | 5/10/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (10.00) | Other: Health Benefits |
| Bill Paymer | 5/11/2023 | PAID WIRE 3D MARITIME, INC. | 3D MARITIME, INC.(804) 612-96623E285 Nico Wynd DriveSurrey BC V4P 1J3Ca $ | (14,425.34) | Contract sales person |
| Bill Paymer | 5/11/2023 | Paid Wire 1 Aiyona M Kalyadina | #N/A | (3,765.00) | 1099 employee |
| Bill Paymer | 5/11/2023 | Online Pay CINCINNATI INSURANCE COMPANIES | CINCINNATI INSURANCE COMPANIES(877) 942-2455P.O. Box 145620Cincinnat $ | (3,328.00) | Other: Commercial Insurance |
| Bill Paymer | 5/11/2023 | PAID WIRE COMPAL USA (INDIANA) INC. | COMPAL USA (INDIANA) INC.521 5th Avenue11th FloorNew York NY 10175Unite $ | (6,770.00) | vendor |
| Bill Paymer | 5/11/2023 | Online Pay GUARDIAN LIFE INSURANCE COMPANY | GUARDIAN LIFE INSURANCE COMPANYP.O BOX 677458DALLAS TX 75267-7 $ | (4,279.11) | Other: Health Insurance |
| Bill Paymer | 5/11/2023 | Online Payr ICE MILLER, LLP | ICE MILLER, LLPPO BOX 68INDIANAPOLIS IN 46206 0068United States $ | (31,306.00) | Vendor |
| Bill Paymer | 5/11/2023 | 42922    MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (88.95) | Other: Health Benefits |
| Bill Paymer | 5/11/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (79.68) | Other: Health Benefits |
| Bill Paymer | 5/11/2023 | Online Pay PRINCIPAL LIFE INSURANCE COMPANY | PRINCIPAL LIFE INSURANCE COMPANYPO BOX 77202MINNEAPOLIS MN 554 $ | (6,774.19) | Other: Employee benefits |
| Bill Paymer | 5/11/2023 | Online Pay UNITED HEALTHCARE PREMIUM BILLING | UNITED HEALTHCARE PREMIUM BILLINGP.O. Box 94017Palatine IL 60094-401 $ | (48,502.07) | Other: Employee benefits |
| Bill Paymer | 5/12/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (10.00) | Other: Health Benefits |
| Bill Paymer | 5/15/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (25.00) | Other: Health Benefits |
| Bill Paymer | 5/15/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (20.00) | Other: Health Benefits |
| Bill Paymer | 5/16/2023 | Paid ACH I PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United Sta $ | (145,730.76) | service: payroll |
| Bill Paymer | 5/16/2023 | Paid ACH I PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United Sta $ | (74,829.66) | service: payroll |
| Bill Paymer | 5/16/2023 | Paid ACH I PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United Sta $ | (21,509.73) | service: payroll |
| Bill Paymer | 5/16/2023 | Paid ACH I PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United Sta $ | (13,054.01) | service: payroll |
| Bill Paymer | 5/16/2023 | Paid ACH I PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United Sta $ | (5,007.93) | service: payroll |
| Bill Paymer | 5/16/2023 | Paid ACH I PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United Sta $ | (5,007.93) | service: payroll |
| Bill Paymer | 5/17/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (195.00) | Other: Health Benefits |
| Bill Paymer | 5/17/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (8.81) | Other: Health Benefits |
| Bill Paymer | 5/18/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (78.09) | Other: Health Benefits |
| Bill Paymer | 5/19/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (2,263.26) | Other: Health Benefits |
| Bill Paymer | 5/19/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (129.92) | Other: Health Benefits |
| Bill Paymer | 5/22/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (229.54) | Other: Health Benefits |
| Bill Paymer | 5/22/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (192.31) | Other: Health Benefits |
| Bill Paymer | 5/24/2023 | PAID WIRE COMPAL USA (INDIANA) INC. | COMPAL USA (INDIANA) INC.521 5th Avenue11th FloorNew York NY 10175Unite $ | (10,000.00) | vendor |
| Bill Paymer | 5/24/2023 | Online Payr FedEX 7952-6 | FedEX 7952-6P.O. Box 94515Palatine IL 60094-4515United States $ | (185.11) | vendor |
| Bill Paymer | 5/26/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (96.66) | Other: Health Benefits |
| Bill Paymer | 5/30/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (85.00) | Other: Health Benefits |
| Bill Paymer | 6/1/2023 | Paid ACH I PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United Sta $ | (146,876.66) | service: payroll |
| Bill Paymer | 6/1/2023 | Paid ACH I PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United Sta $ | (80,101.79) | service: payroll |
| Bill Paymer | 6/1/2023 | Paid ACH I PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United Sta $ | (12,303.85) | service: payroll |
| Bill Paymer | 6/1/2023 | Paid Wire 1 3D MARITIME, INC. | 3D MARITIME, INC.(804) 612-96623E285 Nico Wynd DriveSurrey BC V4P 1J3Ca $ | (14,449.56) | Contract sales person |
| Bill Paymer | 6/2/2023 | Paid Wire 1 Aiyona M Kalyadina | #N/A | (3,765.00) | 1099 employee |
| Bill Paymer | 6/2/2023 | Paid Wire 1 COMPAL USA (INDIANA) INC. | COMPAL USA (INDIANA) INC.521 5th Avenue11th FloorNew York NY 10175Unite $ | (10,000.00) | vendor |
| Bill Paymer | 6/2/2023 | Paid Wire 1 CRATES & PALLETS | CRATES & PALLETSPO BOX 49386 E BROOKVILLE ROADFOUNTAINTOWN IN $ | (10,000.00) | vendor |
| Bill Paymer | 6/2/2023 | 42925    FLAGSHIP ENTERPRISE CENTER INC. | 15 | (15,914.28) | Other: Rent |
| Bill Paymer | 6/2/2023 | PAID WIRE GFE MacARTHUR INVESTMENTS LLC | GFE MacARTHUR INVESTMENTS LLC(262) 938-4477757 N. BroadwaySuite 700 $ | (12,833.83) | Other: Rent |
| Bill Paymer | 6/2/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (2,263.26) | Other: Health Benefits |
| Bill Paymer | 6/2/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (2.38) | Other: Health Benefits |
| Bill Paymer | 6/5/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (192.31) | Other: Health Benefits |
| Bill Paymer | 6/5/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (4.40) | Other: Health Benefits |
| Bill Paymer | 6/5/2023 | Paid ACH I PRINCIPAL LIFE INSURANCE COMPANY | PRINCIPAL LIFE INSURANCE COMPANYPO BOX 77202MINNEAPOLIS MN 554 $ | (21,108.83) | Other: Employee benefits |
| Bill Paymer | 6/7/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (45.14) | Other: Health Benefits |
| Bill Paymer | 6/8/2023 | Online Payr AFCO CREDIT CORPORATION | AFCO CREDIT CORPORATIONPO BOX 360572PITTSBURGH PA 15250 6572Di $ | (39,339.00) | Other: Commercial Insurance |
| Bill Paymer | 6/8/2023 | Online Pay CINCINNATI INSURANCE COMPANIES | CINCINNATI INSURANCE COMPANIES(877) 942-2455P.O. Box 145620Cincinnat $ | (4,719.00) | Other: Commercial Insurance |
| Bill Paymer | 6/8/2023 | PAID WIRE COMPAL USA (INDIANA) INC. | COMPAL USA (INDIANA) INC.521 5th Avenue11th FloorNew York NY 10175Unite $ | (3,384.74) | vendor |
| Bill Paymer | 6/8/2023 | Online Payr FedEX 7952-6 | FedEX 7952-6P.O. Box 94515Palatine IL 60094-4515United States $ | (16,703.62) | Other: Rent |
| Bill Paymer | 6/8/2023 | 42930    FLAGSHIP ENTERPRISE CENTER INC. | 15 | | |
| Bill Paymer | 6/8/2023 | PAID WIRE FNS, INC. | FNS, INC.1545 Francisco StreetTorrance CA 90501United States $ | (5,000.00) | Vendor |
| Bill Paymer | 6/8/2023 | Online Pay GUARDIAN LIFE INSURANCE COMPANY | GUARDIAN LIFE INSURANCE COMPANYP.O BOX 677458DALLAS TX 75267-7 $ | (3,707.66) | Other: Health Insurance |
| Bill Paymer | 6/8/2023 | Paid ACH I MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (85.00) | Other: Health Benefits |
| Bill Paymer | 6/8/2023 | PAID WIRE PIPER MADDOX | PIPER MADDOX(646) 846-3361123 William Street14th FloorNew York NY 10038 $ | (10,000.00) | Vendor |

| Type | Date | Num | Name | Memo | Amount | Category |
|---|---|---|---|---|---|---|
| Bill Payment | 6/8/2023 | | Online Payı PRINCIPAL LIFE INSURANCE COMPANY | PRINCIPAL LIFE INSURANCE COMPANYPO BOX 77202MINNEAPOLIS MN 554 $ | (7,199.18) | Other: Employee benefits |
| Bill Payment | 6/8/2023 | | Online Payı UNITED HEALTHCARE PREMIUM BILLING | UNITED HEALTHCARE PREMIUM BILLINGP.O. Box 94017Palatine IL 60094-401 $ | (48,502.07) | Other: Employee benefits |
| Bill Payment | 6/9/2023 | | PAID ACH MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (553.89) | Other: Health Benefits |
| Bill Payment | 6/12/2023 | | Paid ACH V MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (28.77) | Other: Health Benefits |
| Bill Payment | 6/12/2023 | | Paid ACH V MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (9.16) | Other: Health Benefits |
| Bill Payment | 6/13/2023 | | Paid ACH V MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (5.00) | Other: Health Benefits |
| Bill Payment | 6/15/2023 | | PAID ACH V MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (212.50) | Other: Health Benefits |
| Bill Payment | 6/15/2023 | | Paid ACH V PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: $ | (145,432.42) | service: payroll |
| Bill Payment | 6/15/2023 | | PAID ACH PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: $ | (78,444.37) | service: payroll |
| Bill Payment | 6/15/2023 | | PAID ACH PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: $ | (11,954.44) | service: payroll |
| Bill Payment | 6/16/2023 | | Paid Wire 1 MARSH USA INC | MARSH USA INCP.O. BOX 846015DALLAS TX 75284 6015United States $ | (29,071.70) | Other: Commercial Insurance |
| Bill Payment | 6/16/2023 | | Paid ACH V MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (2,263.26) | Other: Health Benefits |
| Check | 6/20/2023 | | PRINCIPAL LIFE INSURANCE COMPANY | PRINCIPAL LIFE INSURANCE COMPANYPO BOX 77202MINNEAPOLIS MN 554 $ | (3.74) | Other: Employee benefits |
| Bill Payment | 6/21/2023 | | PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: $ | (30,161.46) | service: payroll |
| Bill Payment | 6/21/2023 | | PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: $ | (16,418.73) | service: payroll |
| Bill Payment | 6/21/2023 | | PRINCIPAL LIFE INSURANCE COMPANY | PRINCIPAL LIFE INSURANCE COMPANYPO BOX 77202MINNEAPOLIS MN 554 $ | (15,050.21) | Other: Employee benefits |
| Check | 6/22/2023 | | MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (2,502.00) | Other: Health Benefits |
| Check | 6/22/2023 | | MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (96.39) | Other: Health Benefits |
| Check | 6/23/2023 | | MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (60.00) | Other: Health Benefits |
| Check | 6/26/2023 | | MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (31.48) | Other: Health Benefits |
| Check | 6/26/2023 | | PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: $ | (14,266.16) | service: payroll |
| Check | 6/26/2023 | | PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: $ | (10,092.82) | service: payroll |
| Check | 6/26/2023 | | PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: $ | (1,346.88) | service: payroll |
| Bill Payment | 6/27/2023 | | 3D MARITIME, INC. | 3D MARITIME, INC.(804) 612-966238285 Nico Wynd DriveSurrey BC V4P 1J3Ca $ | (10,625.87) | Contract sales person |
| Bill Payment | 6/27/2023 | | Alyona M Kalyadina | #N/A | (1,757.00) | 1099 employee |
| Vendor Pre | 6/27/2023 | | ICE MILLER, LLP | ICE MILLER, LLPPO BOX 68INDIANAPOLIS IN 46206 0068United States $ | (40,000.00) | Vendor |
| Bill Payment | 6/29/2023 | | JOHNSON & TOWERS INC | JOHNSON & TOWERS, INCPO Box 7788Portsmouth VA 23707United States $ | (4,105.82) | Vendor |
| Check | 6/29/2023 | | PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: $ | (41,919.12) | service: payroll |
| Check | 6/29/2023 | | PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: $ | (12,272.39) | service: payroll |
| Check | 6/29/2023 | | PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: $ | (3,051.58) | service: payroll |
| Bill Payment | 6/30/2023 | | JOHNSON & TOWERS INC | JOHNSON & TOWERS, INCPO Box 7788Portsmouth VA 23707United States $ | (7,501.35) | Vendor |
| Check | 6/30/2023 | | MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States $ | (10.00) | Other: Health Benefits |
| Check | 6/30/2023 | | PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: $ | (2,666.68) | service: payroll |
| Bill Payment | 7/3/2023 | | MARSH USA INC | MARSH USA INCP.O. BOX 846015DALLAS TX 75284 6015United States $ | (69,247.00) | Other: Commercial Insurance |
| Journal | 7/3/2023 | JE104898 | MBI / BPC | MBI / BPCPO BOX 56019Boston MA 02205United States | (660.00) | Other: Health Benefits |
| Journal | 7/6/2023 | JE104896 | PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: $ | (251,505.64) | service: payroll |
| Journal | 7/7/2023 | JE104911 | PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: | (1,000.00) | service: payroll |
| Journal | 7/10/2023 | JE104910 | PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: | (6,192.77) | service: payroll |
| Journal | 7/10/2023 | JE104910 | PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: | (18,540.00) | service: payroll |
| Journal | 7/11/2023 | JE104908 | Steve Heir | Steve Heir 1368 Fritztown Rd, Reinholds, PA 17569 | (11,538.46) | Payroll |
| Journal | 7/11/2023 | JE104908 | Steve Heir | Steve Heir 1368 Fritztown Rd, Reinholds, PA 17570 | (16,666.67) | Payroll |
| Journal | 7/11/2023 | JE104908 | Steve Heir | Steve Heir 1368 Fritztown Rd, Reinholds, PA 17571 | (16,346.15) | Payroll |
| Journal | 7/11/2023 | JE104909 | PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: | (37,739.00) | service: payroll |
| Journal | 7/11/2023 | JE104909 | PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: | (2,738.77) | service: payroll |
| Journal | 7/11/2023 | JE104909 | PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: | (87,243.27) | service: payroll |
| Journal | 7/11/2023 | JE104909 | PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: | (71,201.67) | service: payroll |
| Journal | 7/11/2023 | JE104909 | PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: | (38,105.73) | service: payroll |
| Journal | 7/11/2023 | JE104909 | PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: | (1,610.78) | service: payroll |
| Journal | 7/11/2023 | JE104909 | PAYLOCITY CORPORATION | PAYLOCITY CORPORATION1400 American LaneSchaumburg IL 60173United St: | (56,394.21) | service: payroll |

| | | | | Total | $ | (3,117,361.12) |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |
|---|---|
| In re: | Chapter 7 |
| ENERDEL, INC. | Case No. _____ |
| Debtor. | |

**ICE MILLER LLP'S DISCLOSURE OF COMPENSATION UNDER**
**11 U.S.C. §329 AND BANKRUPTCY RULE 2016(B)**

I certify that I am one of the attorneys for the above-captioned debtor ("Debtor"), and a partner in the firm of Ice Miller LLP ("Ice Miller"), and that compensation paid, or agreed to be paid, to Ice Miller for services rendered, or to be rendered, on behalf of Debtor in or in connection with this case, such payment or agreement having been made after one year before the date of filing the petition, is as follows:

1.      Debtor, Enerdel, Inc., provided Ice Miller with a retainer in June, 2023, in the amount of $25,000.00, against which fees incurred and expenses advanced for, *inter alia*, pre-filing consultations and preparations of the petitions and related filings for Enerdel, Inc. and its affiliate, Ener1, Inc. (together with Enerdel, Inc., the "Debtors"), were charged.

