UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br><br>ENERDEL, INC., A DELAWARE CORPORATION<br><br>Debtor. | Chapter 7<br><br>Case No. 23-02996-RLM-7 |

**TRUSTEE'S APPLICATION TO EMPLOY KD CAPITAL EQUIPMENT, LLC AS BROKER**

Sarah L. Fowler ("**Trustee**"), as Chapter 7 Trustee for the bankruptcy estate of EnerDel, Inc., a Delaware Corporation ("**Debtor**"), pursuant to 11 U.S.C. § 327(a), Fed. R Bankr. P. 2014, and S.D. Ind. B-6005-1, files her Application to Employ KD Capital Equipment, LLC as Broker (the "**Application**"). In support of the Application, the Trustee states as follows:

**JURISDICTION, VENUE, AND STATUTORY BASIS**

1. The Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The predicates for the relief requested are sections 327(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and S.D. Ind. B-6005-1.

## FACTUAL BACKGROUND

4. On July 13, 2023 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code. The Trustee is the duly appointed and acting trustee in this Bankruptcy Case.

5. Contemporaneously herewith, the Trustee is filing her Motion to Sell Property Free and Clear of Any Interest by Private Sale to Cuberg, Inc. (the "**Sale Motion**") seeking an order authorizing her to sell Debtor's BMS Hardware-in-the-Loop Test System located at Debtor's previous office at 18872 MacArthur Boulevard, Suite 110, Irvine, California (the "**Equipment**") by private sale to Cuberg, Inc. free and clear of any interest.

6. Based on the review and analysis of the Equipment and the alleged liens on such assets, and the Trustee determined it is in the best interest of ethe estate and its creditors to liquidate the Equipment by private sale.

7. The Trustee previously employed KD Capital Auctions, LLC, a subsidiary of KD Capital Equipment, LLC, to sell all the Debtor's assets located at its former warehouse and plant located at 3619 W. 73rd Street, Anderson, Indiana 46011 (the "**Anderson Plant**") and former office building located 2701 Enterprise Dr., Anderson, Indiana (the "**Anderson Office**"; together with the Anderson Plant, the "**Anderson Locations**") by online public auction free and clear of any interest. In conducting the sale of Debtor's assets at the Anderson Locations, the Broker obtained extensive information regarding Debtor, its assets, and parties potentially

interested in purchasing Debtor's assets, including the Equipment, that makes the Broker in the best position to sell the Equipment from Debtor's California office.

8. A true and correct copy of the Engagement Agreement setting forth the terms on which the Trustee proposes to engage the Broker to sell the Equipment is attached as **Exhibit A** (the "**Engagement Agreement**").

9. Specifically, the Broker proposes to market and conduct a private sale of the Equipment. Following a successful sale of the Equipment, the Broker will receive a commission from the of 15% of the gross sale proceeds.

10. The Broker will charge a total of $3,000 to cover the expenses associated with preparing to conduct the sale, which funds will be advanced by the Broker and then paid from the proceeds of the sale.

11. All Equipment will be sold "AS IS, WHERE IS, WITH ALL FAULTS" with no representations or warranties of any kind being made to prospective buyers and shall be so advertised by the Broker.

12. The sale does not include the sale of any personally identifiable information.

13. More specific information regarding the sale may be obtained from the Broker's by calling the Broker (480-455-3910).

14. As required by S.D. Ind. B-6005-1, the Broker is bonded for the full value of the Equipment that will be in its control. Such bond will remain in place until the Bankruptcy Court orders otherwise. A copy of the bond is attached as **Exhibit B** and incorporated herein.

## RELIEF REQUESTED

15. By this Application, the Trustee requests entry of an Order in a form substantially similar to the proposed order attached as **Exhibit C** authorizing the Trustee to employ the Broker as Broker to sell the Equipment in accordance with the terms and conditions set forth in the Engagement Agreement.

16. The Trustee anticipates that the professional services to be rendered by the Broker include, but are not limited to, the following services:

    (a) Developing an advertising and promotion plan for the sale of the Equipment;

    (b) Exclusively advertising the sale of the Equipment;

    (c) Conducting onsite inspections, if requested, of the Equipment for potential buyers; and

    (d) Collecting and accounting for all payments from the buyer of the Equipment following sale.

## GROUNDS FOR RELIEF REQUESTED

17. Section 327(a) of the Bankruptcy Code provides, in relevant part, as follows:

    > the trustee, with the court's approval, may employ one or more … professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title.

18. In this case, the Trustee has selected the Broker to serve as the broker to sell the Equipment. As set forth in the Affidavit of Michael Basham Jr. in Support

4

of Application to Employ KD Capital Equipment, LLC as Broker, attached as **Exhibit D** and incorporated herein (the "**Affidavit**"), Broker is an insured and bonded company that is division of KD Group specializes in the sale of machinery and equipment, such as the Equipment, across the country for hundreds of clients across various sections, including facilitating large plant closures and bankruptcy sales. Broker is completing the sale of substantially all of Debtor's assets at the Anderson Locations at the time of the filing of this Application.

19. Based on the Broker's expertise, experience in Debtor's industry and with potential buyers, and previous success with the sale of similar property in similar industries and in other bankruptcy cases, the Trustee believes the Broker is well-qualified to coordinate, advertise, and conduct the sale of the Equipment.

20. As set forth in the Affidavit, the Broker (i) is not a creditor, equity security holder, or insider of Debtor; (ii) is not and was not within two years before the Petition Date, a director, officer, or employee of Debtor; and (iii) does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in Debtor, or for any other reason. Therefore, the Broker is a "disinterested person" within the meaning of section 101 of the Bankruptcy Code and as required by section 327 of the Bankruptcy Code.

21. Further, in accordance with Rule 2014 of the Bankruptcy Rules, no employee of the Broker has any connections with of Debtor, the creditors, any other

party in interest, their respective attorneys and accountants, the United States Trustee, or any other person employed in the office of the United States Trustee.

22. Finally, the terms on which the Trustee proposes to employ the Broker are usual and customary for the work to be performed and are squarely in-line with the fees routinely allowed in cases in the Seventh Circuit for the sale of commercial property.

**WHEREFORE**, the Trustee respectfully requests the Court enter an order in a form substantially similar to the proposed order attached as **Exhibit D** authorizing the employment of KD Capital Equipment, LLC as broker pursuant to the terms set forth in the Engagement Agreement and grant the Trustee all other just and proper relief.

Respectfully submitted,

Dated: December 29, 2023

/s/ Sarah L. Fowler
Sarah L. Fowler, Attorney No. 30621-49
Jason R. Burke, Attorney No. 19727-49
BLACKWELL, BURKE & FOWLER, P.C.
101 W. Ohio Street, Suite 1700
Indianapolis, IN 46204
Phone: 317-635-5005
Email: sfowler@bbrlawpc.com

*Counsel for Sarah L. Fowler, Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

I further certify that on December 29, 2023, a copy of the foregoing was mailed by first-class United States mail, postage prepaid, and properly addressed to the following:

None.

*/s/ Sarah L. Fowler*
Sarah L. Fowler