2.      The balance of the retainer after application of the above-described charges, approximately $9,360.00 (but before payment of filing fees), was divided between the two Debtors in advance of this filing prior to filing this case.

3.      Pursuant to the Ice Miller's engagement, the retainer paid to Ice Miller in June, 2023, constituted a flat fee for services rendered and expenses incurred by Ice Miller in contemplation of, or in connection with, the preparation of the Debtors' cases. Services already provided to the Debtors and still to be provided to the Debtors includes, without limitation, pre-

filing preparation and planning, case filing, filing fees, and post-filing preparation of schedules and statement of financial affairs, and representation of the Debtors at the meeting of creditors.[1]

4.      The source of compensation paid to Ice Miller is the retainer described above.

5.      Ice Miller has not agreed to share this compensation with any other person.

Respectfully Submitted,

ICE MILLER LLP

 /s/ Jeffrey A. Hokanson
Jeffrey A. Hokanson, Atty. No. 14579-49
Alexandria Lundberg, Atty. No. 37881-49
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
P: (317) 236-2100
F: (317) 592-4222
jeff.hokanson@icemiller.com
alexandria.lundberg@icemiller.com

*Counsel for Debtor*

Certification

I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to me or Ice Miller LLP for representation of the above-named debtor in this bankruptcy proceeding.

 /s/ Jeffrey A. Hokanson
Jeffrey A. Hokanson, Atty No. 14579-49
ICE MILLER LLP
jeff.hokanson@icemiller.com

*Counsel for Debtor*

---

[1] The Debtor paid Ice Miller additional amounts in the year preceding the filing of this bankruptcy case on account of fees incurred and expenses advanced by Ice Miller in connection with its representation of the Debtor in corporate, restructuring, and other matters. Those amounts will be disclosed as necessary in the Statement of Financial Affairs filed in this case.

## <u>CERTIFICATE OF SERVICE</u>

I, Jeffrey A. Hokanson, hereby certify that a copy of the foregoing was filed electronically on July 13, 2023.  Notice of the filing will be sent to all parties registered to receive such notice by operation of the Court's electronic filing system.


 /s/ *Jeffrey A. Hokanson*         
Jeffrey A. Hokanson

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100

Verification of Creditor List (rev 12/01/18)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re:                                               )        Case No. _____
**EnerDel, Inc., a Delaware Corporation**            )
                                                     )        ☐ Check if this form is submitted with an amended creditor
                                                     )           list.
_____              )
                              Debtor(s).  )

### VERIFICATION OF CREDITOR LIST

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated:   **July 13, 2023**                                    **/s/ Steve Heir**
_____                               _____
                                                              **Steve Heir**
                                                              Signature of Debtor


                                                              _____
                                                              Signature of Joint Debtor

**(Note: Certificate of Service not required.)**

1ST CLASS PAINTING LLC
6468 ROYAL OAKLAND DR
INDIANAPOLIS, IN 46236

24M TECHNOLOGIES
130 BROOKLINE STREET
CAMBRIDGE, MA 02139

24M TECHNOLOGIES INC
130 BROOKLINE ST
CAMBRIDGE, MA 02139

3D MARITIME
3628 NICO WYND DR
SURREY V4P 1J3  BC
CANADA

3D MARITIME INC
36285 NICO WYND DR
SURREY  BC  V4P 1J3
CANADA

A&M DOOR INC
5508 ELMWOOD AVE  #303
INDIANAPOLIS, IN 46203

A&R ERECTORS INC
1605 COUNTRY CLUB RD
INDIANAPOLIS, IN 46234

AAA EXTERMINATING INC
PO BOX 2170
NOBLESVILLE, IN 46061


AAVID THERMALLOY INDIA PRIVATE LTD
NEXUS INDUSTRIAL PARK PHASE 2
KOTAMBI HALOL-VADODARA RD
VADODARA GUJARAT 391510
INDIA


ABC TRANSMISSION LTD
9300 192ND ST
SURREY  BC  V4N3R8
CANADA


ABC TRANSMISSIONS LTD
193RD STREET
SURREY BC V4N4E7
CANADA


AC TRANSIT
1100 SEMINARY AVE
OAKLAND, CA 94621


ACCOUNTING PRINCIPLES
DEPT CH 140341
PALATINE, IL 60055-4031


ACME PLUMBING SERVICE
3702 N SHADELAND AVE
INDIANAPOLIS, IN 46226

ACTACELL ENERGY SYSTEMS INC
2105 DONLEY DR #200
AUSTIN, TX 78758-4510


ACTACELL ENERGY SYSTEMS INC.
2105 DONLEY DRIVE
SUITE 200
AUSTIN, TX 78758-4510


ADA TECHNOLOGIES
KEVIN ROTH
11149 BRADFORD ROAD
LITTLETON, CO 80127


ADP INC
PO BOX 78415
PHOENIX, AZ 85062-8415


ADVISA USA
PO BOX 3039
CARMEL, IN 46082


AES INDIANA #2699
PO BOX 110
INDIANAPOLIS, IN 46206-0110


AES LLC
7-812-500-85-36
POLIGRAFMASHEVSKII PR D3 C A KV.1
ST PETERSBURG RUSSIA
RUSSIAN FEDERATION

AFC INDUSTRIES INC
3795 PORT UNION RD
FAIRFIELD, OH 45014

AFCO CREDIT CORPORATION
PO BOX 360572
PITTSBURGH, PA 15250-6572

AIG NORTH AMERICA INC
PO BOX 11590
NEWARK, NJ 07193

AION TECHNOLOGY LLC
LIGHTNING MOTOR COMPANY
933 AMERICAN ST
SAN CARLOS, CA 94070

AION TECHNOLOGY LLC
LIGHTNING MOTOR COMPANY
933 AMERICAN ST.
SAN CARLOS, CA 94070

AIRGAS USA LLC
PO BOX 734672
DALLAS, TX 75373-4672

ALAN KNUCKLES
1101 W 4TH ST
ALEXANDRIA, IN 46601

ALBERT PETICHENSKIY
7154 FISHER ISLAND DR
MIAMI BEACH, FL 32139


ALBERT PETICHENSKIY (E1)
7154 FISHER ISLAND DR
MIAMI BEACH, FL 33139


ALDERING CASTOR LLP
47 S PENNSYLVANIA ST #700
INDIANAPOLIS, IN 46204


ALEXEY PIKALOV
152 E NEW YORK ST
INDIANAPOLIS, IN 46204


ALEXIS KALUGYER
1230 S STATE AVE
INDIANAPOLIS, IN 46203


ALLIED AUTOMATION INC
5220 E 64TH ST
INDIANAPOLIS, IN 46220


ALLIED WIRE & CABLE
PO BOX 26157
COLLEGEVILLE, PA 19426

ALLISON TRANSMISSION INC
ATTN ACCOUNTS RECEIVABLE MS L-28
PO BOX 7120
INDIANAPOLIS, IN 46206-7120


ALLISON TRANSMISSION INC
PLANT OPERATIONS
PO BOX 7120
INDIANAPOLIS, IN 46206-7120


ALLISON TRANSMISSION INC.
ATTN. ACCOUNTS RECEIVABLE MS L-28
P.O. BOX 7120
INDIANAPOLIS, IN 46206-7120


AMAZON.COM
PO BOX 035184
SEATTLE, WA 98124-5184


AMERICAN ASSOCIATION OF NOTARIES
7438 PARK PLACE BLVD
HOUSTON, TX 77087


AMERICAN HEALTH AND WELLNESS GROUP
11555 N MERIDAN ST  #530
CARMEL, IN 46032


AMERICAN HEART SAVER
PO BOX 173272
TAMPA, FL 33672

AMERICAN PLASTIC MOLDING CORP
965 S ELM ST
SCOTTSBURG, IN 47170


AMERICAN PUBLIC TRANS ASSOC
313 S PATRICK ST
ALEXANDRIA, VA 22314


AMP HPC
12 RONAN CRES
WOODBRIDGE  ON  L4H2J7
CANADA


AMPHENOL INDUSTRIAL OPERATIONS
40-60 DELAWARE AVE
SIDNEY, NY 13838


AMPHENOL SINCERE FLEX CO LTD
NO A WANAN INDUSTRIAL PARK
LANHE TOWN  PANYU DISTRICT
GUANGZHOU  511480
PEOPLES REPUBLIC OF CHINA


AMPHENOL TECH PRODUCTS INT'L CO
2110 NOTRE DAME AVE
WINNIPEG  R3H 0K1
CANADA


AMPM INC
PO BOX 1887
MIDLAND, MI 48641-1887

ANGELA M NUTTLE
DBA CORPORATE TALENT INSTITUTE
704 S STATE RD 135  STE D395
GREENWOOD, IN 46143


ANTENNA DIGITAL
LOCKBOX #2
PO BOX 95000
PHILADELPHIA, PA 19195-0001


ANTHEM BLUE CROSS BLUE SHIELD
PO BOX 645438
CINCINNATI, OH 45264-5438


AOS THERMAL COMPOUND
22 MERIDIAN RD  #6
EATONTOWN, NJ 07724


ARAMARK REFRESHMENT SERVICES
PO BOX 21971
NEW YORK, NY 10087-1971


ARBIN INSTRUMENTS
762 PEACH TREE CUT OFF RD
COLLEGE STATION, TX 77845


ART CRAFT DISPLAY
47220 CARTIER DR  STE B
WIXOM, MI 48393

```
ASAHI KASEI CORPORATION
HIBIYA MITSUI TOWER
1-1-2 YURAKUCHO CHIYODA-KU
TOKYO 100-006
JAPAN


ASAP AQUATICS
3310 N SHADELAND AVE
INDIANAPOLIS, IN 46226



ASQ
ACCOUNTS RECEIVABLE
PO BOX 555
MILWAUKEE, WI 53203



ASTON CARTER INC
7301 PARKWAY DR
HANOVER, MD 21076



ASTRO CHEMICALS INC
126 MEMORIAL DR
PO BOX 2248
SPRINGFIELD, MA 01102-2248



AT&T
PO BOX 5014
CAROL STREAM, IL 60197-5014



AT&T
PO BOX 5080
CAROL STREAM, IL 60197-5080
```

AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197-6463


ATC DRIVETRAIN
10001 NW 2ND
OKLAHOMA CITY, OK 73127


ATC DRIVETRAIN
10001 N W 2ND
OKLAHOMA CITY, OK 73127


ATLASSIAN (US) LLC
350 BUSH ST  13TH FL
SAN FRANCISCO, CA 94104


AURORA TECHNOLOGIES INC
19 INDUSTRIAL DR
PACIFIC, MO 63069


AUTO TECHNOLOGY COMPANY
20026 PROGRESS DR
STRONGSVILLE, OH 44149


AUTOMATION & MODULAR COMPONENTS
10301 ENTERPRISE DR
DAVISBURG, MI 48350

```
B3CG
CNTA DOOR 18  1249 MONTEE MASSON
LAVAL QUEBEC H7E4P2
CANADA



B3CG
CNTA, DOOR 18
1249 MONTEE MASSON
LAVAL QUEBEC CANADA H7E4P2


BAE SYSTEM CONTROLS
11215 RUSHMORE DRIVE
ATTN 800
CHARLOTTE, NC 28277



BAE SYSTEMS CONTROLS
11215 RUSHMORE DR
CHARLOTTE, NC 28277



BAE SYSTEMS INC.
8 HAYES AVE.
ENDICOTT, NY 13760



BALBOA TECHNOLOGIES INC
3857 BIRCH ST  UNIT 166
NEWPORT BEACH, CA 92660



BARCODES INC
200 W MONROE ST
CHICAGO, IL 60606
```

BARRACUDA NETWORKS INC
DEPT LA 22762
PASADENA, CA 91185-2762

BASF CORPORATION
BASF BATTERY MATERIALS SECTION
8001 E PLEASANT VALLEY RD
CLEVELAND, OH 44131

BATTERY INNOVATION CENTER
7970 S ENERGY DR
NEWBERRY, IN 47449

BATTERY INNOVATION CENTER
7970 S ENERGY DRIVE
NEWBERRY, IN 47449

BATTERY INNOVATION CENTER INSTITUTE INC
7970 S ENERGY DR
NEWBERRY, IN 47449

BATTERY SYSTEMS INC
11899 EXIT 5 PKWY #200
FISHERS, IN 46037-8017

BAUER CONTROLS
44190 PLYMOUTH OAKS BLVD
PLYMOUTH, MI 48170

```
BD3 PLATFORM
1249 MONTEE MASSON
LAVAL QUEBEC  H7E 4P2
CANADA
```

```
BD3 PLATFORM
1249 MONTEE MASSON
LAVAL QUEBEC H7E 4P2
CANADA
```

```
BELFLEX STAFFING NETWORK
PO BOX 950175
LOUISVILLE, KY 40295-0175
```

```
BERND GROUP
UNITED TECH RESEARCH CENTER
411 SILVER LN
EAST HARTFORD, CT 06108
```

```
BERND GROUP
UNITED TECH RESEARCH CENTER
411 SILVER LANE
EAST HARTFORD, CT 06108
```

```
BGBC PARTNERS LLP
135 N PENNSYLVANIA ST
INDIANAPOLIS, IN 46204
```

```
BGBC PARTNERS, LLP
135 N. PENNSYLVANIA STREET
SUITE 2600
INDIANAPOLIS, IN 46204
```

BITRODE CORPORATION
9787 GREEN PARK INDUSTRIAL DR
SAINT LOUIS, MO 63123


BL DOWNEY COMPANY LLC
2125 GARDNER RD
BROADVIEW, IL 60155


BLACK & VEATCH
11401 LAMAR AVE
OVERLAND, KS 66211


BLACK & VEATCH
11401 LAMAR AVE.
OVERLAND, KS 66211


BLUEFIN ROBOTICS
553 SOUTH ST
QUINCY, MA 02169


BLUEFIN ROBOTICS
553 SOUTH STREET
QUINCY, MA 02169


BLUEHOST
1500 N PRIST DR
SUITE 200  2ND FL
TEMPE, AZ 85281

BOB'S MASTER SAFE AND LOCK
11650 OLIO RD #1000-279
FISHERS, IN 46037


BOLAND TECHNOLOGY SOLUTIONS INC
1355 S 10TH ST
NOBLESVILLE, IN 46060


BORG WARNER
3800 AUTOMATION AVE
AUBURN HILLS, MI 48326


BORG WARNER
3800 AUTOMATION AVENUE
AUBURN HILLS, MI 48326


BOSE MCKINNEY & EVANS LLP
111 MONUMENT CIR #2700
INDIANAPOLIS, IN 46204


BOWLING GREEN STATE UNIVERSITY
CENTRAL SRVS BLDG  ROOM 108B
ADMINISTRATION BLDG  ROOM 319
BOWLING GREEN, OH 43403-0112


BOWLING GREEN STATE UNIVERSITY
CENTRAL SRVS BLDG RM 108B
ADMINISTRATION BUILDING RM 319
BOWLING GREEN, OH 43403-0112

BOYD THERMAL SYSTEMS HONG KONG LTD
5/F MANULIFE PL
348 KWUN TONG RD
KL  HONG KONG
PEOPLES REPUBLIC OF CHINA


BRADEN BUSINESS SYSTEMS
8700 NORTH ST #400
FISHERS, IN 46038


BRADLEY TECHNOLOGIES OF ILLINOIS
3635 SWENSON AVE
SAINT CHARLES, IL 60174


BRANSON ULTRASONICS CORP
PO BOX 13739
NEWARK, NJ 07188-0739


BRENT WATTS
1313 GREENHILLS RD
GREENFIELD, IN 46140


BRINKMANN INSTRUMENTS SRVS INC
PO BOX 405562
ATLANTA, GA 30384-5562


BROOKVILLE EQUIPMENT CORP
ATTN: HALEY BLAZOSKY
175 EVANS ST
BROOKVILLE, PA 15825

BROOKVILLE EQUIPMENT CORP
175 EVANS STREET
BROOKVILLE, PA 15825


BRUCE J SILK
90 ELM TREE LN
BOCA RATON, FL 33486


BUCA DIBEPPO INDIANAPOLIS
35 N ILLINOIS ST
INDIANAPOLIS, IN 46204


BURGESS MECHANICAL CORP
12220 SOUTHEASTERN AVE
INDIANAPOLIS, IN 46259


BZINFIN, S.A.
C/O NICHOLAS BRUNERO, HOLLAND & KNIGHT
31 WEST 52ND STREET
NEW YORK, NY 10019


CALENDLY
88 N AVONDALE RD #603
AVONDALE ESTATES, GA 30002


CALGON CARBON CORPORATION
3000 GSK DR
MOON TOWNSHIP, PA 15108

CALIFORNIA CENTER FOR SUSTAINABLE ENERGY
8690 BALBOA AVE  #100
SAN DIEGO, CA 92123-1502


CALIFORNIA CENTER FOR SUSTAINABLE ENERGY
8690 BALBOA AVENUE SUITE 100
SAN DIEGO, CA 92123-1502


CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT
PO BOX 826276
SACRAMENTO, CA 94230-6276


CAPITAL MACHINERY SYSTEMS INC
PO BOX 330
PENDLETON, IN 46064


CAPLUGS
3012 MOMENTUM PL
CHICAGO, IL 60689-5330


CAPTURE ME PHOTOGRAPHY
2741 GRAND FIR DR
GREENWOOD, IN 46143


CARDINAL INTEGRATED SYSTEMS LLC
1005 GRADE LN
LOUISVILLE, KY 40213

CAREER BUILDER LLC
13047 COLLECTION CENTER DR
CHICAGO, IL 60693-0130

CARL ATZINGER
14626 BACH DR  APT 618
CARMEL, IN 46032

CARLOS FOIANINI
10904 TROXEL DR  APT 204
NOBLESVILLE, IN 46060

CARLTON FIELDS PA
700 NW 1ST AVE  #1200
MIAMI, FL 33136-9101

CAROLINA INITIATIVES
1896 GAP CREEK RD
LYMAN, SC 29365

CAROLYN COSGRIFF
DBA CONFIDENTIAL RECRUITING
825 GRANT ST
JACKSON, MI 49203

CARRIER TRANICOLD
ATTN: TEVOR PADGETT
700 OLYMPIC DR
ATHENS, GA 30601

CARRIER TRANICOLD
TREVOR PADGETT
700 OLYMPIC DRIVE
ATHENS, GA 30601


CASTLETON LAWN CARE SERVICES INC
DAN CIESNIEWSKI
11650 OLIO RD #1000-246
FISHERS, IN 46037


CEGEP DE SAIN JEROME
CDCQ/ITAQ  475 RUE FOURNIER
SAINT JEROME  QUEBEC  J7Z 4V2
CANADA


CEGEP DE SAIN JEROME
CDCQ/ITAQ
475 RUE FOURNIER
SAINT JEROME QUEBEC J7Z 4V2


CENTER FOR TRANSPORT AND ENVIRO
730 PEACHTREE STREET
SUITE 760
ATLANTA, GA 30308


CENTRAL POWER SYSTEMS & SERVICES
9200 LIBERTY DR
LIBERTY, MO 64068


CENTRAL POWER SYSTEMS & SERVICES
9200 LIBERTY DRIVE
LIBERTY, MO 64068

CENTURY FASTENERS CORP
50-20 IRELAND ST
ELMHURST, NY 11373


CH ROBINSON INTERNATIONAL
2498 PERRY CROSSING WAY #220
PLAINFIELD, IN 46168


CHAMPLAIN CABLE CORP
175 HERCULES DR
COLCHESTER, VT 05446


CHICAGO TRANSIT AUTHORITY
7801 S VICNENNES AVE
CHICAGO, IL 60620


CHICAGO TRANSIT AUTHORITY
7801 S. VINCENNES AVE.
CHICAGO, IL 60620


CHRIS BAUER
3045 OAKMONT DR
LAPEL, IN 46051


CHRISTINE BARDSLEY
23970
CICERO, IN 46034

CHRISTY PADDOCK ADVISORS LLC
525 S MERIDIAN ST  STE1A4
INDIANAPOLIS, IN 46225


CIL ELECTRONICS
DBA CSI ELECTRONICS
1942 S ELIZABETH ST
KOKOMO, IN 46902


CINCINNATI INSURANCE COMPANIES
PO BOX 145620
CINCINNATI, OH 45250-5620


CINTAS CORPORATION #108
PO BOX 630803
CINCINNATI, OH 45263-0803


CIRCLE CITY INDUSTRIAL LLC
PO BOX 1129
CARMEL, IN 46082


CIS NAVIGATION
478 MCGILL ST
MONTREAL  QC  H2Y 2H2
CANADA


CISION US INC
PO BOX 417215
BOSTON, MA 02241-7215

CITIZENS ENERGY GROUP #2960000
PO BOX 7056
INDIANAPOLIS, IN 46207-7056


CITIZENS ENERGY GROUP - SADLIER CIRCLE
2020 N MERIDIAN ST
INDIANAPOLIS, IN 46202-1306


CITY & COUNTY OF HONOLULU
OAHU TRANSIT SERVICES
811 MIDDLE ST.
HONOLULU, HI 96819


CITY OF DURHAM
1907 FAY ST
DURHAM, NC 27704


CITY OF DURHAM
1907 FAY STREET
DURHAM, NC 27704


CITY OF NORTH AUGUSTA
PO BOX 6400
NORTH AUGUSTA, SC 29841


CITY OF NORTH AUGUSTA
P.O. BOX 6400
NORTH AUGUSTA, SC 29841

CLARKE POWER SERVICES
8510 FARRINGTON RD
COLFAX, NC 27235


CLARKE POWER SERVICES INC
PO BOX 710157
CINCINNATI, OH 45271


CLIFTON LARSON ALLEN LLP
PO BOX 775447
CHICAGO, IL 60677-5447


CNTA
1249 MONTEE MASSON
LAVAL QUEBEC  H7E4P2
CANADA


CNTA
1249 MONTEE MASSON
LAVAL QUEBEC H7E 4P2


COAST MOUNTAIN BUS COMPANY
3750 KITCHENER ST
BURNABY BC  V5C 3L6
CANADA


COAST MOUNTAIN BUS COMPANY
3750 KITCHENER STREET
BURNABY BC V5C3L6

```
COMCAST #4682
PO BOX 7500
SOUTHEASTERN, PA 19398-7500




COMCAST #6837
PO BOX 70219
PHILADELPHIA, PA 19176-0219




COMCAST BUSINESS #1996
PO BOX 8587
PHILADELPHIA, PA 19107-8587




COMCAST BUSINESS #8638
PO BOX 37601
PHILADELPHIA, PA 19101-0601




COMEMSO ELECTRONICS GMBH
KARLSBADER STR 13
OSTFILDERN 73760
GERMANY




COMMERCEPOINT INC
1406 LOWER CAMPUS RD  #41
HONOLULU, HI 96822




COMMERCIAL
1249, MONTEE MASSON
LAVAL QUEBEC  H7E 4P2
CANADA
```

COMMERCIAL
1249, MONTEE MASSON
LAVAL QUEBEC H7E 4P2


COMMERCIAL FINISHING CORP
7199 ENGLISH AVE
INDIANAPOLIS, IN 46219


COMMUNITY OCCUP HEALTH SERVICES
7169 SOLUTION CENTER
CHICAGO, IL 60677-7001


COMPAL USA (INDIANA) INC
521 5TH AVE  11TH FL
NEW YORK, NY 10175


COMPUTER AIDED TECHNOLOGY INC
165 ARLINGTON HEIGHTS RD  #101
BUFFALO GROVE, IL 60089


CONCORD BATTERY CORP
2009 SAN BERNADINO RD W
WEST COVINA, CA 91790


CONCORD BATTERY CORPORATION
2009 SAN BERNADINO RD
WEST COVINA, CA 91790

CONCOTE CORPORATION DBA INSUL-FAB
PO BOX 679038
DALLAS, TX 75267


CONSERV INC
814 N DELAWARE ST
INDIANAPOLIS, IN 46204


CONTINENTAL TEVES AG & CO
TEMIC BERLIN AUTOMOTICE ELECT MOTORSGMBH
NEUS UFER 29
BERLIN, NY 10553


CONTINENTAL TEVES AG & CO
TEMIC BERLIN AUTOMOTICE ELECTR MOTORS GM
NEUS UFER 29
BERLIN, NY 10553


CORE BUSINESS SOLUTIONS INC
PO BOX 631
LEWISBURG, PA 17837


CORNERSTONE ENVIRONMENT H&S INC
880 LENNOX CT
ZIONSVILLE, IN 46077


CORT EVENTS
4904 CENTURY PLAZA RD
INDIANAPOLIS, IN 46254

CRACKER BARREL OLD COUNTRY STORE
3840 EAGLE VIEW DR
INDIANAPOLIS, IN 46254


CRANE 1 SERVICES INC
PO BOX 88989
MILWAUKEE, WI 53288-8989


CRATES & PALLETS
PO BOX 49
386 E BROOKVILLE RD
FOUNTAINTOWN, IN 46130


CRESCENT ELECTRIC SUPPLY CO
PO BOX 550
7750 DUNLEITH DR
EAST DUBUQUE, IL 61025-4420


CROSSROADS OF AMERICA COUNCIL
7125 FALL CREEK RD N
INDIANAPOLIS, IN 46256


CROWN EQUIPMENT CORPORATION
44 S WASHINGTON ST
NEW BREMEN, OH 45869


CROWN LIFT TRUCKS
PO BOX 641173
CINCINNATI, OH 45264-1173

```
CROWN LIFT TRUCKS
P.O. BOX 641173
CINCINNATI, OH 45264-1173




CSC/CORPORATION SERVICE COMPANY
PO BOX 13397
PHILADELPHIA, PA 19101-3397




CSI ELECTRONICS
1942 S ELIZABETH ST
KOKOMO, IN 46902




CUBICLES.COM
34 S RIDGE RD
POMONA, NY 10970




CULLEN DIESEL
193RD ST
SURREY  BC  V4N 4E7
CANADA




CULLEN DIESEL
9357 193RD STREET
SURREY BC V4N 4E7
CANADA




CUMMINS INC
500 JACKSON ST
COLUMBUS, IN 47403
```

CUMMINS INC
500 JACKSON STREET
COLUMBUS, IN 47403


DAEHYUN ST CO LTD
178-4 DEOGEUN-RI
PALTAN-MYEON
HWASUNG-SI KYUNGGI-DO
REPUBLIC OF KOREA


DALHOUSIE UNIVERSITY
1360 BARRINGTON ST  PO BOX 15000
HALIFAX NS B3H 4R2
CANADA


DALHOUSIE UNIVERSITY
1360 BARRINGTON ST
P.O BOX 15000
HALIFAX NS B3H 4R2


DANA CANADA CORPORATION
PO BOX 77501
DETROIT, MI 48277


DANGER LABS LLC
7251 STEINMEIER DR
INDIANAPOLIS, IN 46250


DANNAR
3 RESEARCH WAY
GREENVILLE, SC 29607

DAVTYAN DAVID MIKHAILOVICH
35/2 AKADEMIKA MILLIONSHIKOVA STREET 105
MOSCOW RUSSIA 115446
RUSSIAN FEDERATION


DAYTRONIC CORPORATION
2566 KOHNIE DR
MIAMISBURG, OH 45342


DCS LINE NEW YORK
2075 91ST ST   UNIT C
NORTH BERGEN, NJ 07047


DEEM LLC
11201 USA PARKWAY #200
FISHERS, IN 46037


DELL BUSINESS CREDIT #793
PO BOX 5275
CAROL STREAM, IL 60197-5275


DELL COMPUTER CORPORATION
DELL MARKETING LP
3555 TIMMONS LN
HOUSTON, TX 77027


DELL FINANCIAL SERVICES #516
PAYMENT PROCESSING CENTER
PO BOX 6410
CAROL STREAM, IL 60197-6410

```
DELL FINANCIAL SERVICES 517.518
PAYMENT PROCESSING CENTER
PO BOX 6547
CAROL STREAM, IL 60197-6549



DELL MARKETING LP
C/O DELL USA LP
PO BOX 802816
CHICAGO, IL 60680-2816



DELTA MOTORSPORT LIMITED
UNIT 2250 SILVERSTONE TECHNOLOGY PARK
SILVERSTONE NORTH HAMTONSHIRE NN12 8GX
ENGLAND



DELTA MOTORSPORT LIMITED
UNIT 2250 SILVERSTONE TECHNOLOGY PARK
SILVERSTONE CIRCUIT
SILVERSTONE NORTHAMPTONSHIRE NN12 8GX



DENZEL E DRIVE GMBH
ERDBERGSTRASSE 189-193
WIEN 1030
AUSTRIA



DENZEL E DRIVE GMBH
ERDBERGSTRASSE 189-193
WIEN 1030



DEPARTMENT OF ENERGY
CITY & COUNTY OF HONOLULU
811 MIDDLE ST
HONOLULU, HI 96819
```

DEPARTMENT OF ENERGY
CITY & COUNTY OF HONOLULU
811 MIDDLE ST.
HONOLULU, HI 96819


DEPARTMENT OF HOMELAND SECURITY
302 W WASHINGTON ST  RM 246
INDIANAPOLIS, IN 46204-2739


DEREK CHANDLER
102 S MORRSON RD
MUNCIE, IN 47304


DGS DIESEL - UND GETRIEBESERVICE GMBH
WERNHER-VON-STABE 11
MAINZ HECHSTSHEIM  D-55129
GERMANY


DGS DIESEL- UND GETRIEBESERVICE GMBH
WERNHER-VON-BRAUN-STABE 11
MAINZ HECHSTSHEIM D-55129
GERMANY


DHAIRYASHEEL PAWAR
8470 WHIPPORWILL DR  APT C
INDIANAPOLIS, IN 46256


DIGI KEY CORP
701 BROOKS AVE S
THIEF RIVER FALLS, MN 56701

```
DIVSYS INTERNATIONAL-ICAPE LLC
8102 ZIONSVILLE RD
INDIANAPOLIS, IN 46268



DIVSYS INTERNATIONAL-ICAPE LLC
8102 ZIONSVILLE ROAD
INDIANAPOLIS, IN 46268



DOCUSIGN
14800 FRYE RD  2ND FL
FORT WORTH, TX 76155



DOE NATIONAL ENERGY TECHNOLOGY LAB
MORGANTOWN CAMPUS
3610 COLLINS FERRY RD
MORGANTOWN, WV 26507



DON PLEAU
METROPOLITAN COUNCIL
390 ROBERT ST. N.
SAINT PAUL, MN 55101



DS TECH
1275 RUE NEWTON LOCAL 15
BOUCHERVILLE  QC  J4B 5H2
CANADA



DS TECH
1275 RUE NEWTON, LOCAL 15
BOUCHERVILLE QC J4B 5H2
```

DUNHAM RUBBER & BELTING CORP
PO BOX 47249
INDIANAPOLIS, IN 46247-0249


DYNAPOWER CO
85 MEADOWLAND DR
SOUTH BURLINGTON, VT 05403


DYNAPOWER CO
85 MEADOWLAND DR
SOUTH BURLINGTON, VT 05403-7611


E CAR SERVICE
UID ATU65905069
EIGENHEIM 7 6850 DORNBIRN
AUSTRIA


E CAR SERVICE
UID ATU65905069
EIGENHEIM 7
6850 DORNBIRN


E ON TECHNOLOGIES GMBH
ALEXANDER VON HUBOLDT STR 1
45896 GELSENKIRCHEN
GERMANY


E-AAM DRIVELINE SYSTEMS AB
NOHABGATAN 18E
SE-461 53 TROLLHATTEN
SWEDEN

EAGLE ROCK SPECIALTIES
IDAHO NATIONAL LABS
2299 W OMNI DR
IDAHO FALLS, ID 83402


EAGLE ROCK SPECIALTIES/IDAHO NATIANAL LA
2299 WEST OMNI DRIVE
IDAHO FALLS, ID 83402


EASTERN ENGINEERING SUPPLY INC
2810 N WHEELING AVE
MUNCIE, IN 47303


EATON CORPORATION
7250 FLINT DR
MENOMONEE FALLS, WI 53051


EATON CORPORTION
W 126N7250 FLINT DRIVE
MENOMONEE FALLS, WI 53051


EBM-PAPST AUTOMOTIVE & DRIVE
PO BOX 416381
BOSTON, MA 02241-6381


ECLIPSE ENERGY
1752 FIELDS BLVD
GREENFIELD, IN 46140

ECLIPSE ENERGY
1752 FIELDS BLVD.
GREENFIELD, IN 46140


EDA INC
ENGINEERING DESIGN & AUTOMATION
5600 N US HIGHWAY 41
PO BOX 5173
TERRE HAUTE, IN 47805


EDLO SALES & ENGINEERING INC
407 YORKTOWN RD
LOGANSPORT, IN 46947


EFFICIENT DRIVETRAINS INC
1000 BUSINESS PARK DR  STE B
DIXON, CA 95620


EFFICIENT DRIVETRAINS INC
1000 BUSINESS PARK DRIVE
SUITE B
DIXON, CA 95620


EFILE4BIZ
3300 GATEWAY DR
POMPANO BEACH, FL 33069


EGENOLF INDUSTRIAL GROUP INC
PO BOX 1991
INDIANAPOLIS, IN 46206-1991

ELBILMEK AS
SNAROYVEIEN 73
FORNEBU 1367   MOB 968 017 16
NORWAY


ELBILMEK AS
SNAROYVEIEN 73
FORNEBU 1367
MOB 968 017 16


ELECTRANS TECHNOLOGIES LTD
CANADIAN BRON LTD  2021 SPEARS RD
OAKVILLE  ON  L6L 2X8
CANADA


ELECTRANS TECHNOLOGIES LTD
CANADIAN BRON LTD
2021 SPEARS ROAD
OAKVILLE ON L6L2X8


ELECTRIC VEHICLE CLUB OF PURDUE
451 N GRANT ST  APT 7
WEST LAFAYETTE, IN 47906


ELECTRIC VEHICLE CLUB OF PURDUE
451 N GRANT STREET APT 7
WEST LAFAYETTE, IN 47906


ELECTRO ENTERPRISES INC
3601 NORTH I-35 SERVICE RD
OKLAHOMA CITY, OK 73111

ELECTRONIC MOBILITY AUTOMOTIVE AG
PRATERNISEL 3-4
MUNICH D-80538
BAVARIA


ELECTRONIC MOBILITY AUTOMOTIVE AG
PRATERNISEL 3-4
MUNICH D-80538


ELEMENT MATERIALS TECHNOLOGY CHICAGO
194 INTERNATIONAL BLVD
GLENDALE HEIGHTS, IL 60139


ELEVATED LOGISTICS GROUP LLC
PO BOX 6065
FISHERS, IN 46038


ELGIN FASTENER GROUP
26063 NETWORK PL
CHICAGO, IL 60673-1247


ELROY AIR
1500 MICHIGAN ST
SAN FRANCISCO, CA 94124


ELROY AIR
1500 MICHIGAN STREET
SAN FRANCISCO, CA 94124

ELWOD STAFFING SERVICES INC
PO BOX 1024
COLUMBUS, IN 47202


EMA DESIGN AUTOMATION
225 TECH PARK DR
ROCHESTER, NY 14692


EMERA TECHNOLOGIES
702 N FRANKLIN ST #100
TAMPA, FL 33602


EMERGING POWER INC
244 WOOD ST
PO BOX 9184
LEXINGTON, MA 02420-9108


EMERGING POWER INC
244 WOOD STREET
P.O. BOX 9184
LEXINGTON, MA 02420-9108


EMP TECHNICAL GROUP
17450 TILLER CT
WESTFIELD, IN 46074


ENER1, INC.
3619 W. 73RD STREET
ANDERSON, IN 46011

ENERBOOST DOO
BARJANSKA CESTA 70
LJUBLJANA SLOVENIA 1000
SLOVENIA


ENERDEL INC
2 AVTOMOTORNAYA ST MOSCOW
MOSCOW 125438
RUSSIAN FEDERATION


ENERDEL INC
2 AVTOMOTORNAYA ST
MOSCOW MOSCOW 125438


ENERDEL SERVICE PARTS


ENERDEL WARRANTY
3619 W 73RD ST #2
ANDERSON, IN 46011


ENERDEL WARRANTY
3619 W. 73RD STREET
SUITE 2
ANDERSON, IN 46011


ENERDEL-IEGO
3619 W 73RD ST #2
ANDERSON, IN 46011

ENERDEL-IEGO
3619 W. 73RD STREET
SUITE 2
ANDERSON, IN 46011


ENERGETECH CO
DBA ELECTRIC CAR COMPANY
7427 S MAIN ST
MIDVALE, UT 84047


ENERGY SYSTEMS NETWORK
111 MONUMENT CIR #1800
INDIANAPOLIS, IN 46204


ENERGY SYSTEMS NETWORK
111 MONUMENT CIRCLE SUITE 1800
INDIANAPOLIS, IN 46204


ENERTECH INTERNATIONAL INC
296 CHUNGJUHOSU RO
CHUNGJU-CITY
CHUNGBUK 27432
REPUBLIC OF KOREA


ENERTECH INTERNATIONAL INC
NATALIA ASTAKHOVA
197110, 10/1 A BAROCHNAIA ST, OFFICE 412
ST. PETERSBURG RUSSIA


ENERZ
19 LYALIN LANE
BUILDING 1
MOSCOW 105062
RUSSIAN FEDERATION

```
ENERZ  LTD
20A APTEKARSKALA EMB
SAINT PETERSBURG  197022
RUSSIA




ENPOWER
8740 HAGUE RD #7
INDIANAPOLIS, IN 46256




ENPOWER
2155 W PINNACLE PEAK RD  #120
PHOENIX, AZ 85027




ENPOWER, INC.
2155 W. PINNACLE PEAK ROAD, SUITE 120
PHOENIX, AZ 85027




EPIGNOSIS LLC
315 MONTGOMERY ST  9TH FL
SAN FRANCISCO, CA 94104




ERGO-OFFICE FURNITURE LLC
2525 N SHADELAND AVE  BLDG 60
INDIANAPOLIS, IN 46219




ESPEC NORTH AMERICA INC
4141 CENTRAL PKWY
HUDSONVILLE, MI 49429
```

ESSENTRA COMPONENTS
2 WESTBROOK CORPORATE CENTER
WESTCHESTER, IL 60154


ESTES DESIGN AND MANUFACTURING INC
470 S MITTHOEFFER RD
INDIANAPOLIS, IN 46229


EVC GROUP SRO
NADRAZNI 804
HULIN 768 24
CZECH REPUBLIC


EVC GROUP SRO
NADRAZNI 804
HULIN  768 24


EVC RACING
11339 VALLEY MEADOW DR
ZIONSVILLE, IN 46077


EVC RACING
11339 VALLEY MEADOW DRIVE
ZIONSVILLE, IN 46077


EVOA LLC
805 MARINA RD
TITUSVILLE, FL 32796

EVOLVE ELECTRICS
5735 ARAPAHOE AVE  UNIT C
BOULDER, CO 80303


EVOLVE ELECTRICS
JUSTIN DUNN
5735 ARAPAHOE AVE, UNIT C
BOULDER, CO 80303


EXPERBUY FRANCE
LABINAL POWER SYSTEMS -REAU
ROND POINT RENE RAVAUD


FABRYKA SAMOCHODOW OSOBOWYCH SYRENA
JOZEFOW STREET 9
KUTNO 99-300
POLAND


FABRYKA SAMOCHODOW OSOBOWYCH SYRENA
JOZEFOW STREET 9
KUTNO  99-300


FACTURATION PARC - SOCIETY DE TRANSPORT
800 DELA GAUCHETIERE OEST 8440
MONTREAL QC H5A 1J6
CANADA


FAEGRE DRINKER BIDDLE & REATCH LLP
PO BOX 856522
MINNEAPOLIS, MN 55485-6522

```
FAHRENHEIT IT
115 W WASHINGTON ST #1220
INDIANAPOLIS, IN 46204



FARASIS
WEST SIDE OF CAIDIE ROAD
NORTH SIDE OF JINLING WEST ROAD
GANZHOUR CITY, JIANGXI PROVINCE
PEOPLES REPUBLIC OF CHINA


FAST LANE RECUITMENT GROUP LLC
1175 PAPER CHASE CT
LAWRENCEVILLE, GA 30043



FASTENAL COMPANY
PO BOX 978
WINONA, MN 55987-0978



FEDEX
6648 S PERMITER RD
INDIANAPOLIS, IN 46241



FEDEX 2715-5
PO BOX 94515
PALATINE, IL 60094-4515



FEDEX 2793-2
DEPT CH PO BOX 10306
PALATINE, IL 60055-0306
```

FEDEX 7952-6
PO BOX 94515
PALATINE, IL 60094-4515

FEDEX 8145-4
PO BOX 94515
PALATINE, IL 60094-4515

FEDEX FREIGHT #9526
DEPT CH PO BOX 10306
PALATINE, IL 60055-0306

FEDEX FREIGHT 1179
DEPT CH   PO BOX 10306
PALATINE, IL 60055-0306

FEDEX FREIGHT 1874-3
PO BOX 94515
PALATINE, IL 60055-0306

FEDEX TRADE NETWORKS
PO BOX 842206
BOSTON, MA 02284-2206

FEDEX WHOLESALE COLLECTIONS
3965 AIRWAYS BLVD  MODULE G  3RD FL
MEMPHIS, TN 38116

FIRST ADVANTAGE BACKGROUND SERV
PO BOX 403532
ATLANTA, GA 30384-3532


FIRST CALL TEMPORARY SERVICES INC
PO BOX 7096
DEPT 252
INDIANAPOLIS, IN 46207


FIRST FINANCIAL BANK
300 MERIDIAN ST #300
INDIANAPOLIS, IN 46204


FIRST FINANCIAL BANK - VISA
PO BOX 42070
MIDDLETOWN, OH 45042-0070


FISKER AUTOMOTIVE INC
19 CORPORATE PARK
IRVINE, CA 92606


FLAGSHIP ENTERPRISE CENTER INC
2705 ENTERPRISE DR
ANDERSON, IN 46013


FLAGSHIP ENTERPRISE CENTER INC.
2705 ENTERPRISE DRIVE
ANDERSON, IN 46013

FLAME ENTERPRISES
21500 GLEDHILL ST
CHATSWORTH, CA 91311


FLEX-CABLE
5822 HENKEL RD
HOWARD CITY, MI 49329


FLEXWARE INNOVATION INC
9128 TECHNOLOGY LN
FISHERS, IN 46038


FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATION
2415 N MONROE ST #810
TALLAHASSEE, FL 32303


FLORIDA DETROIT DIESEL
6750 PRESIDENTS DRIVE
ORLANDO, FL 32809


FLUID AIR ENGINEERING INC
5775 W 74TH ST
INDIANAPOLIS, IN 46278


FLYING COLORS GROUP LP
1506 WHEELBARROW CREEK RD
STEVENSVILLE, MT 59870

FNS INC
1545 FRANCISCO ST
TORRANCE, CA 90501


FORI AUTOMATION
13231 23 MILE RD
SHELBY TOWNSHIP, MI 48315


FORI AUTOMATION
13231 23 MILE RD.
SHELBY TOWNSHIP, MI 48315


FOTRONIC CORPORATION
DBA TEST EQUIPMENT DEPOT
99 WASHINGTON ST
MELROSE, MA 02176-6024


FRED PRYOR LEARNING SOLUTIONS
PO BOX 219468
KANSAS CITY, MO 64121-9468


FRONT PANEL EXPRESS
1015 CENTRAL AVE N
KENT, WA 98032


FUJIPOLY AMERICAN CORP
PO BOX 119
CARTERET, NJ 07008-0119

FUNDACAO CPQD
RUE DOUTOR RECARDO BENETTON MARTINS SN
PARQUE II DO POLO DE ALTA TECNOLGIA
CAMPINAS SP

FUNDACAO CPQD - RUE DOUTOR RECARDO
BENETTON MARTINS SN PARQUE II DO POLO DE
ALTA TECHNOLGIA CAMPINAS AP
BRAZIL

GAFFOGLIO FAMILY METALCRAFTERS, INC.
11161 SLATER AVENUE
FOUNTAIN VALLEY, CA 92708

GALBRAITH LABORATORIES INC
2323 SYCAMORE DR
KNOXVILLE, TN 37921

GENERAL DEVICES CO INC
1410 S POST RD
INDIANAPOLIS, IN 46239

GENERAL DYNAMICS LAND SYSTEMS
1161 BUCKEYE ROAD
LIMA, OH 45804-1815

GENERAL MOTORS LLC
SHERMAN ZENG
30003 VAN DYKE AVE.
WARREN, MI 48092

GEORGE E MISSBACH & COMPANY
3715 NORHTSIDE PKWY NW  STE 3-675
ATLANTA, GA 30327


GERWEISS MOTORS CORPORATION
36 ARMSTRONG VILLAS ARMSTRONG AVE
MOONWALK PARANAQUE CITY METRO MANILLA
PHILLIPPINES


GERWEISS MOTORS CORPORATION
36 ARMSTRONG VILLAS, ARMSTRONG AVE
MOONWALK, PARANAQUE CITY METRO MANILLA,
 PHILLIPHINES 85082-3490


GFE MACARTHUR INVESTMENTS LLC
757 N BROADWAY  #700
MILWAUKEE, WI 53202


GFE MACARTHUR INVESTMENTS LLC
757 N. BROADWAY
SUITE 700
MILWAUKEE, WI 53202


GH PACKAGING
PRODUCT TESTING & CONSULTING INC
4090 THUNDERBIRD LN
FAIRFIELD, OH 45014


GIBSON TELDATA INC
PO BOX 3000
TERRE HAUTE, IN 47803-0115

GIMS INC
RM506, 5F, MIWON BLDG
70, GUKJEGEUMYUNG-RO
YEONDGEUNGPO-GU  SEOUL 07333
REPUBLIC OF KOREA


GLOBAL INDUSTRIAL EQUIPMENT
29833 NETWORK PL
CHICAGO, IL 60673-1298


GLOBAL PLASTICS INC
6739 GUION RD
INDIANAPOLIS, IN 46268


GO ELECTRIC INC.
1920 PURDUE PARKWAY
ANDERSON, IN 46016


GOLDEN LAKES INVESTMENT LTD
RM 1201 BUILDING A11  NO 2 DISTRICT
SAN LI HE XL CHENG DISTRICT
BEIJING  CHINA
PEOPLES REPUBLIC OF CHINA


GOODWOLFE ENERGY LIMITED
UNITS 27/28 LAURANCE INDUSTRIAL ESTATE
EASTWOODBURY LANE
SOUTHEND-ON-SEA ESSEX SS2 6RH


GOODWOLFE ENERGY LIMITED - UNITS 27/28
LAURANCE INDUSTRIAL ESTATE EASTWOODBURY
SOUTHEND-ON-SEA ESSEX SS2 6RH
ENGLAND

GORDON FOOD SERVICE STORE
9540 MASTERS RD
INDIANAPOLIS, IN 46250

GORDON FOURNARIS & MAMMARELLA PA
1925 LOVERING AVE
WILMINGTON, DE 19806

GRAINGER
1657 SHERMER RD
NORTHBROOK, IL 60062-5362

GRANT THORNTON
33562 TREASURY CENTER
CHICAGO, IL 60694-3500

GREAT LAKES TAPE CORP
DBA GLT INTERNATIONAL
2961 BOND ST
ROCHESTER HILLS, MI 48309

GREATER CLEVELAND RTA
1240 WEST 6TH STREET
CLEVELAND, OH 44113-1331

GREATER LYNCHBURG TRANSIT COMPANY
ACCOUNTS PAYABLE
P.O. BOX 11286
LYNCHBURG, VA 24506

GREATLINK USA
44168 S GRIMMER BLVD
FREMONT, CA 94538


GREENFIELD GLOBAL USA INC
PO BOX 67000
DETROIT, MI 48267-2675


GREENTREE ELECTRONICS LTD
53 METUDELA ST
TEL AVIV
ISRAEL


GREENWAY OPERATOR A.S.
BAJKALSKA 5/B
831 04 BRATISLAVA


GREENWAY OPERATOR AS
BAJKALSKA 5/B
831 04 BRATISLAVA
SLOVAKIA


GUARDIAN
PO BOX 95101
CHICAGO, IL 60694-5101


GUARDIAN LIFE INSURANCE COMPANY
PO BOX 677458
DALLAS, TX 75267-7458

H & FRIENDS FREIGHT INC
145-43 226TH ST
SPRINGFIELD GARDENS, NY 11413


H2O


H2S SOLUTIONS
20409 YORBA LINDA BLVD #228
YORBA LINDA, CA 92886


HAGERMAN SECURITY/INVESTIGATIONS
8552 S 400 E
MARKLEVILLE, IN 46056


HAMILTON COUNTY TREASURER
33 N 9TH ST #112
NOBLESVILLE, IN 46060


HANCOCK COUNTY TREASURER
111 AMERICAN LEGION PL #205
GREENFIELD, IN 46140


HANKUK FIBER CO LTD
181 1 YONGJI-RI BUBUK-MYUN
MIRYANG-SI KYUNGNAM
SOUTH KOREA

HANKUK FIBER CO LTD
181 1 YONGJI-RI, BUBUK-MYUN
MIRYANG-SI KYUNGNAM


HARBOR FREIGHT
5703 E 86TH ST
INDIANAPOLIS, IN 46250


HARDT ELECTRIC
4909 N ELSTON
CHICAGO, IL 60630


HARENDORFER MACHINE INC
550 O'BYRNE AVE
LOUISVILLE, KY 40233


HARVEST CROO, LLC. (4FX)
251 SOUTH 78TH STREET
TAMPA, FL 33619


HAYES YOUNG LAW LLC
133 W MARKET ST #332
INDIANAPOLIS, IN 46204


HAZMAT SAFETY CONSULTING LLC
1765 DUKE ST
ALEXANDRIA, VA 22314

HEATHER JAEGER
701 W 72ND ST
INDIANAPOLIS, IN 46260


HERITAGE INTERACTIVE SERVICES LLC
PO BOX 681490
INDIANAPOLIS, IN 46268


HG ENGINEERS
142 EGLIN PKWY SE
FORT WALTON BEACH, FL 32548


HIGH IMPACT SOLUTIONS
20793 FARMINGTON RD #13
FARMINGTON, MI 48336


HILARY GOODNIGHT
3303 WILD IVY CIR
INDIANAPOLIS, IN 46227


HIOKI USA CORPORATION
6600 CHASE OAKS BLVD #150
PLANO, TX 75023


HOLLAND & KNIGHT
PO BOX 864084
ORLANDO, FL 32886-4084

HONDA R&D EUROPE GERMANY GMBH
CARL-LEGIEN-STRASSE 30
63073 OFFENBACH
GERMANY


HONDA R&D EUROPE GERMANY GMBH
CARL-LEGIEN-STRASSE 30
63073 OFFENBACH


HOOSIER GASKET CORP
2400 ENTERPRISE PARK PL
INDIANAPOLIS, IN 46218


HORIZON HOUSE INC
1033 E WASHINGTON ST
INDIANAPOLIS, IN 46202


HORNER INDUSTRIAL SERVICES INC
1521 E WASHINGTON ST
INDIANAPOLIS, IN 46201


HR PRO/BANCORPSV
1423 E 11 MILE RD
ROYAL OAK, MI 48067


HUNTER LIFT TLD
11233 SOUTH AVE
NORTH LIMA, OH 44452-9731

HVR ADVANCED POWER COMPONENTS INC
2090 OLD UNION RD
CHEEKTOWAGA, NY 14227

HYATT HOUSE
11455 IKEA WAY
FISHERS, IN 46037

HYUNDAI HEAVY INDUSTRIES CO LTD
1 CHEON HA DONG
DONG-GU ULSAN
SOUTH KOREA

HYUNDAI HEAVY INDUSTRIES CO LTD
1 CHEON HA DONG
DONG-GU ULSAN

I-GEAR INC
8016 VINECREST AVE
LOUISVILLE, KY 40222

ICC BUSINESS PRODUCTS
PO BOX 26058
INDIANAPOLIS, IN 46226

ICS CHILLERS
3335 MINNESOTA LN N
MINNEAPOLIS, MN 55447

ID TECHEX.COM
ONE BOSTON PL #2600
BOSTON, MA 02108


IDEAL POWER CONVERTERS
4210 FREIDRICH LANE
SUITE 100
AUSTIN, TX 78744


IDESCO CORP
37 W 26TH ST 10TH FL
NEW YORK, NY 10010


IEWC HOLDINGS CORP
5001 S TOWNE DR
NEW BERLIN, WI 53151


IHS GLOBAL INC
DBA GLOBAL ENGINEERING DOCUMENTS
PO BOX 911501
DENVER, CO 80291-1501


IKONIX USA
28105 N KEITH DR
LAKE FOREST, IL 60045


INCODEMA INC
407 CLIFF ST
ITHACA, NY 14850

INDIANA CHAMBER OF COMMERCE
115 W WASHINGTON ST  STE 850 S
INDIANAPOLIS, IN 46204-3497

INDIANA DEPARTMENT OF REVENUE
100 N SENATE AVE
IGCN  RM N105
INDIANAPOLIS, IN 46204

INDIANA DEPT OF ENVIRONMENTAL MGMT
PO BOX 3295
INDIANAPOLIS, IN 46206-3295

INDIANA DEPT OF HOMELAND SECURITY
FISCAL DEPT  RM E221
302 W WASHINGTON ST
INDIANAPOLIS, IN 46204

INDIANA DEPT OF REVENUE
PO BOX 6032
INDIANAPOLIS, IN 46206-6032

INDIANA FILTER SUPPLY INC
5850 KOPETSKY DR  STE F
INDIANAPOLIS, IN 46217

INDIANA OFFICE OF ENERGY DEVELOPMENT
1 NORTH CAPITOL SUITE 600
INDIANAPOLIS, IN 46204

INDIANA PROFESSIONAL LICENSING AGENCY
402 W WASHINGTON ST  RM W072
INDIANAPOLIS, IN 46204


INDIANA SECRETARY OF STATE
200 W WASHINGTON ST  RM 201
INDIANAPOLIS, IN 46204


INDIANA STAMP COMPANIES
1319 PRODUCTION RD
FORT WAYNE, IN 46808


INDIANA STATE POLICE
PO BOX 6188
INDIANAPOLIS, IN 46206


INDIANAPOLIS POWER & LIGHT - SADLER CIR
PO BOX 110
INDIANAPOLIS, IN 46206-0110


INDPLS COMM DEV BLOCK GRANT
BEUMER CONSULTING
PO BOX 219
FARMLAND, IN 47340


INDY CHAMBER
111 MONUMENT CIR #1950
INDIANAPOLIS, IN 46204

INDY POWER SYSTEMS
7702 MOLLER ROAD
INDIANAPOLIS, IN 46268


INFINITY PRINTING AND PROMOTIONS
14563 SOWERS DR
FISHERS, IN 46038


INFORMA MARKETS MANUFACTURING LLC
25589 NETWORK PL
CHICAGO, IL 60673


INFOTRAC
200 N PALMETTO ST
LEESBURG, FL 34748


INSCCU ASFE
PO BOX 6271
INDIANAPOLIS, IN 46206-6271


INSIGHT DIRECT USA INC
PO BOX 731069
DALLAS, TX 75373


INTERSTATE POWER SYSTEMS
NW 7244
PO BOX 1450
MINNEAPOLIS, MN 55485-7244

INTERSTATE POWER SYSTEMS
21568 HIGHVIEW AVE
LAKEVILLE, MN 55044

INTERTEK TESTING SERVICES NA INC
PO BOX 405176
ATLANTA, GA 30384-5176

INTERTEK TESTING SERVICES NA INC
45000 HELM ST, SUITE 150
PLYMOUTH, MI 48170

IRISH MECHANICAL SERVICES INC
7008 E 43RD ST
INDIANAPOLIS, IN 46226

IRON MOUNTAIN
PO BOX 27128
NEW YORK, NY 10087-7128

ISOLUTIONS SERVICES
2700 STILL CREEK DR
ZIONSVILLE, IN 46077

ITOCHU CORPORATION
ITOCHU CORPORATION5-1 KITA-AOYAMA
2-CHOMETOKYO 5-1-KITA-AOYAMA 2-CHOME
TOKYO 107-8077
JAPAN

```
ITOCHU CORPORATION
5-1 KITA-AOYAMA 2-CHOME
MINATO-KU TOKYO 107-8077
JAPAN



ITOCHU CORPORATION
TOKVU SECTION
5-1, KITA-AOYAMA 2-CHOME
MINATO-KU TOKYO 107-8077



ITOCHU EUROPE
THE BROADGATE TOWER - 20 PRIMROSE STREET
LONDON EC2A 2EW
ENGLAND



ITOCHU EUROPE
THE BROADGATE TOWER
20 PRIMROSE STREET
LONDON  EC2A 2EW



JA'LEN EDWARDS
6565 BERGESON WAY
INDIANAPOLIS, IN 46278



JAMA SOFTWARE INC
135 SW TAYLOR ST #200
PORTLAND, OR 97204



JAMAC INC
422 BUCHANAN ST
SANDUSKY, OH 44870
```

JAMES BABCOCK INC
2925 N MITTHOEFFER PL
INDIANAPOLIS, IN 46229


JAMES BOWMAN
8221 SARGENT RD
INDIANAPOLIS, IN 46256


JANI-KING OF INDIANAPOLIS
6960 CORPORATE DR
INDIANAPOLIS, IN 46278


JAY-CREW LANDSCAPING INC
2901 S GHARKEY ST
MUNCIE, IN 47302


JBS SERVICES
346 CREEKSTONE DR
INDIANAPOLIS, IN 46239


JEFF DICK
325 N 14TH ST
MIDDLETOWN, IN 47356


JEM ELECTRONICS
23 NATIONAL DR
FRANKLIN, MA 02038

```
JOFEMAR S A
HIDRONEW XXII, S.L.
CTRA.MARCILLA KM.2
31350 PERALTA NAVARRA




JOFEMAR SA HIDROWNEW XXII SL
CTRA MARCILLA KM 2
31350 PERALTA NAVARRA
SPAIN




JOHN DEERE
3800 W RIDGEWAY AVE, DEPT 038
WATERLOO, IA 50701




JOHNSON & TOWERS INC
PO BOX 7788
PORTSMOUTH, VA 23707




JOHNSON & TOWERS INC
ATTN: BRENT CORMAN
500 WILSON POINT RD
MIDDLE RIVER, MD 21220




JOHNSON & TOWERS INC
500 WILSON POINT RD
MIDDLE RIVER, MD 21220




JOSHUA DAVIS
2811 N 125 W
GREENFIELD, IN 46140-8619
```

JULES AND ASSOCIATES INC
515 S FIGUEROA ST #1900
LOS ANGELES, CA 90071


JX NIPPON MINING & METALS
6-3 OTEMACHI 2-CHOME
CHIYODA-KU
TOKYO 100-8164
JAPAN


K&K MANUFACTURING INC
951 9 MILE ROAD N W
SPARTA, MI 49345


KAMAN FLUID POWER
3802 N 600 W
GREENFIELD, IN 46140


KARDEX HANDLING SOLUTIONS
10340 PLEASANT ST #600
NOBLESVILLE, IN 46060


KATZ SAPPER & MILLER
DEPT 235
PO BOX 7096
INDIANAPOLIS, IN 46206-7096


KBS ENGINEERING SERVICES LLC
30746 BRUSH ST
MADISON HEIGHTS, MI 48071

KEARSTON WEST
7001 S CR 475 E
SELMA, IN 47383


KELE INC
3300 BROTHER BLVD
MEMPHIS, TN 38133


KEME INC
550 MORELAND WAY 4610
SANTA CLARA, CA 95054


KENT MACHINE
8677 S STATE RD 9
PENDLETON, IN 46064


KENWORTH TRUCK CO
ATTN BOB GURNEY
485 HOUSER WAY N
RENTON, WA 98057


KENWORTH TRUCK CO
KENWORTH R&D CENTER
485 HOUSER WAY NORTH
RENTON, WA 98057


KEV ADJEMIAN
1072 SANTA ANA ST.
LAGUNA BEACH, CA 92651

KEVIN ROTHADA TECHNOLOGIES
11149 BRADFORD RD
LITTLETON, CO 80127


KEVIN SCOTESE
739 GRANDIN RD
CHARLOTTE, NC 28208


KEY MANUFACTURING LLC
PO BOX 248
EDINBURGH, IN 46124


KEYENCE CORP OF AMERICA
DEPT CH 17128
PALATINE, IL 60055-7128


KEYTRONIC EMS
1801 S FULTON DR
CORINTH, MS 38834


KIMBERLY SPRINGER
7222 SANDALWOOD DR
INDIANAPOLIS, IN 46217


KING COUNTY DOT TRANSIT VEHICLE MAINT
2160 N 163RD ST
NBM-TR-0100
SEATTLE, WA 98133

KING COUNTY DOT TRANSIT VEHICLE MAINT
2160 N 163RD ST  NBM-R-0100
SHORELINE, WA 98133


KIRBY RISK CORPORATION
27561 NETWORK PL
CHICAGO, IL 60673-1275


KOMATSU MINING CORP
120 LIBERTY ST
FRANKLIN, PA 16323


KOMATSU MINING CORP. GROUP
120 LIBERTY STREET
FRANKLIN, PA 16323


KORE POWER INC
1875 N LAKEWOOD DR  #200
COEUR D ALENE, ID 83814


KRONUS ENGINEERING
5735 ARAPAHOE
BOULDER, CO 80303


KRUKEMEIER MACHINE & TOOL CO INC
4949 SUBWAY ST
BEECH GROVE, IN 46107

LANDSTAR RANGER INC
PO BOX 8500 54293
PHILADELPHIA, PA 19178-4283


LANE TRANSIT DISTRICT
3500 E 17TH AVE
EUGENE, OR 97403


LEAPFILE INC
DEPT LA 22799
PASADENA, CA 91185-2799


LEM USA INC
BIN 88054
MILWAUKEE, WI 53288-0054


LEVEL 3 COMMUNICATIONS LLC
PO BOX 910182
DENVER, CO 80291-0182


LEX TM3 LLC
7416 DELEMERE BLVD
ROYAL OAK, MI 48073


LHD BENEFIT ADVISORS
250 W 96TH ST #350
INDIANAPOLIS, IN 46260-1317

LI GUOGUN-RISESUN MGL NEW ENERGY SCIENCE
18# BAIFUQUAN RD  CHANGPING SECTOR OF
ZHONGGUANCUN SCIENCE PARK   BEIJING
PEOPLES REPUBLIC OF CHINA


LIGHTNING MOTORS CORP
931 AMERICAN STREET
40 S 35TH ST
BOULDER, CO 80305


LINCOLN BUSINESS PARK HOLDINGS LLC
241 N PENNSYLVANIA ST #300
INDIANAPOLIS, IN 46204


LINDE GAS & EQUIPMENT INC
PRAXAIR DISTRIBUTION INC
DEPT CH 10660
PALATINE, IL 60055-0660


LINKEDIN CORP
1000 W MAUDE AVE
SUNNYVALE, CA 94085


LION BUSES
921 CHERMIN DE LA RIVEIRE DU NORD
ST. JEROME P. QC J7Y 5G2
CANADA


LION BUSES
921 CHERMIN DE LA RIVEIRE DU NORD
ST. JEROME P. QC J7Y 5G2

LITHIUM STORAGE LTD
NO 9 EAST MOZHOU ROAD
JIANGNING DISTRICT 211111
PEOPLES REPUBLIC OF CHINA


LMC SERVICE SOLUTIONS
1023 W 38TH ST
ANDERSON, IN 46013


LOLITA MCCORMICK
1948 N TIBBS AVE
INDIANAPOLIS, IN 46222


LOWES HOME IMPROVEMENT
PO BOX 530954
ATLANTA, GA 30353


LTS MARINE INC
1602 JEAN LACHAINE
SAINT-CATHERINE QUEBEC J5C1C2
CANADA


LTS MARINE INC
1602 JEAN LACHAINE
SAINT-CATHERINE QUEBEC J5C1C2


MAB COLLISION CUSTOMS
7601 E 88TH PL  BLDG 3
INDIANAPOLIS, IN 46256

MACALLISTER MACHINERY COMPANY INC
6300 SOUTHEASTERN AVE
INDIANAPOLIS, IN 46203


MACRIUM SOFTWARE - CLEVERBRIDGE
350 N CLARK #700
CHICAGO, IL 60654


MAGNA CLOSURES
A DIV OF MAGNA CLOSURES INC
NEWMARKET  ON  L3Y 4X7
CANADA


MAGNA CLOSURES
A DIV. OF MAGNA CLOSURES INC.
NEWMARKET ON L3Y 4X7


MAGNA STEYR FAHRZEUGTECHNIK AG & CO
LIEBENAUER HAUPTSTR 317
GRAZ AUSTRIA 8041
AUSTRIA


MAGNA STEYR FAHRZEUGTECHNIK AG & CO
LIEBENAUER HAUPTSTR. 317
GRAZ AUSTRIA 8041


MAGNATAG
2031 O'NEIL RD
MACEDON, NY 14502

```
MAJOR  JEFFREY
6348 CLOVERDALE ROAD
CYGNET, OH 43413




MALONE'S CATERING
5005 W RAYMOND ST
INDIANAPOLIS, IN 46241




MANAR INC DBA ECA ENTERPRISES INC
KEY MANUFACTURING LLC
PO BOX 248
EDINBURGH, IN 46124




MARIAN INC
1011 E SAINT CLAIR ST
INDIANAPOLIS, IN 46202




MARINE TRAVELIFT
49 E. YEW STREET
STURGEON BAY, WI 54235




MARION COUNTY TREASURER
200 E WASHINGTON ST #101
INDIANAPOLIS, IN 46204-3318




MARK CHILDS
4800 N 300 E
ANDERSON, IN 46012
```

MARLIN BUSINESS BANK
PO BOX 13604
PHILADELPHIA, PA 19101-3604

MARRIOTT INDIANAPOLIS NORTH
3645 RIVER CROSSING
INDIANAPOLIS, IN 46240

MARSH USA INC
PO BOX 846015
DALLAS, TX 75284-6015

MASON & MEFFORD HOLDINGS LLC
3705 N SHUN PIKE RD
MADISON, IN 47250

MASSACHUSETTS INSTITUTE OF TECHNOLOGY
244 WOOD STREET
P.O. BOX 9184
LEXINGTON, MA 02420-9108

MASSON INC
DBA HOSSIER BADGE
567 N HIGHLAND AVE
INDIANAPOLIS, IN 46202

MASTER INTERNATIONAL
DBA MASTER ELECTRONICS
1301 OLYMPIC BLVD
SANTA MONICA, CA 90401

MATRIC LTD
2099 HILL CITY RD
SENECA, PA 16346


MATTERHACKERS INC
27156 BURBANK
FOOTHILL RANCH, CA 92610


MATTHEW HARTLE
7220 W STATE RD 38
NEW CASTLE, IN 47362


MAX DORFLINGER
LEX TM3 LLC
7416 DELEMERE BLVD
ROYAL OAK, MI 48073


MAXCESS AMERICAS INC
222 W MEMORIAL RD
OKLAHOMA CITY, OK 73114


MBI / BPC
PO BOX 56019
BOSTON, MA 02205


MBR CONSULTING LLC
2596 RIPPLING CREEK CT
WESTFIELD, IN 46074

MCCURDY MECHANICAL CONTRACTORS
9096 TECHNOLOGY LN
FISHERS, IN 46038


MCMASTER CARR SUPPLY CO
PO BOX 7690
CHICAGO, IL 60680-7690


MCNAMARA FLORIST
1853 LUDLOW AVE
INDIANAPOLIS, IN 46201


MEDIABRAINS
9015 STRADA STELL CT #203
NAPLES, FL 34109


METROPOLITAN COUNCIL
390 ROBERT ST N
SAINT PAUL, MN 55101


MGA RESEARCH CORP
12790 MAIN RD
AKRON, NY 14001


MH EQUIPMENT COMPANY
5859 W RAYMOND ST
INDIANAPOLIS, IN 46241

MICHAEL A CANADA
6565 BERGESON WAY
INDIANAPOLIS, IN 46278

MICHAEL GREENE
5867 SAN MIGUEL CT APT C
INDIANAPOLIS, IN 46250

MICHAEL O'NEILL
987 LINCOLN RD
GROSSE POINTE, MI 48230-1207

MICROMERITICS INSTRUMENT CORP
4356 COMMUNICATIONS DR
NORCROSS, GA 30093

MICROSOFT CORP
PO BOX 842103
DALLAS, TX 75284-2103

MID-AMERICA ELEVATOR CO INC
1116 E MARKET ST
INDIANAPOLIS, IN 46202

MILLER INSTRUMENT LABORATORY
1763 E 400 NORTH
PORTLAND, IN 47371

MINCO PRODUCTS INC
7300 COMMERCE LN NE
MINNEAPOLIS, MN 55432

MINITAB LLC
1829 PINE HALL RD
STATE COLLEGE, PA 16801

MINNEAPOLIS METRO TRANSIT
515 CLEVELAND AVE N
SAINT PAUL, MN 55114

MITCHELL INSTRUMENT CO
1570 CHEROKEE ST
SAN MARCOS, CA 92078

MOBILE TRACK SOLUTIONS
203 JOHNSON ST.
ELKADER, IA 52043

MODUTRAM MEXICO SAPI DE CV
AV DEL BOSQUE 1145  COLE EL BAJIO
ZAPOPAN JAL  45019
MEXICO

MODUTRAM MEXICO SAPI DE CV
AV. DEL BOSQUE 1145
COL. EL BAJIO
ZAPOPAN JAL 45019, MEXICO

MORALES GROUP / CALIDAD SOLUTIONS
C/O MORALES GROUP
5628 W 74TH ST
INDIANAPOLIS, IN 46278


MOSER CONSULTING INC
6220 CASTLE WAY W DR
INDIANAPOLIS, IN 46250


MOTIV POWER SYSTEMS INC.
1165 CHESS DRIVE
SUITE E
FOSTER CITY, CA 94404


MOTIVO ENGINEERING
17700 SOUTH FIGUEROA STREET
GARDENA, CA 90248


MOUNTZ INC
1080 N 11TH ST
SAN JOSE, CA 95112


MOUSER ELECTRONICS INC
PO BOX 99319
FORT WORTH, TX 76199-0319


MUNTERS CORPORATION
DEPT CH 19943
PALATINE, IL 60055-9943

```
MUTUAL OF OMAHA #522K
PAYMENT PROCESSING CENTER
PO BOX 2147
OMAHA, NE 68103-2147




MUTUAL OF OMAHA COMPANIES
PO BOX 2533
OMAHA, NE 68103-2533




NAAT BATT INTERNATIONAL
PO BOX 772929
DETROIT, MI 48277-2929




NAMI UMP HV BATTERY
NAMI RU ST  SCIENTIFIC RESEARCH
MOSCO RU
RUSSIAN FEDERATION




NAMI UMP HV BATTERY
NAMI RU ST
SCIENTIFIC RESEARCH
MOSCOW RU RUSSIA




NATALIA ASTAKHOVA ENERTECH INTERNATIONAL
10/1 A BAROCHNAIA ST OFFICE 412
ST PETERSBURG RUSSIA
RUSSIAN FEDERATION




NCS ENGINEERING
24 5TH ST
VORSTERKROON NIGEL 1490
SOUTH AFRICA
```

NCS ENGINEERING
24 5TH STREET
VORSTERKROON NIGEL 1490


NEFF GROUP DISTRIBUTORS INC
PO BOX 8604
711 INNOVATION DR
FORT WAYNE, IN 46898


NETFIDELIS INC
11807 ALLISONVILLE RD #516
FISHERS, IN 46038


NETWORK SOLUTIONS LLC
5335 GATE PKWY
JACKSONVILLE, FL 32256


NETZSCH INSTRUMENTS NORTH AMERICA
129 MIDDLESEX TURNPIKE
BURLINGTON, MA 01803


NEW FLYER INDUSTRIES CANADA ULC
630 KERNAGHAN AVE DOOR 76
WINNIPEG MB R2C 5G1
CANADA


NEW FLYER INDUSTRIES CANADA ULC
630 KERNAGHAN AVE DOOR 76
WINNIPEG MB R2C 5G1

NEX GEN/REMARKABLE FOODS
715 N MAIN ST
LAWTON, MI 49065


NEX-GEN CUSTOM, LLC (REMARKABLE FOODS)
249 EAST GARDENA BLVD
GARDENA, CA 90248


NEXT GENERATION RECRUITMENT
675 PONCE DE LEON AVE NE #8500
ATLANTA, GA 30308


NEXT STEPS CONSULTING
1805 S HOYT AVE
MUNCIE, IN 47302


NFP
11 TRACY DR
AVON, MA 02322


NICHOLAS MILLER
7167 JESSMAN RD E DR APT H
INDIANAPOLIS, IN 46256


NICHOLS PAPER & SUPPLY CO
2647 MOMENTUM PL
CHICAGO, IL 60689-5326

NIDEC MINSTER CORPORATION
PO BOX 28516
CHICAGO, IL 60673-8516


NIKKEI BUSINESS PUBLICATIONS INC
1 17 3 SHIROKANE MINATO KU
TOKYO 108-8646
JAPAN


NIKKEI BUSINESS PUBLICATIONS INC
1 17 3 SHIROKANE MINATO KU
TOYKO 108-8646


NIOSH PITTSBURGH MINING RESEARCH DIVISIO
626 COCHRAN MILL ROAD
BLDG 143
PITTSBURGH, PA 15236


NISSAN
2 TAKARA-CHO
KANAGAWA-KU KANAGAWA 220-8623
JAPAN


NISSAN
2 TAKARA-CHO
KANAGAWA-KU
KANAGAWA JAPAN 220-8623


NISSIN CUSTOMS SERVICES INC
ATTN A/R DEPT
PO BOX 512391
LOS ANGELES, CA 90051-0391

NISSIN INTERNATIONAL TRANSPORT USA INC
ATTN A/R DEPT
PO BOX 512391
LOS ANGELES, CA 90051


NIVALIS ENERGY SYSTEMS
230 SCHILLING CIRCLE
SUITE 120
HUNT VALLEY, MD 21031


NORAUTO FRANCE
RUE DU FORT CENTER DE GROS LESQUIN
SAINGHIN EN MELANTOIS NORTH DEPT
FRANCE


NORAUTO FRANCE
RUE DU FORT
CENTER DE GROS LESQUIN
SAINGHIN EN MELANTOIS NORTH DEPT


NORDSON EFD LLC
PO BOX 777959
CHICAGO, IL 60677-7009


NORTH MILL CAPITAL LLC
821 ALEXANDER RD #130
PRINCETON, NJ 08540


NOVABUS
1000 BOUL INDUSRIEL
ST EUSTACHE QC J7R 5A5
CANADA

NOVABUS
1000 BOUL INDUSRIEL
ST EUSTACHE QC J7R 5A5


NUCLEUS SCIENTIFIC
148 SIDNEY STREET
CAMBRIDGE, MA 02139


NUVATION ENERGY
332 MARSLAND DR #200
WATERLOO ONTARIO N2J 3Z1
CANADA


NUVATION ENERGY
332 MARSLAND DRIVE, SUITE 200
WATERLOO ONTARIO N2J3Z1


NUVATION ENGINEERING
151 GIBRALTAR CT
SUNNYVALE, CA 94089


NY-BEST
230 WASHINGTON AVE EXTENSION
ALBANY, NY 12203


OCCUPATIONAL HEALTH CENTERS
PO BOX 488
LOMBARD, IL 60148-0488

OCSIAL LLC
500 S FRONT ST #860
COLUMBUS, OH 43215


ODYNE SYSTEMS LLC
W237 N2878 WOODGATE RD
PEWAUKEE, WI 53072


ODYNE SYSTEMS, LLC
W237 N2878 WOODGATE ROAD
PEWAUKEE, WI 53072


OEC FRIGHT (KOREA) CO LTD
RM 1509, BYUCKSAN DIGITAL VALLEY
219, GASAS-DIGITAL 1RO
KEUMCHEON-GU SEOUL 08501
REPUBLIC OF KOREA


OFFICE DEPOT
3721 W 86TH ST
INDIANAPOLIS, IN 46268


OFFICE H2O LLC
7402 E 90TH ST
INDIANAPOLIS, IN 46256


OFFICE OF NAVAL RESEARCH
CODE 331
875 N RANDOLPH STREET
ARLINGTON, VA 22203-1995

OMEGA ENGINEERING
800 CONNECTICUT AVE  #5N01
NORWALK, CT 06854


OMNISOURCE ELECTRONICS RECYCLING LLC
219 MURRAY ST
FORT WAYNE, IN 46803


ONLINECOMPONENTS.COM
2425 S 21ST ST
PHOENIX, AZ 85034


ORACLE AMERICA INC
500 ORACLE PKWY
REDWOOD CITY, CA 94065


ORANGE COAST PNEUMATICS INC
3810 PROSPECT AVE   UNIT A
YORBA LINDA, CA 92886


OVATION ULTIMATE AUDIO LLC
6609 E 82ND ST
INDIANAPOLIS, IN 46250


PACCAR
485 HOUSER WAY N,
RENTON, WA 98057

```
PACERS SPORTS AND ENTERTAINMENT
DBA PACERS BASKETBALL LLC
125 S PENNSYLVANIA ST
INDIANAPOLIS, IN 46204




PANERA BREAD
8510 E 96TH ST
FISHERS, IN 46038




PAUL HERBERT
1662 PADING PARK LN
GERMANTOWN, TN 38138




PAUL HERBERT
8905 COLINS BARRE COVE
GERMANTOWN, NC 28139




PAYLOCITY - FEES
1400 AMERICAN LN
SCHAUMBURG, IL 60173




PCB DESIGN PRO LLC
2005 RIO VISTA DR
FORT PIERCE, FL 34949




PEC  GATE 3   DEPT 038
JOHN DEERE
3800 W RIDGEWAY AVE  DEPT 038
WATERLOO, IA 50701
```

PEI-GENISIS INC
2180 HORNIG RD
PHILADELPHIA, PA 19116-4289


PERFECTO TOOL & ENGINEERING
1124 W 53RD ST
PO BOX 2039
ANDERSON, IN 46018-2039


PERFORCE SOFTWARE INC
PO BOX 724463
LOS ANGELES, CA 90074-2263


PERFORMANCE MECHANICAL CONTRACTING INC
3409 SUTHERLAND AVE
INDIANAPOLIS, IN 46218


PETER STUBENVOLL
3105 EQUESTRIAN DR
BOCA RATON, FL 33434


PGC PRECISION GASKETT COMPANY
5732 LINCOLN DR
EDINA, MN 55436


PGL PREMIER GLOBAL LOGISTICS LLG
5300 FARROW RD
COLUMBIA, SC 29203

PHYTOOLS LLC
900 WINSLOW WAY E #120
BAINBRIDGE ISLAND, WA 98110


PIONEER PLASTICS
3660 DODD RD
EAGAN, MN 55123


PIP INDIANA
11711 N PENNSYLVANIA ST #107
CARMEL, IN 46032


PIPER JAFFRAY & CO
800 NICOLLET AVE #100
MINNEAPOLIS, MN 55402


PIPER MADDOX
123 WILLIAM ST 14TH FL
NEW YORK, NY 10038


PITNEY BOWES #3620
PO BOX 981039
BOSTON, MA 02298-1039


PITNEY BOWES BANK INC
DBA PITNEY BOWES PURCHASE POWER
PO BOX 981026
BOSTON, MA 02298-1026

PITT OHIO LTL
PO BOX 643271
PITTSBURGH, PA 15264-3271


PLANES MOVING & STORAGE OF INDIANAPOLIS
PO BOX 636589
CINCINNATI, OH 45263-6589


PLAYMAKER MEDIA
DBA ELEVATOR MARKETING
PO BOX 5224
LAGUNA BEACH, CA 92652


POLAR POWER INC.
249. EAST GARDENA BLVD,
GARDENA, CA 92804


POLARIS ALPHA ADVANCED SYSTEMS
PO BOX 1240
SPOTSYLVANIA, VA 22408


POLYMERSHAPES
1350 BROOKVILLE WAY  STE D
INDIANAPOLIS, IN 46239


POROUS POWER TECHNOLOGIES LLC
2765 DAGNY WAY
SUITE 200
LAFAYETTE, CO 80026

PORTLAND GENERAL ELECTRIC
1615 22ND STREET SE
ATTN: BART WILES/KEVIN WHITENER
SALEM, OR 97302


POWER ELECTRONICS DEVELOPMENT CENTER
101 ELK STREET
DOOR E
FRANKLIN, PA 16323


POWERSTUDIES INC
22443 SE 240TH ST #207
MAPLE VALLEY, WA 98038


PRECISION TOOL SERVICES
MQ AUTOMATION (MOSIER DIVISION)
9851 E PARK DAVIS DR
INDIANAPOLIS, IN 46235


PRESTIGE CAPITAL
400 KELBY ST 10TH FL
FORT LEE, NJ 07024


PRINCIPAL LIFE INSURANCE COMPANY
PO BOX 77202
MINNEAPOLIS, MN 55480-7200


PRO-FORM PLASTICS INC
15200 S JONESVILLE RD
COLUMBUS, IN 47201

PRO-TECH MACHINE INC
3085 JOYCE ST
BURTON, MI 48529


PROFESSIONAL GARAGE DOOR SYSTEMS INC
6030 GATEWAY DR
PLAINFIELD, IN 46168


PROFESSIONAL SERVICES IND
PO BOX 74008418
CHICAGO, IL 60674-8418


PROTELO INC
PO BOX 713
BIG HORN, WY 82833


PROTO LABS INC
PO BOX 856933
MINNEAPOLIS, MN 55485-6933


PROVIDENCE CONSULTING GROUP LTD
PO BOX 933289
CLEVELAND, OH 44193


PSA PEUGEOT CITROEN
DRIA/ICEM/EET/PSDE
BAT 62 CASE COURRIER NVV 187
ROUTE DE GISY VELIZY VILLCOUBLAY 78943

PSA PEUGEOT CITROEN  DRIA/ICEM/EET/PSDE
BAT 62 CASE COURRIER NVV 187
ROUTE DE GISY VELIZY VILLCOUBLAY 78943
FRANCE


PUBLIC STORAGE
8890 FITNESS LN
FISHERS, IN 46037


PUNDA MERCANTILE INC
8506 EAST 30TH STREET
SUITE C
INDIANAPOLIS, IN 46219


PURDUE SCHOOL OF ENGINEERING & TECH
1920 PURDUE PARKWAY
ANDERSON, IN 46016


PURE WATER PARTNERS LLC
PO BOX 847237
BOSTON, MA 02284-7237


QIONG (SABRINA) ZHANG
53 REGAL
IRVINE, CA 92620-3410


QUALITY ROOFING SERVICES INC
1445 BROOKVILLE WAY  STE L
INDIANAPOLIS, IN 46239

QUALITY VISION SERVICES
1175 NORTH ST
ROCHESTER, NY 14621-4942


QUALTRICS LLC
333 W RIVER PARK DR
PROVO, UT 84604


QUANTUM
17872 CARTWRIGHT ROAD
IRVINE, CA 92614


QUANTUM FUEL SYSTEMS
25242 ARTIC OCEAN DRIVE
LAKE FOREST, CA 92630


RADIANT INDUSTRIES
113 SIERRA ST
EL SEGUNDO, CA 90245


RANDALL BRANTLEY
10183 WINWARD PASS
FISHERS, IN 46037


RAPID GLOBAL BUSINESS SOLUTIONS INC
1200 STEPHENSON HWY
TROY, MI 48083

RAPID GLOBAL BUSINESS SOLUTIONS INC.
1200 STEPHENSON HWY
TROY, MI 48083


RASHIDA CLARKE
7115 CHAMBERWOOD DR
INDIANAPOLIS, IN 46268


RAY'S TRASH SERVICE #1364
PO BOX 1
CLAYTON, IN 46118


RAY'S TRASH SERVICE INC #1518
DRAWER I
CLAYTON, IN 46118


RAY'S TRASH SERVICES INC #0188
DRAWER I
CLAYTON, IN 46118


RAYTHEON
528 BOSTON POST ROAD
ANDOVER, MA 78288


REAL MECHANICAL INC
475 GRADLE DR
CARMEL, IN 46032

REBLING PLASTICS
150 FRANKLIN DR
WARRINGTON, PA 18976


RELIANT ENGINEERING INC
1329 SADLER CIR W DR
INDIANAPOLIS, IN 46239


RENAULT RESEARCH DEPARTMENT
TCR LAB 1 14
1 AVENUE DU GOLF
GUYANCOURT FRANCE 78288


RENAULT RESEARCH DEPARTMENT TCR LAB 1 14
1 AVENUE DU GOLF
GUYANCOURT FRANCE 78288
FRANCE


REPRO PARTS
881 INDUSTRIAL DR
ELMHURST, IL 60126


REPRO PARTS
881 INDUSTRIAL DRIVE
ELMHURST, IL 60126


RESIDENCE INN BY MARRIOTT INDPLS/FISHERS
9765 CROSSPOINT BLVD
INDIANAPOLIS, IN 46256

RESTORING HOPE
4016 RIVER OAKS DR  STE 6 #108
MYRTLE BEACH, SC 29579


RETRIEV TECHNOLOGIES INC
125 E COMMERCIAL ST  STE A
ANAHEIM, CA 92801-1214


RF SMART
PO BOX 638345
CINCINNATI, OH 45263-8345


RICHARD A STEINER
8118 LAWRENCE WOODS BLVD
INDIANAPOLIS, IN 46236


RINCON POWER LLC
6381-A ROSE LN
CARPINTERIA, CA 93013


RINEHART MOTION SYSTEMS LLC
7929 SW BURNS WAY SUITE B
WILSONVILLE, OR 97070


RINGCENTRAL INC
20 DAVIS DR
BELMONT, CA 94002

RISESUN MGL NEW ENERGY SCIENCE
18# BAIFUQUAN RD., CHANGPING SECTOR OF
ZHONGGUANCUN SCIENCE PARK
CHANGPING DISTRICT BEIJING, CHINA


ROADTEX TRANSPORTATION
3023 N. DISTRIBUTION WAY
SUITE 120
GREENFIELD, IN 46140


ROBERTS CLEANING SERVICE
9659 GREENTHREAD DR
ZIONSVILLE, IN 46077


ROCKY RESEARCH
PO BOX 61800
BOULDER CITY, NV 89006


ROCKY RESEARCH
P.O. BOX 61800
BOULDER CITY, NV 89006-1800


ROHNESELMER SANDVIKA AS
JONGSASVEIEN 4
SANDVIDA 1338
NORWAY


ROHNESELMER SANDVIKA AS
JONGSASVEIEN 4
SANDVIKA 1338

ROSEDALE PRODUCTS INC
3730 W LIBERTY RD
ANN ARBOR, MI 48103


ROXTEC INC
10127 E ADMIRAL PL
TULSA, OK 74116


ROY FILDES
15402 BLOOMFIELD CT
WESTFIELD, IN 46074


ROYAL FLUSH INC
5839 DR MARTIN KING BLVD
ANDERSON, IN 46013


RS AMERICAS INC
DALLAS LOCKBOX
PO BOX 841811
DALLAS, TX 75284-1811


RS HUGHES COMPANY INC
5058 W 79TH ST
INDIANAPOLIS, IN 46268


RTM CONSULTANTS INC
6640 PARKDALE PL  STE J
INDIANAPOLIS, IN 46254

```
RUSSELL'S TUBE FORMING INC
220 GASOLINE ALLEY
INDIANAPOLIS, IN 46222




RUSSELL'S TUBE FORMING INC.
220 GASOLINE ALLEY
INDIANAPOLIS, IN 46222




SAE INTERNATIONAL
PO BOX 79572
BALTIMORE, MD 21279-0572




SAFEGUARD
1010 W MOCKINGBIRD LN #100
DALLAS, TX 75247




SAFEGUARD BUSINESS SYSTEMS
LOCKBOX 229
PO BOX 7247
PHILADELPHIA, PA 19170-0001




SAFETY CONSULTING INC
8250 CALVINE RD  STE C 345
SACRAMENTO, CA 95828




SAFETY TECH INC
PO BOX 665
LAPEL, IN 46051
```

SAFETYSIGN.COM
64 OUTWATER LN
GARFIELD, NJ 07026


SAHIL BHAT
14200 THE LAKES BLVD #5210
PFLUGERVILLE, TX 78660


SAKS FIFTH AVENUE
8701 KEYSTONE CROSSING
INDIANAPOLIS, IN 46240


SAM-A ALUMINUM CO LTD
7 & 8TH FLOOR  WONKYUNG BLDG 205
DOGOK-RO, GANGNAM-GU
SEOUL 135-515
RUPUBLIC OF KOREA


SANGRITA SALOON
834 E 64TH ST
INDIANAPOLIS, IN 46220


SANTA BARBARA MTD
550 E. COTA ST.
SANTA BARBARA, CA 93103


SANTA CLARA VALLEY TRANSPORTATION AUT
3331 NORTH FIRST ST
BUILDING A
SAN JOSE, CA 95134-1906

SCHENKER INC
PO BOX 2307
CAROL STREAM, IL 60132-2307


SCIENCE APPLICATIONS INTERNATIONAL CORP.
SAIC SSC-AP,LOC 447, MS 2113-03
301 LABORATORY ROAD
OAK RIDGE, TN 37830


SCOTT P SMITH
15435 KILBURN CT
WESTFIELD, IN 46074


SCOTT TOOL COMPANY LLC
820 E WILLARD ST
MUNCIE, IN 47302


SEALING DEVICES INC
4400 WALDON AVE
LANCASTER, NY 14086


SEAN WHITING
392 COUNTY RD 550 E
CHILLICOTHE, IL 61523


SELECT LAWN SERVICES LLC
603 MARINE DR
ANDERSON, IN 46016

SENSATA TECHNOLOGIES INC
PO BOX 100139
ATLANTA, GA 30384-0139

SEPTA
4675 NORTH 3RD STREET
PHILADELPHIA, PA 19140

SHELDAHL FLEXIBLE TECHNOLOGIES INC
1150 SHELDAHL RD
NORTHFIELD, MN 55057

SHENZHEN ACE BATTERY CO LTD
26TH FLOOR  BAK BLDG  KEYAN RD 9 NANSHAN
SHENZHEN GUANGDONG PROVINCE 518000
PEOPLES REPUBLIC OF CHINA

SHENZHEN ANYUN INTERNATIONAL LOGISTICS
ROOM 508-510 5FL STRIVE BUSINESS PL
ZHANQIAN3 RD  PINGSHAN NEW DISTRICT
SHENZHEN GUANGDONG PROVINCE
PEOPLES REPUBLIC OF CHINA

SHENZHEN MILVENT TECHNOLOGY
R2011  HUIGANMINGYAN  FUTIAN
SHEN ZH  GUANGDONG
GUANGDONG PROVINCE 518013
PEOPLES REPUBLIC OF CHINA

SHIELD GEO SERVICES LTD
2003 20F  TOWER 5
CHINA HONG KONG CITY
33 CANTON ROAD  TSIM SHA TSUI LOWLOON
PEOPLES REPUBLIC OF CHINA

SHINHWHA IT CO LTD
20-1 SONGJEOL-RO, HEUNDGEOK-GU
CHEONGJU-SI 28437
REPUBLIC OF KOREA


SIEMENS INDUSTRY INC
C/O CITIBANK (BLDG TECH)
PO BOX 2134
CAROL STREAM, IL 60132-2134


SIGMA-ALDRICH CORP
3050 SPRUCE ST
SAINT LOUIS, MO 63103


SIGNWORKS INC
5349 W 86TH ST
INDIANAPOLIS, IN 46268


SIMCO ELECTRONICS
PO BOX 49132
SAN JOSE, CA 95161-9132


SIMPLY UNIQUE CREATIONS LLC
7355 BLAIR DR
ORLANDO, FL 32818


SIMUTECH GROUP INC
500 PARKER HILL DR
ROCHESTER, NY 14625

SKYLINE CLUB
ONE AMERICAN SQUARE  36TH FL
INDIANAPOLIS, IN 46204


SMARTSHEET INC
DEPT 3421
PO BOX 123421
DALLAS, TX 75312-3421


SMD INC
1 OLDFIELD
IRVINE, CA 92618


SMITHERS QUALITY ASSESSMENTS
425 W MARKET ST
AKRON, OH 44303


SOCIETY DE TRANSPORT DE MONTREAL
PLACE BONAVENTURE
800 DE LA GAUCHETIERE OUEST 8440
MONTREAL QC H5A 1J6, CANADA


SOLARIS BUS & COACH SA
OBORNICKA 46
BELECHOWO OSIEDLE OWINSKA 62005
POLAND


SOLARIS BUS & COACH SA
OBORNICKA 46 +48616672686
BELECHOWO OSIEDLE OWINSKA 62005
POLAND

SOLORWINDS
PO BOX 730720
DALLAS, TX 75373

SOMERSET CPAS AND ADVISORS
PO BOX 40368
INDIANAPOLIS, IN 46240

SONDHI SOLUTIONS LLC
47 S PENNSYLVANIA ST #400
INDIANAPOLIS, IN 46204

SONICWALL INC
1225 W WASHINGTON ST
TEMPE, AZ 85281

SORBOTHANE INC
2144 ST RT 59
KENT, OH 44240

SOTERIA BATTERY INNOVATION GROUP INC
18-B BROZZINI CT
GREENVILLE, SC 29615

SOUBRAIN MI
47050 FIVE MILE RD
NORTHVILLE, MI 48168

SOUNDON NEW ENERGY TECHNOLOGY CO LTD
NO 78  BENCHI WEST ROAD
XIANGTAN CITY,  HUNAN PROVINCE
PEOPLES REPUBLIC OF CHINA


SOURCE CREATIVE OFFICE INTERIORS
18600 MACARTHUR BLVD  #400
IRVINE, CA 92612


SOUTH COAST BRITISH COLUMBIA TRANSPORTAT
400-287 NELSON'S COURT
NEW WESTMINSTER BC V3L 0E7
CANADA


SOUTH COAST BRITISH COLUMBIA TRANSPORTAT
400-287 NELSON'S COURT
NEW WESTMINSTER BC V3L 0E7


SOUTHERN PROPERTY CONSULTANTS
DBA INDUSTRIAL AUTOMATION
1600 OLIVE CHAPEL RD #716
APEX, NC 27502


SPACEAGE TOOL AND MANUFACTURING INC
611 N PARK ST
SAINT ANSGAR, IA 50472


SPECPLUS! AUTOMATION
PO BOX 78155
INDIANAPOLIS, IN 46278

SPECTRUM NICHOLS JANITORIAL SUPPLY
2647 MOMENTUM PL
CHICAGO, IL 60689-5326

SPIROL
3103 ST ETIOENNE BLVD
WINDSOR ONTARIO
CANADA

SPITZNOGLE PROPERTIES PATTERSON ST
6739 GUION RD
INDIANAPOLIS, IN 46268

SRIVARDHAN CHANDRAPATI
25 TARLETON LN
LADERA RANCH, CA 92694-1303

SS VENDING
10403 FAIRHAVEN CT
INDIANAPOLIS, IN 46229

STACI CORP
DBA VEXOS
7942 SOLUTION CENTER
CHICAGO, IL 60677-7009

STAFL SYSTEMS LLC
428 N CANAL ST  UNIT A
SOUTH SAN FRANCISCO, CA 94080

STAFL SYSTEMS, LLC
428 NORTH CANAL STREET
UNIT A
SAN FRANCISCO, CA 94080


STAPLES
500 STAPLES DR
FRAMINGHAM, MA 01702


STATE OF DELAWARE
FRANCHISE TAX SECTION
401 FEDERAL ST #4
DOVER, DE 19901


STATE OF MICHIGAN
DEPARTMENT OF TREASURY
PO BOX 30149
LANSING, MI 48909


STERICYCLE INC
28883 NETWORK PL
CHICAGO, IL 60673-1288


STEVE HEIR
1368 FRISTZTOWN RD.
REINHOLDS, PA 17572


STEVE KANG
1124 TERRA CT
ROCHESTER, MI 48306

STEWART & STEVENSON
MV89967
PO BOX 301063
DALLAS, TX 75303-1063


STEWART & STEVENSON FDDA KKC
8411 E ADAMO DR
TAMPA, FL 33619


STEWART & STEVENSON FDDA LLC
8411 E ADAMO DR
TAMPA, FL 33619


STORM POWER COMPONENTS
PO BOX 740896
ATLANTA, GA 30374-0896


STRATASYS DIRECT INC
28309 AVENUE CROCKER
VALENCIA, CA 91355


STRATEGIC EQUITY SOLUTIONS INC
15 AMERICAN AVE #301
LAKEWOOD, NJ 08701


SUMMIT RACING EQUIPMENT
1200 SOUTHEAST AVE
TALLMADGE, OH 44278

SUNBELT RENTALS
2341 DEERFIELD DR
FORT MILL, SC 29715


SUNSOURCE SALVAGE DISTRIBUTION
12800 HIGHWAY 13 S
SAVAGE, MN 55378


SUPERBREAKERS
280 MADISON AVE  #912
NEW YORK, NY 10016


SYMBLU COR
5192 BOLSA AVE, UNIT 5
HUNTINGTON BEACH, CA 92649


T&B MASTER LOGISTICS INC
1490 BEACHEY PL
CARSON, CA 90746


TACK ELECTRONICS INC
5030 KRAFT AVE SE   STE A
GRAND RAPIDS, MI 49515


TACK ELECTRONICS INC
5030 KRAFT AVE SE , SUITE A
GRAND RAPIDS, MI 49512

```
TASC FLEX CLAIM
PO BOX 88278
MILWAUKEE, WI 53288-0001




TEAM CRUISER SUPPLY
PO BOX 78634
INDIANAPOLIS, IN 46278




TEC-HACKETT INC
3418 CAVALIER DR
FORT WAYNE, IN 46808




TEMSA GLOBAL SANAYI VE TICARET
YOLGEQEN MAH TURHAN CEMAL BERIKER BULV
#561, 563 SEYHAN 01355
TURKEY




TEMSA GLOBAL SANAYI VE TICARET
YOLGEQEN MAH. TURHAN CEMAL BERIKER
BULV. # 561,563
SEYHAN 01355




TETRA TECH INC
PO BOX 91967
DENVER, CO 80291-1967




TEXMAC INC
3001 STAFFORD DR
CHARLOTTE, NC 28208
```

TEXMAC INC
TOKYO R&D ASTUGI FACILITY
1516 AIKO ASTUGI KANAGAWA 243-0035
JAPAN

TEXMAC INC
TOKYO R&D ASTUGI FACILITY
1516 AIKO ASTUGI KANAGAWA
243-0035

TFORCE FREIGHT
28013 NETWORK PL
CHICAGO, IL 60673-1280

TFORCE WORLDWIDE INC
PO BOX 7410328
CHICAGO, IL 60674-0328

THE CASE-CENTER
4320 GARDENSVILLE RD
CRITTENDEN, KY 41030

THE COMET SC REG TA
3613 LUCIUS RD
COLUMBIA, SC 29201

THE GALLERY COLLECTION
PO BOX 360
RIDGEFIELD PARK, NJ 07660

THE GRILL
6621 BROADWAY #100
MC CORDSVILLE, IN 46055


THE HABEGGER CORPORATION
4995 WINTON RD
CINCINNATI, OH 45232


THE HOME DEPOT
9320 CORPORATION DR
INDIANAPOLIS, IN 46256


THE RETROFIT SOURCE
2281 DEFOOR HILLS RD NW
ATLANTA, GA 30318


THE TARPENNING -LAFOLLETTE CO
404 W GIMBER ST
INDIANAPOLIS, IN 46225


THE TORO COMPANY
1914 EAST CLIFTON STREET
TOMAH, WI 54660


THERMAL CERAMICS INC
DBA MORGAN ADVANCED MATERIALS
PO BOX 71200
CHARLOTTE, NC 28272

THERMAL HAZARD TECHNOLOGY INC
49 BOONE VILLAGE  #30
ZIONSVILLE, IN 46077


THERMOTRON INDUSTRIES
A VENTUREDYNE LTD COMPANY
PO BOX 689590
CHICAGO, IL 60695-9590


THINK GLOBAL AS
VOLVO CAR CORPORATION
SAFETY CENTER PV12
GOTHENBURG


THINK GLOBAL AS VOLVO CAR CORP
SAFETY CENTER PV 12
GOTHENBURG
SWEDEN


THINK N A INC
33762 SCHOOLCRAFT RD #2
LIVONIA, MI 48150-1625


THOMAS L VOREIS
169 WELLINGTON PKWY
NOBLESVILLE, IN 46060


TIANJIN RISESUN MGL
NEW ENERGY SCIENCE & TECH CO
NO 18 BAIFUQUAN ROAD  CHANPING DISTRICT
BEIJING 100022
PEOPLES REPUBLIC OF CHINA

TIARA HICKS
7001 S. COUNTY ROAD 475 E
SELMA, IN 47383


TKT SALES
724 FIRETOWER RD
YANCEYVILLE, NC 27379


TOKYO R&D CO LTD
1 25 12 AIKOHIGASHI
ATSUGI KANAGAWA 243-0027
JAPAN


TOKYO R&D CO LTD
1 25 12 AIKOHIGASHI
ATSUGI KANAGAWA 243-0027


TOM WOOD MANAGEMENT
3033 E 98TH STREET SUITE 201
INDIANAPOLIS, IN 46280


TOM WOOD NISSAN
4150 E 96TH ST
INDIANAPOLIS, IN 46240


TOMPKINS CONSOLIDATED AREA TRANSIT
737 WILLOW AVE
ITHACA, NY 14850

TOSHIBA INTERNATIONAL CORP
13131 W LITTLE YORK RD
HOUSTON, TX 77041


TOTAL REWARD SOLUTIONS LLC
7962 OAKLANDON RD #112
INDIANAPOLIS, IN 46236


TOUCHSTONE MEASUREMENT SERVICE LLC
2529 COMMERCE DR STE F
KOKOMO, IN 46902


TRADEKON LLC
YU BONDAROVSKAYA ST BUILD 18 LIT A
ST PETERSBURG 198510
RUSSIAN FEDERATION


TRANSIT SALES INTERNATIONAL
1863 SERVICE CT
RIVERSIDE, CA 92507


TRAVEL COMPANY "BOLERO TOUR"
7 495 2317333
125252 MOSCOW CHAPAEVSKY ALLEY
12/1-179 MOSCOW
RUSSIAN FEDERATION


TRAVEL COMPANY BOLERO TOUR
7 495 2317333
CHAPAEVSKY ALLEY, 12/1-179
MOSCOW RUSSIA 125252
RUSSIAN FEDERATION

TRAVIS BAILEY
3091 CHAPEL RD
ANDERSON, IN 46012


TRENDER ENTERPRISES LLC
PO BOX 36081
INDIANAPOLIS, IN 46239-9203


TREVOR SMALL
3628 NICO WYND DR
SURREY V4P 1J3 BC
CANADA


TRICOR TRUST (LABUAN) LTD
LEVEL 15(A2)
MAIN OFFICE TOWER
JALAN MERDEKA 87000
INDONESIA


TRUE CAPITAL PARTNERS LLC
56 N HADDON AVE  1ST FL
HADDONFIELD, NJ 08033


TTI INC
2441 NORTHEAST PKWY
FORT WORTH, TX 76106


TUVRHEINLAND
295 FOSTER ST  #100
LITTLETON, MA 01460

U.S. DEPARTMENT OF ENERGY
P.O. BOX 880
MORGANTOWN, WV 26507

UBIQUITI (STORE.UI.COM)
685 THIRD AVE
NEW YORK, NY 10017

UKIP MEDIA AND EVENTS LTD
ABINGER HOUSE  CHURCH STREET
DORKING RH4 1DF
UNITED KINGDOM

ULINE
PO BOX 88741
CHICAGO, IL 60680-1741

UMICORE KOREA CO LTD
71  3 GONGDAN 2-RO
SEOBUK-GU  CHEONAN-SI  GA 31093
REPUBLIC OF KOREA

UNIFYHR
105 DECKER CT  #540
IRVING, TX 75062

UNITED HEALTHCARE PREMIUM BILLING
PO BOX 94017
PALATINE, IL 60094-4017

UNITED PARCEL SERVICE
28013 NETWORK PL
CHICAGO, IL 60673-1280


UNITED RENTALS (NORTH AMERICA) INC
PO BOX 100711
ATLANTA, GA 30384-0711


UNITED STATES TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039


UNIVERSAL AIR FILTER CO
29121 NETWORK PL
CHICAGO, IL 60673-1291


UNIVERSITY OF ALASKA FAIRBANKS
1855 MARIKA RD.
FAIRBANKS, AK 99709


UNIVERSITY OF DAYTON RESEARCH INSTITUTE
300 COLLEGE PARK
DAYTON, OH 45469-0107


UNIVERSITY OF WARWICH
IMC
GIBBET HILL ROAD
WEST MIDDLANDS  CV4 7AL

```
UNIVERSITY OF WARWICH  IMC
GIBBET HILL ROAD
WEST MIDDLANDS  CV4 7AL
UNITED KINGDOM



UNIVERSITY OF WATERLOO
200 UNIVERSITY AVENUE WEST
WATERLOO  ON N2L 3W8
CANADA



UNIVERSITY OF WATERLOO
200 UNIVERSITY AVENUE WEST
WATERLOO ON N2L 3W8



US ARMY CORPS OF ENGINEERS
249TH ENGINEER BATTALION
BUILDING 1416 JACKSON LOOP
FORT BELVOIR, VA 22060



US CUSTOMS & BORDER PROTECTION
5600 PEARL ST
ROSEMONT, IL 60018



US DEPARTMENT OF ENERGY
PO BOX 880
MORGANTOWN, WV 26507



US HYBRID
445 MAPLE AVE.
TORRANCE, CA 90503
```

US INDUSTRIAL TECHNOLOGIES
12000 GLOBE ST
LIVONIA, MI 48150


USA FLEET SUPPLY LLC
8050 MECHANICSVILLE TPK #212
MECHANICSVILLE, VA 23111


USABC
1000 TOWN CENTER DRIVE
SUITE 300
SOUTHFIELD, MI 48075


UTC POWER CORP
195 GOVERNORS HIGHWAY
SOUTH WINDSOR, CT 06074


UTICA EQUIPMENT FINANCE LLC
20 GLOVER AVE  #100
NORWALK, CT 06850


VACO LLC
PO BOX 667
BRENTWOOD, TN 37024


VAN HOOL NV
BERNARD VAN HOOLSTRAAT 58
LIER 2500
BELGIUM

VAN HOOL NV
BERNARD VAN HOOLSTRAAT 58
LIER  2500


VECTOR NORTH AMERICA INC
39500 ORCHARD HILL PL #500
NOVI, MI 48375


VELOCITY GLOBAL
3858 WALNUT ST  #107
DENVER, CO 80205


VERMEER CORPORATION
ENVIRONMENTAL GROUP - PLANT 4
LTL: C/O GEETINGS,
335 TRUMAN RD
PELLA, IA 50219


VIDEOPIVOT LLC
16635 SPRING CYPRESS RD #2672
CYPRESS, TX 77429-9998


VOLVO CAR CORPORATION
AVD 98540 PVOE  104 PILOT PLANT
GOETEBORG  SWEDEB  SE-405 31
SWEDEN


VOLVO CAR CORPORATION
AVD 98540 PVOE
104 PILOT PLANT
GOETEBORG SWEDEB SE-405 31

VONMERCIER, INC.
121 SAINT JOHN ST.
HAVRE DE GRACE, MD 21078


VOSS AUTOMOTIVE
4640 HILLEGAS RD
FORT WAYNE, IN 46818


WALL STREET JOURNAL
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036


WAMTECHNIK SP ZO.O
ALEJA WILANOWSKA 7 LOK.3
WARSZAWA  02-765
POLAND


WAMTECHNIK SP. ZO.O.
ALEJA WILANOWSKA 7 LOK. 3
WARSZAWA  02-765


WANXIANG CLEAN ENERGY USA CORP
88 AIRPORT ROAD
ELGIN, IL 60123


WASHINGTON METROPOLITAN AREA TRANSIT AUT
WMATA SHEPHERD PARKWAY
2 DC VILLAGE LANE
WASHINGTON, DC 20032

WASHINGTON STATE DEPT OF REVENUE
ATTN: BANKRUPTCY UNIT
2101 4TH AVE  #1400
SEATTLE, WA 98121


WASHINGTON STATE DEPT OF REVENUE
PO BOX 47473
OLYMPIA, WA 98504


WATERJET CUTTING OF INDIANA INC
10760 E US HWY 136
INDIANAPOLIS, IN 46234


WAVERLEY ELECTRICS
13111 MARILYN RD
UNIT A11
FISHERS, IN 46038


WEBASTO CHARGING SYSTEMS INC
PO BOX 8241
PASADENA, CA 91109-8241


WESCO DISTRIBUTION INC
909 N. COUNTRY FAIR DRIVE
CHAMPAIGN, IL 61821


WESCO INTEGRATED SUPPLY
36 HARBOR PARK DR
PORT WASHINGTON, NY 11050

WEST ELECTRIC INC
1320 E 60TH ST
ANDERSON, IN 46013


WESTERN INTEGRATED TECH
7651 S. 190TH STREET
KENT, WA 98032


WESTON WEDEWARD
MARINE TRAVELIFT
49 E YEW ST
STURGEON BAY, WI 54235


WHIRLEY & ASSOCIATES
2520 NORTHWINDS PKWY #575
ALPHARETTA, GA 30009


WHITHAM GROUP LLC
8130 LUISA WAY
WINDSOR, CA 95492


WINAR CONNECTION
PO BOX 270
RICHFIELD, OH 44286


WIND RIVER SYSTEMS INC
500 WIND RIVER WAY
ALAMEDA, CA 94501

WINNEBAGO INDUSTRIES, INC.
W330N6233 HASSLINGER DRIVE
NASHOTAH, WI 53058


WINSLOW TECHNOLOGY GROUP LLC
303 WYMAN ST #210
WALTHAM, MA 02451


WONDERFUL PCB (HK) LTD
ROOM 906 9/F BOSS COMMERCIAL CENTRE
28 FERRY STREET  KOWLOON HONG KONG
PEOPLES REPUBLIC OF CHINA


WORKHORSE
100 COMMERCE DR
LOVELAND, OH 45140


WORKHORSE
946 SOUTH STATE ROUTE 32
UNION CITY, IN 47390


WORKPLACE SAFETY & HEALTH CO INC
11715 FOX RD  STE 400-225
INDIANAPOLIS, IN 46236


WORLD JOINT CORP
DBA IACE TRAVEL
111 N WABASH AVE #2108
CHICAGO, IL 60602

WORLDWIDE EXPRESS
29228 NETWORK PL
CHICAGO, IL 60673


WYNN LAS VEGAS
3131 LAS VEGAS BLVD S
LAS VEGAS, NV 89109


XMS CAPITAL PARTNERS LLC
321 CLARK ST #2440
CHICAGO, IL 60654


XTREME POWER
1120 GOFORTH ROAD
KYLE, TX 78640


YATES ELECTROSPACE CORPORATION
26895 ALISO CREEK ROAD
STE B37
ALISO VIEJO, CA 92656


YOURCO
1111 E 54TH ST #119
INDIANAPOLIS, IN 46220


YOUSOLAR
2722 DEL MONTE AVE
EL CERRITO, CA 94530

YOUSOLAR INC.
2722 DEL MONTE AVE
EL CERRITO, CA 94530


ZODIAC AEROSPACE (ECE)
129, BD DAVOUT SC 82012
CEDEX 20 PARIS 75990
FRANCE


ZODIAC AEROSPACE (ECE)
129, BD DAVOUT
CS 82012
CEDEX 20 PARIS 75990


ZORO TOOLS INC
909 ASHBUY DR
BUFFALO GROVE, IL 60089

# United States Bankruptcy Court
## Southern District of Indiana

In re   **EnerDel, Inc., a Delaware Corporation**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **EnerDel, Inc., a Delaware Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ener1, Inc.**
**3619 W. 73rd Street**
**Suite 2**
**Anderson, IN 46011**

☐ None [*Check if applicable*]

**July 13, 2023**

Date

**/s/ Jeffrey A. Hokanson**

**Jeffrey A. Hokanson 14579-49**

Signature of Attorney or Litigant

Counsel for   **EnerDel, Inc., a Delaware Corporation**

**Ice Miller LLP**
**One American Square**
**Suite 2900**
**Indianapolis, IN 46282-0200**
**(317) 236-2236 Fax:(317) 236-2219**
**Jeff.Hokanson@icemiller.com**